**Pages 1 - 7**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MAXINE M. CHESNEY, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>         Plaintiff,                   )<br>                                      )<br>  VS.                                 )<br>                                      )<br>UNITED MICROELECTONICS                )<br>CORPORATION, INC.; FUJIAN             )<br>JINHUA INTEGRATED CIRCUIT, CO.,)<br>LTD.; CHEN ZHENGKUN, a.k.a.            )<br>STEPHEN CHEN; HE JIANTING,             )<br>a.k.a. J.T. HO; and WANG               )<br>YUNGMING, a.k.a. KENNY WANG.           )<br>                                      )<br>         Defendants.                  )<br>_____)  | **No. CR 18-465 MMC**<br><br><br><br><br><br><br><br><br><br><br><br>San Francisco, California<br>Wednesday, April 17, 2019 |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:          DAVID L. ANDERSON
                        UNITED STATES ATTORNEY
                        450 Golden Gate Avenue, 11th Floor
                        San Francisco, California  94102
                   **BY: SHIAO C. LEE**
                        **ASSISTANT UNITED STATES ATTORNEY**

For Defendant United Microelectronics Corporation:
                        LATHAM & WATKINS
                        505 Montgomery Street, Suite 2000
                        San Francisco, California  94111
                   **BY: MARGARET TOUGH, ESQ.**


(Appearances continued on next page)


Reported By:    Katherine Powell Sullivan, CSR #5812, RMR, CRR
                Official Reporter - U.S. District Court

**APPEARANCES (CONTINUED):**

Fujian Jinhua Integrated Circuit, Co. Ltd.:
                      MORRISON & FOERSTER
                      425 Market Street
                      San Francisco, California   94105
            **BY:   CHRISTINE Y. WONG, ESQ.**

**Wednesday - April 17, 2019**                               **2:20 p.m.**

**P R O C E E D I N G S**

---oOo---

**THE CLERK:** Calling criminal case number 18-465, United States of America versus United Microelectronics and Fujian.

Counsel, please state your appearances for the record.

**MS. LEE:** Shiao Lee on behalf of the United States. Good afternoon, Your Honor.

**THE COURT:** Good afternoon.

**MS. WONG:** Good afternoon, Your Honor. Christine Wong for Fujian Integrated Circuits Co., Ltd.

**THE COURT:** Hello.

**MS. TOUGH:** Good afternoon, Your Honor. Margaret Tough, of Latham & Watkins, for defendant United Microelectronics Corporation.

**THE COURT:** Okay. All right. Where are we with this case? I have some idea where the civil case is, but less knowledge about where this one is.

**MS. LEE:** We are still negotiating the terms of the protective order. We have been producing discovery that is not confidential or proprietary or trade secret related in the meantime.

I'm hopeful that we are close to coming to an agreement on the protective order. There is still batches of incoming

discovery from Taiwan that we are obtaining.  So long as those are not confidential, we will continue to produce those on a rolling basis.

Once the protective order is entered we can then make all the remainder of the discovery available to the defense counsels.

We have upcoming trips that are being made to continue the -- you know, the progress of the case, but I think at this juncture it's probably best to put this case over to the middle or the end of May as we continue to work through discovery issues.

**THE COURT:** Okay.

I wonder if we should put your name down on our calendar.  We have Ms. Caldwell.

**MS. TOUGH:** I'm standing in for her today.

**THE COURT:** Right.  Could you give me the spelling on your last name?

**MS. TOUGH:** Sure.  Tough.  T-o-u-g-h.

**THE COURT:** Oh, my goodness.

**MS. TOUGH:** Come by honestly.

**THE COURT:** Watch out.

So did you discuss a date or not?

**MS. LEE:** Not a particular day.

**THE COURT:** Do you want to just take a minute off the record to confer --

```
 1              MS. WONG:  Sure.
 2              THE COURT:  -- and then let me know.
 3         (Counsel confer off the record.)
 4              MS. LEE:  How about May 22nd, at 2:15, Your Honor?
 5              THE COURT:  Let me just check that.  I think that's
 6   okay.  Should be.  All right.  And I assume from everything
 7   you've said that there would be grounds, then, to exclude time
 8   from the running of the Speedy Trial clock?
 9              MS. LEE:  Yes.
10              MS. WONG:  And, Your Honor, I believe there are
11   grounds, but there is one thing that I want to point out to the
12   Court.
13         And that is, if it were possible for Jinhua to go to trial
14   quickly, it would.  And this is in part because the government
15   has -- and not this government necessarily, but the government
16   has put Jinhua on what is the Commerce Department's entity
17   list, which has prevented Jinhua from receiving any products
18   that have any U.S.-based-origin technology, which is
19   essentially anything.
20         And so that is, you know, we've got a ticking time clock
21   on the viability of the company.  And Jinhua is very anxious to
22   have its day in court.
23         That said, we understand that the Government is waiting
24   for discovery from abroad.  There is a specific exclusion under
25   the Speedy Trial Act that allows for waiting for discovery from
```

1  abroad, and so we understand that.  It's somewhat futile for us
2  to protest the exclusion of time under the Speedy Trial Act,
3  but we did want to let everyone understand where we are in this
4  matter.
5           **THE COURT:**  Okay.  I know that from the beginning
6  Jinhua has been in a somewhat different position than UMC for
7  both the civil and criminal cases, because the people that work
8  for Micron, for example, came to UMC not to Jinhua.
9       And I don't know what evidence you will ultimately, you
10 know, marshal to bring your case against Jinhua as well as
11 against UMC, but that's been essentially the position that
12 they've taken and continue to take, that there isn't enough
13 evidence.  I've got the motion pending right now from both
14 parties but different grounds.
15      So but for today, today you feel there are grounds to
16 exclude; you're just concerned about things taking too long?
17          **MS. WONG:**  Exactly, Your Honor.
18          **THE COURT:**  Okay.  Well, I'm going to continue the
19 matter, for further status, to May 22, at 2:15.
20      I will exclude the time between now and then, through that
21 date, from the running of the Speedy Trial clock, for effective
22 preparation of counsel for the reasons stated.
23      This is a fairly involved case, also, and the exclusion
24 is, at least at the moment, in the interests of both defendants
25 and outweighs any other interest they might have, or the

public, in moving forward without the exclusion.

So that should, I think, conclude this proceeding today. I don't need a separate order on the exclusion.

**MS. LEE:** Thank you, Your Honor.

**MS. WONG:** Thank you, Your Honor.

**THE COURT:** Thank you very much.

(At 2:26 p.m. the proceedings were adjourned.)

- - - -

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Friday, April 26, 2019

*Katherine Sullivan*
_____

Katherine Powell Sullivan, CSR #5812, RMR, CRR
U.S. Court Reporter