LATHAM & WATKINS LLP
Leslie R. Caldwell (CA Bar No. 302700)
 *leslie.caldwell@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

*Attorneys for Defendant*
*United Microelectronics Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKEN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG,<br><br>Defendants. | CASE NO. 3:18-CR-00465-MMC<br><br>**DECLARATION OF LESLIE R. CALDWELL IN SUPPORT OF DEFENDANT UNITED MICROELECTRONICS CORPORATION'S RESPONSE TO UNITED STATES' MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Date:      October 9, 2019<br>Time:      2:15 p.m.<br>Location:  Courtroom 7, 19th Floor<br>Judge:     Hon. Maxine M. Chesney |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF LESLIE R. CALDWELL ISO UMC'S RESP.
TO USA'S MOT. FOR PROTECTIVE ORDER
CASE NO. 3:18-CR-00465-MMC

I, Leslie R. Caldwell, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP ("Latham") and counsel for Defendant United Microelectronics Corporation ("UMC") in the above-captioned case. I am an attorney in good standing in the State of California, and am admitted to practice before this Court. I make this declaration in support of UMC's Response to the United States' Motion for Entry of Protective Order ("UMC's Response"). I have personal knowledge of the facts set forth in this Declaration, and if called upon as a witness, I could and would testify competently as to these facts.

2. I am informed by my Hong Kong-based Latham partner that an attorney from Jones Day (Micron's outside counsel) based in Jones Day's Hong Kong office has attended meetings on behalf of Micron in Mainland China regarding the civil case of *Micron Tech., Inc. v. United Microelectronics Corp.*, Case No. 3:17-cv-06932-MMC.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Forbes article, *Best Countries for Business – 2018 Ranking*, *available at* https://www.forbes.com/best-countries-for-business/list/ (last visited Sept. 24, 2019).

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of the *Report on 2018 Annual Survey of Companies in Hong Kong with Parent Companies Located Outside Hong Kong* from the Census and Statistics Department of the Hong Kong Special Administrative Region, published in October 2018, *available at* https://www.statistics.gov.hk/pub/B11100042018AN18B0100.pdf.

5. Attached hereto as **Exhibit C** is a true and correct copy of the article, *Why Hong Kong? Sound Legal Framework*, from the Government of the Hong Kong Special Administrative Region of the People's Republic of China, revised July 29, 2019, *available at* https://www.ip.gov.hk/en/sound-legal-framework.html (last visited Sept. 24, 2019).

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from The Basic Law of the Hong Kong Special Administrative Region of the People's Republic of China, Adopted at the Third Session of the Seventh National People's Congress on April 4, 1990, Promulgated by Order No. 26 of the President of the People's Republic of China on

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF LESLIE R. CALDWELL ISO UMC'S RESP.
TO USA'S MOT. FOR PROTECTIVE ORDER
CASE NO. 3:18-CR-00465-MMC

April 4, 1990, Effective as of July 1, 1997), L.H.K. BLIS Cap. 2101 (unofficial numbered chapter).

7.  Attached hereto as **Exhibit E** is a true and correct copy of the *International Covenant on Civil and Political Rights,* adopted and opened for signature, ratification and accession by General Assembly resolution 2200A (XXI) of 16 December 1966 entry into force 23 March 1976, in accordance with Article 49, from the United Nations Human Rights, Office of the High Commissioner, *available at* https://www.ohchr.org/en/professionalinterest/pages/ccpr.aspx.

8.  Attached hereto as **Exhibit F** is a true and correct copy of the Verified Copy of The Laws of Hong Kong, Hong Kong Bill of Rights Ordinance, Cap. 383, version dated February 15, 2017, *available at* https://www.elegislation.gov.hk/hk/cap383.

9.  Attached hereto as **Exhibit G** is a true and correct copy of The Laws of Hong Kong, Interception of Communications and Surveillance Ordinance, Cap. 589, last update June 24, 2006, *available at* https://www.elegislation.gov.hk/hk/cap589?xpid=ID_1438403494036_002.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Verified Copy of The Laws of Hong Kong, Personal Data (Privacy) Ordinance, Cap. 486, version dated April 20, 2018, *available at* https://www.elegislation.gov.hk/hk/cap486.

