# EXHIBIT A

Forbes  Best Countries for Business                                                                2018 RANKING

Billionaire Secrets

# Best Countries for Business

## The List

Spreadsheet    Reprints    Logo Licensing

Filter list by:  Overall    Name                          Search by name

| | Rank | Name | GDP Growth | GDP per Capita | Trade Balance/GDP | Population |
|---|---|---|---|---|---|---|
| | #1 | United Kingdom | 1.7% | $39,700 | -3.8% | 65.1 M |
| | #2 | Sweden | 2.1% | $53,400 | 3.3% | 10 M |
| | #3 | Hong Kong | 3.8% | $46,200 | 4.3% | 7.2 M |
| | #4 | Netherlands | 2.9% | $48,200 | 10.5% | 17.2 M |
| | #5 | New Zealand | 3% | $42,900 | -2.7% | 4.5 M |
| | #6 | Canada | 3% | $45,000 | -2.9% | 35.9 M |
| | #7 | Denmark | 2.3% | $56,300 | 7.6% | 5.8 M |
| | #8 | Singapore | 3.6% | $57,700 | 18.8% | 6 M |
| | #9 | Australia | 2.2% | $53,800 | -2.6% | 23.5 M |
| | #10 | Switzerland | 1.7% | $80,200 | 9.8% | 8.3 M |

# Inside Forbes



### The 10 Biggest Fintech Companies In America

These unicorns are forever changing the way we interact with money.



PODCAST: Why Cristiano Ronaldo Is The World's Highest-Earning Athlete



Full List: The World's Highest-Paid Actors And Actresses 2017



2017 Grateful Grads Index: Top 200 Best-Loved Colleges



Meet The Richest Self-Made Women On Wall Street 2017

**Forbes** Best Countries for Business

2018 RANKING

BILLIONAIRES  INNOVATION  LEADERSHIP  MONEY  CONSUMER  INDUSTRY  LIFESTYLE  ADVISOR

### Conferences

2019 Shook/Top Advisor Summit
2019 #BoardForward Awards
2019 U30 Global
2019 CIO Summit
2019 Philanthropy Summit
2019 Women's Summit
2019 CIO Summit Europe
2019 AgTech Summit
2019 Under 30 Summit
2019 CMO Summit
2019 CMO Summit Europe
2019 Healthcare Summit

### Newsletters

Forbes Investor
Forbes Billionaire's Portfolio
Forbes Real Estate Investor
Special Situation Survey
Forbes Dividend Investor
Forbes Premium Income Report
Forbes CryptoAsset & Blockchain Advisor
Investing Newsletters
Free Editorial Newsletters

### Products

Steve Forbes Podcast
Forbes Magazine
Forbes Marketplace
ForbesSpeakers
ForbesBooks
Forbes Insights
Forbes Custom
Reprints, Permissions & Licensing
Forbes Newsfeeds
Forbes8

### Company Info

Advertise
Forbes Careers
Forbes Press Room
Forbes Quote of the Day
Contact Us
Sitemap
Send Us Feedback
Share a News Tip with Forbes
Forbes Real-Time

### Forbes Councils

Forbes Technology Council
Forbes Agency Council
Forbes Coaches Council
Forbes Nonprofit Council
Forbes Business Development Council
Forbes Communications Council
Forbes Human Resources Council
Forbes Real Estate Council
Forbes Finance Council
Forbes New York Business Council
Forbes Los Angeles Business Council
Forbes Boston Business Council
Forbes Dallas Business Council
Forbes Chicago Business Council
Forbes San Francisco Business Council

### Education

Forbes School of Business & Technology at Ashford University
Learn@Forbes Online Courses

2 Free Issues | Subscriber Services | Gift Subscription

| | |
|---|---|
| Forbes Georgia | Forbes Poland |
| Forbes Brazil | Forbes Romania |
| Forbes China | Forbes Russia |
| Forbes Czech | Forbes Spain |
| Forbes France | Forbes Thailand |
| Forbes Hungary | Forbes Vietnam |
| Forbes India | Forbes Argentina |
| Forbes Israel | Forbes Austria |
| Forbes Japan | Forbes Slovakia |
| Forbes Kazakhstan | Forbes Greece |
| Forbes Mexico | Forbes Africa |
| Forbes Middle East | Forbes Italy |
| | Forbes Afrique |

© 2019 Forbes Media LLC. All Rights Reserved.   Terms and Conditions | Privacy Statement | Market Data by Morningstar | AdChoices