# EXHIBIT B

# 2018 年有香港境外母公司的駐港公司按年統計調查報告

# Report on
# 2018 Annual Survey of Companies in Hong Kong with Parent Companies Located outside Hong Kong



香港特別行政區 政府統計處
Census and Statistics Department
Hong Kong Special Administrative Region



# 2018 年有香港境外母公司
# 的駐港公司按年統計調查報告

# Report on
# 2018 Annual Survey of Companies
# in Hong Kong with Parent Companies
# Located outside Hong Kong

有關本刊物的查詢,請聯絡:

**政府統計處 業務展望統計組**

地址:香港九龍協調道 3 號工業貿易大樓 11 樓

電話:(852) 3903 7263　圖文傳真:(852) 2123 1053

電郵:regional-offices@censtatd.gov.hk

Enquiries about this publication can be directed to :

**Business Expectation Statistics Section**

**Census and Statistics Department**

Address : 11/F Trade and Industry Tower, 3 Concorde Road,

Kowloon, Hong Kong.

Tel. : (852) 3903 7263　Fax : (852) 2123 1053

E-mail : regional-offices@censtatd.gov.hk

政府統計處網站  Website of the Census and Statistics Department

www.censtatd.gov.hk

2018 年 10 月出版

Published in October 2018

本刊物只備有下載版

This publication is available in download version only

| 目錄 | Contents | 頁數<br>Page |
|---|---|---|
| 摘要 | Executive Summary | 1 |
| 1. 引言 | 1. Introduction | 4 |
| 2. 地區總部 | 2. Regional headquarters | 11 |
| 3. 地區辦事處 | 3. Regional offices | 15 |
| 4. 當地辦事處 | 4. Local offices | 19 |
| 5. 地區總部／地區辦事處／當地辦事處的意見 | 5. Views of regional headquarters/regional offices/local offices | 22 |
| *以香港作為設立地區總部／地區辦事處／當地辦事處地點的吸引力* | *Attractiveness of Hong Kong as a location for setting up regional headquarters/regional offices/local offices* | |
| *未來三年內的業務計劃* | *Business plans in the coming three years* | |
| *地區總部／地區辦事處／當地辦事處所提出香港特別行政區政府應關注的具體事項* | *Specific issues which regional headquarters/regional offices/local offices had raised for the attention of the Hong Kong Special Administrative Region Government* | |
| *對投資推廣署的認識* | *Knowledge about Invest Hong Kong* | |
| 統計表 | Statistical Tables | |
| 1. 統計調查結果摘要 | 1. Summary results of the Survey | |
| 1.1 2014年至2018年地區總部、地區辦事處及當地辦事處數目 | 1.1 Number of regional headquarters, regional offices and local offices, 2014 to 2018 | 26 |
| 1.2 2014年至2018年就業於地區總部、地區辦事處及當地辦事處的人數 | 1.2 Number of persons engaged by regional headquarters, regional offices and local offices, 2014 to 2018 | 27 |
| 1.3 2014年至2018年按母公司所在的選定國家／地區劃分的地區總部／地區辦事處／當地辦事處總數 | 1.3 Total number of regional headquarters/regional offices/local offices by selected country/territory where the parent company was located, 2014 to 2018 | 28 |
| 1.4 2018年按公司規模劃分的地區總部／地區辦事處／當地辦事處總數及就業人數 | 1.4 Total number of regional headquarters/regional offices/local offices and number of persons engaged by size of company, 2018 | 29 |
| 1.5 2018年按在香港的主要業務範圍劃分的地區總部／地區辦事處／當地辦事處總數 | 1.5 Total number of regional headquarters/regional offices/local offices by major line of business in Hong Kong, 2018 | 30 |
| 1.6 2018年按母公司的主要業務範圍劃分的地區總部／地區辦事處／當地辦事處總數 | 1.6 Total number of regional headquarters/regional offices/local offices by major line of business of the parent company, 2018 | 31 |

2018 年有香港境外母公司的駐港公司按年統計調查報告
**香港特別行政區 政府統計處**

- i -

Report on 2018 Annual Survey of Companies in Hong Kong with Parent Companies Located outside Hong Kong
**Census and Statistics Department, Hong Kong Special Administrative Region**

