# EXHIBIT C




ENG｜繁｜简　　SITEMAP



Home > Why Hong Kong? > Sound legal framework

# Why Hong Kong?　　　　　　　　　　　　　　　　PREV　　NEXT

| Introduction |
| Sound legal framework |
| Robust IP protection |
| Sound financial regime |
| Good IP support services |
| Dispute resolution centre |
| Gateway to China and Asia |
| R&D capabilities |
| Good support to incubated companies |

## Sound legal framework

Hong Kong has a well-established legal system based upon the rule of law and the independence of judiciary. Being the only common law jurisdiction in China, Hong Kong has a sophisticated system of law making, legal protection and legal enforcement.

Hong Kong has a strong commercial and property law encompassing all aspects of IP protection, contract law, companies, finance, and competition regulation, in a manner that is familiar to those involved in international commercial transactions generally, and IP transactions in particular.

Hong Kong also has a reputable judiciary responsible for the administration of justice. It has established a sophisticated court system consisting of the courts of first instance, and appellate courts, with jurisdictions to hear and deal with all types of legal disputes.

Judges are independent of the executive branch, as well as independent of the legislative branch of Government, and are usually drawn from the experienced legal practitioners with good standing, particularly from the barristers branch of the legal profession, as well as overseas judges.

The highest local court is the Court of Final Appeal. Its system of permanent and non-permanent judges enable judges of the Court of Final Appeal to be drawn from experienced judges, retired or serving, in Hong Kong or other common law jurisdictions. The judiciary of Hong Kong enjoys a high reputation of its quality.

Under the Basic Law, Hong Kong enjoys a high degree of autonomy in external affairs. It may on its own, using the name "Hong Kong, China", maintain and develop relations and conclude and implement agreements with foreign states and regions and relevant international organisations in the appropriate fields, including the economic, trade, financial and monetary, shipping, communications, tourism, cultural and sports fields. Using the name "Hong Kong, China", Hong Kong also participates on its own as a full member in international organisations and conferences not limited to states, e.g. the World Trade Organization, the World Customs Organization, the Asia-Pacific Economic Cooperation, etc.

As part of the delegation of the People's Republic of China, representatives of the Government of the Hong Kong SAR participate in activities of the Hague Conference on Private International Law, as well as of other international organisations and conferences limited to states, such as the International Monetary Fund and the World Intellectual Property Organization.

**Links to government bureaux and departments**

Commerce and Economic Development Bureau | Intellectual Property Department | Innovation and Technology Bureau |

Innovation and Technology Commission | Trade and Industry Department | CreateHK | InvestHK |

Companies Registry | Copyright Tribunal | Judiciary | Customs and Excise Department | GovHK |

Last revision date: 29.07.2019

2016 © Intellectual Property Department

Important Notice | Privacy Notice