# EXHIBIT J



**J.P. Morgan**

J.P. Morgan About Us



# Local expertise. Global resources.
# A commitment to Hong Kong.

Learn more about Local expertise. Global resources. A commitment to Hong Kong. (/country/HK/EN/what-we-do)

We launched our business in Hong Kong over 90 years ago, and are today a premier provider of corporate and investment banking, asset management and private banking services. Local corporations and institutions, multinationals, governments and private clients rely on our global strength, local expertise and leadership across these lines of business.

We have operated in Asia Pacific since 1872, and today are present across 17 markets in the region. Local corporations and institutions, multinationals, governments and private clients rely on us for market-leading financial services — a confidence bred from our strength and ability to deliver integrated services across the Corporate & Investment Bank, Asset Management and the Private Bank.

In Asia Pacific, we are committed to helping promote economic growth and economic inclusion through our key philanthropic initiatives in the areas of workforce readiness, small business development and financial capability. Our investments aim to increase the number of quality jobs created for the underserved individuals and communities, helping small businesses become more sustainable, as well as assisting marginalized people in gaining access to affordable financial products so that they can become more financially secure. This shared commitment to the community drives our Foundation's giving and employee engagement and volunteering activities across the region.

J.P. Morgan is a global leader in financial services, offering solutions to the world's most important corporations, governments and institutions in more than 100 countries. As announced in early 2018, JPMorgan Chase will deploy $1.75 billion in philanthropic capital around the world by 2023. We also lead volunteer service activities for employees in local communities by utilizing our many resources, including those that stem from access to capital, economies of scale, global reach and expertise.

# Tech & Innovation



## In-Residence

We help the small idea grow to the enterprise level. In-Residence is the home to the solutions of the future.

Learn more (/country/HK/EN/in-residence)





## Quorum™

Quorum addresses specific challenges to blockchain technology adoption within the financial industry, and beyond.

Learn more (/country/HK/EN/Quorum)

## Tech at Our Firm

Highlighting the people, programs, and initiatives that drive technology and innovation at our firm

Learn more (/country/HK/EN/technology)

# Investor Conferences







## 47th Annual Technology, Media & Communications Conference

The annual Technology, Media and Communications Conference is one of the first established and largest sector-focused financial conference in the industry.

Learn more (https://www.jpmorgan.com/global/events/TMC-conference)

## 37th Annual J.P. Morgan HEALTHCARE CONFERENCE

The annual J.P. Morgan Healthcare Conference is the largest and most informative healthcare investment symposium in the industry.

Learn more (https://www.jpmorgan.com/healthcareconference)

## Upcoming Investor Conferences

Our conferences explore market and sector trends.

Learn more (/country/HK/EN/jpmorgan/investbk/global/na/usconferenc

# Local Commitment







## Disclosures

Explore (/country/HK/EN/disclosures)

## Contact Us

Explore (/country/HK/EN/contact-us)

# Global Initiatives

 

## Corporate Responsibility

Learn more (/country/HK/EN/corporate-responsibility)

## JPMorgan Chase Institute

Learn more
(http://www.jpmorganchase.com/corporate/institute/institute.htm)

Copyright © 2019 JPMorgan Chase & Co. All rights reserved.

# COUNTRIES AND JURISDICTIONS

| Region Info | Hong Kong SAR |
| --- | --- |

About Us > Regions > Asia Pacific > Hong Kong

Citi opened its first office in Hong Kong in 1902 and now serves more than one million clients. Since then, we have become one of the largest foreign financial institutions in Hong Kong. As the preeminent global financial services company in the world, Citi combines the expertise and resources of its Institutional Clients Group (ICG) and Global Consumer Banking (GCB), to serve over 1 million client accounts.

Institutional Clients Group advises companies, financial institutions, governments, non-profit organizations as well as institutional investors on the best ways to realize their strategic objectives. It offers a broad spectrum of financial services, including capital markets origination and distribution, trading and hedging of rates and currencies, transaction services, stock connect solutions and financial advisory expertise in mergers & acquisitions through the following business groups: Corporate & Investment Banking, Markets & Securities Services, Citi Private Bank, Treasury and Trade Solutions and Citi Commercial Bank. It also offers bespoke wealth management services to high-net-worth individuals and families with a minimum net worth of US$25 million.

Global Consumer Banking, operated under the Citibank brand, offers a complete range of world-class financial products and services through its retail branches in Hong Kong. Through different offerings such as Citibanking, Citigold, Citigold Private Client, CitiBusiness and Citi Credit Cards, Citibank provides a full range of wealth and financial solutions and products to a wide spectrum of clienteles. Citibank remains one of the key credit card issues in Hong Kong.

