# EXHIBIT K



## About Us

Emerson has refocused its business portfolio to deliver solutions that bring greater value to our customers. Learn how we've transformed and why.

# Emerson in China

Through our "in China, for China" business strategy, Emerson is dedicated to meeting the changing needs of our customers in our company's second largest market. We are committed to growing together with our local partners.

## Consider it Solved

### Automation Solutions

We are committed to radically improving our process and industrial business customers' performance with measurable results.

### Commercial & Residential Solutions

We are dedicated to improving the quality of people's lives around the world.

### Emerson China (Shanghai Office & China Headquarters)

Emerson Electric (China)
Holdings Co. Ltd.
6/F, Emerson Building, 1582 Gu
Mei Road
Shanghai 200233
China
Phone: +86 21 3338 7000
Fax: +86 21 3338 7001

### Emerson China (Beijing Office)

Emerson Electric (China)
Holdings Co. Ltd.
13/F, Gateway Building, 10 Ya
Bao Road, Chaoyang District
Beijing 100020
China
Phone: +86 10 8572 6666

### Emerson China (Shenzhen Office)

Emerson Electric (China) Holding
Co., Ltd.
18th Floor, Building C1, Zhiyuan
Xili
Nanshan District Shenzhen
518000
China
Phone: +86 755 2780 7953
Fax: +86 755 2780 7960

### Emerson Asia Pacific Headquarters

Emerson Electric Asia-Pacific
23/F, 625 King's Road, North
Point
Hong Kong SAR
China
Phone: +852 2827 1323

## Our Leadership

Case 3:18-cr-00465-MMC   Document 69-12   Filed 09/25/19   Page 4 of 40

Edwin M. Boone

President, Emerson Asia-
Pacific
Vice President and General
Manager, Emerson
Philippines

Jennie Li

Vice President and General
Manager
Emerson China

Dominic Tang

Emerson Automation
Solutions

President, China

Galen Yin

Vice President,

Climate Technologies China

Emerson Commercial &
Residential Solutions

Jennie Li

*Vice President and General Manager, Emerson China*

*"Emerson has been doing business in China for nearly 40 years. With our strong leadership in technology innovation and open attitude to take initiatives, we are ready to face new challenges and opportunities in China. All Emerson employees in China will continue to collaborate to create more brilliant achievements and a brand new future."*

## Corporate Citizenship

We strive to improve the quality of life through our technologies, how we conduct business, the way we treat our people and contribute to communities.

LEARN MORE

# A Closer Look

### Featured Stories

From better energy
production to keeping foods
safe, Emerson is developing
smart solutions for our
world's biggest challenges.

### Leadership

Emerson has a long
tradition of strong and
dynamic leadership. Meet
the people who lead our
company.

### Awards & Recognition

Emerson is widely
considered a global
technology leader - but
don't just take our word for
it.

### Company History

From a regional
manufacturing company to
a global diversified
technology and engineering
leader.

# Thought Leadership

### Wireless Sensor Networks

Operational efficiency
and safety have always
been top priorities for
process plants. Find out
how Emerson can help.

### Clean China

With our HVAC
technology, we're
helping a country
breathe more freely.

Watch What's Going On

NOW PLAYING

Dave Farr                                    Lal Karsanbhai                          Bob Sl

## Join our Team

Life at Emerson is about developing innovative solutions to solve our customers most difficult challenges. Join our team and realize your potential.

LEARN MORE

# Connect with Us

                              

VIEW RELATED ARTICLES ›

VIDEO

Watch Video

CEO Dave Farr discusses the transformation of the Emerson business.

Oct 4, 2017        READ MORE

## Investor Information

View our latest financial news, our annual report and investor presentations.

LEARN MORE

Our Businesses   Automation Solutions | Commercial & Residential Solutions

Our Company   Leadership | Corporate Social Responsibility | Careers | Diversity & Inclusion |
Contact Us | News & Events

Our Passions   Innovations | We <3 STEM | Top Quartile | Emerson Exchange 365 |
AC & Heating Connect | Process Experts

---

### Emerson. Consider It Solved.™

Emerson is where technology and engineering come together to create solutions for the benefit of our customers, driven without compromise for a world in action.



©2019 Emerson Electric Co. All rights reserved.

