# EXHIBIT L

Case 3:18-cr-00465-MMC   Document 69-13   Filed 09/25/19   Page 2 of 22



| Global

# PwC office locations in Hong Kong

Offices are listed alphabetically by city.

## Hong Kong
## PricewaterhouseCoopers Advisory Services Hong Kong Limited

20/F East Town Building
41 Lockhart Road
Wanchai,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2289 9888

---

## Hong Kong
## PricewaterhouseCoopers Consulting Hong Kong Ltd.

21/F Edinburgh Tower, The Landmark
15 Queen's Road Central
Central
Hong Kong,
Hong Kong, SAR

Case 3:18-cr-00465-MMC   Document 69-13   Filed 09/25/19   Page 3 of 22

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

# Hong Kong
# PricewaterhouseCoopers Consulting Hong Kong Ltd.

22/F Prince's Building
10 Chater Road
Central
Hong Kong,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

# Hong Kong
# PricewaterhouseCoopers Consulting Hong Kong Ltd.

23/F Tower B Manulife Financial Centre
223-231 Wai Yip Street
Kwun Tong
Kowloon,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

## Hong Kong PricewaterhouseCoopers Limited

21/F Edinburgh Tower, The Landmark
15 Queen's Road Central
Central
Hong Kong,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

## Hong Kong PricewaterhouseCoopers Limited

19/F Tower A, Manulife Financial Centre
223-231 Wai Yip Street
Kwun Tong
Kowloon,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

## Hong Kong PricewaterhouseCoopers Limited

20/F East Town Building
41 Lockhart Road
Wanchai,
Hong Kong, SAR

Telephone: [852] 2289 1860
Telecopier: [852] 2810 9888

---

## Hong Kong
## PricewaterhouseCoopers WMS Asia Pacific Ltd

21/F Edinburgh Tower, The Landmark
15 Queen's Road Central
Central
Hong Kong,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

## Hong Kong
## PwC International Assignment Services (Hong Kong) Ltd

19/F Tower A, Manulife Financial Centre
223-231 Wai Yip Street
Kwun Tong
Kowloon,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

# Hong Kong
# PwC International Assignment Services (Hong Kong) Ltd

23/F Tower A Manulife Financial Centre
223-231 Wai Yip Street
Kwun Tong
Kowloon,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

# Hong Kong
# PricewaterhouseCoopers Limited

22/F Prince's Building
10 Chater Road
Central
Hong Kong,
Hong Kong, SAR

Telephone: [852] 2289 8888
Telecopier: [852] 2810 9888

---

Member firms

Site map

Contact us

Case 3:18-cr-00465-MMC   Document 69-13   Filed 09/25/19   Page 7 of 22

© 2017 - 2019 PwC. All rights reserved. PwC refers to the PwC network and/or one or more of its member firms, each of which is a separate legal entity. Please see www.pwc.com/structure for further details.

Legal notices      Privacy      Cookie policy      Legal disclaimer

Terms and conditions



Home   ›   About us   ›   Office locations   ›   Hong Kong SAR

## Location



   

### Connect with us

📍 Find office locations
✉ Email us
👥 Social media @ KPMG

### Want to do business with KPMG?

Request for proposal ❯

|  |  |
|---|---|
| Legal | Privacy |
| Accessibility | Sitemap |
| Help | Glossary |
| Events | Contact |
| Locations | Contact us |
| Media | Press releases |
| Social media | Alumni |
| Contact Alumni |  |

## Submit RFP

Find out how KPMG's expertise can help you and your company.

© 2019 KPMG International Cooperative ("KPMG International"), a Swiss entity. Member firms of the KPMG network of independent firms are affiliated with KPMG International. KPMG International provides no client services. No member firm has any authority to obligate or bind KPMG International or any other member firm vis-à-vis third parties, nor does KPMG International have any such authority to obligate or bind any member firm. All rights reserved.

Member firms of the KPMG network of independent firms are affiliated with KPMG International. KPMG International provides no client services. No member firm has any authority to obligate or bind KPMG International or any other member firm vis-à-vis third parties, nor does KPMG International have any such authority to obligate or bind any member firm.



中文 | English



**Our offices**

---

## Beijing

 View map

https://goo.gl
/maps/mb9K
g3TsCSt

12/F, China Life Financial Center
No. 23, Zhenzhi Road
Chaoyang District, Beijing
Beijing, 100026
PRC

**Phone:**  + 86 (10) 8520 7788
**Fax:**  + 86 (10) 8518 1218

## Changsha

 View map

https://www.google.com.hk/maps/place/HC+International+Plaza,+WuJiaLin
g+ShangQuan,+Kaifu+Qu,+Changsha+Shi,+Hunan+Sheng,+China,+410008/
@28.2240551,112.9856627,16z/_data=!4m5!3m4!

