# EXHIBIT M

**Davis Polk**

# Hong Kong

## ABOUT THE OFFICE

Our Hong Kong office, which opened in 1993, was one of the first opened by a major Wall Street firm in Hong Kong and is now our largest non-U.S. office. It currently consists of 11 partners, 11 counsel and more than 70 associates, and has been involved in many of the most important and high-profile capital markets, M&A/private equity transactions and litigation and enforcement matters in China and elsewhere in Asia.

Our Hong Kong office routinely represents issuers and underwriters in many important, and frequently precedent-setting, cross-border initial public offerings, convertible debt, high-yield debt and other securities offerings. Our work has included many of the landmark transactions involving the privatization and listing of Chinese state-owned enterprises and we are a clear leader in Asian high-yield debt offerings.

Our M&A/private equity practice covers all major countries in Asia and a broad range of industries. Together with our Tokyo and Beijing offices, our lawyers in Hong Kong have extensive experience advising investors on matters in Japan, Korea, China, Taiwan, India and Southeast Asia.

Our market-leading litigation and enforcement practice consists of 4 partners, 4 counsel and a team of more than 10 associates. The team works with the firm's top-tier Hong Kong corporate and capital markets lawyers to provide compliance and corporate governance advice to clients.

Many of our regional practices operate out of Hong Kong and Tokyo such as our Taiwan and Korea practices, and our Southeast Asia practice, which covers key jurisdictions, including Thailand, Indonesia, Singapore, Malaysia, Vietnam, the Philippines and Sri Lanka. We have teams of lawyers who specifically focus on these regions and actively travel across the continent to service clients.

Our lawyers in Hong Kong are fluent in English and more than 80% are also fluent in Chinese. Other languages spoken include Korean, Taiwanese, Malay, French, German, Hindi and Spanish. Lawyers in our Hong Kong office are admitted to practice Hong Kong, U.S. and English law.

Clients in Hong Kong include leading international, Hong Kong-based and other Chinese investment banks as well as Hong Kong-listed companies and large conglomerates. Our client coverage also includes corporates across Asia-Pacific as well as multinational companies with interests in expanding into the region.

**ENGLISH | 汉语**

### LOCATION

**Hong Kong**

Davis Polk & Wardwell
Hong Kong Solicitors
The Hong Kong Club
Building
3A Chater Road
Hong Kong
China

P: +852 2533 3300
F: +852 2533 3388

**Maps and Directions**

### RELATED PRACTICES

**China Practice**

**India Practice**

### RELATED NEWS

- **Li He Named International Dealmaker of the Year at 2019 China Law & Practice Awards**

- **Davis Polk Receives Two FinanceAsia China Awards 2019**

**See All > >**

### RELATED INSIGHTS

- **District Court Opens the Door to Potential Restitution Claims in FCPA Cases**
  Client Memorandum

- **SEC Issues Guidance on Inline XBRL Requirements**
  Client Alert

We use cookies on our website to enhance your browsing experience. By continuing to use our site, you are agreeing to our cookie policy.    Accept

See All > >

---

**RELATED EVENTS**

● **James Wadham to Speak at 5th Annual GIR Live Hong Kong Event**

October 14, 2019

● **Davis Polk Attorneys to Speak at In-House Congress Hong Kong 2019 Program**

October 3, 2019

See All > >

---

© 2019 Davis Polk & Wardwell LLP

Disclaimer and Notices

Attorney Advertising. Prior results do not guarantee a similar outcome.

We use cookies on our website to enhance your browsing experience. By continuing to use our site, you are agreeing to our cookie policy.

Accept

# GIBSON DUNN

English

# Hong Kong

Gibson, Dunn & Crutcher's Hong Kong office provides an extensive range of U.S., Hong Kong and English legal advice to global and Asia-based clients.  We offer our clients all the advantages of deep local expertise combined with the strengths of a global firm.  Our lawyers handle some of the most challenging and complex transactions and regulatory matters across Asia.

Gibson Dunn's Hong Kong office opened in 2010, expanding our existing Asian presence and our international platform and allowing us to serve clients wherever they need us.  Lawyers in the office have lived and worked in the region for many years and possess an in-depth understanding of Hong Kong's legal and business culture.  The Hong Kong team works closely with our Beijing and Singapore offices to provide complete and seamless legal services throughout Asia.

**PARTNER(S) IN CHARGE**

**OFFICE**

Austin, Kelly S.

Tel: +852 2214 3788

kaustin@gibsondunn.com

View Profile

32/F Gloucester Tower, The Landmark, 15 Queen's Road Central, Hong Kong, Hong Kong

Tel: +852 2214 3700

Fax: +852 2214 3710

VIEW GIBSON DUNN OFFICES

VIEW HONG KONG LAWYERS

Gibson Dunn's Hong Kong office guides clients through a diverse range of complex corporate transactions, including foreign investment in China, and cross-border mergers and acquisitions for global financial institutions as well as Asia-headquartered and international companies. We also advise on transactions relating to private equity, investment funds, public company takeovers and privatizations, capital markets, joint ventures and international corporate finance. The Hong Kong team additionally has broad familiarity with energy and infrastructure projects, banking and finance (including project finance), real estate development and distressed asset transactions.

