# EXHIBIT O

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy (//www.micron.com/privacy) to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

(/)        Products        Solutions        USA -        Login

English

About (https://www.micron.com/about)   /   Locations (https://www.micron.com/about/locations)

**China**

Beijing (?country=China&city=Beijing)

Shanghai (?country=China&city=Shanghai)

Shenzhen (?country=China&city=Shenzhen)

Xi'an (?country=China&city=Xi'an)

**Design**

## Beijing



### Micron Semiconductor (Shanghai) Co., Ltd., Beijing Branch

Raffles City Beijing Office Tower

Unit 4 on 10th Floor

No. 1 Dongzhimen South St.

Beijing Dongcheng District 100007

China (PRC)

Tel: 8610-6400-9389

Fax: 86-10-6402-9520

Get Directions (http://maps.google.com/maps?daddr=39.946065,116.438911)

## Shanghai



### Micron Technology (Shanghai) Co., Ltd.

Xinglian Science and Technology Park

Building #1, No.1535 Hong Mei Road

Shanghai 200233

China (PRC)

Tel: 86-21-61033366

Fax: 86-21-34281019

Get Directions (http://maps.google.com/maps?

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy (//www.micron.com/privacy) to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

(/)

Products  Solutions  USA -  Login
English

### Micron Semiconductor Technology (Shanghai) Co., Ltd.

Xinglian Science and Technology Park

Building #1, No.1535 Hong Mei Road

Shanghai 200233

China (PRC)

Tel: 86-21-61033366

Fax: 86-21-34281019

Get Directions (http://maps.google.com/maps?daddr=31.170671,121.406575)

## Manufacturing

## Xi'an



### Micron Semiconductor (Xi'an) Co., Ltd.

Zone B of Shaanxi Xi'an Export Processing Zone

Xin Xi Avenue

Xi'an 710119

China (PRC)

Tel: 86-29-6891-6666

Fax: 86-29-8888-0280

Get Directions (http://maps.google.com/maps?daddr=34.173644,108.851641)

## Sales

## Beijing

### Micron Semiconductor (Shanghai) Co., Ltd., Beijing Branch

Raffles City Beijing Office Tower

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy (//www.micron.com/privacy) to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

(/)  Products    Solutio... USA -    Login    

English

Unit 4, 10th Floor,
No. 1 Dongzhimen South St.
Beijing Dongcheng District 100007
China (PRC)
Tel: 8610-6400-9389
Fax: 86-10-6402-9520

Get Directions (http://maps.google.com/maps?daddr=39.946065,116.438911)

# Shanghai



### Micron Technology (Shanghai) Co., Ltd.

Xinglian Science and Technology Park
Building #1, No.1535 Hong Mei Road
Shanghai 200233
China (PRC)
Tel: 86-21-61033366
Fax: 86-21-34281019

Get Directions (http://maps.google.com/maps?daddr=31.170671,121.406575)



### Micron Semiconductor Technology (Shanghai) Co., Ltd.

Xinglian Science and Technology Park
Building #1, No.1535 Hong Mei Road
Shanghai 200233
China (PRC)
Tel: 86-21-61033366
Fax: 86-21-34281019

Get Directions (http://maps.google.com/maps?daddr=31.170671,121.406575)

# Shenzhen

### Micron Semiconductor (Shanghai) Co., Ltd.

We use cookies to personalize and enhance your experience on our site. Visit our Privacy Policy (//www.micron.com/privacy) to learn more or manage your personal preferences in our Cookie Consent Tool. By using our site, you agree to our use of cookies.

Accept

Products Solutions Locations USA Login
(/)

English ▼

## Micron Semiconductor (Shanghai) Co., Ltd., Shenzhen Branch



10F, Tower B, Anlian Plaza
No.4018 Jiantian Road
Shenzhen 518026
China (PRC)

Tel: +86-755-8347-4560

Fax: +86-755-8347-4460

Get Directions (http://maps.google.com/maps?daddr=22.548111,114.070076)

---

**Products (https://www.micron.com/products)**

**Solutions (https://www.micron.com/solutions)**

**Support (https://www.micron.com/support)**

**Insight (https://www.micron.com/insight)**

**About (https://www.micron.com/about)**

(https://www.facebook.com/MicronTechUSA/)

(https://twitter.com/microntech)

(https://www.linkedin.com/company/3690)

(https://www.youtube.com/user/MicronTechnology)

**Sales (https://www.micron.com/support/sales-network)**

**Support (https://www.micron.com/support)**

**Contact (https://www.micron.com/forms/contact-us)**

 (https://www.crucial.com/)

 (https://ballistixgaming.com/)

Suppliers (https://www.micron.com/about/our-commitment/sourcing-responsibly/suppliers)

©2019 Micron Technology, Inc. All rights reserved. Information, products, and/or specifications are subject to change without notice. All information is provided on an "AS IS" basis without warranties of any kind. Drawings may not be to scale. Micron, the Micron logo, and all other Micron trademarks (https://www.micron.com/trademarks) are the property of Micron Technology, Inc. All other trademarks are the property of their respective owners.

Legal (https://www.micron.com/legal)   Privacy (https://www.micron.com/privacy)