# EXHIBIT Q



Xi'an, China

# Micron Technology, Inc. in **China**

## Overview

Micron Semiconductor (Xi'an) Co., Ltd., (Micron Xi'an), a subsidiary of Micron Technology, Inc., is located in the Xi'an High-Tech Zone and is one of the largest foreign invested companies in the Shaanxi province. As Micron's first manufacturing facility in China, the sites' primary focus is memory module assembly and integrated circuit (IC) component testing. As Micron Xi'an enters into a new era of growth, the site plays an important role in Micron's worldwide operations and is well positioned for success.

Micron's presence in China also includes a logistics center in Xiamen, IC design center in Shanghai, and sales/marketing offices in Shanghai, Beijing and Shenzhen to help meet the needs of the rapidly growing market in China and Asia-Pacific.

## Our Values

Integrity, Performance, Leadership, Agility and Efficiency

## Address

Xinxi Avenue
Zone B of Shaanxi Xi'an Export
Processing Zone
China





