# EXHIBIT R

# HONG KONG

(P) 852.2526.6895
(F) 852.2868.5871

China's top companies call on Jones Day's Hong Kong-based lawyers to help raise capital, plan their expansion, and launch new technologies. Jones Day was the first U.S. law firm licensed to practice Hong Kong law (1996), and our Hong Kong Office has enabled clients to complete landmark transactions in these and other significant business matters for more than 30 years.

> Clients are served by our Hong Kong-based lawyers' experience in capital markets, dispute resolution, intellectual property and life sciences, leveraged finance, M&A, projects, private equity, and real estate.

> Our clients benefit from one of the most dynamic cross-border practices in the region, as recognized by *Chambers Asia*, *Legal 500 Asia Pacific*, *Asia Business Law Journal*, and *China Business Law Journal*, among others

> Our Hong Kong-based lawyers have trained in Australia, mainland China, England and Wales, Singapore, and the United States, among other major jurisdictions

> We understand and engage our clients in different languages, including English, French, German, Mandarin, Spanish, Japanese, and Korean, as well as Cantonese, Shanghainese, and Taiwanese

> We are active in the community, working with the Justice Centre Hong Kong, the Hong Kong Student Aid Society, Variety—the Children's Charity, and many other organizations

### ADDRESS

31st Floor, Edinburgh Tower; The Landmark
15 Queen's Road Central
Hong Kong

(P)  + 852.2526.6895
(F)  + 852.2868.5871

### CONTACTS

**JOELLE LAU**
Partner-in-Charge Hong Kong
Hong Kong  |  + 852.3189.7384
joellelau@jonesday.com

**GORDON FONG**
+852.3189.722
gfong@jonesday.com

### LOCAL TIME

### 7:51 AM CHINA STANDARD TIME

# SHANGHAI

(P) 86.21.2201.8000

(F) 86.21.5298.6569

**Multinational clients in China are served by our Shanghai Office for counsel on foreign direct investment, M&A, disputes, investigations, compliance, IP, antitrust, real estate, and regulatory matters. We also counsel Chinese companies on international investment and contentious matters.**

> Our clients benefit from our collaboration with colleagues in Beijing, Hong Kong, Taipei, and around the globe.

> Our Shanghai-based M&A lawyers handle a full range of cross-border transactions involving China for multinational clients, and we also advise Chinese companies on their international investments.

> Our lawyers focus on international arbitration and civil litigation in China, the United States, and Europe. Jones Day assists clients with internal investigations throughout Asia and those involving the U.S. government. We defend Chinese clients in U.S. white-collar criminal cases and overseas disputes.

> Our intellectual property lawyers, with extensive biotechnology experience, handle Chinese IP litigation, cross-border IP litigation, patent prosecution, and invalidity actions. We also work with the Chinese IP agency in Beijing, which handles copyright, trademark, and other non-patent IP matters.

> Jones Day's full commitment to serving our clients is equaled by our commitment to legal development in China. We regularly provide training to Chinese clients and legal professionals. Jones Day has awarded international legal fellowships to 121 law students in Shanghai since 2001.

## ADDRESS

4th Floor 27 Zhongshan Dong Yi Road

Shanghai 200002

(P)  + 86.21.2201.8000

(F) + 86.21.5298.6569

## CONTACTS

**ANGEL HUANG**

Partner-in-Charge Shanghai

Shanghai  |  + 86.21.2201.8000

ahuang@jonesday.com

**CISSY JIANG**

Office Administrator

+86.21.2201.8008

cjiang@jonesday.com

## LOCAL TIME

## 5:32 AM CHINA STANDARD TIME

# BEIJING

(P) 86.10.5866.1111
(F) 86.10.5866.1122

**Our Beijing lawyers collaborate with both Chinese and international clients on large and complex transactions and other legal services worldwide. Most of our internationally trained lawyers are Chinese-educated and fully fluent in Chinese and English, with experience working across different cultures.**

> Clients served by our Beijing-based lawyers benefit from our extensive experience handling cross-border M&A, private equity investment, international dispute resolution, and regulatory and governmental investigations—including antitrust, FCPA and antibribery investigations, infrastructure, international project financing, intellectual property, and tax—as well as banking and finance transactions.

> Our Beijing lawyers offer clients in-depth knowledge of cross-border investments and financings involving emerging and frontier markets. They collaborate on global transactions, disputes, and investigations with counsel in the United States, Europe, and other countries.

> Jones Day Intellectual Property Agency (Beijing) Co., Ltd. is licensed in China to handle a wide range of copyright, trademark, and other non-patent intellectual property matters.

> Jones Day partnered with Peking University Law School after establishing the "Peking University—Jones Day Chair Professorship for Globalization and Rule of Law" to promote legal education and development in China. For more than 10 years, the office has operated the International Legal Fellowship, which has helped nearly 100 law students pursue future legal careers.

## ADDRESS

32nd Floor, China World Office 1
No.1 Jianguomenwai Avenue
Beijing
100004

(P)
+ 86.10.5866.1111

(F)
+
86.10.5866.1122

## CONTACTS

### JESSIE CHENGHUI TANG

Partner-in-Charge Beijing
Beijing  |   + 86.10.5866.1111
jtang@jonesday.com

### FRAN JIANG

Office Administrator
+86.10.5866.1120
fjiang@jonesday.com

## LOCAL TIME

### 5:34 AM TAIPEI STANDARD TIME