DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 285485)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    FAX: (415) 436-7234
    Laura.Vartain@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
Trial Attorney, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel:  (202) 353-3434
    Fax:  (202) 233-2146
    Nicholas.Hunter@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | UNITED STATES' SEVENTH *EX PARTE* MOTION TO CONTINUE ARRAIGNMENT |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

      The United States moves the Court for an order continuing the arraignment date from February 5, 2020, to March 25, 2020, for the individual defendants, Stephen Chen, J.T. Ho, and Kenny Wang.

UNITED STATES' SEVENTH MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC

The corporate defendants, United Microelectronics Corporation Inc. and Fujian Jinhua Integrated Circuit Co. Ltd., have already been arraigned and their next court date is on February 12, 2020, before Judge Maxine M. Chesney.  All individual defendants have been served with the summonses issued in the above-captioned case and have retained attorneys in the United States.  Those attorneys have been in contact with government counsel and have previously sought additional time for arraignment in order to consult further with their respective clients.  Accordingly, the United States requests that the initial appearance for the individual defendants, Stephen Chen, J.T. Ho, and Kenny Wang, be continued to March 25, 2020, before the San Francisco Duty Magistrate.  The United States is filing this motion *ex parte* since defense counsels for Stephen Chen, J.T. Ho, and Kenny Wang have not yet made an appearance in this case.

Dated: January 17, 2020

Respectfully Submitted,

DAVID L. ANDERSON
United States Attorney

 /s/ Nicholas O. Hunter
LAURA VARTAIN HORN
Assistant United States Attorneys

NICHOLAS O. HUNTER
Trial Attorney, National Security Division

UNITED STATES' SEVENTH MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing, IT IS HEARBY ORDERED that the initial appearance for defendants Stephen Chen, J.T. Ho, and Kenny Wang be continued from February 5, 2020, to March 25, 2020, at 9:30 am before the Duty Magistrate in San Francisco.  The summonses for those defendants are hereby amended, *nunc pro tunc*, accordingly.  Government counsel is directed to provide this Order to the attorneys who contacted the government on behalf of Stephen Chen, J.T. Ho, and Kenny Wang.

IT IS SO ORDERED

DATED: _____     _____
HON. SALLIE KIM
United States Magistrate Judge

UNITED STATES' SEVENTH MOTION TO CONTINUE ARRAIGNMENT
CR 18-465 MMC