DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 285485)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    Laura.Vartain@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
Trial Attorney, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel:  (202) 353-3434
    Fax:  (202) 233-2146
    Nicholas.Hunter@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM APRIL 15, 2020, TO MAY 20, 2020 |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

The parties, by and through their undersigned counsel, stipulate and agree as follows:

1.    The parties are scheduled to appear before the Court on April 15, 2020, at 2:15 PM for a

STIPULATION AND PROPOSED ORDER
CR 18-465 MMC

1  scheduling conference.

2      2.    In light of the current public-health emergency and General Order No. 72, the parties
3  jointly request that the Court continue the scheduling conference from April 15, 2020, to May 20,
4  2020.

5      3.    The parties agree and jointly request that, pursuant to General Order No. 72 and 18
6  U.S.C. § 3161(h)(7)(A), the time between April 15, 2020, and May 20, 2020, should be excluded
7  under the Speedy Trial Act  The parties agree that the ends of justice served by granting the
8  continuance outweigh the best interest of the public and the defendants in a speedy trial.

9      SO STIPULATED AND AGREED,

10 Dated: March 23, 2020                    Respectfully Submitted,

11                                                 DAVID L. ANDERSON
12                                                 United States Attorney

13                                                  /s/ Nicholas O. Hunter
14                                                 LAURA VARTAIN HORN
                                                Assistant United States Attorneys

15                                                 NICHOLAS O. HUNTER
16                                                 Trial Attorney, National Security Division

17                                                  /s/ Leslie Caldwell
18                                                 LESLIE CALDWELL
                                                Attorney for Defendant
19                                                 United Microelectronics Corp., Inc.

20                                                  /s/ Christine Wong
21                                                 CHRISTINE WONG
                                                Attorney for Defendant
22                                                 Fujian Jinhua Integrated Circuit Co. Ltd.

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CR 18-465 MMC

**[PROPOSED] ORDER**

Based upon the parties' stipulation and for good cause shown, the status conference scheduled for April 15, 2020, is continued to May 20, 2020, at 2:15 pm. The Court further finds that the exclusion of time from April 15, 2020, through and including May 20, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED

DATED: _____          _____
                                      HON. MAXINE M. CHESNEY
                                      United States District Judge

STIPULATION AND PROPOSED ORDER
CR 18-465 MMC