UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** May 20, 2020  **Time:** 2:08 – 2:14  **Judge:** MAXINE M. CHESNEY
= 6 minutes

**Case No.**: [18-cr-00465-MMC-1](#)  **Case Name:** UNITED STATES v. United Microelectronics Corporation
Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain Horn and Nic Hunter
**Attorney for Defendant (UMC):** Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua):** Christine Wong and Christina Neitzey

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Belle Ball
**Interpreter:** N/A  **Probation Officer:** N/A

## PROCEEDING

**Status Conference – held by Zoom Webinar.**

**Government counsel informed the Court that some electronic discovery has been provided.**

**CASE CONTINUED TO: July 8, 2020 at 2:30 pm for Further Status Conference**

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: May 20, 2020
Ends: July 8, 2020