UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 9, 2020    **Time:** 11:01 – 11:31    **Judge:** MAXINE M. CHESNEY
= 30 minutes

**Case No.**: 18-cr-00465-MMC-1    **Case Name:** UNITED STATES v. United Microelectronics Corporation
Fujian Jinhua Integrated Circuit

**Attorney for Plaintiff:** Laura Vartain Horn, Nicholas Hunter, Steve Marsden
**Attorney for Defendant (United Microelectronics):** Leslie Caldwell
**Attorney for Defendant (Fujian Jinhua):** Matthew Sloan, Jack DiCanio

**Deputy Clerk:** Tracy Geiger    **Court Reporter:** JoAnn Bryce
**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS

Motion/Trial Setting Hearing – held by AT&T teleconference.

Due to the COVID-19 pandemic, all parties consent to having this matter heard by telephone.
The Court found good cause to proceed by way of teleconference, as well.

Dispositive Motion filing deadline set for April 23, 2021.

Parties to submit a proposed pretrial schedule no later than September 30, 2020.

Proposed schedule to include: Discovery cut-off; Motion in Limine schedule; Further Status Conference; and Exclusion of Time.

**CASE CONTINUED TO:** July 13, 2021 at 10:00 AM for Final Pretrial Conference

**CASE CONTINUED TO:** August 9, 2021 at 9:00 AM for Jury Trial (4 – 8 weeks)

**EXCLUDABLE DELAY:**
Category: Preparation of Counsel
Begins: September 9, 2020
Ends: September 30, 2020