DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 285485)
Assistant United States Attorneys

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    FAX: (415) 436-7234
    Laura.Vartain@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN JAMES MARZEN (NYBN 2007094)

    Trial Attorney, National Security Division
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    stephen.marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | STIPULATION REGARDING PROPOSED PRE-TRIAL SCHEDULE AND [PROPOSED] ORDER |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

    Pursuant to the Court's order of September 9, 2020 (Dkt No. 131), the United States and

defendants Fujian Jinhua Integrated Circuit Co. ("Jinhua") and United Microelectronics Corporation,

STIPULATION REGARDING PRE-TRIAL SCHEDULE
CR 18-465 MMC

Inc. ("UMC") jointly propose the following pre-trial schedule for the Court's consideration:

| Event | Date |
|---|---|
| U.S. shall produce all *Brady, Giglio, Jencks* (excluding grand jury testimony), and Rule 16(a) Materials (except expert disclosures) | December 21, 2020 |
| Government Expert Disclosures (Rule 16(a)(1)(G)) | April 2, 2021 |
| Dispositive and Discovery Motion Deadline (including all Rule 12(b)(3) Motions).[1] | April 23, 2021 |
| Briefing and Hearing Schedules on Dispositive and Discovery Motions | To be set by Court |
| Defense Expert Disclosures (Rule 16(b)(1)(C)) | April 30, 2021 |
| Government's Disclosure of grand jury testimony of witnesses intended to be called at trial | April 30, 2021 |
| *Reciprocal Discovery from Defendants (pursuant to Rule 16(b)(1)(A), (B))* | May 14, 2021 |
| Government Rebuttal Expert Disclosures | May 28, 2021 |
| Government Exhibit List/Witness List for case-in-chief | May 28, 2021 |
| Motions in Limine/*Daubert* Motions<br>• Oppositions<br>• Replies<br>• Hearing | June 18, 2021<br>• July 2, 2021<br>• July 9, 2021<br>• July 13, 2021 |
| Defense Exhibit List/Witness List for case-in-chief | July 6, 2021 |
| Pre-Trial Conference Statement pursuant to L.R. 17.1-1 (as modified by the above) as well as:<br>• Joint Factual Stipulations<br>• Proposed Juror Questionnaires<br>• Proposed Voir Dire Questions<br>• Proposed Jury Instructions<br>• Proposed Verdict Forms | July 6, 2021 |
| **FINAL PRE-TRIAL CONFERENCE** | July 13, 2021 at 10:00 a.m. |
| **TRIAL** | August 9, 2021 at 9:00 a.m.<br>(Jury Trial — Estimate: 4-8 weeks) |

SO STIPULATED AND AGREED


Dated: September 30, 2020                Respectfully Submitted,

                                         DAVID L. ANDERSON
                                         United States Attorney

                                          /s/ Nicholas O. Hunter
                                         LAURA VARTAIN HORN
                                         Assistant United States Attorneys

                                         NICHOLAS O. HUNTER
                                         Trial Attorney, National Security Division

---

[1] All discovery motions based on materials produced to date to be filed by this date.

STIPULATION REGARDING PRE-TRIAL SCHEDULE
CR 18-465 MMC

      /s/ Matthew E. Sloan
JACK P. DICANIO
MATTHEW E. SLOAN
Attorney for Defendant
Fujian Jinhua Integrated Circuit Co. Ltd.

      /s/ Leslie Caldwell
LESLIE CALDWELL
Attorney for Defendant
United Microelectronics Corp., Inc.

STIPULATION REGARDING PRE-TRIAL SCHEDULE
CR 18-465 MMC

# [PROPOSED] ORDER

Based upon the parties' stipulation and for good cause shown, the Court ORDERS that the pre-trial schedule in this case is as follows:

| Event | Date |
|---|---|
| U.S. shall produce all *Brady, Giglio, Jencks* (excluding grand jury testimony), and Rule 16(a) Materials (except expert disclosures) | December 21, 2020 |
| Government Expert Disclosures (Rule 16(a)(1)(G)) | April 2, 2021 |
| Dispositive and Discovery Motion Deadline (including all Rule 12(b)(3) Motions).[1] | April 23, 2021 |
| Briefing and Hearing Schedules on Dispositive and Discovery Motions | To be set by Court |
| Defense Expert Disclosures (Rule 16(b)(1)(C)) | April 30, 2021 |
| Government's Disclosure of grand jury testimony of witnesses intended to be called at trial | April 30, 2021 |
| *Reciprocal Discovery from Defendants (pursuant to Rule 16(b)(1)(A), (B))* | May 14, 2021 |
| Government Rebuttal Expert Disclosures | May 28, 2021 |
| Government Exhibit List/Witness List for case-in-chief | May 28, 2021 |
| Motions in Limine/*Daubert* Motions<br>• Oppositions<br>• Replies<br>• Hearing | June 18, 2021<br>• July 2, 2021<br>• July 9, 2021<br>• July 13, 2021 |
| Defense Exhibit List/Witness List for case-in-chief | July 6, 2021 |
| Pre-Trial Conference Statement pursuant to L.R. 17.1-1 (as modified by the above) as well as:<br>• Joint Factual Stipulations<br>• Proposed Juror Questionnaires<br>• Proposed Voir Dire Questions<br>• Proposed Jury Instructions<br>• Proposed Verdict Forms | July 6, 2021 |
| **FINAL PRE-TRIAL CONFERENCE** | July 13, 2021 at 10:00 a.m. |
| | |
| **TRIAL** | August 9, 2021 at 9:00 a.m. |

IT IS SO ORDERED

DATED: _____

_____
HON. MAXINE M. CHESNEY
United States District Judge

---

[1] All discovery motions based on materials produced to date to be filed by this date.

STIPULATION REGARDING PRE-TRIAL SCHEDULE
CR 18-465 MMC