UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 14, 2020     **Time:** 35 minutes     **Judge:** Maxine M. Chesney

**Case No.:** 18-cr-0465-01 MMC     **Case Name:** USA v. United Microelectronics Corporation

**Attorney for Government:** Laura Vartain
**Attorney for Defendant:** Leslie Caldwell

**Deputy Clerk:** Corinne Lew     **Court Reporter:** Not Reported
**Interpreter:** n/a     **Probation Officer:** n/a

### AT&T TELEPHONIC PROCEEDINGS

**Status Conference - Held.**

**Parties shall file their respective memorandums by October 21, 2020. The Government will include in their sentencing memorandum calculation of guideline range and advise the Probation Office of the change of plea and sentencing hearing date.**

**Defendant will file a Waiver of Indictment.**

**Case continued to <u>October 28, 2020 at 2:15 pm</u> for Change of Plea and Sentencing to be held by Zoom Webinar.**