# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT

☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1832(a)(3) – Theft of Trade Secrets

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Maximum fine: 18 USC 1832(b) -- treble the value of the stolen trade secret
Special Assessment: $400

### DEFENDANT - U.S

▶ United Microelectronics Corporation, Inc.

DISTRICT COURT NUMBER

CR 18-0465 MMC

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Laura Vartain Horn

## DEFENDANT

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction }

6) ☐ Awaiting trial on other charges }    ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

**DATE OF ARREST** ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:     Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorney, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel:  (202) 353-3434
    Fax:  (202) 233-2146
    Nicholas.Hunter@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS<br>CORPORATION, INC.<br><br>    Defendant. | Case No. CR 18-0465 MMC<br><br>VIOLATION:<br>18 U.S.C. § 1832(a)(3) – Theft of Trade Secrets<br><br><br>VENUE: SAN FRANCISCO |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:      (18 U.S.C. § 1832(a)(3) – Theft of Trade Secrets)

    1.      From in or about 2015 to in or about 2018, in the Northern District of California and

elsewhere, the defendant,

UNITED MICROELECTRONICS CORPORATION, INC.,

(1) did knowingly and with the intent to convert a trade secret, specifically Trade Secret 5 – recorded in an Excel spreadsheet with the digital filename "[DR25nmS] Design rules Periphery_EES_2012000023-013) Rev.13" – which is a trade secret used in and intended for use in interstate and foreign commerce, to the economic benefit of someone other than the owner, Micron Technology, Inc. ("Micron"), and knowing that the offense would injure Micron;

(2) knowingly received and possessed Trade Secret 5; and

(3) knowing Trade Secret 5 to have been stolen or appropriated, obtained and converted without authorization.

All in violation of Title 18, United States Code, Section 1832(a)(3).

DATED: October 26, 2020                     Respectfully submitted,

                                            DAVID L. ANDERSON
                                            United States Attorney

                                            *Laura Vartain Horn*
                                            LAURA VARTAIN HORN
                                            Assistant United States Attorney