UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 28, 2020   **Time:** 1 hour 17 mins   **Judge:** Maxine M. Chesney

**Case No.:** 18-cr-00465-MMC-1   **Case Name:** USA v. United Microelectronics Corporation

**Attorneys for Government:** Laura Vartain Horn and Nicholas Hunter
**Attorneys for Defendant:** Leslie R. Caldwell and Tyler Young
**Attorney for Victim Micron:** Neal Stephens
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Stephen Ybarra   **Court Reporter:** Katherine Sullivan
**Probation Officer:** Jessica Goldsberry

## PROCEEDINGS

ARRAIGNMENT, CHANGE OF PLEA AND SENTENCING

## SUMMARY

These proceedings held via video conference. Lucas Chang appeared as authorized representative of Defendant and was sworn. Defendant advised of rights. Defendant arraigned on Superseding Information. Power of Attorney filed. Waiver of indictment filed. Plea agreement filed. Victim Impact Statement filed. Defendant pleads guilty to Count 1 of the Superseding Information and the Court accepts the guilty plea. The parties waive the preparation of a formal presentence report. The Court imposes sentence in accordance with parties' plea agreement. Defendant shall pay a fine of 60 million dollars and a special assessment in the amount of 400 dollars. Furthermore, Defendant shall be subject to unsupervised organizational probation for a term of 3 years. AUSA orally moves to dismiss Defendant from Counts 1, 2 and 7 of the Indictment – Granted.