ORIGINAL

1  Randall E. Kay (State Bar No. 149369)
   rekay@jonesday.com
2  JONES DAY
   4655 Executive Drive
3  Suite 1500
   San Diego, CA 92121.3134
4  Telephone: +1.858.314.1200
   Facsimile: +1.844.345.3178
5
   Neal J. Stephens (State Bar No. 152071)
6  nstephens@jonesday.com
   JONES DAY
7  1755 Embarcadero Road
   Palo Alto, CA 94303
8  Telephone: +1.650.739.3939
   Facsimile: +1.650.739.390
9
   Marcus S. Quintanilla (State Bar No. 205994)
10 mquintanilla@jonesday.com
   JONES DAY
11 555 California Street, Suite 2600
   San Francisco, CA 94104.1501
12 Telephone: +1.415.626.3939
   Facsimile: +1.415.875.5700
13
   Attorneys for Victim
14 MICRON TECHNOLOGY, INC.

FILED

JUL 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                       SAN FRANCISCO DIVISION

19

20 UNITED STATES OF AMERICA,            Case No. 3:18-cr-00465-MMC

21          Plaintiff,                   **PROOF OF SERVICE**

22     v.                               Date:       July 21, 2021
                                        Time:       2:15 pm
23 UNITED MICROELECTRONICS             Judge:      Hon. Maxine M. Chesney
   CORPORATION et al.,                  Courtroom:  7, 19th Floor

24          Defendants.

25

26

27

28

1

**PROOF OF SERVICE**

2

I, Trudy Carney, declare:

3

I am a citizen of the United States and employed in Santa Clara County, California.  I am

4

over the age of eighteen years and not a party to the within-entitled action.  My business address

5

is 1755 Embarcadero Road, Palo Alto, California  94303.  On June 21, 2021, I served a copy of

6

the within document(s):

7

**Victim Micron Technology Inc.'s Motion to Modify and to Quash;**

8

**Declaration of Neal J. Stephens iso Micron's Notice of Motion to Quash;**
**[Proposed] Order Granting Victim Micron Technology's Motion to Modify**

9

**and to Quash**

10

☒        by transmitting via e-mail or electronic transmission the document(s) listed above
to the person(s) at the e-mail address(es) set forth below.

11

| | |
|---|---|
| JACK P. DICANIO<br>Jack.DiCanio@skadden.com<br>MICHELLE KAO<br>Michelle.Kao@skadden.com<br>OLIVIA L. VADEN<br>Olivia.Vaden@skadden.com<br>SKADDEN, ARPS, SLATE,  MEAGHER &<br>FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301 | MATTHEW E. SLOAN (SBN 165165)<br>Matthew.Sloan@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144 |
| Nicholas Orion Hunter Trial Attorney<br>U.S. Department of Justice National Security<br>Division 950 Pennsylvania Ave, N.W.<br>Washington, DC 20530 (202) 353-3434<br>Email: nicholas.hunter@usdoj.gov | Stephen James Marzen<br>Trial Attorney Department of Justice NSD<br>CES 950 Pennsylvania Ave., N.W. Suite 7700<br>Washington, DC 20530 (202) 616-1051<br>Email: stephen.marzen@usdoj.gov |
| Laura Elizabeth Vartain Horn<br>Assistant United States Attorney<br>United States Attorney's Office<br>450 Golden Gate Avenue<br>11th Floor<br>San Francisco, CA 94102<br>(415) 436-7200<br>Email: laura.vartain@usdoj.gov | |

12

13

14

15

16

17

18

19

20

21

22

23

I declare that I am employed in the office of a member of the bar of this court at whose

24

direction the service was made.

25

Executed on June 21, 2021, at Palo Alto, California.

26

27

Trudy Carney /RC
_____
Trudy Carney

28

Proof of Service
Case No.: 3:18-cr-00465-MMC