STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 285485)
NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN J. MARZEN (NYBN 2007094)
    Trial Attorneys, National Security Division
    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00465 MMC |
| Plaintiff, | NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY |
| v. | |
| UNITED MICROELECTRONICS CORPORATION, et al, | |
| Defendants. | |

    The United States Attorney's Office hereby files this Notice of Appearance to advise the court that Assistant United States Attorney Nicholas J. Walsh appears for the United States in this case. His contact information is as follows:

NOTICE OF APPEARANCE
CASE NO. 18-CR-00465 MMC

NICHOLAS J. WALSH (CABN 314290)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7248
Fax: (415) 436-7234
Email: Nicholas.Walsh@usdoj.gov

Please add him to the list of counsel appearing for the United States and please add him to the list of persons to be noticed.

DATED: September 9, 2021

Respectfully,

STEPHANIE M. HINDS
Acting United States Attorney

     */s/ Nicholas Walsh*
NICHOLAS J. WALSH
Assistant United States Attorney