# EXHIBIT A



## CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Jennifer Wang

**Date:** July 9, 2018
**Case:** Micron Technology, Inc. -v- United Microelectronics Corp., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
2    --------------------------------X

3    MICRON TECHNOLOGY, INC.,
              Plaintiff,
4                                            Case No.

5    v.                                      3:17-CV-06932-JSW

6
     UNITED MICROELECTRONICS
7    CORPORATION, FUJIAN JINHUA
     INTEGRATED CIRCUIT CO.,
8    LTD., and DOES 1-10,

9            Defendants.

10   --------------------------------X

11        CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

13       Videotaped deposition of JENNIFER WANG

14

15                    Chen & Lin

16              Bank Tower, 12th Floor

17              205 Tunhwa North Road

18                    Taipei 105

19                      TAIWAN

20

21              MONDAY, JULY 09, 2018

22                   10:08 A.M.

23

24   Pages 1 - 120

25   Reported by Jade K. King.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Jennifer Wang
Conducted on July 9, 2018

2

```
 1          Deposition of JENNIFER WANG, held at:
 2
 3   Chen & Lin
 4   Bank Tower, 12th Floor
 5   205 Tunhwa North Road
 6   Taipei 105
 7   TAIWAN
 8
 9
10
11
12          Pursuant to agreement, before Jade K. King.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jennifer Wang
Conducted on July 9, 2018                    3

```
 1        A P P E A R A N C E S

 2     FOR MICRON TECHNOLOGY, INC.:
       RANDALL E. KAY
 3     JONES DAY
       4655 Executive Dr Ste 1500
 4     San Diego
       CA 92121
 5
       PATRICK T. MICHAEL
 6     JONES DAY
       555 California Street, 26th Floor
 7     San Francisco
       CA 94104.1500
 8
       PO-CHIEN CHEN
 9     JONES DAY
       8F, 2 Tunhwa South Road, Section 2
10     Taipei 106
       TAIWAN
11
       FOR UNITED MICROELECTRONICS CORPORATION:
12     DAN JOHNSON
       MARIO MOORE
13     DAN JOHNSON LAW GROUP
       400 Oyster Point Blvd, Suite 321
14     South San Francisco
       CA 94080
15

16

17     ALSO PRESENT:

18     Chester Wong (Videographer)
       Chia-Ling Cheng (Main Interpreter)
19     Joseph Tseng (Check Interpreter)
       Lucas Chang (UMC in-house counsel)
20     Chia-Fang Lin (UMC in-house counsel)

21

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jennifer Wang
Conducted on July 9, 2018       21

