# EXHIBIT B



CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Stephen Chen

**Date:** July 10, 2018
**Case:** Micron Technology, Inc. -v- United Microelectronics Corp., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2      ---------------------------------X

 3      MICRON TECHNOLOGY, INC.,
                Plaintiff,
 4                                              Case No.

 5      v.                                      3:17-CV-06932-JSW

 6
        UNITED MICROELECTRONICS
 7      CORPORATION, FUJIAN JINHUA

 8      INTEGRATED CIRCUIT CO.,

 9      LTD., and DOES 1-10,

10

11             Defendants.
        ----------------------------------------X
               CONFIDENTIAL - ATTORNEYS' EYES ONLY
12

13          Videotaped deposition of STEPHEN CHEN

14
                         Chen & Lin
15                  Bank Tower, 12th Floor
                    205 Tunhwa North Road
16                       Taipei 105
                          TAIWAN
17

18              TUESDAY, JULY 10, 2018

19                      9:07 A.M.

20

21

22

23

24      Pages 1 - 114

25      Reported by Jade K. King.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018    2

```
 1            Deposition of STEPHEN CHEN, held at:
 2
 3   Chen & Lin
 4   Bank Tower, 12th Floor
 5   205 Tunhwa North Road
 6   Taipei 105
 7   TAIWAN
 8
 9
10
11
12           Pursuant to agreement, before Jade K. King.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen
Conducted on July 10, 2018        3

```
 1      A P P E A R A N C E S

 2    FOR MICRON TECHNOLOGY, INC.:
      RANDALL E. KAY
 3    JONES DAY
      4655 Executive Dr Ste 1500
 4    San Diego
      CA 92121
 5
      PATRICK T. MICHAEL
 6    JONES DAY
      555 California Street, 26th Floor
 7    San Francisco
      CA 94104.1500
 8
      PO-CHIEN CHEN
 9    JONES DAY
      8F, 2 Tunhwa South Road, Section 2
10    Taipei 106
      TAIWAN
11
      FOR UNITED MICROELECTRONICS CORPORATION:
12    DAN JOHNSON
      MARIO MOORE
13    DAN JOHNSON LAW GROUP
      400 Oyster Point Blvd, Suite 321
14    South San Francisco
      CA 94080
15

16

17    ALSO PRESENT:

18    Chester Wong (Videographer)
      Chia-Ling Cheng (Main Interpreter)
19    Yugo Wang (Check Interpreter)
      Lucas Chang (UMC in-house counsel)
20    Chia-Fang Lin (UMC in-house counsel)

21

22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Stephen Chen

Conducted on July 10, 2018                          8

| | | |
|---|---|---|
| 1 | A. UMC now. | 09:11:05 |
| 2 | Q. And when you say "UMC", you mean United | 09:11:08 |
| 3 | Microelectronics Corporation; correct? | 09:11:11 |
| 4 | A. Yes. | 09:11:12 |
| 5 | Q. Have you ever had your deposition taken | 09:11:17 |
| 6 | before? | 09:11:19 |
| 7 | A. No. | 09:11:24 |
| 8 | Q. So during the course of the day, I'll be | 09:11:25 |
| 9 | asking you questions and you will be providing | 09:11:27 |
| 10 | answers, and what I'd ask is that you wait for me | 09:11:29 |
| 11 | to complete your question before you give your | 09:11:35 |
| 12 | answer, and likewise I'll try to wait for you to | 09:11:38 |
| 13 | answer before I ask my next question.  Is that | 09:11:41 |
| 14 | fair? | 09:11:44 |
| 15 | A. Okay. | 09:11:53 |
| 16 | Q. And during the course of today's | 09:11:54 |
| 17 | deposition, you know a decent amount of English, | 09:11:56 |
| 18 | certainly much more Mandarin than I know, but | 09:12:00 |
| 19 | we'll be using a court -- an interpreter to assist | 09:12:03 |
| 20 | with the questions and the answers.  Is that | 09:12:06 |
| 21 | acceptable to you? | 09:12:08 |
| 22 | A. Okay.  Thank you.  Okay.  Thank you. | 09:12:10 |
| 23 | Q. And what I would ask is that if you don't | 09:12:21 |
| 24 | understand a question, that you ask me to clarify. | 09:12:23 |
| 25 | Otherwise, if you answer the question, I'm going | 09:12:28 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018          52

