# EXHIBIT F

Interrogation Record

Interrogation under 2018 United States Assistance Trade Secrets Case No. 1, at 11:32 AM on January 29, 2019, in Investigation Room No. 15, Taiwan Taichung District Prosecutors Office, personnel in attendance as follows:
Prosecutor: CHEN Liwei Clerk: CHEN Yiching
Those present as follows: Defense Counsel: Attorney present
Roll Call: Present
Prosecutor requested the name, age, address, and National Identification Number
Witness response:

XIAO Xinhuang Male 59 years of age
National Identification Number: No.
Established Registration:
Contact Telephone Number:

Prosecutor stated the obligations of an affidavit and the penalty for perjury.
Prosecutor advised as to the provisions of Article 180, Section 1, and Article 181 of the Code of Criminal Procedure.
Article 180, Section 1, of the Code of Criminal Procedure stipulates that: "A witness may refuse to testify under one of the following circumstances: (1) Currently or formerly being the spouse, lineal blood relative, collateral blood relative within the third degree of kinship, relative by marriage within the second degree of kinship, head of household, or dependent of the defendant or private prosecutor. (2) Being betrothed to the defendant or private prosecutor. (3) Currently or formerly being the statutory agent of the defendant or private prosecutor, or where the defendant or private prosecutor currently or formerly served as one's statutory agent."
Article 181 of the Code of Criminal Procedure stipulates that: "The witness may refuse to testify if the testimony may subject himself or a person having a relationship to him as in Section 1 of the preceding article to criminal prosecution or punishment."
Question: Your educational background?
Answer: Institute of Information Engineering at Tamkang University.
Question: Where do you currently work? How long have you worked there?
Answer: At present, I work at Fujian Jinhua Integrated Circuit Co., Ltd. (referred to below as Jinhua Co.), I started in the position at Jinhua Co. in February 2017, serving as the Director of the Information Technology Division, responsible for the construction and development of the personnel system, purchasing system, finance and accounting systems, and general affairs system, the distribution of company computers for individuals, and management of the employee mail system.
Question: What was your job before you were at Jinhua Co.?

Answer: I held a position at Taiwan Micron Inc., I formerly served as the Taiwan Corp IT Manager and Asia Pacific Solution Director at that company.

Question: Why did you resign from Taiwan Micron Inc.?

Answer: My original team at Taiwan Micron Inc. had become 3 or 4 organizations due to a reorganizations, and I was informed that I would be responsible for one of these organizations, which was the Asia Pacific Solution Director; the scope of my work had narrowed, and I had a sense of crisis, and also had a bad feeling, so this gave rise to the idea of resigning.

Question: Through what channels were you recruited by Jinhua Co.?

Answer: When I decided to look for a new job, in July or August 2016 under the Western calendar, I got in contact with CHEN Chengkun, at the time he was the Senior Vice President at United Microelectronics Corporation, and I said to him that I was thinking of resigning from Micron, and were there any job opportunities. He mentioned to me that I could go to Jinhua Co., and help him handle some IT matters, that is, systems management.

Question: Before you went to take the position at Jinhua Co., was an interview held?

Answer: After I had the discussion with CHEN Chengkun, I directly went to take the position at Jinhua Co., and didn't go through a formal interview procedure.

Question: When you got in contact with CHEN Chengkun about going to work at Jinhua Co., did CHEN Chengkun inform you what the salary would be?

Answer: No.

Question: When CHEN Chengkun was negotiating with you, did he promise that you could serve in a supervisor position at Jinhua Co.?

Answer: No, he just said to me that the job contents were to assist him in handling the systems, but he did not say a specific job title.

Question: Before you went to take the position at Jinhua Co., apart from CHEN Chengkun, were you acquainted with other employees?

Answer: No.

Question: You serve as Director of the Information Technology Division at Jinhua Co., who is your superior?

Answer: That's CHEN Chengkun.

Question: Above CHEN Chengkun, there is the Jinhua Co. Board of Directors?

Answer: Must be.

