# EXHIBIT L

Click here to enter text.

## Record of Investigation

The hearing on Republic of China 2018 Assistance to the U.S. Trade Secrets Act No. 1, is held at the Taichung District Prosecutors Office on December 19, 2018 at 4:40PM. The following personnel are in attendance:

Prosecutor CHEN Liwei
Clerk: CHEN Yiqing
On Site Attendees:
Court Roll-Call of the Interviewee
Summon to Court, the witness answers question regarding his name, age/native locality register, address and National ID Card serial No.

> LI Fuzhe    Male   Age: 42 ▓▓▓▓▓▓▓▓▓▓
> National ID Card serial No.: ▓▓▓▓▓▓
> Native Locality Register: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓
> Current Residence: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓
> Phone Number: ▓▓▓▓▓

The prosecutor recites Criminal Procedures Article No. 180, 181
   I.   The witness may refuse to testify under one of the following circumstances:
       (1) The witness is or was the spouse, lineal blood relative, a blood relative up to three times removed, relative by marriage up to twice removed, parent, or family member of the accused or private prosecutor;
       (2) The witness is betrothed to the accused or private prosecutor;
       (3) The witness is/was the statutory agent of the accused/private prosecutor; or the accused/private prosecutor is/was the statutory agent of the witness.
   II.  A witness may refuse to testify if his testimony may subject himself or the person having the relationship to him specified in Section 1 of the preceeding article to criminal prosecution or punishment.

Q:   Are you willing to testify?

A:   I am willing.

Click here to enter text.

A: By 32 Nano I was referring to combination of the wafer in its smallest unit size.

Q: Which is to say the wafer that UMC was developing for Jinhua must be able to meet that size requirement?
A: Correct.

Q: What is behind the *F32S* Nano technology?
A: *S* refers to *shrink*, which is the size for manufacturing of the smallest unit that must be smaller than 32nano; but as for the actual size, because a shipping prohibition was implemented by the U.S. at the end of this October, we stopped all discussions.

Q: You mentioned just now that for UMC to develop the *DRAM* technology for Jinhua Company, documents on the technology were sent from UMC to Jinhua. May I ask which UMC department was responsible for this task?
A: This is a cross-department matter, I am not sure.

Q: The title of the technology transfer department in the company, and how the technology document was delivered?
A: It's a folder created in the company's internal network, uploaded by different departments at UMC into the folder. I don't have information as to who it was from the technology transfer department who gave the technology documents to Jinhua.

Q: You can explain concretely using the etching department which you are responsible, giving the name of the folder as described above, and details of the content in the document?
A: It requires more than 700 steps of processing to complete the wafer. My department was responsible for uploading the data containing the *recipe* and specifications for every step of the etching process.

Q: Did you open a bank account in Mainland China?
A: Yes, because the salary we received from UMC was too low. Later on when UMC confirmed it was going to engage in *DRAM*, I suspect UMC's upper management wanted to compensate the difference in salary we had from Micron (because the work we do at UMC is the same as at our previous company), but in the beginning UMC's salary and fringe benefits accounted for only 70% to that of Micron, that was why Jinhua Company paid our salary through an account we opened in Mainland China.

Q: Are you also considered an employee of the Jinhua Company?