# EXHIBIT M

| | |
|---|---|
| **From:** | Hung Jungch'ang <jack.hon@jhicc.cn> |
| **Sent:** | Tuesday, June 13, 2017 3:11 PM |
| **To:** | sandy_ps_kuo |
| **Subject:** | 20160701 Kuo Fengming employment contract scanned copy.pdf |
| **Attachments:** | 20160701 Kuo Fengming employment contract scanned copy.pdf; 20160701 Ho Chient'ing, employment contract scanned copy.pdf; 20160701 Li Fuche employment contract scanned copy.pdf |

------------------------

Best regards!

Hung Jungch'ang (Jack Hong)

Fujian Jinhua Integrated Circuit LLC

Telephone/WeChat: 15980002333     Fax: 0595-85180888

Address: Chuangke Street B#106, Sanchuang Park, Shiji Avenue, Jinjiang City, Fujian Province
Postal Code: 362216

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                           UMCDOJ-05980617