# EXHIBIT N

UNCLASSIFIED

File Name: UMCDOJ-00155562

*CN=Sandy PS Kuo/O=UMC*
*2016/06/27 08:40:38*
*To*
*CN=Stephen K Chen/O=UMC@UMCG*
*cc*

*bcc*

*Subject*
*Fw:* FW: *some information of Jinhua updata*

*Stephen,*

    *FYI*
    *Regards ,*
    *Sandy Kuo  GUO Peishan [STC: 6753/0160/1194]*
    *Tel 886-6-505-4888*
    *Ext. 18606*
    *Project Manager*
    *NBD_H/NBD_H*
    *United Microelectronics Corp.*
    ____*Forwarded by Sandy PS Kuo/UMC on 2016/06/27          08 : 40 AM*
    *<xuzheng0000@sina. com> 2016/06/23  04 : 00PM*

    *Please respond to*
    *xuzheng0000@sina*
    *. com*
        *To "sandy ps kuo' <*
        *sandy ps kuo@umc .*
        *com> , cc*
        *Subject*
        FW: *some information of*
          *Jinhua updata*

    *Hi Sandy,*
    *Please help provide me the following information of Jinhua:*
    *1..                     Company Organization Chart*
The company's organizational chart

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    UMCDOJ-00155562

File Name: UMCDOJ-00155562

2. *A Summary of the relevant DRAM Project (Scale of Operation, Products line-up and Potential Clients List)* This time *DRAM* project abstract (including but not limited to scale, manufacturing products, potential client list, and so on.)
3. *Whole JV' s Business Plan* This projects business plan
> *Product line-up and its roadmap* Products profile and planning blueprint
> *3-5 year Business Projection including Capacity, ASP, P/L, B/S, CF, Capex*
*Plan and Financing Plan 3-5* years business estimate, including production capacity, average sales price, assets and debts, profits and losses, cash flow, capital expenditures, and fundraising plans
4. *Master Operating Lease Agreement draft*
5. *Relevant Lease Schedule*
6. *Equipment Purchase Agreement draft*
7. *Equipment Purchase Invoice sample*
8. *Equipment Acceptance Certificate sample*

The bank
need the file.
Thanks!

*Best regards,*
*john*

_____
Mailing address: JHICC
*Tel : 0595-88097999, Fax : 0595-85180888*
*Mail address : Sanchuang Park, Century Avenue, (Luoshan Street, Sunei community) Jinjiang City, Fujian Province, China* zip code: 362200

*CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER*     UMCDOJ-00155563