# Exhibit A

UNCLASSIFIED

File: MW1B2_939049.verbatim

Participants:
Interviewer
HUANG Wanjun
UF1 [Interviewer's officemate]
UF2 [Interviewer's officemate]
UM [Interviewer's officemate]

There are two parts of this file. Part one is the recording of a counsel's interview of HUANG Wanjun. Following Part one, Part two contains an office conversation of the officemates, i.e. UF and UM, with the interviewer.

PART 1:
Interviewer: Oh, [sounds out of breath] thank you, thank you. She's, she's not coming in, right?

UF1: Yes , she's online.

UF2: She's online, wait a while, because we need to *open* up these two -

Interviewer: Oh, that card [PH] needs, needs to be used.

[UM coughing .]

UF2: Just *open* this.

Interviewer: Alright, alright.

[Background noise.]

UF1: The volume is too low. We can see her, but –

Interviewer: Uh-huh. In any case, does she know – have the files been sent to her already?

UF2: They have been sent to her already.

Interviewer: In that case, we won't have to keep our eyes on the monitor.

UF2: Alright, if that's the case.

1
UNCLASSIFIED

File:  MW1B2_939049.verbatim

Interviewer: Right, right, right, right, right.  I see.  Hello, that, that, that, who, are you online?  Who – HUANG –

HUANG: Hello, hello, how are you?  This is HUANG Wanjun.

Interviewer: Yes, HUANG Wanjun, correct?.

HUANG: Yes.

Interviewer: Are you aware of a search done by law enforcement a while ago   at our Tainan fab campus  where *Project M* is located, on February 7 and February 14,  do you know about this matter?

HUANG:Huh,, I, I heard about this matter..

Interviewer: Right, then regarding this case which Micron is accusing us of stealing its trade secrets, this caseinvolves two notebookuh,  laptop computers--

HUANG:  [OV] Uh,

Interviewer: --it involves two laptop computers.  Just a moment ago, Manager LAN Ji [PH] from our end sent you some stuff, did you receive them?

HUANG: Yes, I did .

Interviewer: In that case, we need to obtain an understanding where the laptops came from.  First of all, you, uh, you were not a person of their department, why was it that on January 8, 2016, right?

HUANG: [OV] Yes .

Interviewer: - why did you have laptop computers Number 525 and Number 761 [PH] in your posession?  How did that come about? Were you a keeper of thos laptops?  Thisway, what was the reason?  What was the reason?

HUANG: Alright, allow me, chief, to briefly explain thisto you. What happen was, previously, when those who work on the *M Project* came onsite to report our only instruction was to find, find a place for them to sit.  Upper management may have determined that, of the entire fab campus, Floor 9, part of the space in Building A, was more suitable for them.  That was because on the 9th floor, they were worried that, on

File:  MW1B2_939049.verbatim

Hainan [PH]'s side, because the department was just being  established and there was no administrative personnel to help them--

Interviewer: [OV] Uh-huh.

HUANG: --that it  may be inappro—, inconvenient  for other  secretaries to assist them.  That was whyat that time  my side was appointed to assist their department with the  basic, days to day  administrave *support* of a secretary, of a secretary.
Interviewer: Uh-huh.  *OK.*

HUANG: Once  report to work, they mentioned that they have a need for laptops . So of course I followed normal procedures to helpthem file an application, that was what happened

Interviewer: Oh, *OK,*  So  when they said that they had this particular need, who was it who, who, who told you to generate the request?

HUANG: Back then…, who exactly was it?  I am not sure.  Although I do  remember  HE Jianting [PH] and LI Fuze [PH], were the first two people who reported to work,  and  both of them mentioned this need during the reporting process;  they…they also mentioned this to *Louisa*, the secretary, who was their head  secretary at the time, and Vice President CHEN [PH], Vice President CHEN Zhiyao [PH].

Interviewer: Uh-huh.

HUANG: It was only after theirapproval that I filled out the request form.  That was what happened.

Interviewer: Uh-huh.  *OK*.  So, so it was HE Jianting and LI, LI Fuze who first, first  made the request, right?

HUANG: Uh, right,  They mentioned they probably had a discussion  with their chief about such needs to carry out their operations, so I was asked to help them fill out the request forms,.  that was what happened.

