Exhibit F

Translation File Name: 1000785.GUO Fengming 3.final

# Record of Interview

Republic of China 2018 assisting-USA Trade Secret Case Number 1- #7707. An interview is being conducted at MJIB's Taichung Investigation Office on April 22, 2019, 4:16PM. The attendees are as follows:

Prosecutor:  CHEN Liwei
Clerk:  CHEN Yiqing

The following individual is present:
Summoned to the court with inquiries of name, age, address and National ID Number.
Witness answers:

      GUO Fengming
      DOB  ███████
      National ID Number: ███████
      Native Register: ██████████████████
      Telephone#: ████████

The prosecutor states the Code of Criminal Procedure, provision 180 and 181:
1.  The witness must refuse to testify if one of the following conditions apply:
    (1) Any current or former spouse(s), direct blood relatives, indirect blood relatives, and in-laws.
    (2) Anyone bond by engagement.
    (3) Any current or former legal representative(s).
2.  The witness must refuse to testify if he is concerned that by doing so, any individual with one of the above conditions or the witness himself can be prosecuted or punished with criminal charges.

Question:      Are you willing to testify?

Answer:        Yes.

The prosecutor states the witness's obligations and punishment for perjury, and asks the witness to read aloud and sign at the end of the statement.

Question:      What is your current job title at UMC?

Translation File Name: 1000785.GUO Fengming 3.final

Answer:      I'm a Deputy Director of the Defect Analysis Department, but I actually do the work of an assistant manager.

Question:    Education?

Answer:      Master degree.

Question:    In a voice recording file you heard today at the Taichung Investigation Office, and you have identified the voice recording file to be an internal investigation, when did it take place?

Answer:      The location was a meeting room at UMC's Nanke plant, and it was conducted after the search by inspection/investigative personnel at the Nanke plant, but I forgot the exact date, but it should be after February 7, 2016.

Question:    Who do you remember participated in the internal investigation?

Answer:      There were four of us, HUANG [STC 7806], former director of Legal Affairs; Attorney CHEN [STC 7115], an UMC employed attorney; a third person who I'm not familiar with, and myself.

Question:    Aside from yourself, were all the others attorneys?

Answer:      I don't know. I only know the Director of Legal Affairs HUANG, and Attorney CHEN. I'm not familiar with the status of the male who also participated in the investigation.

Question:    Why did you become the target of an internal investigation?

Answer:      Because HE Jianting, LI Fuzhe and I are from Micron.

Question:    You mentioned in the recording, "I already took care of the stuff from Micron at that time," what did you mean?

Answer:      At the time when I made my departure from Micron, I already deleted all the information pertaining to the Micron Company.

Question:    In the recording you said, "I directly *fo* and *fo* until my portable flash drive crashed," what did you mean?

2

Translation File Name: 1000785.GUO Fengming 3.final

Answer:      I was referring to when I left Micron, I *format* the entire content of my portable flash drive.

Question:    In the recording, you mentioned there was another laptop at the time you--you wanted to see if you could *fo* it, what does that mean?

Answer:      In our department, aside from the shared laptop which belong to HE Jianting, there was another shared computer located next to my desk containing an *usb* port but could not be connected to the Internet. I don't know who applied for this computer. When I arrived at the Defect Analysis Department in February, 2016, because my company-issued laptop was broken, and that laptop was able to connect to the internal network. I noticed a laptop sitting by LI Fuzhe's desk, so I brought the laptop over, thinking I'd be able to use it, but after I connected it to the network portal and entered my original company issued account number and passcode, I discovered I wasn't able to log on, so I did not make another attempt to use it.

Question:    What you're saying is, you were not able to go into the particular laptop's desktop?

Answer:      Right, I wasn't able to do it.

Question:    In that case, why did you mention in the recording that you wanted to see if you could *fo* the whole thing. If you were unable to log in at all, how were you able to *format*?

Answer:      I wanted to format it, though in reality I wasn't able to get it done. In the recording, I felt stressed to have this laptop being so closed to me.

Question:    Who were using the laptop which is now missing in the Defect Analysis Department at the time?

Answer:      No one was using it.

Question:    Why would someone apply for it if it wasn't used?

Answer:      I was not the person who applied for this computer.

Question:    Aside from yourself, did anyone else make an attempt to use the now missing laptop?

Answer:      I don't know, it was left by where I'm sitting.

