# Exhibit G

## Interview with Huang Wanjun

Huang Enxu (hereinafter referred to as "Huang"): Oh ... yes ... thanks, thanks ... He hasn't dialed in yet, has he?

X: Yes, he's online.

Huang Lanzhi (hereinafter referred to as "Zhi"): He's online. Wait a minute, because we need to OPEN these two images. [translation note: capitalized words appear as English in the original]

Huang: Which one are you trying to open...

Zhi: I'm trying to OPEN this one.

X: It's way too small.

X: I can see it now now, but the image is too small.

Huang: Still, does she know about the file ... Have you sent it to her before?

Zhi: Yes, I've sent the file to her before.

Huang: Then there's no need for us to look at the screen.

Zhi: So, if that's the case…

Huang: Yes, yes, yes, Is someone else also on the line?  It's... Huang Wanjun ...

Wan: Hello, this is Wanjun.

Huang: Well ... Do you know that prosecutors have investigated our Tainan plant, the one where PROJECT M is taking place, twice on February 7 and 14?

Wan: Yes, I do.

Huang: All right. In this lawsuit, Micron is accusing us of infringing on their trade secrets. The lawsuit is centered around two laptops that were involved. Lanzi, our manager, sent both laptops to you, did you receive them?

Wan: Yes, I did.

Huang: We need to know where these laptops came from. First of all, you're not part of this department, yet you received them on January 8, 2016, right?

Wan: Yes.

Huang: You had both laptops: 525 and 761. Why were they in your possession? How did that happen?

Huang: Ok, well, did you know that IT caught him downloading Micron information even before he applied? Did you know anything about this?  Were you aware or not？

Wan: I had no idea. I didn't know about it at all,

Huang: Well, ok, do you know where these two laptops are right now?

Wan: I don't know where they are either. It wasn't until a few weeks ago that the lawsuit reminded me of the two laptops, which were still under my name. I tried to ask about them through the secretary, who suggested that I didn't need to know where they were.

Huang: Well, in fact, we do need to understand where these two laptops came from. This is giving me a headache; we need to find a solution. Ok... well, so both LOUISA and you know about the laptop?

Wan: Yes, IT had helped configure some settings before.

Huang: Well, did you know that both his laptops couldn't connect to public networks? That the Ethernet ports were blocked. Did you know about this?

Wan: IT had told me that they would do something like this, but I'm not sure if they actually went through with it. I do, however, remember IT mentioning the settings before.

Huang: OK, do you remember who in IT it was that you spoke with? Was it Bangning? Or someone else?

Wan: Yes, it was Lin Changheng.

Liao Weiming (hereinafter referred to as "Liao"): Lin Changheng was from the Nanke IT department ...

Huang: Oh, that's right, he was part of Nanke's IT.

Wan: Right.

Huang: OK, well, then I believe that you probably filled out the form based on their requirements.

Wan: Yes, that's correct.

Liao: I have a question. Why are the names Zhang Weiming and Wei Jiaxian on the list?

Wan: They were probably using a company computer that was assigned to them from somebody else.

Liao: The computer wasn't brand new?

Wang Fangming had asked Sun Suqiu in private to give you two computers. That would mean that there was a chance to remove information from UMC with no way of you knowing about it.

Liao: It wouldn't have worked without Internet access.

Huang: Yes, yes, yes.

Liao: It was OUT OF CONTROL.

Huang: It should have been OUT OF CONTROL.

Liao: So, both these laptops were configured to be OUT OF CONTROL.

Huang: Yes, they were OUT OF CONTROL, and were used to read Micron information.

Zhi: A lot of Micron information was downloaded.

Page: Twenty thousand...

Liao: They downloaded information using these? Didn't he use his personal NOTE BOOK?

Huang: No, no. Over 25,800 downloads.

Zhi: And then… read through the downloads during work hours.

Liao: The two laptops were really used…

Huang: YEAH, this is the hardest thing to explain.

Liao: How did he connect to the internet when at the company?

Huang: He didn't need to connect to the Internet, instead, he just used his USB drive.

Liao: So, these two laptops were completely undetectable.

