# Exhibit H

# Translated interview transcript

Interview time: February 7, 2018, to February 14, 2018 (between two searches)

Venue: A UMC conference room in Tainan

Interviewers: Attorney Huang Enxu, Chen Zhehong, Liu Jiakun, and a UMC employee

(Translation of interview transcript summary)

(00:15:33.93）

Attorney Huang Enxu: Let's discuss it with attorney Chen and see what we can do.

Attorney Chen Zhehong: Too much for my brain to handle.

Attorney Huang Enxu: You have already formatted it, right?

UMC employee: Right.

(00:15:55.23) Attorney Chen Zhehong: <sigh>

（00:15:57.70）

Attorney Huang Enxu: Technically, it's possible to check what was formatted when a format takes place. For example, formatting took place at a certain time on a certain date, wow!!. Here is an example in which the FBI investigated AUO and was able to recover formatted files. Based on this, it's possible to check what was once formatted. If you believe that this is possible…that you can find out whether something was formatted after the format took place, then it would serve as clear evidence.

UMC employee: The computer is broken. (12:16:52 AM.00）

Attorney Huang Enxu: Yes?

UMC employee: If the computer is broken.

Attorney Huang Enxu: Does that mean it's impossible to find out?

UMC employee: It's broken.

Attorney Chen Zhehong: Well, I don't think it's a good idea to keep the computer here. I've been worrying about it all day long.

(00:17:08.63)

Attorney Huang Enxu: Where should we keep it?

Attorney Chen Zhehong: Get rid of it.

Attorney Huang Enxu: How?

Attorney Chen Zhehong: Give it to Chen Zhenkun's secretary.

Attorney Huang Enxu: No, no, no, would Chen Zhenkun's secretary take it?

Attorney Chen Zhehong: Yes, I think so.

UMC employee: Who?

[signature](signature  of Huang Enxu 04.22.2019 )

Attorney Chen Zhehong:  Give it to Louisa.

UMC employee:  Louisa.

Attorney Huang Enxu: Louisa.

Attorney Chen Zhehong:  Give it to Louisa.

UMC employee:  Ok.

Attorney Chen Zhehong:  Let me talk to Louisa.   【00:17:32.96】

UMC employee:  All right.

Attorney Chen Zhehong:  Let me talk to Louisa before you go.

UMC employee:  Ok, got it. Also, there's one more thing. Wang Yongming contacted me on Saturday.

Attorney Chen Zhehong:  OK OK OK.

UMC employee:  Ok, so.

Attorney Chen Zhehong:  At what time did that happen?

UMC employee:  In the morning.

Attorney Chen Zhehong:  Ok, well.

UMC employee:  He called me in the morning.

Attorney Chen Zhehong:  Yeah.

UMC employee:  He asked me if I could meet him?

Attorney Chen Zhehong:  Yeah.

UMC employee:  I told him that I cared about him, but because I heard that I was on the list, I told him that it was better for us to talk on the phone. He immediately answered angrily saying: " Forget about it" His reaction scared me. It sounded like no, we need to meet. 【12:18:16 AM.16】