# Exhibit I

```
Calendar Entry:
Meeting

Subject:
Project M disscussion
2015/12/07
09:30:00

Entry type:
Meeting
2015/12/07
16:00:00


This meeting Repeats

Location:
P5-103 會議室(@P5-1F)
Chair:
CN=Joyce Huang/O=UMC

Invitations already sent

To:
JT Ho/UMC@UMCG, Neil FZ Lee/UMC@UMCG, S F Tzou/UMC@UMCG, Stephen K
Chen/UMC@UMCG
cc:
Louisa Kao/UMC@UMCG, Priti Wu/UMC@UMCG, Tiffany Shih/UMC@UMCG



Booked - Time will not appear free to others.
Public - Others can see any details about this event.

Description:
Teleconference
You create a Teleconference .
Meeting No. : 09468
Meeting Name : project M discussion
Meeting Password. : 245918
Description :
Meeting Time : 每天 08:00 12 小時
Dialing Rule:
Dial-in     ->    Welcome to
UMC
Teleconference
System      ->    Enter
the
Meeting No.
09468 ->    Enter
Your
Password
245918#     ->    Join
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              UMCDOJ-00158780

Conference

```
UMC     Dial-in     outside UMC Dial-in
UMC Taiwan  31760 TW    (886) 3 5642151
12i    6831760     Singapore   (65) 6213 5977
8N     6831760     China (86) 0512 81881266
USA    531760      USA    (1) 408 523 7101
UMC_BV      00931760    Europe     (31) 20 564 0978
Tokyo 6300931760  Japan (81) 3 52942701 + 6300931760
Hongkong   00931760    Others     (886) 3 5642151
```

Lync : https://meet.umc.com/joyce_huang/6HDJ1EZ0

會議室地點標示：

Your Notes:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          UMCDOJ-00158781