# Exhibit J

```
Calendar Entry
Meeting Invitation  Joyce Huang  has invited you to a meeting<BR>

Subject
Project M roadmap discussion

When
Begins:
2015/12/23 15:00:00

2015/12/23 15:00:00 Local Time
Ends:
2015/12/23 16:30:00

2015/12/23 16:30:00 Local Time


Where
A 棟 10F-A1002

Chair
CN=Joyce Huang/O=UMC

Invitees
To (required):   J Y Wu/UMC@UMCG, JT Ho/UMC@UMCG, Le Tien Jung/UMC@UMCG,
Neil FZ Lee/UMC@UMCG, S F Tzou/UMC@UMCG, Stephen K Chen/UMC@UMCG
cc (optional):   Emma Hwang/UMC@UMCG, Louisa Kao/UMC@UMCG, Tiffany
Shih/UMC@UMCG
Repeat Info

Applies to:



Description / Agenda
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         UMCDOJ-06258251