11. Attached hereto as **Exhibit I** is a true and correct copy of an excerpt from DLA Piper's *Legal Privilege Global Guide*, last updated March 15, 2019, *available at* https://www.dlapiperintelligence.com/legalprivilege/insight/index.html.

12. Attached hereto as **Exhibit J** are true and correct copies of webpages of financial entities and institutions referenced in UMC's Response:  JPMorgan Chase BK NA/JPMorgan Chase & Co.'s *About Us* webpage, *available at* https://www.jpmorgan.com/country/HK/EN/about; Citigroup Inc.'s webpage, *Countries & Jurisdictions:  Hong Kong SAR*, *available at* https://www.citigroup.com/citi/about/countries-and-jurisdictions/hong-kong.html; Wells Fargo & Co.'s *Asia Pacific Region & International Locations and Contacts* webpages, *available at*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF LESLIE R. CALDWELL ISO UMC'S RESP.
TO USA'S MOT. FOR PROTECTIVE ORDER
CASE NO. 3:18-CR-00465-MMC

https://www.wellsfargo.com/com/international/businesses/apac/ *and* https://www.wellsfargo.com/com/international/locations/; Goldman Sachs Group, Inc.'s *Greater China Offices* webpages, *available at* https://www.goldmansachs.com/worldwide/greater-china/index.html *and* https://www.goldmansachs.com/worldwide/greater-china/locations.html; Morgan Stanley's, *Office Locations in Hong Kong* webpage, *available at* https://www.morganstanley.com/about-us/global-offices/asia-pacific/hong-kong; Bank of America Merrill Lynch's *Locations Information*, *available at* https://www.bofaml.com/content/boaml/en_us/locations.html/#/AsiaPacific; State Street Corporation's webpages, *State Street in Hong Kong*, as of December 31, 2018, *available at* http://www.statestreet.com/about/office-locations/hong-kong.html *and Contact Us*, *available at* http://www.statestreet.com/about/office-locations/hong-kong/contact-us.html, (collectively, last visited Sept. 24, 2019).

13. Attached hereto as **Exhibit K** are true and correct copies of webpages of technology, biotechnology, engineering, and pharmaceutical companies referenced in UMC's Response: Emerson Electric Co.'s webpage, *About Us: Emerson in China*, *available at* https://www.emerson.cn/en-cn.about-us (last visited Sept. 25, 2019); Honeywell International Inc.'s webpage, *Global Locations: Asia Pacific*, *available at* https://www.honeywellaidc.com/about-us/global-locations#APAC; Qualcomm's webpage, *12 Offices in Peoples Republic of China*, *available at* https://www.qualcomm.com/company/facilities/offices?country=Peoples%20Republic%20of%20China; Nvidia's webpage, *Our Locations: Asia Regional Offices*, *available at* https://www.nvidia.com/en-us/contact/asia/; Pfizer's *Contact Us* webpage, *available at* https://www.pfizer.com.hk/en/contact-us; Amgen's *Contact Us* webpage, *available at* https://www.amgen.com.hk/contact-us/; Allergan's webpage, *Allergan In Hong Kong*, *available at* https://www.allergan.com/about/global-locations/countries/hong-kong; Eli Lilly & Co.'s *Contact Us* webpage, dated March 2019, *available at* https://www.lilly.com.hk/en/contact-us.aspx; Dow Chemical's *Greater China Office* webpage, *available at* https://cn.dow.com/zh-cn/contact-us/locations, (collectively, last visited Sept. 24, 2019).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. OF LESLIE R. CALDWELL ISO UMC'S RESP.
TO USA'S MOT. FOR PROTECTIVE ORDER
CASE NO. 3:18-CR-00465-MMC

14. Attached hereto as **Exhibit L** are true and correct copies of webpages of accounting firms referenced in UMC's Response: PricewaterhouseCoopers, *PwC office locations in Hong Kong*, https://www.pwc.com/gx/en/about/office-locations/hong-kong.html (last visited Sept. 25, 2019); KPMG, *Hong Kong SAR*, https://home.kpmg/xx/en/home/about/offices/hong-kong-sar-1.html (last visited Sept. 25, 2019); Deloitte, *China Office Directory*, https://www2.deloitte.com/cn/en/footerlinks/office-locator.html?icid=bottom_office-locator (last visited Sept. 25, 2019); Ernst & Young, *Offices in EY Greater China Region*, https://www.ey.com/cn/en/home/greater-china-offices (last visited Sept. 25, 2019).