| 目錄 (續) | Contents (cont'd) | 頁數 Page |

|  |  |  |
|---|---|---|
| 2. 地區總部 | 2. Regional headquarters |  |
| 2.1 2014年至2018年按母公司所在的選定國家／地區劃分的地區總部數目 | 2.1 Number of regional headquarters by selected country/territory where the parent company was located, 2014 to 2018 | 32 |
| 2.2 2018年按公司規模劃分的地區總部數目及就業人數 | 2.2 Number of regional headquarters and number of persons engaged by size of company, 2018 | 33 |
| 2.3 2018年按在香港的主要業務範圍劃分的地區總部數目 | 2.3 Number of regional headquarters by major line of business in Hong Kong, 2018 | 34 |
| 2.4 2018年按母公司的主要業務範圍劃分的地區總部數目 | 2.4 Number of regional headquarters by major line of business of the parent company, 2018 | 35 |
| 2.5 2014年至2018年按區內選定地域責任（香港除外）劃分的地區總部數目 | 2.5 Number of regional headquarters by selected geographical responsibility in the region (other than Hong Kong), 2014 to 2018 | 36 |
| 3. 地區辦事處 | 3. Regional offices |  |
| 3.1 2014年至2018年按母公司所在的選定國家／地區劃分的地區辦事處數目 | 3.1 Number of regional offices by selected country/territory where the parent company was located, 2014 to 2018 | 37 |
| 3.2 2018年按公司規模劃分的地區辦事處數目及就業人數 | 3.2 Number of regional offices and number of persons engaged by size of company, 2018 | 38 |
| 3.3 2018年按在香港的主要業務範圍劃分的地區辦事處數目 | 3.3 Number of regional offices by major line of business in Hong Kong, 2018 | 39 |
| 3.4 2018年按母公司的主要業務範圍劃分的地區辦事處數目 | 3.4 Number of regional offices by major line of business of the parent company, 2018 | 40 |
| 3.5 2014年至2018年按區內選定地域責任（香港除外）劃分的地區辦事處數目 | 3.5 Number of regional offices by selected geographical responsibility in the region (other than Hong Kong), 2014 to 2018 | 41 |
| 4. 當地辦事處 | 4. Local offices |  |
| 4.1 2014年至2018年按母公司所在的選定國家／地區劃分的當地辦事處數目 | 4.1 Number of local offices by selected country/territory where the parent company was located, 2014 to 2018 | 42 |
| 4.2 2018年按公司規模劃分的當地辦事處數目及就業人數 | 4.2 Number of local offices and number of persons engaged by size of company, 2018 | 43 |
| 4.3 2018年按在香港的主要業務範圍劃分的當地辦事處數目 | 4.3 Number of local offices by major line of business in Hong Kong, 2018 | 44 |
| 4.4 2018年按母公司的主要業務範圍劃分的當地辦事處數目 | 4.4 Number of local offices by major line of business of the parent company, 2018 | 45 |

2018 年有香港境外母公司的駐港公司按年統計調查報告  
**香港特別行政區 政府統計處**

- ii -

Report on 2018 Annual Survey of Companies in Hong Kong with Parent Companies Located outside Hong Kong  
**Census and Statistics Department, Hong Kong Special Administrative Region**

| 目錄 (續) | Contents (cont'd) | 頁數 Page |
|---|---|---|

| | | |
|---|---|---|
| 5. 地區總部／地區辦事處／當地辦事處的意見 | 5. Views of regional headquarters/regional offices/local offices | |
| 5.1 2018年有關選擇設立地區總部／地區辦事處／當地辦事處地點的因素的重要程度及香港就這些因素的有利程度的意見 | 5.1 Views on the importance of factors affecting the choice of a location for setting up regional headquarters/regional offices/local offices and Hong Kong's favourableness in respect of these factors, 2018 | 46 |
| 5.2 2014年至2018年地區總部／地區辦事處／當地辦事處於未來三年內在香港的業務計劃 | 5.2 Business plans in Hong Kong in the coming three years of regional headquarters/ regional offices/local offices, 2014 to 2018 | 47 |
| 5.3 2014年至2018年地區總部／地區辦事處／當地辦事處所提出香港特別行政區政府應關注的具體事項 | 5.3 Specific issues which regional headquarters/regional offices/local offices had raised for the attention of the Hong Kong Special Administrative Region Government, 2014 to 2018 | 48 |
| 5.4 2014年至2018年地區總部／地區辦事處／當地辦事處對投資推廣署的認識 | 5.4 Knowledge of regional headquarters/ regional offices/local offices about Invest Hong Kong, 2014 to 2018 | 49 |

2018 年有香港境外母公司的駐港公司按年統計調查報告  
香港特別行政區 政府統計處

- iii -

Report on 2018 Annual Survey of Companies in Hong Kong with Parent Companies Located outside Hong Kong  
Census and Statistics Department, Hong Kong Special Administrative Region

| 2. 地區總部 | 2. Regional headquarters |
|---|---|

### 概覽 / Overview

2.1　香港作為設立地區總部地點的角色，歷史相當悠久，但直至1980年代才開始顯得重要。這項統計調查以2018年6月1日作為統計日期，點算了1 530間有香港境外母公司的駐港地區總部。2017年6月1日的相應數目為1 413。(表1.1)

2.1　Hong Kong's role as a location for setting up RHQs has a long history, but it began to assume significance only from the 1980s. The Survey enumerated, as at the reference date of 1 June 2018, 1 530 RHQs in Hong Kong with their parent companies located outside Hong Kong. The corresponding number as at 1 June 2017 was 1 413.   (Table 1.1)