Corporate Citizenship has always been embedded in the bank's corporate culture. By contributing through our "knowledge", "funds" and "people", we aim to make a difference to the community in which we operate. We have through the years supported a portfolio of local programs focusing on financial education, youth economic opportunities and community development for youth, the disadvantaged, and on environmental protection for the community. Citi also has a rich culture of volunteerism and the annual Global Community Day has been a signature volunteering activity for the organization to contribute back to the community in Hong Kong.

**Citibank Hong Kong**
www.citibank.com.hk



## For More Information:

## Address:

50/F, Champion Tower
3 Garden Road
Central, Hong Kong

Citi Tower, One Bay East
83 Hoi Bun Road, Kwun Tong
Kowloon, Hong Kong

**Consumer Bank**
Phone: 852-2860 0333

**Corporate Bank**
Phone: 852-2868 8888
Fax: 852-2523 0949

**Investment Bank**
Phone: 852-2501 2020
Fax: 852-3018 7740

**Citi Private Bank**
Phone: +852 2868 8688
Fax: +852 2868 7469



Consumer Businesses

Institutional Businesses

Media

Investors

About Us

Stories of Progress

Terms & Conditions
Privacy
Accessibility

FX Disclosure Notices
Suppliers
Ethics Hotline
Contact Us
Site Feedback

Copyright © 2019 Citigroup, Inc.

**WELLS FARGO**

Commercial    International Services    International Services for Businesses    **Asia Pacific Region**

# Asia Pacific Region



Tailored solutions for companies and institutions

## We serve

- Middle market companies
- Large corporations
- Financial institutions

## Our services

With offices in major cities across the region, Wells Fargo provides the guidance, support and expertise to help you manage risk and take advantage of Asia Pacific opportunities. Capabilities include:

- Asset management
- Capital raising and advisory
- Financing
- Foreign exchange
- Trade finance

## Working with you in Asia Pacific

Our teams in Asia Pacific, the U.S., and across the globe work together to deliver tailored solutions and local relationship management for both your parent and subsidiary locations. We take the time to understand your business and leverage the strength and stability of Wells Fargo to deliver exceptional service to help you succeed globally.

- Asia Pacific headquarters in Hong Kong
- Wells Fargo branches in Hong Kong, Seoul, Shanghai, Singapore, Taipei, and Tokyo and corporate relationship management teams throughout the region
- One of Asia's largest trade processing operations

### Contact us

- Email us at internationalconnections @wellsfargo.com
- Call us at **1-877-593-2468** (U.S./Canada toll-free)
- Complete our contact form
- Find one of our international locations

### Services around the world

Canada

Europe, Middle East, and Africa

Latin America

United States

Wells Fargo does not have offices outside of the U.S. that provide services to retail or small business customers. For assistance with your accounts when traveling internationally, refer to our international access codes for phone numbers, or visit our travel resource center.

Wells Fargo conducts business outside the U.S. through various companies, including subsidiaries and affiliates. All products and services may not be available in all countries. Each situation needs to be evaluated individually and is subject to local regulatory requirements.

Mr. Thomas Madden ceased to be the temporary s.72B manager for risk management function under the Hong Kong Banking Ordinance on August 26, 2019. Mr. Andre De Bakhapouve is appointed as the s.72B manager for risk management function under the Hong Kong Banking Ordinance on August 26, 2019. Andre is the Regional Chief Risk Officer for the Asia-Pacific region. As part

of his supervision remits, Andre serves as the Chief Risk Officer of Wells Fargo Bank, N.A. Hong Kong Branch (Organized under the laws of the U.S.A. with limited liability).

© 1999 - 2019 Wells Fargo. All rights reserved. NMLSR ID 399801

**WELLS FARGO**

Commercial    International Services    **International Locations and Contacts**

# International Locations and Contacts



Our local relationship managers work with you to share our global expertise, deliver tailored solutions, and provide exceptional service to help you succeed financially in all the markets where you do business.

| **Businesses and Corporations** | Consumers and Individuals | Financial Institutions |
| --- | --- | --- |

Whether your company is importing, exporting, financing a global supply chain, managing currency risk or international payments, developing foreign exchange hedging strategies, or expanding operations outside the U.S., Wells Fargo has locations around the world[1] to help businesses succeed on an international scale.