Privacy        Cookies        Terms        Data        Imprint        Sitemap

## Global Locations



**Asia Pacific**

(/about-us/global-locations#APAC)



**Europe, Middle East, and Africa**

(/about-us/global-locations#EMEA)



**North America**

(/about-us/global-locations#NA)



**Latin America**

(/about-us/global-locations#LATAM)

# Asia Pacific

**Australia**
Level 3
2 Richardson Place
North Ryde NSW 2113
Phone: +612 9353 7000

**Technical Support**
Phone: +61 2 8278 1255
https://support.honeywellaidc.com/ (https://support.honeywellaidc.com/)

**Service**
Phone: 1300 304 468
Service Enquiries: ACSHSMService-Australia@Honeywell.com (mailto:ACSHSMService-Australia@Honeywell.com)
Contract Enquiries: ACSHSMContractsAustralia@Honeywell.com (mailto:ACSHSMContractsAustralia@Honeywell.com)

**Beijing**
Sales Office
17th Floor Building B,
Pengrun Building
24 Xiaoyun Road Chaoyang District Beijing China 100016
+86-400-639-6841 (phone)
+ 86-10-84584765 (fax)

**Chengdu**

Sales Office
23F Zongfu Building, No.35, Zongfu Road
Chengdu, Sichuan, P.R. China
610016
+86 -400-639-6841 (phone)
+86 28-86787061 (fax)

## Guangzhou

Sales Office
15th Floor, AIJK Room
Haiyun Building
308 Bingjiang Middle Road
Haizhu District, Guangzhou,
Guangdong Province China 510220
+86-400-639-6841 (phone)
+86-20-84101810 (fax)

## Hong Kong

25/F Honeywell Tower,
Olympia Plaza,
225 King's Road
North Point, Hong Kong
+852-3071-3253 (phone)
+852-2511-355 (fax)

## India

Honeywell Automation India Ltd
Eco-elite Building
Marol Maroshi Road
Andheri East
Mumbai 400059
Tel: +91-22-67946483
Tel: +0008004402247 Technical Support

## Indonesia

PT. Honeywell Indonesia
Graha Tedja Building floor 2nd
Jl. Panjang No 27 Kelapa Dua Jakarta
Indonesia 11550
Phone:

## Japan

20th Floor New Pier Takeshiba South Tower
1-16-1 Kaigan Minato-ku, Tokyo
105-0022 Japan
+81-3-6743-9810 (phone)
+81-3-6730-7222 (fax)

Email Inquiry to Vocollect Japan (mailto:VocollectJapan@Honeywell.com)

**Korea**

Honeywell Scanning and Mobility

5F, Sangam IT Tower,

1590, Sangam-dong,

Mapo-gu, Seoul 121-835

Korea

Tel : +82 234834879

**Malaysia**

Phone: +60 377240147

**New Zealand**

Ground Floor

56 Cawley Street

Ellerslie 1051 Auckland

**Technical Support**

Phone: +64 9 969 0758

https://support.honeywellaidc.com/ (https://support.honeywellaidc.com/)

**Service**

Service Enquiries: ACSHSMService-Australia@Honeywell.com (mailto:ACSHSMService-Australia@Honeywell.com)

Contract Enquiries: ACSHSMContractsAustralia@Honeywell.com (mailto:ACSHSMContractsAustralia@Honeywell.com)

**Shanghai**

Sales Office

No.430 Li Bing Road.,Zhangjiang Hi-Tech Park,

Pudong New Area,Shanghai

+86-400-639-6841 (phone)

+86-21-58957546 (fax)

201203 (zip code)

**Singapore**

Honeywell Safety and Productivity Solutions

Honeywell Building

17 Changi Business Park Central 1

Singapore 486073

Hotline +65 6714 6800

Email: hspsmarketing@honeywell.com (mailto:hspsmarketing@honeywell.com)

**Suzhou**

Sales Office
No:221 Xinhai Street China-Singapore Suzhou Industrial Park,
Suzhou China
+86-400-639-6841 (phone)
+86-512-62576612 (fax)

**Taiwan**
Honeywell Taiwan Ltd. 10F, 168 Lien Cheng Road
Chung Ho City, Taipei
Taiwan, R.O.C (235)
Tel:+886-2-22451000

**Thailand**
252/121 25th Floor,
Muang Thai-Phatra Office Tower II,
Ratchadapisek Road, Huay Khwang,
Bangkok 10320 Thailand
Tel： 0018004413842
+662 693-3085 (fax)