No. 109 Furong Road North
Kaifu District
Changsha, 410008
PRC

**Phone:**   +86 (731) 8522 8790
**Fax:**   +86 (731) 8522 8230

## Chengdu

 View map

https://www.google.com/maps/place/%E4%BB%
81%E6%81%92%E7%BD%AE%E5%9C%B0%E5%B9%
BF%E5%9C%BA/@30.6526019,104.0671,18z/_data=!
4m13!1m7!3m6!
1s0x36efc517eeafa213_0xd1afc5514a09b5ab!
2z5LuB5oGS572u5Zyw5bm_5Zy6!3b1!8m2!
3d30.652422!4d104.067408!3m4!
1s0x36efc517eeafa213:0xd1afc5514a09b5ab!8m2!
3d30.652422!4d104.067408?hl=en

Unit 3406, 34/F
Yanlord Landmark Office Tower
No. 1 Section 2,
Renmin South Road
Chengdu, 610016
PRC

**Phone:**   +86 (28) 6789 8188
**Fax:**   +86 (28) 6500 5161

## Chongqing

 View map

https://www.google.com/maps/place/Chongqing+W
orld+Financial+Center/@29.5590159,106.5771093,1
7z/_data=!4m5!3m4!
1s0x369334812c68088d_0x269f5e70a065a4cc!8m2!
3d29.559143!4d106.577798

43/F World Financial Center

**Phone:**   +86 (23) 8823 1888
**Fax:**   +86 (23) 8857 0978

## Dalian

 View map

http://www.google.cn/maps/place/%E6%A3%AE%
E8%8C%82%E5%A4%A7%E5%8E%
A6/@38.9132373,121.627519,18.75z/_data=!4m5!
3m4!1s0x0_0xac46c683aa5f97f2!8m2!3d38.913355!
4d121.627657?hl=en

15/F Senmao Building
147 Zhongshan Road
Dalian, 116011
PRC

**Phone:**   + 86 (411) 8371 2888
**Fax:**   + 86 (411) 8360 3297

## Guangzhou

 View map

https://www.google.com/maps/place/Deloitte+Touche+Tohmats
u+Certified+Public+Accountants+LLP+Guangzhou+Branch/@23.
1238169,113.3252775,17z/_data=!4m5!3m4!
1s0x0_0x43a3ccef6a8db020!8m2!3d23.1240427!4d113.3259981?
hl=en

26/F Yuexiu Financial Tower
28 Pearl River East Road
Guangzhou, 510623
PRC

**Phone:**   + 86 (20) 8396 9228

## Hangzhou

 View map

https://www.google.com/maps/place/30%C2%
B012%2752.4%22N+120%C2%B010%2744.3%
22E/@30.2144008,120.1783556,18.5z/_data=!4m5!
3m4!1s0x0_0x0!8m2!3d30.214556!4d120.178974

Room 1206-1210,
East Building, Central Plaza
No.9 Feiyunjiang Road
Shangcheng District
Hangzhou, 310008
PRC

**Phone:**   + 86 (571) 8972 7688
**Fax:**   + 86 (571) 8779 7915

## Harbin

 View map

http://www.google.cn/maps/place/Harbin+Economic+%
26+Technological+Development+Zone+Management+Mansion,+
Nangang+Qu,+Haerbin+Shi,+Heilongjiang+Sheng,+150090/@45.
7491857,126.6875919,19z/_data=!3m1!4b1!4m5!3m4!
1s0x5e447fcbb51a5af9_0x243131067c7b6aeb!8m2!
3d45.7491883!4d126.6880521?hl=en

Room 1618,
Development Zone Mansion
368 Changjiang Road
Nangang District
Harbin, 150090
PRC

**Phone:**   +86 (451) 8586 0060
**Fax:**   +86 (451) 8586 0056

## Hefei

 View map

https://www.google.com/maps/place/Huabang+ICC,+Shush
an+Qu,+Hefei+Shi,+Anhui+Sheng,+China,+230000/@31.817
8442,117.2327871,17z/_data=!4m5!3m4!
1s0x35cb611d40fd512d_0xce64d080e2f3e139!8m2!
3d31.8178408!4d117.2337607

Room 1201, Tower A, Hua Bang ICC Building
No.190 Qian Shan Road
Government and Cultural New Development District
Hefei, 230601
PRC

**Phone:**   +86 (551) 6585 5927
**Fax:**   +86 (551) 6585 5687

## Hong Kong

 View map

http://www.google.cn/maps/place/Deloitte+Touche+T
ohmatsu,+Asia+Pacific+Regional+Office/@22.277307,
114.1658727,18.75z/_data=!4m12!1m6!3m5!
1s0x3404006795750bbd_0xdc7a58e3dc831516!
2sDeloitte+Touche+Tohmatsu,+Asia+Pacific+Regional
+Office!8m2!3d22.277581!4d114.166312!3m4!
1s0x3404006795750bbd:0xdc7a58e3dc831516!8m2!
3d22.277581!4d114.166312?hl=en