Our office in Hong Kong leads Gibson Dunn's investigation and regulatory compliance practice for Asia. We have deep expertise with anti-corruption, competition, anti-money laundering and trade sanctions matters across the region, including in Australia, Cambodia, China, Hong Kong, India, Indonesia, Japan, Korea, Singapore, Macau, Malaysia, Myanmar, Taiwan, Thailand and Vietnam. Our Asia investigations team regularly conducts matters in Mandarin and Cantonese Chinese, Hindi and Korean. We routinely provide proactive compliance counseling and guidance, including risk assessments, due diligence reviews, and program and policy development.

Gibson Dunn is recognized as one of the world's premier litigation firms. We regularly represent Asian and global clients in court actions, arbitrations and other forums in connection with their most significant matters.

# KIRKLAND & ELLIS

# Hong Kong

*Kirkland & Ellis*
*26th Floor, Gloucester Tower*
*The Landmark*
*15 Queen's Road Central*
*Hong Kong*
T +852 3761 3300
Map

## Overview

Kirkland's first location in Asia, our Hong Kong office opened in 2006 to offer clients a full-service practice in the region. Our team has since grown to nearly 115 lawyers who provide sophisticated and commercial advice on cross-border M&A, private equity, capital markets and financing transactions; handle complex restructurings, workouts and defaults; and guide clients through high-stakes litigation, investigations and government enforcement matters. Attorneys in all of these practices have a deep familiarity with the local market, and also leverage the experience of colleagues from across Kirkland's international offices.

## A Look Inside

| Explore Our Hong Kong Office |
| --- |

‹ ›

## News & Insights

- 23 September 2019 Award Benchmark Litigation Asia-Pacific Awards 2019

- 23 September 2019 Award Americas Tax Awards 2019
- 19 September 2019 Award BTI Litigation Outlook 2020
- 13 September 2019 Press Release Kirkland Advises Hammer Capital as Member of Investor Consortium in Takeover of Bitauto and Investor Consortium in Consequential Takeover of Yixin
- 13 September 2019 Award Midlevel Associates Survey 2019

**About Kirkland & Ellis' Hong Kong Office**

Our Hong Kong practice is operated as Kirkland & Ellis.

Kirkland & Ellis is a general partnership governed by the Delaware Uniform Partnership Act. Kirkland & Ellis is registered with and regulated by the Hong Kong Law Society. A list of the partners in Kirkland & Ellis is available on request.

Lawyers based in Hong Kong who are admitted as solicitors in Hong Kong are regulated by the Law Society of Hong Kong. Certain lawyers based in Hong Kong are not admitted in Hong Kong but are registered with and regulated by the Hong Kong Law Society as Registered Foreign Lawyers. They may also be regulated by the relevant regulatory body in their place of admission.

The Hong Kong Solicitors Guide to Professional Conduct published by the Law Society of Hong Kong sets out the rules and principles of professional conduct for practising solicitors and can be accessed by the following link:

**http://www.hklawsoc.org.hk/pub_e/professionalguide/volume1/default.asp**

We may from time to time use online information sources, including electronic verification, to meet our client due diligence obligations pursuant to Practice Direction P of the Law Society of Hong Kong.

# LATHAM&WATKINS LLP

# HONG KONG

Latham & Watkins delivers an exceptional combination of high-end legal services on corporate, finance and litigation matters under Hong Kong, US and English law.

## OFFICE OVERVIEW

For decades, Latham has served businesses and investors seeking innovative solutions to some of the most complex corporate, financial and litigation challenges. Latham's Hong Kong team provides strategic thinking and experienced counsel. Latham regularly serves as the firm of choice for local and international financial institutions, companies and investors conducting business in Hong Kong, as well as for local companies in their direct investment activities and capital markets transactions overseas.

Latham's Hong Kong team leverages the experience and insight of some of Asia's most seasoned lawyers, who have advised on the region's most complex and high-profile transactions and disputes that have set milestones for our clients and precedents in the Asian market.

The firm's team of Hong Kong, US and English law qualified lawyers are fluent in Mandarin and other Chinese dialects including Cantonese, Chiuchow, Shanghainese and Taiwanese, as well as Bahasa Indonesia, Japanese, Korean, Malay, Tagalog (Philippines) and Thai.

Latham provides clients an intimate understanding of the local marketplace, complementing the firm's global platform. For complex, cross-border transactions and disputes, our teams work seamlessly with Latham's offices throughout Asia and around the world, bridging across jurisdictions, languages, time zones and business cultures.