| | | |
|---|---|---|
| 1 | A. Yes. | 10:33:38 |
| 2 | Q. What did you and Sandy Kuo discuss | 10:33:39 |
| 3 | regarding the dispute between Micron and UMC? | 10:33:41 |
| 4 | A. We just talk about what happened in that | 10:33:45 |
| 5 | job -- job event. In that recruiting event. | 10:33:51 |
| 6 | Q. What did you and Sandy Kuo discuss | 10:33:56 |
| 7 | regarding the job event or recruiting event? | 10:33:58 |
| 8 | A. Just recall our memory, because just two | 10:34:05 |
| 9 | years ago. | 10:34:08 |
| 10 | ==Q. What do you recall today about the job== | 10:34:13 |
| 11 | ==event with CASPA that occurred in October 2016?== | 10:34:16 |
| 12 | ==THE MAIN INTERPRETER: (Chinese spoken).== | 10:34:26 |
| 13 | ==A. We -- we came there and interview some,== | 10:34:47 |
| 14 | ==some guys who were interesting about Jinhua's job.== | 10:34:59 |
| 15 | BY MR. KAY: | 10:35:05 |
| 16 | Q. Who from UMC in Taiwan traveled to | 10:35:06 |
| 17 | northern California for the CASPA job fair in | 10:35:09 |
| 18 | October 2016? | 10:35:12 |
| 19 | A. Me and my boss Jeff Yu, and Stephen Chen, | 10:35:15 |
| 20 | and Sandy Kuo, and Albert Wu. | 10:35:21 |
| 21 | Q. You named five people; correct? | 10:35:31 |
| 22 | A. Yes. | 10:35:34 |
| 23 | Q. Did anyone else from UMC in Taiwan travel | 10:35:35 |
| 24 | to northern California for the CASPA job fair in | 10:35:38 |
| 25 | October 2016? | 10:35:41 |

```
1         A.   No.                                              10:35:42
2         Q.   How many attendees at the job fair               10:35:49
3    applied for a job, to your knowledge?                      10:35:52
4         A.   About -- about 20.                               10:36:04
5         Q.   How many attendees were there in total at        10:36:09
6    the CASPA job fair in northern California in               10:36:11
7    October 2016?                                              10:36:15
8         A.   About 80 peoples.                                10:36:16
9         Q.   8-0, 80?                                         10:36:21
10        A.   80, yeah.  8-0.                                  10:36:23
11        Q.   At the CASPA job fair in northern                10:36:31
12   California in October 2016, the attendees were             10:36:33
13   invited to apply for a job with Jinhua; correct?           10:36:37
14        A.   Yes.                                             10:36:42
15        Q.   Am I also correct that the invitees at           10:36:43
16   the job fair were not invited to apply for a job           10:36:46
17   directly with UMC?                                         10:36:50
18             MR. JOHNSON:  Do you understand?                 10:36:54
19             THE MAIN INTERPRETER:  (Chinese spoken).         10:36:56
20        A.   Yes.                                             10:37:11
21   BY MR. KAY:                                                10:37:12
22        Q.   To clarify, am I correct that the                10:37:13
23   attendees at the CASPA job fair were not invited           10:37:16
24   to apply for a job with UMC?                               10:37:20
25        A.   Yes.                                             10:37:22
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Jennifer Wang
Conducted on July 9, 2018                                31

| | | |
|---|---|---|
| 1 | A. I was a flight attendant. | 10:50:50 |
| 2 | Q. Does UMC assist in recruiting for Jinhua? | 10:50:58 |
| 3 | A. Yes. | 10:51:08 |
| 4 | Q. How does UMC assist Jinhua in recruiting? | 10:51:10 |
| 5 | A. Just find people they want. | 10:51:20 |
| 6 | Q. How many people has Jinhua hired that UMC | 10:51:25 |
| 7 | assisted in hiring? | 10:51:29 |
| 8 | A. No. None of one. None. | 10:51:33 |
| 9 | Q. My question is not limited to the CASPA | 10:51:40 |
| 10 | job fair. My question is, in all time, from | 10:51:42 |
| 11 | anywhere, how many people has UMC assisted Jinhua | 10:51:46 |
| 12 | in hiring? | 10:51:50 |
| 13 | A. (Chinese spoken). | 10:51:54 |
| 14 | THE MAIN INTERPRETER: (Chinese spoken). | 10:51:55 |
| 15 | THE CHECK INTERPRETER: (Chinese spoken). | 10:52:22 |
| 16 | A. (Through interpreter) We do not help | 10:52:35 |
| 17 | Jinhua to hire people. We only recruit people for | 10:52:37 |
| 18 | ourselves. | 10:52:41 |
| 19 | THE CHECK INTERPRETER: "For UMC". | 10:52:43 |
| 20 | BY MR. KAY: | 10:52:48 |
| 21 | Q. When the five UMC people went to the | 10:52:49 |
| 22 | CASPA job fair, was that for the purpose of | 10:52:51 |
| 23 | finding people to apply to UMC or Jinhua or both? | 10:52:54 |
| 24 | A. Only for Jinhua. | 10:53:02 |
| 25 | Q. What else has UMC done to help Jinhua | 10:53:06 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Jennifer Wang
Conducted on July 9, 2018

32

| | | |
|---|---|---|
| 1 | recruit, other than the CASPA job fair? | 10:53:09 |
| 2 |     A.  I don't know. | 10:53:14 |
| 3 |     Q.  Ms. Wang, is it your belief that you do | 10:53:17 |
| 4 | not know of any activity that UMC has done to | 10:53:20 |
| 5 | assist Jinhua in recruiting other than the CASPA | 10:53:22 |
| 6 | job fair in northern California in October 2016? | 10:53:26 |
| 7 |     THE MAIN INTERPRETER:  (Chinese spoken). | 10:53:31 |
| 8 |     A.  I do not know. | 10:53:53 |
| 9 | BY MR. KAY: | 10:53:55 |
| 10 |     Q.  Has UMC helped Jinhua in recruiting in | 10:53:55 |
| 11 | any way, other than at the CASPA job fair? | 10:53:58 |
| 12 |     A.  No. | 10:54:12 |
| 13 |     A.  (Through interpreter) No. | 10:54:14 |
| 14 |     Q.  At the CASPA job fair, with the | 10:54:17 |
| 15 | approximate 80 attendees, what job positions was | 10:54:19 |
| 16 | UMC trying to help Jinhua fill? | 10:54:24 |
| 17 |     A.  DRAM -- DRAM engineer, engineer. | 10:54:31 |
| 18 |     Q.  Why was UMC helping Jinhua fill DRAM | 10:54:37 |
| 19 | engineer jobs at the CASPA job fair? | 10:54:41 |
| 20 |     A.  I came there because Stephen Chen's | 10:54:49 |
| 21 | instruction. | 10:54:54 |
| 22 |     Q.  Who is Stephen Chen? | 10:54:57 |
| 23 |     A.  UMC's senior vice-president. | 10:54:59 |
| 24 |     Q.  Do you know where Stephen Chen worked | 10:55:03 |
| 25 | prior to working at UMC? | 10:55:05 |