| | | |
|---|---|---|
| 1 | instruction? | 10:50:54 |
| 2 | MR. JOHNSON:  You're asking him for the | 10:50:56 |
| 3 | scope of his knowledge as president of Jinhua. | 10:50:57 |
| 4 | MR. MICHAEL:  No, I'm asking him whether | 10:51:00 |
| 5 | Jinhua provides UMC with equipment. | 10:51:04 |
| 6 | MR. JOHNSON:  And that is based -- he's | 10:51:06 |
| 7 | just testified his understanding of the equipment | 10:51:06 |
| 8 | is based upon his work as president of Jinhua. | 10:51:09 |
| 9 | That is not the scope of this deposition.  Jinhua | 10:51:12 |
| 10 | is a party who, as I understand, has not been | 10:51:14 |
| 11 | served and is separately represented. | 10:51:18 |
| 12 | BY MR. MICHAEL: | 10:51:21 |
| 13 | Q.  Has UMC ever received equipment for the | 10:51:22 |
| 14 | DRAM project? | 10:51:24 |
| 15 | A.  Yes. | 10:51:32 |
| 16 | Q.  And does UMC use equipment for its | 10:51:33 |
| 17 | research and development on the DRAM project? | 10:51:36 |
| 18 | A.  So for this joint development project, we | 10:52:05 |
| 19 | tried to use the equipment that UMC has already | 10:52:08 |
| 20 | had, as much as possible.  For those not enough by | 10:52:11 |
| 21 | the old equipment, then we buy new equipment. | 10:52:17 |
| 22 | Then the new equipment and tool is from Jinhua. | 10:52:21 |
| 23 | Q.  What vendor supplies the new equipment | 10:52:27 |
| 24 | and tool that UMC is using on the joint | 10:52:29 |
| 25 | development project? | 10:52:33 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                                77

| | | |
|---|---|---|
| 1 | based on my memory, it should be around 370. | 12:17:56 |
| 2 | 3-0 -- | 12:18:01 |
| 3 |       THE MAIN INTERPRETER:  3-7-0. | 12:18:05 |
| 4 | BY MR. MICHAEL: | 12:18:06 |
| 5 |     Q.  Can I ask you to turn to Bates number 28. | 12:18:06 |
| 6 | It has the talent recruiting plan chart.  Do the | 12:18:11 |
| 7 | manpower numbers in this chart refer to Jinhua | 12:18:26 |
| 8 | only, or does this include UMC as well? | 12:18:33 |
| 9 |     A.  Jinhua only. | 12:18:46 |
| 10 |     Q.  And if you turn to page 30, it says "Job | 12:19:08 |
| 11 | Openings for USA" on the right side.  Do you see | 12:19:19 |
| 12 | that?  And the job openings for the USA include | 12:19:23 |
| 13 | "Category", "Function" and "Job Description"; | 12:19:33 |
| 14 | correct? | 12:19:39 |
| 15 |     A.  It's a pretty standard chart for any job | 12:20:02 |
| 16 | fairs. | 12:20:06 |
| 17 |     Q.  And these are showing job openings at | 12:20:07 |
| 18 | both UMC and Jinhua; correct? | 12:20:10 |
| 19 |     A.  Jinhua only, I think.  Nothing to do with | 12:20:22 |
| 20 | UMC.  Because it's a -- | 12:20:27 |
| 21 |     ==Q.  If we look at the first category, the== | 12:20:29 |
| 22 | ==first function is DRAM process technology.  Isn't== | 12:20:31 |
| 23 | ==that UMC?== | 12:20:34 |
| 24 |     ==A.  But it was Jinhua who attended the CASPA== | 12:21:00 |
| 25 | ==event for its recruiting purpose.==  ==UMC was only== | 12:21:06 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Stephen Chen
Conducted on July 10, 2018                78

| | | |
|---|---|---|
| 1 | there to support Jinhua with some manpower.  It | 12:21:11 |
| 2 | was not UMC there to recruit people. | 12:21:15 |
| 3 |     THE CHECK INTERPRETER:  Minor | 12:21:24 |
| 4 | clarification to the last sentence. | 12:21:24 |
| 5 |     The witness's answer was, "UMC was not | 12:21:27 |
| 6 | there to recruit people." | 12:21:30 |
| 7 |     A.  So Jinhua -- there was Jinhua there to | 12:21:49 |
| 8 | find people for their operation and manufacturing, | 12:21:54 |
| 9 | not -- not for their R&D.  So it was an event for | 12:21:58 |
| 10 | Jinhua, not for UMC. | 12:22:02 |
| 11 | BY MR. MICHAEL: | 12:22:05 |
| 12 |     Q.  Why does this chart say, "Job openings | 12:22:06 |
| 13 | for research and development", Mr. Chen? | 12:22:11 |
| 14 |     MR. JOHNSON:  And objection.  Lack of | 12:22:22 |
| 15 | foundation.  Calls for speculation. | 12:22:25 |
| 16 |     You can answer if you know. | 12:22:36 |
| 17 |     A.  For a newly established company, Jinhua | 12:23:02 |
| 18 | was only there to have a standard chart for job | 12:23:05 |
| 19 | openings, for people in the US who were interested | 12:23:08 |
| 20 | in these job openings.  So basically, everything | 12:23:12 |
| 21 | listed in this chart is very similar to any | 12:23:15 |
| 22 | company that has job openings, to have such a job | 12:23:19 |
| 23 | opening description. | 12:23:24 |
| 24 | BY MR. MICHAEL: | 12:23:27 |
| 25 |     Q.  Mr. Chen, UMC's responsibility under the | 12:23:28 |