Question: Please explain the organization of the Information Technology Division?
Answer: Below me there are 2 departments, one is the Systems Technology and Integration Department (the department manager is WU Tsanhe, of Taiwanese nationality), and one is the Enterprise Resource Planning Department; as of now, a suitable manager still has not been found.
Question: Do you come in contact with DRAM technology processes at Jinhua Co.?
Answer: No.
Question: How much do you know about the technological capabilities of United Microelectronics Corporation for the research and development of DRAM from 2015 to 2017?
Answer: I'm not sure.
Question: Where are the headquarters of Jinhua Co. established?
Answer: I don't remember the address, in the Science Park in Jinjiang City.
Question: Do you know who contributed capital to Jinhua Co.?
Answer: I'm not sure, I've never looked up the information.
Question: What is the management organization and structure at Jinhua Co.?
Answer: I've heard about the Board of Directors, I'm not sure how many directors there are, the current Board Chair is surnamed LU, not sure of the specific name, I'm not familiar with the Board of Directors, I only know that my boss is CHEN Chengkun.
Question: What products is Jinhua Co. currently producing?
Answer: I'm not sure.
Question: Does Jinhua Co. itself have the capacity for DRAM research and development?
Answer: I'm not sure.
Question: Regarding the technological contract agreement between United Microelectronics Corporation and Jinhua Co., what do you know about this matter?
Answer: I heard that United Microelectronics Corporation and Jinhua Co. have a technological agreement, but I haven't read the contents of the agreement.
Question: Have you ever discussed the designs and technology specified under said agreement with colleagues at United Microelectronics Corporation or Jinhua Co.?
Answer: No.
Question: Does your work at Jinhua Co. have any connection to the aforementioned technology contract agreement?
Answer: No.

Question: What do you know about the F32 Nanometer Design Services Agreement (F32nm Design Services Agreement) signed by United Microelectronics Corporation, the UMI company of Japan, and Jinhua Co.? Regarding the DRAM design specified under said agreement, do you know about this matter?

Answer: I don't know.

Question: Do you know what F32 nanometer DRAM technology is?

Answer: I'm not sure.

Question: Are United Microelectronics Corporation and Jinhua Co. still cooperating at present?

Answer: I'm not sure about the current situation.

Answer [sic]: What is the current state of business at Jinhua Co. at present?

Answer: I'm not sure, this is not my area of business.

Question: Is Jinhua Co. still in operation at present?

Answer: My department at least is currently still in operation.

Question: Do you have anything else to add?

Answer: No.

Question: The contents of the prosecutor's interrogation today fall under the scope of confidentiality, and cannot be publicly divulged, do you understand?

Answer: I understand.

Notice was given of invitation to return.

12:07 Noon, January 29, 2019

This record has been reviewed as error-free, and is signed below:

Subject of Interrogation: [Signature: XIAO Xinhuang]

Clerk: [Signature: CHEN Yiching]

Prosecutor: [Signature: Chen Liwei]

Taiwan Taichung District Prosecutors Office

Witness Oath (Before Interrogation)

I appear now in this office as a witness in 2018 United States Assistance Trade Secrets Case No. 1, Defendant: Not Stated, and shall give testimony in accordance with the facts, without concealment, qualification, addition or diminishment.

Witness: [Signature: XIAO Xinhuang]

January 29, 2019

1. The witness shall be asked to read this oath aloud. For those who cannot read it aloud, the clerk shall read it aloud, and shall explain its significance, if necessary.
2. Article 168 of the Criminal Code stipulates that: A witness, expert witness, or interpreter who, during a trial before a government office discharging judicial functions or during interrogation before a prosecutor, who makes a false statement on a matter material to the case, before or after providing an affidavit, shall be sentenced to a fixed term of imprisonment for not more than seven years.
3. Article 180 of the Code of Criminal Procedure stipulates that: A witness may refuse to testify under one of the following circumstances:
   (1) Currently or formerly being the spouse, lineal blood relative, collateral blood relative within the third degree of kinship, relative by marriage within the second degree of kinship, head of household, or dependent of the defendant or private prosecutor.
   (2) Being betrothed to the defendant or private prosecutor.
   (3) Currently or formerly being the statutory agent of the defendant or private prosecutor, or where the defendant or private prosecutor currently or formerly served as one's statutory agent.
   One who has a relationship as in the preceding section with one or more individuals among the joint defendant or private prosecutors may not refuse to testify where serving as a witness on matters relating only to other joint defendant or other joint private prosecutors.
4. Article 181 of the Code of Criminal Procedure stipulates that: The witness may refuse to testify if the testimony may subject himself or a person having a relationship to him as in Section 1 of the preceding article to criminal prosecution or punishment.
5. Article 183 of the Code of Criminal Procedure stipulates that: A witness who refuses to testify shall clearly state the reasons for the refusal. However, under the circumstances in Article 181, [he or she] shall be ordered to make an affidavit in lieu of giving a clear

Note: For those providing an affidavit in advance, the words "have" and "did not" shall be deleted; for those subsequently providing an affidavit, the words "shall" and "without" shall be deleted.

[Blank page]