Interviewer: Oh, so after that, you would'nt know how the two laptops were used  right?

HUANG: Right, I wasn't really clear  about that.  I only took  part in the properties transfer process of transferring the laptops from *IT* to the users.  I helped with the properties transfer but *IT* directly transferred the laptops to the users.  *IT* might have helped the users

UNCLASSIFIED

File:  MW1B2_939049.verbatim

run some configurations.  However, I wasn't really in the know,  That was why I didn't make a point to get  *involve,* that's what happened.

Interviewer: Uh-huh.  *OK, OK.*  Then that, that, what about the so called Request for *VIP User* Public, Public Access, huh -

HUANG: [OV] Hmm.

Interviewer: - what e is that  represent?  Why was the item on Request for *VIP User* Public access need to be filled in?

HUANG:  In regards to this…because at the beginning when they first reported to work, they were actually assisted by the chief secretary  from the *VIP's* side.

Interviewer: Uh-huh.

HUANG: Right.   In the beginning –

Interviewer: [OV] *OK*.

HUANG: - it was from *May* [PH]'s side; but maybe because [May] was located on the 6th floor, and they were on the 9th floor,  May might have felt that they were too out of the way at that time.
Interviewer: Uh-huh.

HUANG: As a matter of fact, at the beginning, we were not too familiar with them, including the nature and other aspects of their job.
Interviewer: Hmm.  Understood.  Were you, you aware that, actually, before they  filed the application, *IT* caught them downloading a massive amount of Micron's stuff?  This, this, were you aware of this matter?  This matter?

HUANG: I'm not too familiar with this, I don't know about this anyway–
Interviewer: [OV]  All right, okay.

HUANG: - anyway, I did  not know that.

Interviewer: Alright, *OK*.  In that case,  do you have any idea where those two computers are located?

UNCLASSIFIED

File:  MW1B2_939049.verbatim

HUANG: I don't know about this, either.  That is, a while back, a few weeks ago, it occurred to me that, because of that case, I was concerned that they're still under my name, that's why I tried asking the secretaries about .

Interviewer: Uh-huh.

HUANG: Then they probably…they suggested that I'd stop tracking them down, that's what happened, right.

Interviewer: Oh, oh, alright.

HUANG: Right.

Interviewer: Actually, right now we want to figure out the whereabouts of these two laptops.  This is a big headache, these two laptops.  [Coughs in the background.]

HUANG: Hmm.

Interviewer: Hmm.  Alright, that, that, so, so, so the people who know about these laptops are *Louisa* and you, huh? On this side, right?

HUANG: Right, then *IT* helped with setting up some system configurations.

Interviewer: *IT,* alright.  These two laptops were not allowed to be connected to any public networks, did you know that?  The network port plugs were sealed off.  Did you know that?

HUANG: [Pause] Previously, it seemed that *IT* told me that they would set it up in such a way.

Interviewer: *Okay*.

HUANG: But whether they  actually did such a sealed off, I'm not too sure. ,.  But I do recall  *IT* mentioned that it would set it up  this way.

Interviewer: Oh, alright, *OK*.  Who was it at *IT* mentioned that, do you still have an impression?  Was that Bangming [PH]?  Or someone else?

HUANG: It was –  LIN Changheng [PH].

File:  MW1B2_939049.verbatim

UM: Based on the name, it's from *IT* of Nanke [PH].

Interviewer: Oh, *IT* of Nanke.  That's what it was.

HUANG: Right.

Interviewer: Alright, alright, alright.  As you said, I think that basically was what happened, you were just following their request to fill out the forms.
HUANG: Hmm, yes.

UM: Excuse me, the names, the names on the formZHANG Weiming [PH] and YE Jiaxian [PH], WEI Jiaxian [PH], what is that mean? ?

HUANG : These names should have been from the previous property transfers.  They probably didn't buy brand new laptops, but loaned out the used ones.

Interviewer: --they're used.

UM: [SC] Oh, these are used computers.

UF2: That is to say  they should have been purchased as early, as early as 2012.

Interviewer: : They were purchased in 2012.

UF2:In the interim, nobody was using them and they were returned to the *IT*, when someone submitted an application to *IT*--

UM: [OV]  Just check the previous record, that's all.