Translation File Name: 1000785.GUO Fengming 3.final

| | |
|---|---|
| Question: | Who else knew besides you?  Attorney CHEN mentioned in the recording at that time that the two of them, HE Jianting and LI Fuzhe, both knew. You were in charge, so you knew. *steven* may also knew. And then you replied, "Yes, he is the person who I asked to help get rid of it." What did you mean by that? |
| Answer: | I don't really recall now who asked that question; I just felt at that time it was too much stress, so I gave it to *jocky*, the secretary. |
| Question: | When and where did you give it to *jocky*? |
| Answer: | I recall giving it to *jocky* not long after the internal investigation. |
| Question: | Has LI Fuzhe been using this laptop which you gave to *jocky*? Because you just mentioned you obtained this laptop from LI Fuzhe. |
| Answer: | I don't know. |
| Question: | What did you say to *jocky* when you returned this particular laptop? |
| Answer: | I just told her that this is a shared computer and I'd like to return it. |
| Question: | Were you able to return it since you were not the original applicant? |
| Answer: | Yes, she'll look into who this computer belonged to. I just needed to return it, and the secretary will handle the follow-up procedure. |
| Question: | Why did you mention in the recording to delete everything inside, and actually I wanted to have the person dig a hole and bury it? |
| Answer: | It was a joke. Following February 7, 2017, I yelled out in the office asking who was using this laptop, but no one came forward to acknowledge ownership. Because I didn't think I would be able to log into it, so I said in the interview to dig a hole and bury it. |
| Question: | Was it because you knew there were stuff inside, that's why you said to delete everything in it? |
| Answer: | I was really just kidding. Because no one was using it, that's why I thought there wasn't anything inside. |

Translation File Name: 1000785.GUO Fengming 3.final

| | |
|---|---|
| Question: | You are aware of the consequence of perjury? |
| Answer: | I am aware. |
| Question: | You mentioned in the interview with Attorney CHEN that you asked her (*jocky*) to take care of it, and then the Director of Legal Affairs HUANG asked again about who did the *format,* which made it clear that you did ask someone to do the *format*? |
| Answer: | I really did not act on doing any *format.* I just asked the sectary to take it back. |
| Question: | Attorney CHEN asked in the interview whether the laptop that you had contained a lot of information, and you stated there wasn't. Does that mean you have seen it? |
| Answer: | I said no because I wasn't able to go into the computer. |
| Question: | You said in the interview they would come to take it, [because] my side was bigger? |
| Answer: | Because my office is bigger, so they will come to take it if they want to use it. |
| Question: | Who are "they?" |
| Answer: | I don't know. I just thought this is a shared computer, and whoever comes to take it needs not to notify me, so I don't need to know who it is. |
| Question: | In the recording, Director HUANG of the Legal Affairs also confirmed with you on whether or not everything has been *format*, you replied affirmative? |
| Answer: | I just don't know. At that time, my only thought was to hurry up and return this laptop, and that's why I replied affirmative. |
| Question: | At the time when Director HUANG of Legal Affairs asked whether or not it could be recovered after being *format*, and you said the computer was broken? |
| Answer: | What I meant was I wouldn't know what to do if the computer was broken. |
| Question: | In the recording, Attorney CHEN asked you at the time to give the laptop to *louisa*? |
| Answer: | It was given later to *jocky*, because *louisa* was not in Tainan. I was being perfunctory when I admitted it during the interview because my thought at the time was to hurry up and return the laptop. |

Translation File Name: 1000785.GUO Fengming 3.final

Question:    When you were at the Taichung Investigation Office in December of 2018, the
             company kept asking for the whereabouts of the laptop, but you already gave it to
             *jocky*, isn't that contradictory?

Answer:      I wasn't sure if the laptop they were looking for was the one I returned. I opened
             the photograph in my E-mail, and I wasn't sure whether the laptop from the
             photograph was the same as the shared laptop located originally in my office.

Question:    In December of 2018, after returning from your interview with the Taichung
             Investigation Office, were you questioned internally by UMC why you had been
             interviewed here?

Answerer:    Attorney CHEN came to ask me how the interview was, and if I had experienced
             anything inappropriate. I replied it was fine.

Question:    During the investigator's questioning, you mentioned that *jocky*'s direct supervisor
             is ZOU Shifang. Do you know if ZOU Shifang is aware that you have returned the
             laptop?

Answer:      I'm not sure.

Question:    Anything you want to add?