Huang: Yes, yes, they downloaded over 20,000 Micron files through his USB drive to his work computer. This is how IT caught them. Then, after being caught, he went to get the two laptops. If IT didn't catch him, he would have just read the files.

Liao: Therefore, we might be suspected of providing him with the tools he needed.

Huang: Yes, but that's to say, who made the request? If we knew who made it, then we can point them out, otherwise, the whole company will be involved right? Meanwhile, we're accusing Hualiwei at the same time, aren't we? If we were exposed to the media, then

Liao: You know, there is a penalty for the next year. It's your dividend for the next year.

Huang: You won't get it…

Liao: None of it.

Huang: I SEE、I SEE.

Liao: You're not allowed to bring any personal USB drives, hard drives, or NOTE BOOKs with you into the company. This applies to everyone… Even if you don't know the rules, you could always ask IT before bringing something like this in with you. Just like what Vice President Chen had done before. No one, even those in higher up

positions, can break this rule. He'd tell you it's not allowed.

Zhi: That's why he had asked LOUISA to get the laptops for him. IT probably already told him that this wasn't allowed.

Huang: Yes, yes, yes.

Zhi: This is probably right.

Liao: It's hard to know.

Huang: Did someone, surnamed Zhou, know about this?

Zhi: Yes, he did.

Huang: Did he tell you?

Zhi: Right.

Liao: Do you mean Zou Shifang?

Zhi: No, I mean Zhou Xinhong, the IT department manager.

Liao: Oh, Zhou Xinhong, right. Yes, Zhou Xinhong and Zhang Chunjuan are usually the right ones to ask about these things.

Zhi: Because they are in charge of company security.

Liao: I have a bad feeling about these two now…

Huang: Agreed, this is a hot potato.

Zhi: One laptop has been seized by the prosecutors, and LOUISA says that the other one is lost, but we don't know if she's telling the truth or not.

Huang: Yes, I believe this is what really happened. But the company itself… it's quite self-interested. It doesn't want to be dragged into all of this.

Liao: Understood, though right now we need to narrow down the scope.

Huang: To be honest, I'm not responsible for anyone else, am I responsible for Chen Zhengkun? However, this can affect the company's reputation because he works here. Actually, I don't think it would have happened in the old UMC.

Zhi: Here…

Liao: Honestly… I would have done it differently…

Huang: It's too stupid.

Liao: What was he thinking…

Huang: It was very stupid bringing them all here. He could have read them in a hotel, or at home.

Liao: Why was he doing this in the company. Apart from convenience, he should have thought it out a bit more…

Huang: Who does he think he is.

Liao: How can he do such thing on the company's DEVICE purely for convenience…

Huang: We're in a mess. It sucks that we need to go back and forth to Tainan all the time.

Liao: Did they come on February 14?

Huang: Right.

Liao: February 14 was Valentine's Day. Qiu Ge, Yuan Shiping, and I were together at SEVEN ELEVEN that night. Three men together celebrating Valentine's day there, what the hell?

Huang: Yeah, it's stupid. I was at the Taizhong prosecutor's office.

Liao: Right. They could have chosen another day. Why did they have to pick February 14th?

Huang: They usually pick Tuesday.

Liao: They probably had other things scheduled for the rest of the week.

Huang: That's right, they usually pick Tuesdays, I figured that out later on. Whatever, I'm like that.

Huang: OK OK OK.

Liao: I'll talk to Wanjun again…should we…

Huang: OK OK OK, if necessary we will…

Liao: The PROJECT TEAM had a lot of help from HR in the beginning.

Huang: Did Huang Wanjun help?

Liao: In the beginning… LOUISA became their supervisor later. It wasn't easy to tell who was helping in the beginning... Anyway, what was the name of the one we just mentioned?  It was MAY. Later, Chen Zhengkun went back to the 16th floor and looked for LOUISA. This made LOUISA go to Nanke. I spoke to LOUISA once on the 9th floor. She said that her own department was in Nanke at the time. It was on the 9th floor for a while.

Huang: OK OK OK. Thanks, thanks.

Liao: Have there been a lot of cases recently?

Huang: Yes, you can't predict when they'll come up.

Liao: Thanks for your hard work!

Huang: Ok, bye.