15. Attached hereto as **Exhibit M** are true and correct copies of webpages of law firms referenced in UMC's Response:  Davis Polk & Wardwell LLP's *Hong Kong* webpage, *available at* https://www.davispolk.com/offices/hong-kong; Gibson, Dunn & Crutcher LLP's *Hong Kong* webpage, *available at* https://www.gibsondunn.com/office/hong-kong/; Kirkland & Ellis LLP's *Hong Kong* webpage, *available at* https://www.kirkland.com/offices/hong-kong; Latham & Watkins LLP's, *Hong Kong* webpage, *available at* https://www.lw.com/offices/hongkong; Morrison & Foerster LLP's, *Hong Kong* webpage, *available at* https://www.mofo.com/offices/hong-kong.html; O'Melveny & Myers LLP's *Our Locations* webpage, *available at* https://www.omm.com/locations/; Paul, Weiss, Rifkind, Wharton & Garrison LLP's webpage, *Locations:  Hong Kong*, *available at* https://www.paulweiss.com/locations/hong-kong; Sidley Austin LLP's *Hong Kong* webpage, *available at* https://www.sidley.com/en/locations/offices/hong-kong; Simpson Thacher & Bartlett LLP's *Hong Kong Office* webpage, *available at* https://www.stblaw.com/offices/hong-kong?contentId=1; Skadden, Arps, Slate, Meagher & Flom LLP's *Locations* webpage, *available at* https://www.skadden.com/locations; Sullivan & Cromwell LLP's *Hong Kong* webpage, *available at* https://www.sullcrom.com/Hong-Kong-China, (collectively last visited Sept. 24, 2019).

16. Attached hereto as **Exhibit N** is a true and correct copy of an excerpt of Rule 1.6, from the American Bar Association's *Model Rules of Professional Conduct*, *available at* https://www.americanbar.org/groups/professional_responsibility/publications/model_rules_of_pr

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL. OF LESLIE R. CALDWELL ISO UMC'S RESP.
TO USA'S MOT. FOR PROTECTIVE ORDER
CASE NO. 3:18-CR-00465-MMC

ofessional_conduct/rule_1_6_confidentiality_of_information/ (last visited Sept. 24, 2019).

17. Attached hereto as **Exhibit O** is a true and correct copy of Micron Technology, Inc.'s webpage, *Micron Locations: China*, available at https://www.micron.com/about/locations?country=China (last visited Sept. 24, 2019).

18. Attached hereto as **Exhibit P** is a true and correct copy of the article by Jing Shuiya, *Driving innovation to meet demand*, posted April 24, 2019 at 10:01, in China Daily, *available at* http://www.chinadaily.com.cn/a/201904/24/WS5cbfc35fa3104842260b7fac_1.html.

19. Attached hereto as **Exhibit Q** is a true and correct copy of Micron Technology, Inc.'s webpage, *Micron Technology, Inc. In China,* https://www.micron.com/~/media/documents/general/about/about-micron-in-china.pdf (last visited Sept. 25, 2019).

20. Attached hereto as **Exhibit R** are true and correct copies of Jones Day's webpages, *Locations: Hong Kong, Shanghai, Beijing*, https://www.jonesday.com/en/locations/asia-pacific/hong-kong?tab=overview-8f83bc25-0850-4ade-90ec-800135843289, https://www.jonesday.com/en/locations/asia-pacific/shanghai?tab=overview-d8a6753f-ad78-4ca6-890e-a8662e2cf86b, and https://www.jonesday.com/en/locations/asia-pacific/beijing?tab=overview-c16c9a6e-a43a-4129-a0a0-a2a7493fbfea (collectively, last visited Sept. 25, 2019).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2019.

By:    /s/ Leslie R. Caldwell  
       Leslie R. Caldwell

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECL. OF LESLIE R. CALDWELL ISO UMC'S RESP.
TO USA'S MOT. FOR PROTECTIVE ORDER
CASE NO. 3:18-CR-00465-MMC