### 母公司所在的國家／地區 / Country/Territory where the parent company was located

2.2　按母公司所在的國家／地區分析，**美國**駐港的地區總部數目最多 (290間)，其次是**日本** (244)、**中國內地** (197)、**英國** (137) 及**德國** (98)。(圖1及表2.1)

2.2　Analysed by the country/territory where the parent company was located, **the United States of America** had the largest number of RHQs in Hong Kong (290 companies), followed by **Japan** (244), **the mainland of China** (197), **the United Kingdom** (137) and **Germany** (98). (Chart 1 and Table 2.1)

**圖 1**　2018 年按母公司所在的國家／地區劃分的地區總部數目
**Chart 1**　Number of regional headquarters by country/territory where the parent company was located, 2018



母公司所在的國家／地區 (只顯示首5位)
Country/Territory where the parent company was located (Only the top 5 are shown)

2018 年有香港境外母公司                                     - 11 -                        Report on 2018 Annual Survey of Companies in Hong Kong
的駐港公司按年統計調查報告                                                                with Parent Companies Located outside Hong Kong
**香港特別行政區 政府統計處**                                                             **Census and Statistics Department, Hong Kong Special Administrative Region**

表 2.1      2014 年至 2018 年按母公司所在的選定國家／地區劃分的地區總部數目

**Table 2.1   Number of regional headquarters by selected country/territory where the parent company was located, 2014 to 2018**

地區總部數目
Number of regional headquarters

| 母公司所在的國家／地區<br>Country/Territory where the parent company was located | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | |
|---|---|---|---|---|---|---|---|---|---|---|
| 美國<br>United States of America | 310 | (22.3%) | 307 | (21.9%) | 286 | (20.7%) | 283 | (20.0%) | 290 | (19.0%) |
| 日本<br>Japan | 240 | (17.3%) | 238 | (17.0%) | 239 | (17.3%) | 233 | (16.5%) | 244 | (15.9%) |
| 中國內地<br>The mainland of China | 119 | (8.6%) | 133 | (9.5%) | 137 | (9.9%) | 154 | (10.9%) | 197 | (12.9%) |
| 英國<br>United Kingdom | 120 | (8.6%) | 126 | (9.0%) | 124 | (9.0%) | 122 | (8.6%) | 137 | (9.0%) |
| 德國<br>Germany | 91 | (6.6%) | 87 | (6.2%) | 85 | (6.2%) | 87 | (6.2%) | 98 | (6.4%) |
| 法國<br>France | 68 | (4.9%) | 67 | (4.8%) | 73 | (5.3%) | 81 | (5.7%) | 92 | (6.0%) |
| 瑞士<br>Switzerland | 45 | (3.2%) | 43 | (3.1%) | 51 | (3.7%) | 55 | (3.9%) | 54 | (3.5%) |
| 新加坡<br>Singapore | 43 | (3.1%) | 42 | (3.0%) | 40 | (2.9%) | 45 | (3.2%) | 46 | (3.0%) |
| 意大利<br>Italy | 43 | (3.1%) | 40 | (2.9%) | 36 | (2.6%) | 39 | (2.8%) | 39 | (2.5%) |
| 澳大利亞<br>Australia | 37 | (2.7%) | 40 | (2.9%) | 37 | (2.7%) | 35 | (2.5%) | 35 | (2.3%) |
| 瑞典<br>Sweden | 28 | (2.0%) | 28 | (2.0%) | 30 | (2.2%) | 27 | (1.9%) | 29 | (1.9%) |
| 荷蘭<br>Netherlands | 43 | (3.1%) | 36 | (2.6%) | 29 | (2.1%) | 27 | (1.9%) | 28 | (1.8%) |
| 台灣<br>Taiwan | 31 | (2.2%) | 26 | (1.9%) | 25 | (1.8%) | 19 | (1.3%) | 22 | (1.4%) |
| 加拿大<br>Canada | 16 | (1.2%) | 18 | (1.3%) | 17 | (1.2%) | 19 | (1.3%) | 21 | (1.4%) |
| 比利時<br>Belgium | 14 | (1.0%) | 18 | (1.3%) | 20 | (1.5%) | 21 | (1.5%) | 21 | (1.4%) |

註釋 ：   如地區總部屬聯營機構，其母公司所在的國家／地區可多於一個。
          括號內的數字指在地區總部總計中所佔的百分比。

Notes :   In the case of a joint-venture regional headquarters, there may be more than one country/territory where its parent companies are located.
          Figures in brackets denote the percentages in respect of the total number of regional headquarters.

2018 年有香港境外母公司的駐港公司按年統計調查報告
香港特別行政區 政府統計處

- 32 -

Report on 2018 Annual Survey of Companies in Hong Kong with Parent Companies Located outside Hong Kong
Census and Statistics Department, Hong Kong Special Administrative Region