1. Wells Fargo does not have offices outside of the U.S. that provide services to retail or small business customers. For assistance with your accounts when traveling internationally, refer to our international access codes for phone numbers, or visit our travel resource center.

Wells Fargo offers foreign exchange hedging products and foreign currency management solutions through Wells Fargo Bank, N.A., which is a swap dealer registered with the Commodity Futures Trading Commission and a member of the National Futures Association. This information does not constitute investment advice or a recommendation or opinion to enter into any foreign exchange or other transaction.

Wells Fargo & Company conducts business outside the U.S. through various companies, including duly authorized and regulated subsidiaries and affiliates in Asia, Canada, Europe, and Latin America. All products and services may not be available in all countries. Each situation needs to be evaluated individually and is subject to local regulatory requirements.

Wells Fargo Bank, N.A. Member FDIC. Deposits held in non-U.S. branches are not FDIC insured.

富国 Serving businesses and financial institutions in China.

LRC-0119

© 1999 - 2019 Wells Fargo. All rights reserved. NMLSR ID 399801

 

/    /   Overview



# Goldman Sachs Greater China

Goldman Sachs Group Co., Ltd. is the world's leading investment banking, securities and investment management company, providing a range of financial services to a wide range of clients in corporate, financial institutions, government, and individuals. We have long regarded Greater China as an important market. Since the early 1990s, Greater China has been a key area for global business development. Goldman Sachs set up its Asia Pacific regional headquarters in Hong Kong in 1984. In 1994, it opened representative offices in Beijing and Shanghai, officially entered the Chinese mainland market, and opened an office in Taiwan in 2000.

UNDERSTAND MORE

# Our Opinion

Goldman Sachs economists and experts share topics related to the global economy, the Chinese market and our business.

  

/        /  Overview



## Dreams + Change | Goldman Sachs Innovation Summit 2019

The "Building Dreams + Change" Innovation Summit was founded in 2012 and is one of the most successful investment banking events held by Goldman Sachs in the United States. In 2019, Goldman Sachs brought the summit to Asia for the first time. It was held in Ningbo, China on April 16-18, 2019. It gathered more than 100 entrepreneurs who won the most subversive entrepreneurial awards from different industries, advocated and promoted. The growth and development of business leaders who challenge the inherent industry landscape and philosophy.

**WATCH THE VIDEO**

 

/        /    Overview



**E-sports step into the mainstream**

As one of the fastest growing fans of professional sports, the young global audience of e-sports has surpassed the audience of the Major League Baseball, and top players are quickly joining the ranks of millionaires - e-sports has entered the mainstream.

**VIEW INFOGRAPHIC**

Goldman Sachs | Greater China



/ / Overview



11 APR 2019

## The advent of the 5G era

The fifth generation of mobile communication technology 5G has become one of the most popular technology concepts in the near future. The Goldman Sachs Research Department expects that 2019 will be the first year of 5G.

**UNDERSTAND MORE**

READ MORE

Goldman Sachs | Greater China





/ / Overview



# Careers

Goldman Sachs is talented and talented. We are convinced that teamwork, teamwork and integrity will create a good environment for our employees to create the best results for our customers.

READ MORE

Goldman Sachs | Greater China





/ / Overview



# Awards

Goldman Sachs Wins Business and Employer/Diversity Awards in Asia

READ MORE

 

/    /    Overview



# Fulfilling civic duties

Goldman Sachs and its employees are committed to helping the communities in which we work and live, and to actively contribute our ideas, people and resources to the wider society.

READ MORE

 

/    /   Overview



## 帼 帼 voyage venture capital

Goldman Sachs announced an investment of $500 million to support companies founded, owned or led by women.

**READ MORE**

 

/    /   Overview



### 2018 shareholders

To understand the global changes, market trends, Goldman Sachs performance, Goldman Sachs management philosophy and culture, please read the first letter from the Chairman and CEO of Goldman Sachs Su Dejun and the full text of the 2018 Annual Report

**READ MORE**

Goldman Sachs | Greater China

 

/　　　/　Overview



**investor**

Learn about our financial information

READ MORE

Goldman Sachs | Greater China

 

/    /   Overview



### media

At Goldman Sachs, we understand the importance of providing the company and the general public with relevant information in real time. In this part of the website, we provide a recent and past press release on Goldman Sachs.

**READ MORE**

Goldman Sachs | Greater China

 

/ / Overview



**office**

View our office address and contact information in Greater China

READ MORE

Welcome to pay attention to Goldman Sachs WeChat public number

Goldman Sachs | Greater China

 

/    /    Overview



# BRIEFIN GS

A weekly email from Goldman Sachs about trends shaping markets, industries and the global economy.