**Vocollect Solutions APAC**
21/F Honeywell Tower
Olympia Plaza
255 King's Road
North Point, Hong Kong
+852 3915 7000 (phone)
+86 10 5957 4817 (phone – China)
Email Inquiry to Vocollect Asia-Pacific (mailto:HoneywellAsiaPacific@Honeywell.com)

**Vocollect Solutions Japan**
New Pier Takeshiba South Tower 20F
1-16-1 Kaigan Minato-ku,
Tokyo 105-0022 Japan
+81-3-6730-7234 (phone)
Email Inquiry to Vocollect Japan (mailto:VocollectJapan@Honeywell.com)

**Vocollect Solutions Singapore**
17 Changi Business Park Central 1
Honeywell Building
Singapore, 486073

---

# Europe, Middle East, and Africa

**Denmark**

Strandvejen 70
2900 Hellerup

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+45 39 55 55 55

## Finland

Metsäneidonkuja 12
02130 Espoo

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
0972519976 Tech Support

## France

Clichy La Garenne
38 rue Mozart
92110 Clichy La Garenne
France

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+33170762073 (Tech Support)
+33170721207 (Sales)

## Germany

Düsseldorf
Burgunderstrasse 31
40549 Düsseldorf
Germany

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+49 69 222 233 78 (Tech Support)
+49 211 53601 0 (Sales)

## India

Honeywell Sensing & Productivity Solutions
Honeywell International India Private Limited
Unitech Trade Centre,
Sushant Lok Phase-1, Block C, Sector 43,
Gurgaon – 122002, Haryana, India
Email: S&PSIndia@honeywell.com (mailto:S&PSIndia@honeywell.com)
Phone: +91 124 414 8418
24/7 Technical Support Hotline +0008004402247

## Italy

Monza
Via Gerardo e Antonio Philips 12
20900 Monza (MB)

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+39 023 600 32 03 (Tech Support)

## Netherlands

Burgemeester Burgerslaan 40
5245 NH Rosmalen
The Netherlands

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
Sales: +31 73 2060400
Tech Support: +31 40 711 04 50

## Norway

Østre Aker Vei 24
0581 Oslo

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+47 67911710
23024882 Tech Support

## Poland

Domaniewska 39,
Nefryt-building, 5th floor,
02-672 Warsaw, Poland

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+48 22 60 60 900 (Sales)
+48 22 306 07 55 (Technical Support)

## Российская Федерация

121059, г. Москва
улица Киевская, дом 7, подъезд 7
+7 495 796 98 00

## Российская Федерация

191123, г. Санкт-Петербург
улица Шпалерная, дом 36
+7 812 329 57 22

## Russia

Moscow
121059, Moscow
7, Kievskaya street, entrance 7

+7 495 796 98 00
4999511298 Tech Support

## South Africa
Tel: 0214276498 Tech Support

## Spain
c/Josefa Valcárcel, 24 – 6ª Planta
28027 – Madrid
España

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
Tel.: +34 91 313 6100 (main switchboard)
+34 91 114 6586 (Tech Support)

## St. Petersburg
191123, St. Petersburg
36, Shpalernaya street
+7 812 329 57 22

## Sweden
Färögatan 33
16451 Kista

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+46 87 75 55 00
0859366586 Tech Support

## United Arab Emirates
Dubai
Office 201, Building #2
Emaar Business Park
Al Barsha
P.O. Box 232362
Sheikh Zayed Road
United Arab Emirates
Tel +971 4 450 5800
Fax +971 4 450 5900

## United Kingdom
Honeywell Scanning and Mobility
Honeywell House,
Skimped Hill Lane,
Bracknell, Berkshire, RG12 1EB

Email (sales):
InsideSalesEurope@Honeywell.com (mailto:InsideSalesEurope@Honeywell.com)
+44 2075 732 371 (Tech Support)

# North America

**United States & Canada**

Sales, Service and Support Hotline:
+(800) 782-4263

**Fort Mill, South Carolina**

9680 Old Bailes Road
Fort Mill, SC 29707

**Mount Laurel, New Jersey**

534 Fellowship Rd
Mt Laurel, NJ 08054

**Norcross, Georgia**

660 Engineering Drive
Norcross, GA 30092

**Pittsburgh, Pennsylvania**

703 Rodi Road
Pittsburgh, PA 15235,

**Seattle, Washington**

16201 25th Avenue W
Lynnwood, WA 98087

**Skaneateles Falls, New York**

700 Visions Drive
P.O. Box 208
Skaneateles Falls, NY 13153

# Latin America

**Centro de Servicio Apodaca, Nuevo León**

Boulevard Milenium No.211
Parque Industrial
Milenium Apodaca, Nuevo León
66600, México
(+52) (81) 1156.1400