35/F One Pacific Place
88 Queensway
Hong Kong, PRC

**Phone:**   + (852) 2852 1600
**Fax:**   + (852) 2541 1911

## Jinan

 View map

https://www.google.com.hk/maps/place/36%C2%
B036%2745.2%22N+116%C2%B059%2700.1%
22E/@36.6129026,116.9817508,17.25z/_data=!4m5!
3m4!1s0x0_0x0!8m2!3d36.612557!4d116.983361?
hl=en

Units 2802, 2803 & 2804
28/F, China Overseas Plaza Office
No. 6636, 2nd Ring South Road
Shizhong District
Jinan, 250000
PRC

**Phone:**   +86 (531) 8973 5800
**Fax:**   +86 (531) 8973 5811

## Macau

 View map

http://www.google.cn/maps/place/%E6%BE%B3%
E9%96%80%E5%BB%A3%E5%A0%
B4/@22.1912585,113.5413543,19.5z/_data=!4m5!
3m4!1s0x0_0x31daf7c37e014eac!8m2!
3d22.1912446!4d113.5413596?hl=en

19/F The Macau Square Apartment H-N
43-53A Av. do Infante D. Henrique
Macau, PRC

**Phone:**   + (853) 2871 2998
**Fax:**   + (853) 2871 3033

## Nanjing

 View map

http://www.google.cn/maps/place/Asia+Pacific+Tower,+XinJie
Kou,+Gulou+Qu,+Nanjing+Shi,+Jiangsu+Sheng,+210000/@32.
043131,118.7823824,19z/_data=!3m1!4b1!4m5!3m4!
1s0x35b58c8e1bbf909f_0x49633aa4ad891ee6!8m2!
3d32.0431396!4d118.7829256?hl=en

6/F Asia Pacific Tower
2 Hanzhong Road
Xin Jie Kou
Nanjing, 210005
PRC

**Phone:**   + 86 (25) 5790 8880
**Fax:**   + 86 (25) 8691 8776

## Shanghai

 View map

http://www.google.cn/maps/place/Bund+Center,+H
uangpu+Qu,+Shanghai+Shi,+200000/@31.2325657,
121.4870154,19z/_data=!3m1!4b1!4m5!3m4!
1s0x35b2705ec380458f_0x17f25d735cae1606!8m2!
3d31.2325149!4d121.4874808?hl=en

30/F Bund Center
222 Yan An Road East
Shanghai, 200002
PRC

**Phone:**   + 86 (21) 6141 8888
**Fax:**   + 86 (21) 6335 0003

**Shenyang**

 View map

https://www.google.com.hk/maps/place/Forum+66,+JinLang+ShangQu
an,+Shenhe+Qu,+Shenyang+Shi,+Liaoning+Sheng,+China,+110000/@4
1.8011728,123.4312347,17z/_data=!3m1!4b1!4m12!1m6!3m5!
1s0x5e2f87e345bc7d91_0x5418d68bbe805a16!2sForum+66!8m2!
3d41.802393!4d123.433909!3m4!
1s0x5e2f87e4982dada9:0x3dbb84845b99ddb!8m2!3d41.8008773!
4d123.4333141

Unit 3605-3606, Forum 66 Office Tower 1
No. 1-1 Qingnian Avenue
Shenhe District
Shenyang, PRC

**Phone:** + 86 (024) 6785 4068
**Fax:** + 86 (024) 6785 4067

**Shenzhen**

 View map

http://www.google.cn/maps/place/Huarun+Mansion,+CaiWuWei,
+Luohu+Qu,+Shenzhen+Shi,+Guangdong+Sheng,+518040/@22.5
411239,114.1101168,19z/_data=!3m1!4b1!4m13!1m7!3m6!
1s0x3403f5c785420547_0xba8032564c73e8e0!
2s5001+Shen+Nan+Dong+Lu,+CaiWuWei,+Luohu+Qu,+Shenzhe
n+Shi,+Guangdong+Sheng,+518040!3b1!8m2!3d22.54096!
4d114.110559!3m4!
1s0x3403f5c785ca644f:0x2c573a494ea08d06!8m2!
3d22.5411329!4d114.1105848?hl=en