**Key Practice Strengths**

The firm's Hong Kong office provides insightful representation in a broad range of practice areas, including:

- Antitrust & Competition
- Banking, Leveraged Finance and Structured Finance & Securitization
- Capital Markets
- Corporate Governance
- Derivatives
- Financial Regulatory
- Greater China Practice
- International Arbitration
- Islamic Finance

"The Latham team proves to be highly responsive, moves with urgency and understands the needs of all parties in order to ensure a deal gets done regardless of the tight deadlines."
— *Chambers Asia-Pacific 2018*

## HONG KONG OFFICE

18th Floor, One Exchange Square
8 Connaught Place, Central
Hong Kong
Tel +852.2912.2500
Fax +852.2912.2600

- Korea Practice
- Litigation
- Mergers & Acquisitions
- Oil & Gas Transactions
- Private Equity
- Project Development & Finance
- Public Company Representation
- Real Estate
- Restructuring, Insolvency & Workouts
- Securities Litigation & Professional Liability
- White Collar Defense & Investigations

**Recognized for Excellence in China and Throughout Asia-Pacific**

Latham earned the "Innovative Firm in Asia" recognition for its work on groundbreaking deals in the *Financial Times*' 2016 "Asia-Pacific Innovative Lawyers" report, and was named to *Asian Legal Business'* "Innovation List" in 2016.

In the 2018 edition of *Chambers Asia-Pacific*, Latham received a number of commendations for practice areas based in Greater China, including:

- **Banking & Finance** – Interviewees praise the team's "ability to act commercially and identify commercial risks in addition to legal risks," adding that "the firm makes a decision and does not 'sit on the fence'."
- **Capital Markets** – "It's very pleasant working with them, an experienced team...Their Chinese language capabilities are very important to me." Feedback highlights the firm's deal-making approach, with a client noting: "I'm highly impressed with their technical knowledge and ability to appropriately manage corporate issuers towards a successful and commercially viable outcome." Clients also praise the group's level of organisation, with one saying: "A very outstanding team with strong co-ordination and collaboration. They demonstrate very high efficiency in execution and each team member has high standards of professional ethics and high levels of expertise."
- **Corporate/M&A** – "We are very impressed by Latham's outstanding quality of services and professionalism. They have demonstrated a broad spectrum of capabilities and extensive experience across a wide range of practices such as M&A and corporate finance," one interviewee remarks, further stating: "The team is extremely competent and highly knowledgeable." Another market source lists the team's key strengths while acting on one recent matter: "They were very good and knowledgeable on US regulations, and were also aware of the differences and nuances within a Chinese environment."
- **Private Equity** – "The team is very strong and has good connections to subject matter experts in global offices where required,"
- **International Arbitration** – Clients are quick to highlight the team's dedication to service, with one source praising its "meticulous working attitude" and adding that it is "highly efficient and duly delivers on work, responds to feedback, collects all kinds of information, and follows up on the case." Certain sources highlight the "impressive bilingual capacity of the team" and describe the team as being "completely at home serving Chinese clients and understanding their strategic needs." Other commentators praise the firm for its ability "to produce innovative solutions to meet the demands of the case."
- **Litigation** – Clients commend the team's responsiveness and ability to meet their needs. "They always meet my expectations and sometimes even go a step further," one client reports, adding that "the response time to all queries is impeccable." Another

interviewee adds: "They take care of our commercial needs and objectives."

- **Restructuring/Insolvency** – One client affirms: "Latham has been our go-to law firm for a diversity of matters over the years," explaining that this is because "they are very strong and solid in many subject matters and in various countries." Another source highlights its international capabilities, rating it as a "top-tier global firm that we can rely on when a situation involves multiple jurisdictions."

*(The guide is based on client and peer feedback as well as the firm's work during the last 12 months.)*

## PRO BONO & PUBLIC SERVICE

Pro bono and community work is a key feature of Latham & Watkins' culture in the Hong Kong office. In 2015, the Hong Kong Council of Social Service recognized Latham as one of the "Caring Companies" in Hong Kong for the fifth consecutive year. The award honors our Hong Kong office's dedication and commitment to social responsibility. It also recognizes the office's green initiatives, encouragement of work-life balance, and efforts to promote wellness and a healthy lifestyle.

### Areas of Pro Bono Engagement

- asylum and immigration, anti-human trafficking and human rights, nonprofits and NGOs

### Key Partner Organizations

- PILnet, Justice Centre Hong Kong, Liberty Asia, Ashoka, Transgender Resources Center, ENGAGEHK/Asia Community Ventures, RainLily, Hong Kong Refugee Advice Centre, iSEEK Culture Center and St. James Settlement

### Recent Successes

- Conducted a comparative analysis of laws pertaining to money laundering and criminal proceeds for the anti-slavery organization Liberty Asia in order to effect legal reform designed to detect and seize such funds
- Researched legal issues relating to sexual violence for RainLily, which promotes women's rights
- Worked on asylum matters for Justice Centre Hong Kong

### Survey of Pro Bono Practices and Opportunities

A multi-office team of Latham & Watkins lawyers and professional staff from across the firm's offices globally conducted extensive research to prepare the 2016 edition of the "Survey of Pro Bono Practices and Opportunities" report. Conducted in conjunction with the Pro Bono Institute (PBI), the unique report is an essential resource for local practitioners, in-house teams and non-profits on pro bono practices around the world.