UF2: --Right, right, later on, other people applied and *IT* loaned them out as  spares  from storage.

UM: So *IT* loaned them out as spares .

Interviewer: Right, right, right.  *Yeah.*  So Wanjun you were just there to  help them with filing  the property requests, right?

HUANG: Uh, yes.

File:  MW1B2_939049.verbatim

Interviewer: Hmm, hmm, alright, alright.  Then, that, wow, these two computers  [sound of page flipping], just in case … Oh, this Thursday after 11 [AM] will you be available?  Around 11 [AM], we will – our external attorneys will come in to our company on Thursday.  Uh, they will come to obtain an understanding of what happened and how .   So, so I think your role in this matter is not a critical one because you followed other people's instruction.  However, if they have questions for you, I will ask our external attorneys to get in touch with you, alright?

HUANG: Alright, alright,I see. .

Interviewer: Right. The main thing is, if the development turns out to be on the less favorable side, the company from this side will need to find out who it was back then who gave out the instruction, that's what's happening.

HUANG: Alright, understood.

Interviewer: Alright, alright.  *OK, OK*.  In that case, thank you for your explanation, huh.

HUANG: Uh, ah.  Alright.

Interviewer: Thank you, thank you.

HUANG: Thank you, thank you.

Interviewer: Thank you, thank you.

HUANG: In that case, I can  go offline , alright?

UF2: Thank you, thank you.

Interviewer: Alright, alright, alright.  Right.  Alright, alright, that is it.

UF2: Yes.  Thank you.

HUANG: Alright, thank you.  Bye-bye.

Interviewer: Alright, thank you, thank you.

UNCLASSIFIED

File: MW1B2_939049.verbatim

[HUANG is offline.]

PART 2:

UM: [UI].

Interviewer: That's why her…this issue… *Louisa*, that's what it is.

UM: [UI]…*device* to do something like this

Interviewer: However, about the request, I checked with Suqiu [PH] at the time [PH], s/he said it definitely cannot be done that way. WANG Bangming also checked with SUN Suqiu [PH], noting if you obtain these two computers on your own, just in caseUMC's stuff gets taken out, right? Then you, you wouldn't be able to know,that's what it is.

UM: You can't let it operate outside of the network.
Interviewer: Right, right, right, otherwise you'd have no control, *out of control,* that's what it is, *yeah*
UM: So the setup of these two units were really *out of control.*

Interviewer: Right, *out of control.* That's how they were able to read Micron's stuff.

UF2: Downloaded a lot if Micron's data.

Interviewer: Right, 20,000 –

UM: They were making use of these, right?
Interviewer: Right, right, right.

UM: They did'nt use their own [UI]--?

Interviewer: [OV] No, they didn't, they didn't. They downloaded over 20,000, 25,800— [chuckle].

UF2: They were reading from [these laptops], that's what happened..

8
UNCLASSIFIED

File:  MW1B2_939049.verbatim

Interviewer: Yes.

UM: The operation of these two units were really –

Interviewer: [OV] *Yeah, yeah*.  This is  what's most difficult to explain

UM:But then how were they able to get connected to the network in the company ?

Interviewer:.  They didn't have to connect to any network,  they simply used the *USB* brought from Micron.

UM: That was why, these two, these two laptops were completely not detected.

Interviewer: Right, right, right, right, right.  I should say that they had brought *USB* thumb drives from Micron with downloaded over 20,000 documents.  At first they used the PCs at work to store these files but they were caught by *IT*.  After *IT* caught them, they managed to get these two laptops, which *IT* could not find.  That, this way, they could read the documents in this way.  *Yeah*.UM: Uh, , in that case, have we become the suspect who provided them the tools?

Interviewer: Right, right, right, now the question is, who gave the instruction?  Whoever gave the instructions must be severed from the company, otherwise  the entire company would be involved.  Right, furthermore, we are suing Hualiwei [PH] right now.  If media reports say that we are doing the same thing ourselves , how could we sue Hualiwei ? Right?  That, that, that,  also, Taiji [PH, TSMC] has warned us many times.

UM: What do you mean?  Taiji [PH, TSMC] has warned us many times?