Answer:      During the internal interview, I said I was responsible for the computer because I
             wanted to give my boss an impression that I'm very important. In reality, I wasn't
             responsible for the computer. Because the computer was disposed behind where I
             was sitting, all I wanted was to return the laptop as quickly as possible. My mention
             in the interview of *format* and digging a hole to bury it was just jokes. I apologize
             to the Director of Legal Affairs HUANG and Attorney CHEN for being untruthful
             in the interview.

Question:    When the investigator interviewed you today and prior to providing you with the
             recording file, the investigator asked whether you know about an internal
             investigation being conducted on the two laptops containing Micron trade secrets
             and information, and you told the investigator that you didn't know which two
             laptops they were referring to. However, since you have gone through an internal
             interview conducted after February 7, 2017, you should have known which two
             laptops the investigator was asking about during the internal investigation?

6

Translation File Name: 1000785.GUO Fengming 3.final

| | |
|---|---|
| Answer: | That was because I already returned my laptop, which is why I don't know there were any more computers that needed to be brought up for discussion. Also, the investigator was asking about the two laptops containing Micron Company trade secrets, and I really did not come across any Micron Company files in a laptop. |
| Question: | You stated to the prosecutor in the interview that because the laptop under HE Jianting's custody was confiscated, your intuition was that the laptop located next to your desk might also be misunderstood. Why would you be worried about any misunderstanding if you have never logged on to that particular laptop? |
| Answer: | I was nonetheless afraid at that time, because it was a useless thing to me, so the best thing was to return it as quickly as I could. |
| Question: | Prior to the search made by prosecutor at the Nanke Plant in February, 2017, what kind of computer equipment were you using? |
| Answer: | A company issued laptop connectable to the internal network, which placed on my desk. |
| Question: | In the audio recording file which obtained through the prosecutor, you initially appeared to be very nervous, but you just claimed that you were just joking about *fo*, etc. ? |
| Answer: | Even though I was nervous at the time, I still wanted to stick to what I thought was a quick way to resolve the matter, so sometimes I spoke at ease, and sometimes I was very nervous because I wanted to hurry up and send it out. |
| Question: | In the conversation, why were Attorney CHEN and the others all felt this laptop with inability to connect to the network was a hot potato? |
| Answer: | I don't know what's on the mind of the person who asked the question. As for me, I just wanted to return it to the company as quickly as I could. |
| Question: | You stated in the interview that at that time, "*JT* has one, and the other one is mine?" |
| Answer: | Right, the reason I said I was responsible was because it was located behind me, and the reason I said that was to give Director HUANG of Legal Affairs and Attorney CHEN the impression that I was a key person. |

7

Translation File Name: 1000785.GUO Fengming 3.final

| | |
|---|---|
| Question: | In December of 2018 when you were interviewed by the Taichung Investigation Office, you did not voluntarily bring up the matter that you had been internally interviewed by UMC. Did you leave that out on purpose? Or was it because the investigator did not ask about it? |
| Answer: | He didn't ask about it. |
| Question: | The prosecutor has already emphasized the punishment of perjury, and do you still want to stand by the aforementioned statements you offered? |
| Answer: | Yes. |
| Question: | Why did you feel nervous when you were internally interviewed by the company? |
| Answer: | Because of the pressure. At that time I felt everyone who came from Micron would be affected, because the targets of the search were former employees from Micron. |
| Question: | In accordance to what you described earlier, since you were not holding information from Micron, then you would not have a problem? |
| Answer: | I am not the one to determine whether or not I'm clean, just like I felt there was not much issue with WANG Yongming or HE Jianting. Although something did happen to them.  The night after the investigation was executed, I was unable to sleep. To me, it is possible that I became a target of suspicion and investigation just because I was working at Micron and now at UMC. |
| Question: | How many sets of account number and passcode do you have in your company-issued laptop? |
| Answer: | One. |
| Question: | Using the account number and passcode, are you able to log on to other computers? |
| Answer: | Theoretically, yes, but I have not tried it out on another laptop at someone else's desk. As I mentioned earlier, when I obtained that laptop from LI Fuzhe and entered in my account number and passcode, but I was unable to log on, and I did not use it again since then. |

Translation File Name: 1000785.GUO Fengming 3.final

Return upon notification.

Republic of China April 22, 2019, 6:33PM

Signature to follow after reviewing and confirming this written record is without error.

Interviewee:   GUO Fengming [Handwritten]

Clerk: CHEN Yiqing [Handwritten]

Prosecutor: CHEN Liwei [Handwritten]