Privacy and Cookies        Ad Choices        Terms & Conditions        Security

Regulatory Disclosures        Site Map        Login        Mobile View



© 2019 Goldman Sachs

 ☰

/    /   Overview

# office

### Beijing

Goldman Sachs (China) Co., Ltd.
Beijing Representative Office
18/F,
Yinglan International Center, No. 7 Financial Street, Xicheng District, Beijing Tel: 86 10 6627 3400

Beijing Gaohua Securities Co., Ltd.
18th Floor,
Yinglan International Center, No. 7 Financial Street, Xicheng District , Beijing Tel: 86 10 6627 3000

Goldman Sachs Gao Hua Securities Co., Ltd.
18th Floor,
Yinglan International Center, No. 7 Financial Street, Xicheng District , Beijing Tel: 86 10 6627 3000

### Shanghai

Goldman Sachs (China) Co., Ltd.
Shanghai Representative Office
Unit 4701, 4703-4711, 4715-4716, Block B, 8th Century Avenue, China (Shanghai) Pilot Free Trade Zone
Tel: + 86 21 2401 8600

Beijing Gaohua Securities Co., Ltd.
Securities Business Department
Unit 4701, 4703-4711, 4715-4716, Block B, No. 8, Century Avenue, China (Shanghai) Pilot Free Trade Zone
Tel: + 86 21 2401 8888

### Shenzhen

Beijing Gaohua
Securities Co., Ltd. Shenzhen Center 4th Road Securities Business Department
Room 02, 03A1, 16th Floor, Kerry Building Plaza, No.1, Center 4th Road, Futian District, Shenzhen, Guangdong, China
Phone: + 86 10 6627 3400

### Hong Kong

Goldman Sachs (Asia) LLC Limited
Building 68, Cheung Kong Group Centre, 2 Queen's Road Central, Hong Kong
Tel: + 852 2978 1000

### Taipei

Goldman Sachs (Asia) Co., Ltd.
11th Floor, Office Building
, Yuanqi Center, No. 207, Section 2, Dunhua South Road, Daan District , Taipei Tel: +886 2 2730 4000
Click here to view Taiwan Offerings



/    /    Overview

© 2019 Goldman Sachs

**All Global Offices**

# Office Locations in Hong Kong

Location & Websites      Careers      Newsroom

# The Firm's Asia Pacific Headquarters



## 30 yrs

Presence in Hong Kong



## #1

Asia Research Team - Institutional Investor 2015-17



## 2000+

Employees

With a presence in Hong Kong since 1987, the city serves as Morgan Stanley's Asia Pacific (ex-Japan) headquarters, as well as the gateway for capital raising in China.

Read More ↓

📍 Location & Websites

**HONG KONG**

Morgan Stanley
Level 46
International Commerce
Centre
1 Austin Road West
Kowloon
Hong Kong SAR

Tel: +852 2848 5200
Fax: +852 2239 7805

**Morgan Stanley China**

Learn more  ›

**Octave Notes**

Learn more  ›

👤 **CAREERS**

## STUDENTS & GRADUATES

Talented, intelligent and passionate people have made Morgan Stanley the firm it is today. If you want to work with and learn from the best in the business, there's no better place to start.

**Find a program** ›

---

## EXPERIENCED PROFESSIONALS

When you're ready to advance your career, team up with global thought leaders, and make a real difference in the world, you're ready to work with Morgan Stanley.

**Search for opportunities** ›

# Newsroom

For media inquiries, send email to [Media Inquiries](#)

Go to newsroom

 Awards



**EUROMONEY – WORLD'S BEST
INVESTMENT BANK, ASIA'S
BEST BANK FOR ADVISORY &
ASIA'S BEST INVESTMENT
BANK**

*2017*



**INSTITUTIONAL INVESTOR - #1
ASIA RESEARCH TEAM**

*2015-17*

**Morgan Stanley Asia International Limited - Regulatory Disclosures**

*In accordance with the Banking (Disclosure) Rules issued by the Hong Kong Monetary Authority, Morgan Stanley Asia International Limited discloses the information as follows:*

View disclosures

# Connect with our offices around the world

Need help with your Bank of America credit card, loan or consumer banking account?
Visit the main Bank of America website.