**Centro de Servicio Distrito Federal**

(+52) (55) 5241.4800
(+52) (55) 5241.4810

**CSAR**

Argentina y Uruguay
Ivan Kobiak | +54 11 4324 5982 | Ivan.Kobiak@Honeywell.com (mailto:Ivan.Kobiak@Honeywell.com)

**CSAR**

Chile
Gustavo Zaltzman | +54 911 38877195 | Gustavo.Zaltzman@Honeywell.com (mailto:Gustavo.Zaltzman@Honeywell.com)

**CSAR**

Colombia and Venezuela
Nestor Martinez | +57 (1) 428-2510 | nestor.martinez@honeywell.com (mailto:nestor.martinez@honeywell.com)
Colombia
Claudia Sierra Rodríguez | +57 (1) 3904800 (o) | +57 (310) 3436018 (m) | claudia.sierra2@honeywell.com
(mailto:claudia.sierra2@honeywell.com)

**CSAR**

Ecuador y Perú
Alfredo Pancorbo | +51 920 444 784 | Alfredo.Pancorbo@Honeywell.com (mailto:alfredo.pancorbo@Honeywell.com)

**CSAR**
Paraguay y Bolivia
Carlos Mangione | +54 911 53233556 |
Carlos.Mangione@Honeywell.com (mailto:Carlos.Mangione@Honeywell.com)

**Departamento de Mercadeo para**
**Canales de Distribución**
(+52) (55) 9628.4763
Leonardo.Gutierrez2@honeywell.com (mailto:Leonardo.Gutierrez2@honeywell.com)

**Departamento de Marketing**
(+55) (11) 3711-6776
**Suporte Técnico**
Portal (https://www.honeywellaidc.com/pt-la/contact/Pages/technical-support.aspx)
Intermec: +55 (11) 3711-6770 Opção 4
ou +55 (35) 3629-9000 Opção 4
Honeywell: +55 (11) 4700-2155 Opção 4
ACSHSMSuporteBrasil@Honeywell.com (mailto:ACSHSMSuporteBrasil@Honeywell.com)

**Departamento de Ventas Región Andina**
(+57) (1) 428.2510
(+57) (311) 281.7348
Nestor.Martinez@honeywell.com (mailto:Nestor.Martinez@honeywell.com)

**Departamento de Vendas**
Marcelo.Lamoglia@Honeywell.com (mailto:Marcelo.Lamoglia@Honeywell.com)

**Departamento de Ventas Cono Sur**

(+54) (11) 4790 0891
(+54) (911) 5323 3556
Carlos.Mangione@honeywell.com (mailto:Carlos.Mangione@honeywell.com)

### Departamento de Ventas México
(+52) (55) 5241.4800
(+52) (55) 4738.0360 (Soporte técnico)
spsventasmx@honeywell.com (mailto:spsventasmx@honeywell.com)

### HS&PS Brasil
Avenida Tamboré, 267, 16º e 17º andares
Torre Sul – Barueri – SP – Brazil – 06460-000
(+55) (11) 3711-6770

### México D.F.
Tamaulipas 141, 1º Piso, México, D.F. 06140

### Região Centro-Oeste e Tocantins
Aline Camargo
+55 62-9262-4717
Aline.Camargo@Honeywell.com (mailto:Aline.Camargo@Honeywell.com)

### Região Nordeste (Recife)
Rafael Spinelli
+55 81-99431-6591
Rafael.Spinelli@honeywell.com (mailto:Rafael.Spinelli@honeywell.com)

**Região Sudeste (Minas Gerais)**
Samuel Bernardes
+55 31-98223-3375
Samuel.Bernardes@Honeywell.com (mailto:Samuel.bernardes@Honeywell.com)

**Região Sul (Paraná) e Sudeste (Rio de Janeiro e Espírito Santo)**
Rodrigo Serafim
Rodrigo.Serafim@honeywell.com (mailto:Rodrigo.Serafim@honeywell.com)