13/F China Resources Building
5001 Shennan Road East
Shenzhen, 518010
PRC

## Suzhou

 View map

http://www.google.cn/maps/place/Block+A,+Global+188,+YuanQu
+HuXi,+Wuzhong+Qu,+Suzhou+Shi,+Jiangsu+Sheng,+215000/@31.
3138589,120.6696575,18z/_data=!4m15!1m9!4m8!1m0!1m6!1m2!
1s0x35b3a659eba05325_0x929ee64656da97f2!
2sBlock+A,+Global+188,+YuanQu+HuXi,+Wuzhong+Qu,+Suzhou+S
hi,+Jiangsu+Sheng,+215000!2m2!1d120.670587!2d31.3137856!
3m4!1s0x35b3a659eba05325:0x929ee64656da97f2!8m2!
3d31.3137856!4d120.670587?hl=en

23/F, Building 1, Global Wealth Square
88 Su Hui Road, Industrial Park
Suzhou, 215021
PRC

**Phone:**   + 86 (512) 6289 1238
**Fax:**   + 86 (512) 6762 3338 / 6762 3318

## Tianjin

 View map

http://www.google.cn/maps/place/Metropolitan+To
wer/@39.1172634,117.1969999,17.75z/_data=!4m5!
3m4!1s0x35edfda1c9fe7f9d_0xdb0a44986c62e74c!
8m2!3d39.117437!4d117.198515?hl=en

45/F Metropolitan Tower
183 Nanjing Road
Heping District
Tianjin, 300051
PRC

**Phone:**   + 86 (22) 2320 6688
**Fax:**   + 86 (22) 8312 6099

**Wuhan**

 View map

http://www.google.cn/maps/place/New+World+Tra
de+Tower/@30.5949129,114.2695824,19z/_data=!
4m5!3m4!
1s0x342eaec217a8376b_0x85c9ed940fccf5dd!8m2!
3d30.595238!4d114.2700788?hl=en

Room 4901, 49/F
New World International Trade Tower I
568 Jianshe Avenue
Wuhan, 430000
PRC

**Phone:**   +86 (27) 8526 6618
**Fax:**   +86 (27) 8526 7032

**Xiamen**

 View map

http://www.google.cn/maps/place/International+Ba
nk+Building/@24.4522012,118.0758098,19.25z/_dat
a=!4m5!3m4!1s0x0_0xc63ad79624bae3d9!8m2!
3d24.452176!4d118.075865?hl=en

Unit E, 26/F International Plaza
8 Lujiang Road, Siming District
Xiamen, 361001
PRC

**Phone:**   +86 (592) 2107 298
**Fax:**   +86 (592) 2107 259

**Xi'an**

 View map

https://www.google.com.hk/maps/place/Tesla+Char

ging+Station/@34.195591,108.8799158,19z/_data=!

3m1!4b1!4m13!1m7!3m6!

1s0x366376ebfc86e4a9_0x2abe8637ae2391d5!

2s9%E5%8F%

B7+Jin+Ye+Lu,+Yanta+Qu,+Xian+Shi,+Shaanxi+Shen

g,+China!3b1!8m2!3d34.1939664!4d108.8733599!

3m4!1s0x366376c25e16f3db:0x87fb879c4ee1daa!

8m2!3d34.195591!4d108.880463

Room 5104A, 51F Block A, Greenland Center
9 Jinye Road, High-tech Zone
Xi'an, 710065
PRC

**Phone:**   +86 (29) 8114 0201
**Fax:**   +86 (29) 8114 0205

Contact Deloitte

Search Jobs

Submit RFP

Global Office Directory
**Office Locations**
🌐 Location: CN-EN China-English ⌄
About Deloitte

Home

Social Media

Newsroom

Events

Alumni

Deloitte company store

China Office Directory

Press releases

Submit RFP

Contact us

f

🐦

Audit & Assurance

Consulting

Financial Advisory

Hot Topics

Innovation

International Business Support

Legal

Risk Advisory

Tax

**Industries**

Consumer

Energy, Resources & Industrials

Financial Services

Government & Public Services

Life Sciences & Health Care

Technology, Media & Telecommunications

**Careers**

Job Search

Experienced Hires

Graduates

Students

Life at Deloitte

About Deloitte

About Deloitte China

Terms of use

Cookies

Privacy

© 2019. See Terms of Use for more information.

Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), and its network of member firms, and their related entities. DTTL and each member firms are legally separate and independent entities. DTTL (also referred to as "Deloitte Global") does not provide services to clients. Please see About Deloitte to learn more about our global network of member firms.



# Offices in EY Greater China Region

Contact EY – Offices in EY Greater China Region

Beijing | Hong Kong | Shanghai | Guangzhou | Macau | Shenzhen | Chengdu | Hangzhou | Nanjing | Shenyang | Suzhou | Tianjin | Wuhan | Xi'an | Changsha | Dalian | Qingdao | Xiamen | Zhengzhou | Haikou | Chongqing | Taipei | Taoyuan | Hsinchu | Taichung | Tainan | Kaohsiung | Ulaanbaatar