Download the chapter about pro bono practices and opportunities in:

- Hong Kong
- China

# MORRISON FOERSTER

# Hong Kong

Edinburgh Tower, 33/F
The Landmark, 15 Queen's Road Central
Hong Kong, China
P 852-2585-0888
F 852-2585-0800
Managing Partner: Timothy W. Blakely

View People

View Map

**Link here to our China practices.**

For more than 35 years, our Hong Kong office has served Chinese and international clients, including financial investors and institutions, the Fortune 500, institutional and state-owned PRC companies, entrepreneurs, and technology companies of all types, including Fintech, telecommunications, clean technology, life sciences, entertainment and media, and semiconductors. We also have an on-the-ground patent and litigation team to serve China's leading companies.

Our lawyers based in Hong Kong advise clients in arbitration, civil litigation, corporate governance, capital markets, cross-border M&A, private equity and venture capital, China regulatory and direct investment, technology transactions, intellectual property licensing, outsourcing, patent litigation, real estate, securities litigation, enforcement and white-collar defense, and technology, media, and telecommunications matters.

Our Hong Kong office includes more than 40 U.S., Hong Kong, PRC, and English-qualified attorneys, the majority of who are fully bilingual. We provide full-service foreign direct investment advice led by two senior PRC-qualified partners and are supported by a team of more than 20 PRC-qualified attorneys across our China practice.

Map :

© 2019 Morrison & Foerster LLP. All Rights Reserved.

**MORRISON**
**FOERSTER**



© 2019 Morrison & Foerster LLP. All Rights Reserved.



AUTOMATED VEHICLES: A ROADMAP    MOMENTUM    NEWS    CAREERS    ALUMNI    RESOURCES    LANGUAGE

Meet
Our Team    About
Our Firm    View
Our Services    Explore
Our Locations    Discover
Our Insights

# Our Locations

| Office | Address | Contact | |
|---|---|---|---|
| **Beijing** | Yin Tai Centre
37th Floor
No. 2 Jianguomenwai Ave.
Chao Yang District
Beijing 100022
People's Republic of China | +86-10-6563-4200 | Details |
| **Brussels** | Blue Tower
Avenue Louise 326
1050 Brussels
Belgium | +32-2-642-4100 | Details |
| **Century City** | 1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067
United States of America | +1-310-553-6700 | Details |
| **Hong Kong** | AIA Central
31st Floor
1 Connaught Road Central
Hong Kong
S.A.R. | +852-3512-2300 | Details |

Case 3:18-cr-00465-MMC   Document 69-14   Filed 09/25/19   Page 15 of 31

**London** AUTOMATED VEHICLES & ROADMAP   MOMENTUM   NEWS   CAREERS   AUTHORS/PRACTICES   LANGUAGES



Warwick Court
5 Paternoster Square
London EC4M 7DX
England

+44-20-7088-0000            Details

About        View        Explore        Discover
Our Team    Our Firm    Our Services    Our Locations    Our Insights    🔍

**Los Angeles**



400 South Hope Street
18th Floor
Los Angeles, CA 90071
United States of America

+1-213-430-6000            Details

**Newport Beach**



610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
United States of America

+1-949-823-6900            Details

**New York**



Times Square Tower
7 Times Square
New York, NY 10036
United States of America

+1-212-326-2000            Details

**San Francisco**



Two Embarcadero Center
28th Floor
San Francisco, CA 94111
United States of America

+1-415-984-8700            Details

**Seoul**

23F Meritz Tower
382 Gangnam-daero
Gangnam-gu
Seoul 06232
Korea

+82-2-6281-1700            Details



AUTOMATED VEHICLES: A ROADMAP     MOMENTUM       NEWS      CAREERS      ALUMNI      RESOURCES       LANGUAGE

Meet | About | View | Explore | Discover
Our Team | Our Firm | Our Services | Our Locations | Our Insights     🔍

---

**Shanghai**



Plaza 66, Tower 1
37th Floor
1266 Nanjing Road West
Shanghai 200040
People's Republic of China

+86-21-2307-7000          Details

---

**Silicon Valley**



2765 Sand Hill Road
Menlo Park, CA 94025
United States of America

+1-650-473-2600          Details

---

**Singapore**



9 Raffles Place
#17-12
Republic Plaza II
Singapore 048619

+65-6593-1800          Details

---

**Tokyo**



Marunouchi Nijubashi Building, 3rd
Floor
3-2-2 Marunouchi, Chiyoda-ku
Tokyo 100-0005 Japan