Interviewer: Taiji [PH, TSMC] has warned us many times about possible lawsuits against us.

UF2: Every time one of their workers jumped ship to join us, we'd receive their warning letter.

Interviewer: Furthermore, it is not good, not good, it does not look good.  That, that is to say, if worst  comes to worst, whoever did it must bear the responsibility, uh.

UM: Understood.

File:  MW1B2_939049.verbatim

Interviewer: Right, whoever… whoever  did it must… don't let the company get burned because of that, otherwise –

UF: *IT, IT* once said that Vice President CHEN Zhengwen [PH]  once asked *IT* –

Interviewer: Uh-huh.

UF: V.P. CHEN wanted to bring in his private laptop into the company.

Interviewer: Oh, oh.

UF: *IT* said that it was  not allowed.

Interviewer: Oh, right, right.  Really?  It was who, who, who, who of *IT* said that?

UF: *IT*'s manager said that.

Interviewer: Who, who, who, who?  In this case, we must let them know on that day.

UF: Right, right, right, right.  This we will let them know.

UM: This is a *general rule*.

Interviewer: Right, this, this, this, we must let Lawyer CHEN, CHEN know, know that, that,  that matter.

UM: Recently, a  senior manager at our Nanke campus brought in his own mobile hard drive .

Interviewer: Oh, really?

UM: He actually was getting ready for a business trip.  That was why he brought in his own mobile hard drive.

Interviewer: Uh-huh.

UM: He was worried about his mobile hard drive getting damaged in the business trip and wanted to make a backup copy.

Interviewer: Oh, oh.

UNCLASSIFIED

File:  MW1B2_939049.verbatim

UM: But it is only *common sense* that if you wanted to make a backup copy you should let *IT* do it.

Interviewer: Right.

UM: But he was not like that, he brought in from outside his own mobile hard drive.

Interviewer: He backed up his stuff himself.

UM: He finally had to report it; the mistake caused a major demerit in his personally recordfile.

Interviewer: Oh, oh.

UM: You know what, a major demerit in your record means they will do away with your bonus for the following year .

Interviewer: Oh, *I see, I see, I see.*

UM: This matter, that is the rule.  That is, you are not supposed to bring in your own *USB,* mobile hard drive, *notebook*, or what, tablet into the company.

Interviewer: Uh-huh, hmmm.

UM: However, everybody all – even if you aren't aware – before you do any electronic operation you should follow  CHEN Zhengwen's example by checking first with *IT*. .

Interviewer: Hmm, hmm, hmm.

UM: You should always ask whether or not you can do it.

Interviewer: Hmm, right, right.

UM: Even if I was in a high level position with great power, can I  do it?  No, you can't! He would tell you no, you still can't do it. [chuckle]

Interviewer: Oh.

11
UNCLASSIFIED

UNCLASSIFIED

File: MW1B2_939049.verbatim

UF2: It was likely because they didn't get get permission first from *IT*, they went ahead to ask *Louisa* for help.

Interviewer: Right, right, right, right, right, *yeah*.

UF2: That was likely what happened.

UM: That was not the right way to do it.

Interviewer: What's that person's name, ZHOU, ZHOU, did he know?

UF2: He did.

Interviewer: He was the one who told you, right?UF2: *Yeah,* right, right.

UM: Was it ZHOU Shiguang [PH]?
Interviewer: No, no.

UF2: No, not ZHOU Shiguang, it was *IT*'s manager, ZHOU Xinhong [PH].

UM: ZHOU Xinhong, oh, right, we usually ask them about these matters.

Interviewer: Uh-huh.

UM: ZHOU Xinhong and ZHANG Chunjie [PH].

Interviewer: Uh-huh.

UM: These two people.

UF2: Right, because they are in charge of the security of the company.

Interviewer: Uh-huh, uh-huh.

UM: Right, right, right. This matter is not good, these two [laptops]--

Interviewer: [OV] Right.

UM: --now they've become –

12
UNCLASSIFIED

UNCLASSIFIED

File: MW1B2_939049.verbatim

Interviewer: Hot potatoes in our hands.

UF2: The prosecutor has confiscated one of the two, as for the other one, *Louisa* said it was lost. Was it really lost? Nobody knows.