## United States & Canada

### UNITED STATES

Charlotte
Bank of America Corporate Center
100 North Tryon Street
Charlotte, North Carolina 28255

Miami
701 Brickell Avenue
Miami, Florida 33131

San Francisco
315 Montgomery Street
San Francisco, California 94104

Chicago
135 S. LaSalle Street
Chicago, Illinois 60603

New York
One Bryant Park
New York, New York 10036

### CANADA

Calgary
Bow Valley Square III
Suite 2620, 255 - 5th Avenue SW
Calgary, Alberta T2P 3G6

Toronto
181 Bay Street
4th Floor
Toronto, Ontario M5V 2V8

Montreal
1250 Boulevard Rene Levesque West
Suite 3715
Montreal, Québec H3B 4W8


Vancouver
1055 Dunsmuir Street
P.O. Box 49295
Vancouver, British Columbia V7X 1L3

---

# Asia Pacific


Need help with your Bank of America credit card, loan or consumer banking account? **Click here.**

AUSTRALIA


Melbourne
L19, 120 Collins Street
Melbourne VIC 3000
Tel: +61.3.9659.2222


Sydney
L34 Governor Phillip Tower
1 Farrer Place
Sydney NSW 2000
Tel: +61.2.9225.6500

CHINA


Beijing
Bank of America, N.A. Beijing Branch
Unit 04-21, 35F China World Tower A
No.1 Jianguomenwai Avenue
Chaoyang District
Beijing, 100004
Tel: +86.10.5835.8888


Guangzhou
Bank of America, N.A. Guangzhou Branch
Unit 01-A, 4/F
Guangzhou International Finance Center
No.5, Zhujiang Xi Rd, ZhuJiang New Town
Guangzhou, 510623
Tel: +86.20.8116.2222


Shanghai
Merrill Lynch International Inc Shanghai Representative Office
Unit 1607B & 1608B
Azia Centre
1233 Lujiazui Ring Road
Shanghai, 200120
Tel: +86.21.2036.7888

Beijing
Merrill Lynch International Inc Beijing Representative Office
Unit 01-03, 35F China World Tower A
No.1 Jianguomenwai Avenue
Chaoyang District
Beijing, 100004
Tel: +86.10.5878.0200


Shanghai
Bank of America, N.A. Shanghai Branch
Unit 1601-1606, 1607A, 1608A & 17F
Azia Centre
1233 Lujiazui Ring Road
Shanghai, 200120
Tel: +86.21.6160.8888


HONG KONG


Merrill Lynch (Asia Pacific) Ltd.
37F-40F, 52F, 53F & 55F
Cheung Kong Centre
2 Queen's Road Central
Central, Hong Kong
Tel: +852.3508.8888


Merrill Lynch (Asia Pacific) Ltd.
18F-21F, Unit 1-9 22F
Tower 2, Kowloon Commerce Centre
51 Kwai Cheong Road, Kwai Chung
Hong Kong
Tel: +852.3508.8888


INDIA | Go to Bank of America India | Go to Merrill Lynch India


Bengaluru
Bank of America N.A.
5th Floor, B Wing
Salarpuria Windsor
No. 3, Ulsoor Road
Bengaluru (Bangalore), Karnataka 560 042
Tel: +91.80.6600.6200


Mumbai
Bank of America N.A.
DSP Merrill Lynch
Ground, 16th, 17th & 18th Floor,
A Wing, One BKC
G Block, Bandra Kurla Complex
Bandra (East)
Mumbai 400 051
Tel: +91.22.6632.3000
Tel: +91.22.6632.8000


Chennai
Bank of America N.A.
7F and 8F, EA Chambers
Express Avenue
No.49, 50-L, Whites Road Royapettah

Chennai 600 014
Tel: +91.44.4290.4590

New Delhi
Bank of America N.A.
1st and 2nd Floor, DLF Centre
Sansad Marg
New Delhi 110 001
Tel: +91.11.6616.2000

## INDONESIA

Jakarta
Bank of America N.A. Jakarta Branch
Indonesia Stock Exchange Building
Tower 1, 18/F & Tower 2, 23/F
Jalan Jenderal. Sudirman Kav. 52-53
Jakarta 12190, Indonesia
Tel: +62.21.2955.3700

Jakarta
PT Merrill Lynch Sekuritas Indonesia
Indonesia Stock Exchange Building
Tower 1, 18/F
Jalan Jenderal. Sudirman Kav. 52-53
Jakarta 12190, Indonesia
Tel: +62.21.2955.3888