PRODUCTS ▾
RESOURCES ▾
SOLUTIONS ▾
CAREERS (http://www.careersathoneywell.com/)
INVESTOR RELATIONS (http://investor.honeywell.com/)
PATENTS (/working-with-us/patents)
PRIVACY STATEMENT (HTTP://WWW.HONEYWELL.COM/PRIVACY-STATEMENT)
TERMS & CONDITIONS (HTTP://WWW.HONEYWELL.COM/TERMS-CONDITIONS)
TERMS & CONDITIONS OF SALES (/EN/~/MEDIA/EN/FILES-PUBLIC/SALES-MARKETING-TOOLS/SPS-TERMS-CONDITIONS-OF-SALES.PDF)

Terms & Conditions | (http://www.honeywell.com/terms-conditions) Privacy Statement | (http://www.honeywell.com/privacy-statement) Global
Unsubscribe | (https://pages1.honeywell.com/GlobalHoneywellUnsubscribe.html) Employee Access |
(https://honeywell.com/sites/HRDirect/Pages/Welcome.aspx) Contact Honeywell | (https://www.honeywell.com/contact-us) Careers.
(http://www.careersathoneywell.com/)

© 2019 Honeywell International Inc. (http://www.honeywell.com)



🏠 / Company > / Locations > / Office Finder

Peoples Republic of China  ⌄    | All regions  ⌄ |    All localities  ⌄

Offices     Headquarters

# 12 Offices in Peoples Republic of China



📍 Office

## Beijing - BEIJN.B

6F Tower C, Beijing Global Trade Center
No. 36 North Third Ring Road East
Dongcheng District
Beijing 100013
Peoples Republic of China

Get directions ›



📍 Office

## Hong Kong - HKONG.B

LKF Tower, 20/F
33 Wyndham St., Central
Hong Kong
Peoples Republic of China

Get directions ›



📍 Office

## Shanghai - SHNGH.A

690 Bi Bo Road, 1, 2&4F, Unit 9
Zhangjiang High-Tech Park
Shanghai 201203
Peoples Republic of China

Get directions ›



📍 Office

## Shanghai - SHNGH.B

No. 72 Liangxiu Road
1st, 5th - 9th floors
Shanghai Zhangjiang Hi-Tech Park
Shanghai 201203
Peoples Republic of China

Get directions ›


QUALCOMM Locations | Headquarter

## Shanghai - SHNGH.C

No. 50 Boxia Rd.
Room 204
Shanghai Zhangjiang Hi-Tech Park
Shanghai 201203
Peoples Republic of China

Get directions  >

## Shanghai - SHNGH.D

No. 112 Liangxiu Road
Floor 5
Shanghai Zhangjiang Hi-Tech Park
Shanghai 201203
Peoples Republic of China

Get directions  >

 Office

## Shanghai - SHNGH.G

No. 111 Yinglun Road
Factory Building N
WaiGaoQiao Free Trade Zone
Pilot Free Trade Zone
Shanghai 201203
Peoples Republic of China

Get directions  >

 Office

## Shenzhen - SHEZN.D

4-6F, T2 Alibaba Building
No. 3331 Ke Yuan South Road
(Shenzhen Bay section), Yuehai Street
Nanshan District
Shenzhen 518054
Peoples Republic of China

Get directions  >

 Office

## Wuxi - WUXI.A

No. 17 Xi Shi Road
Building 101
Xin Wu District, Jiangsu
Wuxi 214028
Peoples Republic of China

Get directions  >

 Office

## Wuxi - WUXI.B

No. 17 Xi Shi Road
Building 103
Xin Wu District, Jiangsu
Wuxi 214028
Peoples Republic of China

Get directions  >

 Office

## Wuxi - WUXI.D

No. 17 Xi Shi Road
Building 102

 Office

## Xian - XIAN.B

Ascendas Innovation Center
Tower A, Unit 201, Fl. 2

Xin Wu District, Jiangsu

Wuxi 214028

Peoples Republic of China

**Get directions** >

No. 38, Gaoxin 6 Road

Xian

Peoples Republic of China

**Get directions** >

Qualcomm



About Qualcomm    Careers    Offices    Contact Us                    Terms of Use    Privacy    Cookies

Support    Subscription Center

©2019 Qualcomm Technologies, Inc. and/or its affiliated companies.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable. Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses. Qualcomm products referenced on this page are products of Qualcomm Technologies, Inc. and/or its subsidiaries.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.