T: +03 5293 2700          Details
F: +03 5293 2780

---

**Washington, DC**



1625 Eye Street, NW
Washington, DC 20006
United States of America

+1-202-383-5300          Details

---



Paul | Weiss

# Locations   Hong Kong

New York    Beijing    Hong Kong    London    Tokyo    Toronto    Washington, DC    Wilmington



## Hong Kong

**12th Floor, Hong Kong Club Building**
**3A Chater Road, Central**
**Hong Kong**

Tel: +852-2846-0300
Fax: +852-2840-4300

View our team

Since Paul, Weiss established a Hong Kong office in 1983, we have demonstrated a strong commitment to Hong Kong, its role as a regional financial center and its ongoing importance to business transactions in mainland China. In addition to our U.S. law capabilities, Paul, Weiss is a registered Hong Kong firm qualified to advise on Hong Kong legal issues.

While the firm is equipped to handle a variety of corporate legal matters throughout Asia, our Hong Kong office places special emphasis in the areas of mergers and acquisitions, private equity and venture capital, foreign direct investment and the establishment of joint ventures, infrastructure development, project finance, acquisition finance, capital markets, corporate governance and internal investigations, and reorganizations and restructurings. We advise clients across a wide variety of industries, including significant representations involving broadcasting, communications, media and technology, entertainment, financial services (banking, insurance and asset management), theme parks and gaming facilities.

Lawyers in the office are involved in cross-border transactions involving jurisdictions throughout the Asia-Pacific region, including in mainland China, India, Indonesia, Japan, Korea, Macau, Malaysia, the Philippines, Singapore, Taiwan and Thailand. The office works closely with the firm's Beijing office and is supported by our other offices globally.

## Paul, Weiss, Rifkind, Wharton & Garrison LLP

CONNECT WITH PAUL, WEISS

© 2019 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP          This web site contains attorney advertising. Prior results do not guarantee a similar outcome.



Skip to content

# Hong Kong

39/F, Two Int'l Finance Centre
Central, Hong Kong

Phone:+852 2509 7888

Fax:+852 2509 3110

Map

## Contacts



**Constance Choy**
Partner
CCHOY@SIDLEY.COM
+852 2901 3843
*Hong Kong*

View Professionals

## About Our Hong Kong Office

Sidley is one of the few international law firms to have maintained on-the-ground capabilities to serve clients in Asia Pacific for more than 30 years. The firm now has close to 200 legal professionals based in six offices in the region - Hong Kong, Shanghai, Beijing, Singapore, Sydney and Tokyo. Our lawyers provide U.S., Hong Kong, English, Singapore and Japanese law advice to clients where and when they need it.

Established in 1994 and located in the financial hub of Asia, Sidley's Hong Kong office offers a comprehensive range of legal services to international, regional and local clients from all sectors of commerce and industry, including financial services, energy and natural resources, life sciences, technology, telecommunications and media, consumer products and real estate, as well as government bodies and agencies. Our team in Hong Kong includes more than 80 lawyers who are qualified to practice Hong Kong, English, U.S. and Singapore law.

**Capital Markets:** Our corporate finance group is one of the largest and most active teams in Hong Kong. We have a strong capital markets practice in Hong Kong focusing on public and private offerings in debt and equity securities. In recent years, we have handled more than 200 IPOs on the Stock Exchange of Hong Kong. Sidley was named as the number one international law firm (tied) advising on Hong Kong IPOs, based on the number of transactions (The Lawyer, March 2014). As we practice Hong Kong, English, U.S. and Singapore law, we are also qualified to work on dual listings and other cross-border securities transactions. We have extensive experience in SEC-registered offerings,

as well as listings on the New York Stock Exchange, NASDAQ, the London Stock Exchange, the Luxembourg Stock Exchange, the Singapore Exchange and, in conjunction with local advisers, stock exchanges in Jakarta and Korea. We also have a well-regarded debt capital markets practice, including a top-tier high-yield debt capital markets practice, as recognized by the key legal directories. Since 2014, Sidley has been counsel to issuers and underwriters in more than 40 high-yield debt capital markets transactions in Asia Pacific, totaling approximately US$15 billion.

**Mergers & Acquisitions:** Our corporate finance lawyers in Hong Kong also represent acquirers, targets and financial advisers in the structuring, negotiation and financing of domestic and cross-border M&A transactions across multiple industries. We regularly represent private and public companies in connection with acquiring minority and majority interests in domestic corporations, as well as representing clients with respect to their interests in business entities outside the region. In cross-border transactions, we often advise clients in all matters related to their M&A, including financing, joint venture agreements, international trade, litigation and regulatory and compliance issues (including CFIUS matters in the U.S.). Several M&A transactions on which we have worked are award-winning or have been named "Deal of the Year." In addition, Sidley serves clients in all issues faced by private equity, venture capital and hedge funds in the acquisition, financing and disposition of portfolio companies. The firm has extensive experience in the structuring and negotiation of private equity, venture capital and M&A transactions.