UM2: Lost?!

UF2: That was what she told *IT*. She said that it was lost.

Interviewer: If it was lost, then we'd be in big trouble.

UM: In that case –

Interviewer: [OV] If it was lost, then the company, the company –

UM: --this saying can't be established. The company is so big –

Interviewer: [OV] Right!

UM: - so big how could its properties be lost?

Interviewer: Right.

UM: The properties of a company are strictly controlled, how could something be so easily lost?

Interviewer: Uh-huh.

UM: If you tell this story to others, others will think you're –

Interviewer: [OV] Right!

UM: - doing a cover-up.

Interviewer: I think the worst scenario is that management at the company was poor and there were some unscrupulous employees, that's what it was. If we have to –

UF2: [OV] Under such circumstances –

Interviewer: - have to restore--

File: MW1B2_939049.verbatim

UF2: - shall we consider getting *Louisa* here?

Interviewer: Huh?

UF2: Should we get *Louisa* to come on Thursday?

Interviewer: No, no, not just yet for now, *yeah* -

UF2: [OV]Not just yet…because she's probably –

Interviewer: -- just have *IT*'s people come first, that's good for now..

UF2: - most familiar with what happened in the process , the connections in between .

Interviewer: Uh, uh, no need, no need, just *IT*, *IT* will do.

UM: If we were to tell those outside   a *notebook* has disappeared,  no matter how you put it, it's--

Interviewer: [OV] Uh—

UM:  Because with the *notebook*…[UI]--

Interviewer: No, what she meant by disappeared was  that she believes, she believes that once its taken off and the prosecutor comes back  to search for it, they will not find it.

UM: But wouldn't you think once its taken off…[UI], that is, the more you try to outsmart me, the more trouble I'm going to give you…--

Interviewer: Right,  because at this point we don't know whether WANG Yongming [PH] and HE Jianting mentioned  there were actually two laptops in  their department.  I just feel that, that we cannot get away with it .

UM: Right, if that was what they said, that would mean—

Interviewer: [OV]  that means we are hiding something.

UM: --as if there are some special functions, and  everyone in the department was [UI]--

14

File:  MW1B2_939049.verbatim

Interviewer: --right, [UI] among ourselves.

UM: --using it among ourselves, that kind of flavor.

Interviewer: Right, uh, moreover, I think this might actually be what happened. But as far as the company is concerned, I, the point is to be more self-reliant, I just don't want the company to get burned, that's all.
UM: Understood.  I feel –

Interviewer: [OV] Right?  Honestly speaking, honestly speaking, other people, other people are not my responsibility, right?  Is CHEN Zhenwen my responsibility?  However, if the company gets burned, then its reputation will be affected negatively.  As if we, as if we didn't, didn't do…but then I actually feel old UMC would not, would not do this kind of thing .

UF2: Over here –

UM:  To put it more bluntly and it may be hard to hear, if one wants to do it, it can be done…[SC/UI]-- .
Interviewer: [OV] That would be too stupid! Very stupid, right?

UM:  But its…--

Interviewer: Why would you bring... just go and read it from…[UI], all you have to do is just browse through it, that's all.

UM: That's right! Even if it means more work, then let it be! Why would you do this in the company?!

Interviewer: That's right, that's right, these people just have no regard for the law.
UM: For convenience's sake they were using the company's *device* to do that kind of thing.

Interviewer: Right, putting us in such an embarrassing situation and making us go so many times to Tainan. I'd get so mad every time I think about this.    UM:  [chuckles] Are they coming on the 14th of February?

File:  MW1B2_939049.verbatim

Interviewer: Right.

UM: February 14  is Valentine's Day, meaning the three of us, Big Brother Qiu [PH], YAN Zhiping [PH] and I  will be sleeping in the subway[laughing].  What's the deal with the three of us guys spending Valentine's Day down there?

Interviewer: Right, right,  so stupid.  I will be at the local investigator's office, Taichung local investigator's office.

UM: Hell, whatever day is  better than the 14th of February, why did they pick the 14th of February?

Interviewer: They always pick Tuesdays.

UM: Of course, they pick the day because they will have more time to process the data after that.