## JAPAN | Go to BofAML Japan

Tokyo
Bank of America N.A. Tokyo Branch
6F, 8F, 9F and 11F, Nihonbashi 1-chome Mitsui Building
1-4-1 Nihonbashi, Chuo-ku
Tokyo, Japan 103-0027
Tel: +81.3.6758.5000

Tokyo
Merrill Lynch Japan Securities Co., Ltd.
6F, 8F, 9F and 11F, Nihonbashi 1-chome Mitsui Building
1-4-1 Nihonbashi, Chuo-ku
Tokyo, Japan 103-8230
Tel: +81.3.6225.7000

## MALAYSIA

Bank of America Malaysia Berhad
Kuala Lumpur
Level 18, Wisma Goldhill
67 Jalan Raja Chulan
50200 Kuala Lumpur
Tel: +60.3.2034.3844

## PHILIPPINES

Manila

27/F Philamlife Tower
8767 Paseo de Roxas
Makati City, Metro Manila
Philippines 1226
Tel: +632.815.5000

## SINGAPORE

Bank of America, N.A. - Singapore Branch
OUE
OUE Bayfront #14-01
50 Collyer Quay
Singapore 049321
Tel: +65.6678.0000

Merrill Lynch (Singapore) Pte. Ltd.
HBF

2 HarbourFront Place #02-01
Bank of America Merrill Lynch HarbourFront
Singapore 098499
Tel: +65.6678.1000

## SOUTH KOREA

Seoul
Bank of America N.A. Seoul Branch
27/F & 28/F, Seoul Finance Center
136 Sejongdae-Ro, Jung-Ku
Seoul, Republic of Korea 04520
Tel: +82.2.788.1400

Seoul
Merrill Lynch International LLC, Seoul Branch
28/F & 29/F, Seoul Finance Center
136 Sejongdae-Ro, Jung-Ku
Seoul, Republic of Korea 04520
Tel: +82.2.3707.0400

## TAIWAN

Taipei
Bank of America, N.A. Taipei Branch
43F & 48F, Taipei 101 Tower
No.7, Xin Yi Road, Section 5
Tel: +886.2.8101.1288

Taipei
Merrill Lynch Securities Taiwan Limited
9F & 17F, Taipei Metro Building
207 Tun Hwa South Road, Section 2
Taipei, Taiwan 10602
Tel: +886.2.2376.3600

## THAILAND

Bangkok

All Seasons Place
20/F & 33/F, CRC Tower
87/2 Wireless Road
Lumpini Pathumwan
Bangkok 10330
Tel: +66.2.305.2800

---

# Europe, Middle East & Africa

Need help with your Bank of America credit card, loan or consumer banking account? **Click here.**

## BELGIUM

Brussels |
Bank of America Merrill Lynch International DAC, Brussels Branch

Square de Meeûs 38-40
B-1000 Brussels, Belgium
Tel: +32 2 401 87 42 and +32 2 401 87 41

## FRANCE

Paris
BofA Securities Europe SA | Bank of America Merrill Lynch International DAC, Succursale en France
51 rue La Boétie, 75008 Paris
Tel: +33 (0)1 87 70 00 00

## GERMANY

Frankfurt
Merrill Lynch International Bank DAC,
Zweigniederlassung Frankfurt am Main
Neue Mainzer Strasse 52
Frankfurt/Main, Germany 60311
Tel: +49.69.5899.0

## GREECE

Athens
68 Vassilissis Sofias Avenue
Athens, Greece 11528
Tel: +30.210.741.5000

## IRELAND

Dublin
Bank of America Merrill Lynch International Designated Activity Company (BAMLI DAC)
2 Park Place
Hatch Street
Dublin 2, Ireland
Tel: +353.1.6196100

## ISRAEL

Tel Aviv
1 Azrieli Center
Round Tower
35th floor
Tel Aviv, Israel 67021
Tel: +972.3.607.2000

## ITALY

Milan
Via Alessandro Manzoni 5
Milan, Italy 20121
Tel: +39.02.655301

## NETHERLANDS

Amsterdam
Amstelplein 1
Rembrandt Tower
27th floor
Amsterdam, Netherlands 1096 HA
Tel: +31.20.5925.600

## QATAR

Doha
Tornado Tower
Level 22
West Bay
PO Box: 27774
Doha, Qatar
Tel: +974 4429 2563
Fax: +974 4429 2566

## RUSSIA

Moscow
7 Petrovka St
Moscow, Russia, 107031
Tel: +7.495.662.60.00

## SAUDI ARABIA

Saudi Arabia
Olaya Main Street
Kingdom Tower
20th Floor
P.O. Box 90534 Riyadh
Saudi Arabia
Tel: +966 11 299 3700
Fax: +966 11 299 3701