  

# CONTACT NVIDIA
## GET YOUR QUESTIONS ANSWERED.



SUPPORT

Get help with your existing NVIDIA products and services.

GET SUPPORT



SALES

Connect with an NVIDIA Sales Representative and get purchase info.

CONTACT SALES



FIND A PARTNER

Find experienced, professional partners.

LOCATE PARTNERS

## OUR LOCATIONS
### More than 50 offices worldwide.

AMERICAS    ASIA    EUROPE

ASIA REGIONAL OFFICES

**China**
NVIDIA Technical Service (Beijing) Co., Ltd.
Fortune Financial Center
Level 40, Units: 01, 02, 03-1
Building #5, Middle Road, East 3rd Ring
Chaoyang District, Beijing, China 100020



 

Building #5, Middle Road, East 3rd Ring
Chaoyang District, Beijing, China 100020

NVIDIA Semiconductor Technology (Shanghai) Co., Ltd.
No. 5709 Shenjiang Road/
No. 26 Qiuyue Road
Floors 1,2,3,5,6,7,8
Shanghai, China 201210

NVIDIA Semiconductor Technical Services (Shanghai) Co., Ltd.
No. 5709 Shenjiang Road/
No. 26 Qiuyue Road
Floor 4
Shanghai, China 201210

NVIDIA Semiconductor (Shenzhen) Co., Ltd.
Productivity Building #5
Hi-tech Middle 2nd Road
Shenzhen Hi-Tech Industrial Park
Nanshan District
Shenzhen, China 518057
+86 755 8602 9500

**Hong Kong**
NVIDIA Singapore Pte. Ltd. Hong Kong Branch
NVIDIA HK Development Ltd.
3/F Harbour View 1
No. 12 Science Park East Avenue
HK Science Park
Shatin, Hong Kong
Tel: +852 2534 0500

Nvidia Singapore Pte Ltd
Unit 215, Lakeside One,
No. 8 Science Park West Avenue,
Science Park, Shatin, HK
Tel: +852 2534 0500

**India**
NVIDIA Graphics Pvt. Ltd.
C-1 "Jacaranda", Wing-A
Manyata Embassy Business Park
Outer Ring Road
Bengaluru - 560 045, India
+91 80 66948400

9th 10th Floor, L6 Silver Fir
Manyata Embassy Business Park
Outer Ring Road



 

0

Bagmane Constellation Business Park
K R Puram Marathahalli Outer Ring Road
Doddanekundi
K R Puram Hobli
Bengaluru - 560 037, India

c/o ST Telemedia Global Data Centres
2nd Floor , Plot No. 18, 19 & 20
EPIP Layout, KIADB, Whitefield
Bengaluru 560066, India

NVIDIA Graphics Pvt. Ltd.
Plot # 6A&B, IT Park Layout
Nanakramguda
Serilingampally Mandal
RR District, Hyderabad-500046
Telangana, India
+91 40 66014000

NVIDIA Graphics Pvt. Ltd.
CNB Square
No. 127 Andheri Kurla Road
Village Chakala
Andheri East, Mumbai - 400 093
India
+91 022 4376 4567

NVIDIA Graphics Pvt. Ltd
Commerzone, Building No.5,
Survey No.144/145, Samrat Ashok Path,
Off Airport road, Yerwada,
Pune-411006, INDIA
Tel: + 91 20 6641 3000
Fax: +91 20 6602 2744

**Japan**
NVIDIA G.K.
ATT New Tower
13th Floor
2-11-7 Akasaka
Minato-ku, Tokyo 107-0052
Japan
Contact: https://nvj-inquiry.jp/

NVIDIA Godo Kaisha
WeWork
16F Ark Hills South
1-4-5 Roppongi
Minato-ku, Tokyo 106-0032

  

#2101, COEX Trade Tower 511
Yeongdong-daero, Gangnam-gu
Seoul, Korea 06164

**Taiwan**
NVIDIA BVI Holdings Limited, Taiwan Branch
No.8, Jihu Rd.,
Taipei City 114, Taiwan
Tel: (+886-2)-6605-5700

NVIDIA BVI Holdings Ltd. - Taiwan Branch
5F, #415, Sec. 2
Gongdao 5th Rd, East District
Hsinchu City (300), Taiwan
Tel: (+886-3)-612-7300