**Private Equity:** Our Private Equity lawyers in Hong Kong advise clients on every aspect of a broad range of domestic and cross-border private equity transactions, including leveraged buyouts, going-private transactions, growth capital investments, venture capital investments, PIPEs and a variety of other acquisitions and financings. We represent private equity sponsors, the private equity arms of financial institutions and other organizations, and hedge funds in these matters. In addition, we regularly advise private equity-sponsored portfolio companies, assisting them in all their legal needs, including add-on acquisitions, financings, recapitalizations, investments, liquidity events and other extraordinary transactions.

**Investment Funds:** Our investment funds practice is one of the largest funds groups of any law firm in Hong Kong and one of the most recognized in the region. The team has won several awards and is ranked top-tier, as listed by the leading, independent legal publications. We also have a proven track record of working on some of the most innovative and ground-breaking funds transactions in recent years. The team covers the full spectrum of investment fund matters and a comprehensive range of related services spanning hedge fund formation, private equity fund formation, real estate fund formation, regulatory and compliance matters as well as downstream investment.

**Dispute Resolution and Regulatory:** Sidley's dispute resolution and regulatory team has been consistently ranked among the top contentious practices in Hong Kong. The team handles corporate and commercial disputes related to insolvency, construction, insurance, life sciences, shipping, international trade, IP and employment matters through litigation or arbitration. The team also provides advice on regulatory and compliance issues, including those related to privacy, data protection, payments, FCPA matters and other corporate investigations.

**Finance:** In Hong Kong, our finance lawyers offer a wide range of legal services related to structured finance, asset-based finance, syndicated and leveraged finance. We have extensive experience with every major asset class and many esoteric asset classes, company representations, real estate finance and REITs, workouts and restructurings transactions. Our finance lawyers have worked on some of the most significant finance transactions in the industry.

**Structured Finance and Securitization:** Sidley has been at the forefront of the creation of many structured finance products. We have deeply experienced lawyers who understand the structured finance, project finance and infrastructure markets regionally as well as globally. Our Asia Pacific Managing Partner, Tom Albrecht, who is based in Hong Kong, led the firm's Global Finance practice for many years and has spent most of his 30+ year career advising clients on structured finance, securitization, syndicated and leveraged finance and asset-based debt finance. Recently, Tom's team advised China Orient Asset Management (International) (COAMI) in the US$165 million securitization of a portfolio of loans and bonds owned by COAMI's affiliates. We also represented Temasek Holdings, a Singapore state investment company, in the listing of the Astrea III PE bonds which were the first listed private

equity bonds in Singapore with a diversified portfolio. This landmark matter was widely recognized as a significant milestone in the development of Singapore's bond market.

We are among the very few international law firms who are able to represent all of the major participants in public and private CLO, CDO and loan financing transactions. Our lawyers represent collateral managers, arrangers and investors across the full capital structure from senior debt to equity with a particular reputation for representing collateral managers of all sizes.

We advise market participants in all aspects of the buying, selling and managing of portfolios of loans as well as every aspect of lending and financing against loan assets, either through public capital markets or through private financing channels. Our global CLO and project finance and infrastructure groups are able to draw upon a deep experience of the market practice and regulations governing these assets, complemented by market-leading practices in the wider regulatory, tax, derivatives and corporate areas.

**Project Finance:** We also work on numerous finance projects, including those related to infrastructure, energy, power, alternative generation, transmission, oil and gas pipelines, biofuels, gas-to-liquids, petrochemicals, metals and mining, transportation and telecommunications. The team represents project sponsors, senior and subordinated lenders, equity investors, construction contractors and service providers. Globally, Sidley lawyers advised on more than 50 projects involving energy/infrastructure in the last 10 years with a combined value of more than US$30 billion.

**Energy:** In the energy arena, we represent clients in virtually every aspect of the industry, including upstream oil and gas developers, oilfield service companies, pipelines, electric utilities, merchant electric transmission companies, independent power producers, alternative energy developers, suppliers and contractors, energy trading companies, and the financial institutions that serve companies in all of these industry segments.

Lawyers in Sidley's Hong Kong office speak fluent Cantonese, Mandarin and other Chinese dialects, Tagalog, Bahasa Malaysia and Hindi, as well as English. Sidley's Hong Kong office is located in Two International Finance Centre, situated in the central business district of Hong Kong, overlooking Victoria Harbour.