Interviewer: Right, right.  They always pick Tuesdays.  I finally realized that.  Actully, I feel, I feel it's unnecessary to… what's more, I discovered  those  from Micron did not accuse anyone from Micron.  They did not accuse Vice President CHEN ;  they were all accusing LONG Letian [PH] .  Why  are they all accusing  LONG Letian?  LONG Letian didn't know about these two laptops.  From the beginning to the end, LONG Letian  did not know about these two computers.

UM: Right.  As a matter of fact, I have told people from outsid that both RONG Letian and ZHOU Shiguang [PH] are seasoned [IA], when they followed up on this issue--

Interviewer: Hmm hmm.

UM:  my feeling is, they must have felt  it's so strange,  why would you have two computers at…[chuckles]--

Interviewer: [OV] Right, right.
UM: Anybody with a little *sense* would know that.

Interviewer: Right, right, right, right, right.

File:  MW1B2_939049.verbatim

UM: Like ZHOU Shiguang, just between us, I've known ZHOU Shiguang when I was still a worker,

Interviewer: Uh-huh.

UM: He is a very straightforward person.  He is always like that, that is his personality. he would have felt why would someone do something like that? A very straightforward person.

Interviewer: Right, right.  However, both HE Jiantian and WANG Yongming are deadest on   accusing, accusing, accusing RONG Letian .

UM: This I don't know.  I am not clear.

Interviewer: They said it was  RONG Letian who  instructed them, instructed them  to act in obtaining the Micron's stuff, that's what happened

UF2: Have you heard about  peoplesending  data via email to us even before they entered ?

Interviewer: Yes! In fact, when WANG Yongming was still with Micron he was sending information –

UF2: [OV] using e-mail to send stuff in.

Interviewer: - he sent to that person, he sent information to HE Jianting from, from his Micron e-mail address [chuckle].

UM: Sent to, sent to HE Jianting.   Interviewer: Right! WANG Yongming was sought out by HE Jianting, whereas    HE Jianting was sought out  by CHEN Zhenkun [chuckle]. Right, that's how it is now.

UM: [UI].

Interviewer: Right, so if, if all is well, then it's *OK*, right?  However, if something happens , then some shearing off must be done .   My personal feeling is, is not to get the company involved , not to get Director HONG [PH] involvedThe rest is *OK*.   No need to worry about, about the rest.  .  Alright, that is about it, *yeah.*

UM: Alright, are we going to Nanke  this Thursday?

UNCLASSIFIED

File:  MW1B2_939049.verbatim

Interviewer: Thursday, no, they are coming  here .

UF2: They will come here.

UM: Uh, uh, is Wanjun  going to be at Nanke?

Interviewer: Right, right, Wanjun will be at Nanke.  But if it is not necessary, we will not have to  bother her.

UF2: . e can contact her by phone if there's a need.

UM: Oh, oh, I will be at Nanke that day--Interviewer: [OV] alright, alright.

UM: --I'll be with Wanjun that day,
Interviewer: All right, in case there's a need, we can--

UM: It's that at the beginning,

Interviewer:  Uh huh.

UM:  At the beginning when the [UI] just got started, it was…--

Interviewer:  It was HUANG Wanjun…--

UM: It was mainly HUANG Wanjun [PH] who was helping around.

Interviewer: Oh, is that right? .

UM: That is, at the beginning.

Internewer:  At the beginning.

UM:   It wasn't…[UI], then after that *Louisa*  [UI] At the beginning it was not clear who was supposed to serve,  It  was the person we talked about--
Interviewer: [OV] Oh, *OK, OK.*

UM: --*May*, later on, *May*did not come back, she was on the 11 [PH] floor, that was when *Louisa* showed up.

Interviewer: Oh,

18
UNCLASSIFIED

UNCLASSIFIED

File:  MW1B2_939049.verbatim

UM: Because of that, *Louisa* made a trip down once to Nanke,

Interviewer:  Uh huh.

UM:  I ran into *Louisa* once on the 9th floor, she said she was given…[UI] by her own department, at that time she was…[UI]

Interviewer:  *Okay*.

Interviewer: Oh, I see.

UM: Alright, alright.

Interviewer: Alright, alright, thank you, thank you very much.

UM: Thank you for your work.

Interviewer: Bye.

End of Recording