## SOUTH AFRICA

Cape Town
Merrill Lynch South Africa (Pty) Ltd
3rd Flour, Protea Place
Protea Road
Claremont
7700
South Africa
Tel: +27.21.305.5153

Johannesburg
Merrill Lynch South Africa (Pty) Ltd
3rd Floor, The Place
1 Sandton Drive
Sandton
2196
South Africa
Tel: +27.11.305.5555

SPAIN

Madrid
Marques de Villamagna
3 Torre Serrano, floors 8 - 10
Madrid, Spain 28001
Tel: +34.91.514.3000

SWEDEN

Stockholm
Birger Jarlsgatan 13
SE-111 45 Stockholm
Sweden
Tel: +46.8.459.1280

SWITZERLAND

Zurich
Stockerhof
Stockerstrasse 23
Zurich, Switzerland 8002
Tel: +41.44.297.74.00

TURKEY

Istanbul
Büyükdere Cad.
No: 185 Kanyon Office Building
11th Floor 34394 Levent
Istanbul, Turkey
Tel: +90.212.3199500

UAE

Dubai International Financial Centre

Gate Village 6
Second Floor
P.O. Box 506576
UAE
Tel: +971.4.4258200

## UNITED KINGDOM

London
Bank of America Merrill Lynch
Financial Centre
2 King Edward Street
Mailcode: EC1A 1HQ
London, United Kingdom
Tel: +44.0.20.7628.1000

---

# Latin America

**Bank of America customers in Latin America:** Need help with your credit card, loan or consumer banking account? **Click here.**

## ARGENTINA

Buenos Aires
Paseo Carlos Della Paolera 265, piso 11
CP C1101ADA
Buenos Aires, Argentina
Tel: +5411.4317.3500
Fax: +5411.4317.3592

## BRAZIL | Go to BofAML Banco Múltiplo S.A.

Sao Paulo
Av. Brigadeiro Faria Lima, 3400
12th Floor
Sao Paulo, 04538-132
Brazil
Tel: +55.11.2188.4000
Fax: +55.11.2188.4057

Rio de Janeiro
Centro Empresarial Botafogo
Praia de Botafogo, 300
9 º andar – Sala 901
22.250-905 Rio de Janeiro, RJ/
Brazil
Tel: +55.21.4560.5700

## CHILE

Santiago
Av. Apoquindo 2827, 9th floor.
Las Condes
CP 7550105

Santiago - CL
Tel: +56.2.24909500

## COLOMBIA

Bogota
Carrera 7 Numero 113-43
Torre Samsung, Oficina 1506
Bogotá, Colombia
Tel: +571.601.3013

## MEXICO

Mexico City
Torre Virreyes
Pedregal 24, piso 22
Colonia Molino del Rey
Ciudad de México
Delegación Miguel Hidalgo 11040
Tel: +52.55.5201.3200

Monterrey
Av. Batallón de San Patricio
No. 111 Piso 19 Col. Valle Oriente
San Pedro
Garza García
Monterrey, Mexico N.L. 66269
Tel: +52.81.8133.5100
Fax: +52.81.8133.5103

## PERU

Lima
Av. Victor Andrés Belaúnde 214, Of. 401
San Isidro, Lima 27, Peru
Tel: +51.1.209.7240

---

YOU MAY ALSO BE INTERESTED IN:



Innovative
Research and
Market Insights

View a selection of
our Global Research
content



Growing and
Managing Global
Operations

Seize opportunities
in emerging and
established markets

Terms and Conditions



global connections™

"Bank of America Merrill Lynch" is the marketing name for the global banking and global markets businesses of Bank of America Corporation. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of Bank of America Corporation, including Bank of America, N.A., Member FDIC. Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of Bank of America Corporation ("Investment Banking Affiliates"), including, in the United States, BofA Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and Merrill Lynch Professional Clearing Corp., all of which are registered broker-dealers and Members of SIPC, and, in other jurisdictions, by locally registered entities. BofA Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and Merrill Lynch Professional Clearing Corp. are registered as futures commission merchants with the CFTC and are members of the NFA.

Investment products offered by Investment Banking Affiliates:

Are Not FDIC Insured * May Lose Value * Are Not Bank Guaranteed.

Disclaimer for Australia | Disclaimer for Brazil | Disclaimer for Canada | Disclaimer for France | Disclaimer for Hong Kong | Disclaimer for India | Disclaimer for Latin America

© 2019 Bank of America Corporation.