**Singapore**
NVIDIA Singapore Development Pte. Ltd.
1 Fusionopolis Place, #03-20
Galaxis (West Lobby)
Singapore 138522

**United Arab Emirates**
NVIDIA FZ-LLC
Dubai Internet City
Executive Office No. 5
Floor 1, Building 12, Dubai
United Arab Emirates
Tel: +97143751177
Fax: +97144209908

### Platforms

CUDA-X　　Autonomous Machines　　Cloud & Data Center　　Deep Learning & AI　　Design and Visualization

Healthcare & Life Sciences　　High Performance Computing　　Self-Driving Cars　　Gaming & Entertainment　　NGC

### Products

DGX Systems　　DRIVE PX　　GeForce RTX 20-Series　　NVIDIA Virtual GPU　　Jetson　　Quadro　　SHIELD TV　　Tesla

T4 Enterprise Server

  

GPU Tech Conference       CUDA

**Corporate**

NVIDIA Partner Network      Careers      Contact Us      Security      Communities      NVIDIA Blog      Email Signup

Privacy Center

Follow NVIDIA





**USA - United States**

Privacy Policy      Legal Info      Contact Us

Copyright © 2019 NVIDIA Corporation



En

Press Release     Contact Us

Search »

About Us          Disease & Products          R & D          Health & Wellness          Community          Careers

*You are currently here:*  Home » Contact Us

# Contact Us

## Drug Safety

How to report adverse events of Pfizer products?

Patient safety is of paramount importance throughout the life cycle of a medicine - and pharmaceutical companies have ethical and regulatory responsibilities to monitor the safety of the products they sell for as long as they are used by consumers anywhere in the world. The Drug Safety Unit at Pfizer Corporation Hong Kong Ltd address product experience reports including adverse events. If you have any experience pertinent to the above, please contact us at +852 28119711 as soon as possible.

## Medical Information Contacts

Our colleagues at Medical Information are glad to help you understand more about our products. If you have any medical information-related questions (other than pricing, ordering, purchasing), please e-mail our Medical Information Services.

E-mail:          HKMedinfo.Pfizer@Pfizer.com

## General enquiry

| | |
|---|---|
| Address: | 18/F., Kerry Centre |
| | 683 King's RoadQuarry Bay, Hong Kong |
| Tel: | (852) 2811 9711 |
| Fax: | (852) 2579 0599 |
| Global website: | www.pfizer.com |

PAC17031C/OCT

---

Contact Us     Useful Links     Site Map     Privacy Policy     Terms of Use

Copyright © 2018 Pfizer Inc. The product information provided in this site is intended only for Health Professionals who reside in Hong Kong,and the products discussed herein may have different product labeling in different countries/regions. Pfizer Corporation Hong Kong Limited is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines. PP-CPF-HKG-0034

CAREERS ↗ (HTTP://CAREERS.AMGEN.COM)  MEDIA (/MEDIA/)              (/)                                                     🌐

ABOUT (/ABOUT/)        SCIENCE (/SCIENCE/)              (/)        PRODUCTS          RESPONSIBILITY
                                                                  (/PRODUCTS/)      (/RESPONSIBILITY/)

# CONTACT US

| HOME (/)  /  CONTACT US |
| --- |

# Amgen Hong Kong

Suite 408-12, 4/F, One Island East,

18 Westlands Road, Island East,

Hong Kong

Office phone: (852) 2808-3988

For media inquiries, please contact: mediarelations.hk@amgen.com (mailto:mediarelations.hk@amgen.com).

For medical inquiries, please contact the Amgen Hong Kong medical team by telephone: 800 961 142, and by email: medinfo.JAPAC@amgen.com (mailto:medinfo.JAPAC@amgen.com)

**About (/about/)**

Quick Facts (/about/quick-facts/)

Mission and Values (/about/mission-and-values/)

How We Operate (http://wwwext.amgen.com/about/how-we-operate/)

**Science (/science/)**

Research and Development Strategy (/science/research-and-development-strategy/)

**Products (/products/)**

**Responsibility (/responsibility/)**

**Careers (http://careers.amgen.com)**

**Media (/media/)**

**Stay Connected**

Contact Us (/contact-us/)

🐦 (http://www.twitter.com/amgen)

▶ (http://youtube.com/amgen)

in (https://www.linkedin.com/company/amgen/careers)