**Recent Awards:**

- Consistently ranked as one of the leading law firms with leading lawyers in Asia Pacific by *Legal 500 Asia Pacific*, *Chambers Asia Pacific*, *IFLR 1000* and *Who's Who Legal*

- "Firm of the Year for Capital Markets in Hong Kong" in 2016, *Asian-MENA Counsel*

- "Compliance/Investigations Firm of the Year" in 2016, *The Asian Lawyer* Emerging Markets Awards

- "Firm of the Year for Alternative Investment Funds & Private Equity in Hong Kong and Singapore" in 2016, *Asian-MENA Counsel*

- "Investment Funds Law Firm of the Year" in 2016, *Asian Legal Business*

- "Real Estate Firm of the Year (International Winner)" in 2016, *China Law and Practice*

- "Winning Law Firm for Structured Finance/Securitization" in 2015, *China Business Law Journal*

- "Best in Insolvency" in 2015, *Asialaw* Asia-Pacific Dispute Resolution Awards

VIEW MAP

HONG KONG +852 2509 7888

## News & Insights

SIDLEY UPDATES

The Singapore Convention: Giving Teeth to International Mediation Settlements

*August 8, 2019  |  Global Arbitration, Trade and Advocacy Update*

---

SIDLEY UPDATES

Enhancing Hong Kong's Status as a Preferred Arbitral Seat: P.R.C. Courts Will Be Empowered to Order Interim Measures in Aid of Hong Kong Arbitrations

*April 9, 2019*

---

SIDLEY UPDATES

Hong Kong Regulatory Newsletter

*December 22, 2016*

---

www.stblaw.com



# Hong Kong Office

To meet the growing business needs of our clients, Simpson Thacher has been active in Greater China, Korea and across Asia for more than 20 years through our office in Hong Kong. The highly praised office offers one of the largest resident teams among U.S. law firms to leading Chinese and foreign companies. We advise on U.S., Hong Kong and English laws, and most of our Hong Kong lawyers are bilingual speakers of English and Mandarin Chinese, providing the necessary depth of local experience and appreciation of Chinese culture, customs and business practices.

> "They are very knowledgeable about market trends, and they anticipate needs and problems and bring that to us in advance."
>
> – *Chambers China* 2018 (quoting a client)

With over two decades of leadership in the Korean legal market, the Firm's Hong Kong-based Korea Practice is a top choice among many clients for Korea-related transactions. We have amassed an impressive track record in Korea due to our proven excellence based on experience, quality client service, efficiency and effectiveness.

Coordinating with the Firm's offices in Beijing, as well as Tokyo and our other offices worldwide, we are able to provide global reach in our advice on:

• Cross-border mergers and acquisitions and joint ventures

• Inbound and outbound investments

• Capital markets, including IPOs and debt offerings

- Private equity transactions

- Private fund formation

- Banking and credit

- Real estate

- Dispute resolution, arbitration, investigations and regulatory matters

Our work also takes us to Australia, India, Taiwan and Southeast Asia. Simpson Thacher's Hong Kong lawyers have a deep understanding of the region and how business is conducted in this part of the world.

# Deals of the Year

Recipient of "TMT Firm of the Year" and two "Deal of the Year" awards at The Asian Lawyer's 2018 Asia Legal Awards; two "Deal of the Year" awards at ALB China Law Awards 2018; and "Private Equity Team of the Year" and two "Deal of the Year" awards at the China Law & Practice Awards 2018

## "[W]ise and commercial, and with good judgement in terms of how they look after our interests."

— *Chambers China* 2018 (quoting a client)

English    中文(简体)    中文(繁體)

OFFICE

ICBC Tower - 35th Floor
3 Garden Road, Central
Hong Kong
+852-2514-7600
+852-2869-7694 fax

CONTACT



Celia Lam
*Partner*
+852-2514-7508
celia.lam@stblaw.com

MAP





**Home** / **Locations**

# Locations

With 22 offices on four continents, Skadden serves clients in every major financial center globally.

## Americas

### Boston
500 Boylston Street
Boston, Massachusetts 02116
T:1.617.573.4800
F:1.617.573.4822
View Map

### Chicago
155 N. Wacker Drive
Chicago, Illinois 60606
T:1.312.407.0700
F:1.312.407.0411
View Map

### Houston
1000 Louisiana Street
Suite 6800
Houston, Texas 77002
T:1.713.655.5100
F:1.713.655.5200
View Map

### Los Angeles
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
T:1.213.687.5000
F:1.213.687.5600
View Map

use to improve functionality and performance, to analyze traffic and to provide social media features. Cookies Policy

❯ Cookie Settings

✓ Accept Cookies

## New York

4 Times Square
New York, New York 10036
T:1.212.735.3000
F:1.212.735.2000/1
View Map

## Palo Alto

525 University Avenue
Palo Alto, California 94301
T:1.650.470.4500
F:1.650.470.4570
View Map

## São Paulo

Av. Brigadeiro Faria Lima, 3311 - 7º andar
04538-133
São Paulo, SP
Brazil
T:55.11.3708.1820
F:55.11.3708.1845
View Map

## Toronto

222 Bay Street
Suite 1750, P.O. Box 258
Toronto, Ontario
Canada M5K 1J5
T:1.416.777.4700
F:1.416.777.4747
View Map

## Washington, D.C.

1440 New York Avenue, N.W.
Washington, D.C. 20005
T:1.202.371.7000
F:1.202.393.5760
View Map

## Wilmington

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
T:1.302.651.3000
F: 1.302.651.3001
View Map