Hong Kong | State Street Corporation

# State Street in Hong Kong

Get the guidance you need to achieve your business objectives — in any market environment.

skip to content

Home

## State Street in Hong Kong

Home

Our Solutions

Corporate Responsibility

Contact Us

Since our entry into the Asia-Pacific region almost 40 years ago, State Street has built a strong presence in the region to better serve our clients. Today, with more than 10,000 employees in 11 jurisdictions throughout Asia-Pacific*, we offer institutional investors a complete range of financial services across the investment spectrum, including investment servicing, investment research and trading, and investment management.

We opened our Hong Kong office in 1982 and have since built a strong presence in the region to better support your needs. When you work with us, you have access to the local market knowledge of our experienced professionals, as well as capabilities and services that are highly scalable and truly global. More importantly, you benefit from our unwavering customer focus and commitment to your success.

*As of 31 December 2018*

Solutions      Ideas      Values      About

### Join Our Team

Looking for your next move? Check out the roles we currently have available.

**CURRENT OPPORTUNITIES**

### By the Numbers

- $31.62 trillion* in assets under custody and administration.

- $2.51 trillion* in assets under management**.

- State Street operates in more than 100 geographic markets worldwide*, including the US, Canada, Europe, the Middle East and Asia.

* As of 31 December 2018

** This figure is presented as of 31 December 2018 and includes approximately $32.44 billion of assets with respect to SPDR products for which State Street Global Advisors Funds Distributors, LLC (SSGA FD) acts solely as the marketing agent. SSGA FD and State Street Global Advisors are affiliated.

### Industry Recognition

**Best of the Best Awards, Asia Asset Management (2019)**

Named Best Fund Administrator for Pooled Products and Best Securities Financing House

**Euromoney FX Survey (2018 / 2017)**

No.1 in Customer Satisfaction overall globally and in Asia in 2018

Received the Highest Five Star Global and Asia Ranking for delivering best-in-class FX Services in 2017

**The Asset Triple A Asset Servicing, Institutional Investor and Insurance Awards (2018)**

Awarded Best in Securities Lending for the fourth consecutive year

## Contact Us

Find out how we can help your business

GET IN TOUCH

| Solutions | Ideas | Values | About |
|-----------|-------|--------|-------|

### Legal and Privacy Policies

Legal

Privacy

**Follow Us:**

| Solutions | Ideas | Values | About |
|-----------|-------|--------|-------|
| Asset Managers | Articles | Corporate Citizenship | Investor Relations |
| Asset Owners | Center for Applied Research | Environmental Sustainability | Media Relations |

Official Institutions

# STATE STREET
## GLOBAL ADVISORS.

# STATE STREET
## GLOBAL MARKETS.

# STATE STREET
## GLOBAL SERVICES.

# STATE STREET
## GLOBAL EXCHANGE.

Contact Us | Legal Disclosure | Settlement Announcement | Privacy Notice | AML Compliance | UK Modern Slavery Act |

© State Street Corporation

Solutions     Ideas     Values     About

Home

Our Solutions

Corporate Responsibility

Contact Us

# Contact Us

In Hong Kong, our local expertise and global scale provides integrated solutions to meet the growing demands of many of the region's largest institutional investors.

**Hong Kong**

State Street Bank and Trust Company, Hong Kong Branch

State Street Global Advisors Asia Ltd., Hong Kong

Two International Finance Centre

8 Finance Street Central, Hong Kong

Phone: +852 2840 5388 (SSB&T)

Phone: +852 2103 0288 (SSgA)

## Join the Team

Looking for your next move? Check out the roles we currently have available.

CURRENT OPPORTUNITIES

**Follow Us:**   

| Solutions | Ideas | Values | About |
|---|---|---|---|
| Asset Managers | Articles | Corporate Citizenship | Investor Relations |
| Asset Owners | Center for Applied Research | Environmental Sustainability | Media Relations |
| Alternative Asset Managers | Stories on Listen | Corporate Responsibility | Careers |
| Insurance Companies | | Business Excellence | Office Locations |
| Official Institutions | | | |

STATE STREET GLOBAL ADVISORS.

STATE STREET GLOBAL MARKETS.

STATE STREET GLOBAL SERVICES.

STATE STREET GLOBAL EXCHANGE.

Contact Us  |  Legal Disclosure  |  Settlement Announcement  |  Privacy Notice  |  AML Compliance  |  UK Modern Slavery Act

© State Street Corporation