(http://investors.amgen.com/corporate.rss? c=61656&amp;Rule=Cat=news_subset=ALL)

© 2019 Amgen Inc. All rights reserved.          Terms of Use (/terms-of-use/)    Privacy Policy (/privacy-policy/)



**Hong Kong (China)**

Allergan in Hong Kong

Hong Kong (China) - Allergan



**Allergan Hong Kong Limited**

Suites 1309-10 & pt 8, CityPlaza Four,
12 Taikoo Wan Road
Taikoo Shing, Island East
Hong Kong
Telephone: (852) 2610 2525
Fax: (852) 2610 0993

**Medical Information Enquiries**
Email: medinfo.hongkong@allergan.com
Tel: (852) 5806 1190

Contact us | lilly.com.hk

# CONTACT US

**Hong Kong Office:**

Eli Lilly Asia Inc.,
Unit 3203-06, 32/F,
Chubb Tower, Windsor House,
311 Gloucester Road,
Causeway Bay,
Hong Kong

Telephone: (852) 2572 0160

For information about Lilly products please consult your healthcare professional.

## REPORT AN ETHICS VIOLATION / CONCERN:

If you believe that in the course of doing business we have not met regulations, or even fallen short of our own values, please tell us by calling the Lilly Ethics and Compliance Global Hotline at 800-964214 or via www.lillyethics.ethicspoint.com . Please note, if you are reporting from outside of the United States, you will be prompted with instructions for submitting a report consistent with local process.

Terms of use    Privacy    Sitemap    Contact Us

Copyright © 2019 Eli Lilly and Company. All rights reserved.
This site is intended for Hong Kong residents age 18 or over.

PP-LILLY-HK-0002 03/19

Dow Greater China Offices

# GREATER CHINA OFFICE

## Shanghai Dow Center

Address: No. 936, Zhangheng Road, Zhangjiang Hi-Tech Park, Shanghai, China Postcode: 201203
Tel: 86-21-3851 1000 (tel:86-21-3851 1000)

## Urumqi Office

Address: 2nd Floor, Hilton Hotel, 1237 Hongguangshan Road, Urumqi, Xinjiang, China
Post Code: 830017
Tel: 86-991-7705 228 (tel:86-991-7705 228)

## Dow Chemical Pacific Limited (Hong Kong Office)

Address: 47/F, Sun Hung Kai Centre, 30 Harbour Road, Wan Chai, Hong Kong
Tel: 852-2879 7333 (tel:852-2879 7333)

## Wuhan Office

Address: Room 4201-B, 42nd Floor, Block A, Wuhan Poly Plaza, 99 Zhongnan Road, Wuchang District, Wuhan, Hubei, China
Post Code: 430071
Telephone: 86-27-8711 5078 (tel:86-27-8711 5078)

## Taiwan Dow Chemical Co., Ltd. (Taipei Office)

Address: 2, 5th Floor, No. 2,
Section 3, Minsheng East Road, Zhongshan District, Taipei City, China
Postcode: 10480
Tel: 886 2 27756100 (tel:886-2-27718000)

## Chengdu Office

Address: Room 2-2001, Raffles Plaza, No. 3, Section 4, Renmin South Road, Wuhou District, Chengdu, Sichuan, China
Post Code: 610041
Tel: 86-28-82926688 (tel:86-28-82926688)

## Beijing Office

Address: Room 1101, West Third Office, Oriental Economic and Trade City, Oriental Plaza, No. 1 Chang'an Street, Dongcheng District, Beijing, China.
Zip code: 100738
Tel: 86-10-85279199 (tel:86-10-85279199)

## Guang Zhou office

Address:
    Room 2401-03 , Guangzhou International Finance Center , No. 5, Zhujiang West Road, Zhujiang New Town, Guangzhou , China
Post Code: 510610
Tel: 86-20-38130600 (tel:86-20-38130600)

## Shenzhen Office

Address:
Unit 2804, Block C, Tianli Central Business Plaza, Haide 3rd Road, Houhai Road, Nanshan District, Shenzhen, China
Postcode: 518054
Tel: 86-755-8281 6800 (tel:86-755-8281 6800)

## Xi'an Office

Address: 4th Floor, Wanke Center, Fengcheng Jiu Road, Weiyang District, Xi'an, Shaanxi Province, China
Post Code: 710018
Tel: 86-29-89846076 (tel:86-29-89846076)