# Asia

## Beijing

We use cookies to improve functionality and
performance, to analyze traffic and to
provide social media features. Cookies
Policy

› Cookie Settings

✓ Accept Cookies

30/F, China World Office 2
No. 1, Jian Guo Men Wai Avenue
Beijing 100004 China
T:86.10.6535.5500
F:86.10.6535.5577
View Map

# Hong Kong
Skadden, Arps, Slate, Meagher & Flom
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong
T:852.3740.4700
F:852.3740.4727
View Map

# Seoul
Skadden, Arps, Slate, Meagher & Flom LLP
Foreign Legal Consultant Office
26/F, Gangnam Finance Center
152 Teheran-ro, Gangnam-gu
Seoul, Korea, 06236
T:82.2.6177.3000
F:82.2.6177.3100
View Map

# Shanghai
JingAn Kerry Centre, Tower II
46th Floor
1539 Nanjing West Road
Shanghai 200040, China
T:86.21.6193.8200
F:86.21.6193.8299
View Map

# Singapore
Skadden, Arps, Slate, Meagher & Flom
(Singapore) LLP
6 Battery Road
Suite 23-02
Singapore, 049909
T:65.6434.2900
F:65.6434.2988
View Map

# Tokyo
Izumi Garden Tower,
21st Floor
1-6-1 Roppongi
Minato-ku, Tokyo 106-6021
Japan
T:81.3.3568.2600
F:81.3.3568.2626
View Map

We use cookies to improve functionality and performance, to analyze traffic and to provide social media features. Cookies Policy

❯ Cookie Settings       ✓ Accept Cookies

# Europe

## Brussels

523 avenue Louise

1050 Brussels, Belgium

T:32.2.639.0300

F:32.2.639.0339

View Map

## Frankfurt

TaunusTurm

Taunustor 1

60310 Frankfurt am Main

Germany

T:49.69.74220.0

F:49.69.74220.300

View Map

## London

Skadden, Arps, Slate, Meagher & Flom (UK) LLP

40 Bank Street

Canary Wharf

London, E14 5DS

T:44.20.7519.7000

F:44.20.7519.7070

View Map

## Moscow

Ducat Place III

Gasheka Street 6

Moscow 125047

Russian Federation

T:7.495.797.4600

F:7.495.797.4601

View Map

## Munich

Karl-Scharnagl-Ring 7

80539 Munich, Germany

T:49.89.244.495.0

F:49.89.244.495.300

View Map

## Paris

68, rue du Faubourg Saint-Honoré

75008 Paris, France

T:33.1.55.27.11.00

F:33.1.55.27.11.99

View Map

We use cookies to improve functionality and performance, to analyze traffic and to provide social media features. Cookies Policy.

› Cookie Settings        ✓ Accept Cookies

# Regional Capabilities

In addition to our physical office location, Skadden has dedicated regional practice groups. We bring in-depth knowledge of the markets in which we operate, and our local law capabilities — including for English, European Union, French, German, Hong Kong, Japanese and Russian law — allow us to address the multijurisdictional aspects of cross-border matters as well as specific domestic legal issues.

LEARN MORE ABOUT OUR CAPABILITIES

We use cookies to improve functionality and performance, to analyze traffic and to provide social media features. Cookies Policy

❯ Cookie Settings

✓ Accept Cookies

# SULLIVAN & CROMWELL LLP

## *Hong Kong*

**Sullivan & Cromwell (Hong Kong) LLP**

28th Floor, Nine Queen's Road Central
Hong Kong
China

+852-2826-8688
+852-2522-2280

**Get Directions**

OFFICE CONTACT

**Chun Wei**

+852-2826-8666
+852-2522-2280
weic@sullcrom.com
Vcard

MORE INFORMATION

**Visitor's Guide**

Established in 1992, Sullivan & Cromwell's Hong Kong office serves as a strategic point for significant transactions that involve Greater China and Asia Pacific companies or assets. The Firm also advises clients on significant cross-border transactions in the rest of Asia and elsewhere in the world.

Leveraging our deep insight of the Greater China and international markets as well as our resources around the world, we offer tailored advice to meet clients' commercial and business objectives in mergers and acquisitions, capital markets, corporate finance, private equity and project development and finance matters.

With nearly 30 years on-the-ground experience, S&C has been involved in numerous precedent-setting transactions in Greater China, including the first H-share listing by a Chinese company, the first Yankee bond offering by a Chinese state-owned company, the first-ever merger of two SEC-registered Chinese companies and the first-ever private sector merger between two Chinese companies.

We have a dedicated, highly skilled team of lawyers in S&C's Hong Kong and Beijing offices, who work as one integrated team to provide U.S., Hong Kong and English law advice to clients in Greater China, the Asia-Pacific region and around the world. Well trained as generalists within broad practice areas, our multilingual lawyers are familiar with navigating the challenges to bridge the cultural, language and legal gaps among different parties.