# Exhibit K

```
Calendar Entry
Meeting Invitation  Jocky Tsao  has invited you to a meeting
<BR>

Subject
Project-M 新廠設計 - fab Internal meeting 【10/24】

When
Begins:
2017/11/07 15:00:00

2017/11/07 15:00:00 Local Time
Ends:
2017/11/07 16:00:00

2017/11/07 16:00:00 Local Time


Where
Location
P5-107

Chair
CN=Jocky Tsao/O=UMC

Invitees
To (required):   Angus Peng/UMC@UMCG, Anthony Lin/UMC@UMCG, Berlinear
Fang/UMC@UMCG, Bruce Lee/UMC@UMCG, C A Lee/UMC@UMCG, C C Chan/UMC@UMCG, C
P Yen/UMC@UMCG, C S Wu/UMC@UMCG, Chen Wen Wang/UMC@UMCG, Chi Shiun
Wang/UMC@UMCG, Chin Chin Wang/UMC@UMCG, Ching Wen Lee/UMC@UMCG, Chong
Shan Lin/UMC@UMCG, Dennis Lin/UMC@UMCG, Garry Chen/UMC@UMCG, Gary
Liu/UMC@UMCG, Gary Wu/UMC@UMCG, Gavin Feng/UMC@UMCG, Hero Lo/UMC@UMCG,
Hsueh Kuei Lu/UMC@UMCG, Huason Chen/UMC@UMCG, J M Chiou/UMC@UMCG, J M
Hsu/UMC@UMCG, James CC Chang/UMC@UMCG, James Cheng/UMC@UMCG, Jason
Chan/UMC@UMCG, Jason CY Chiu/UMC@UMCG, Jason Hsu/UMC@UMCG, Jason
Shih/UMC@UMCG, Jeffery Tu/UMC@UMCG, Justin Chang/UMC@UMCG, Kobe
Chen/UMC@UMCG, Kris Tang/UMC@UMCG, L W Chen/UMC@UMCG, Li Shun
Kao/UMC@UMCG, Mars Chen/UMC@UMCG, Miing I Lin/UMC@UMCG, Neil FZ
Lee/UMC@UMCG, Pam Pan/UMC@UMCG, Paul Hsieh/UMC@UMCG, Po Wen Wu/UMC@UMCG,
Reality Hsiao/UMC@UMCG, Richard Lin/UMC@UMCG, Ryan Wang/UMC@UMCG, S F
Tzou/UMC@UMCG, Sanderson Wu/UMC@UMCG, Sandy PS Kuo/UMC@UMCG, Shang Min
Chen/UMC@UMCG, Shyhshing Lin/UMC@UMCG, Terri Chuang/UMC@UMCG, Tony
Kao/UMC@UMCG, Tsansheng Wu/UMC@UMCG, Van Chang/UMC@UMCG, W S Wu/UMC@UMCG,
Weinin Wang/UMC@UMCG, Wonder Lee/UMC@UMCG, Yi Ling Cheng/UMC@UMCG
cc (optional):   Cindy Yu/UMC@UMCG, Elaine Jung/UMC@UMCG, Grace
Chin/UMC@UMCG, Jo Hsuan Wu/UMC@UMCG, Joyce Huang/UMC@UMCG, Lisa
Tai/UMC@UMCG, Lynn Wu/UMC@UMCG, Maggie Liao/UMC@UMCG, Magret
Hsu/UMC@UMCG, Mandy Lin/UMC@UMCG, Sherry Cheng/UMC@UMCG, Shih Wen
Chen/UMC@UMCG, Tzu Chin Chen/UMC@UMCG, Yan Chi Lee/UMC@UMCG, Yuying
Chen/UMC@UMCG
Repeat Info

Applies to:
```

```
Description / Agenda

 Please help to  update this document ==>

    (1) Skype info
(Skype 可使用到 2018/12/31)
URL: https://meet.umc.com/mandy_lin/8HY8VT0F

(2) teleconference info
請注意新的撥號方式
Meeting No. : 27302
Meeting Name : Project-M 新廠設計會議
Meeting Password. : 507077
Description :
Meeting Time : 每週 2 13:00 4 小時
Dialing Rule:

Dial-in
->
Welcome to
UMC
Teleconference
System
->
Enter
the
Meeting No.
27302
->
Enter
Your
Password
507077#
->
Join
Conference



UMC
Dial-in
outside UMC
Dial-in
UMC Taiwan
31760
TW
(886) 3 5642151
12i
6831760
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                     UMCDOJ-00862621

```
Singapore
(65) 6213 5977
8N
6831760
China
(86) 0512 81881266
USA
531760
USA
(1) 408 523 7101
UMC_BV
00931760
Europe
(31) 20 564 0978
Tokyo
6300931760
Japan
(886) 3 5642151
Hongkong
00931760
Others
(886) 3 5642151
```

Invitees:
PERI:C PYen
PM1：鄒世芳,李甫哲， 郭佩姍， 王貞文
PM3：陳榮華， 吳智豪， 林明毅， 施宏潔
JHICC：羅希洛 18790，MFG/許敦皓 18793，DF/彭文權 18791，ET/黃永泰 18792
FOC ： 李 耀,邱建民,詹智強， 唐士傑
ESH ： 吳博文， 莊燿瑋， 鄭伊玲
Module：許晉銘， 張力元 ， 方治國
MES ： 曾哲斌， 鄭嘉閔， 王蔚寧
PT TA：林士超， 林炯良， 詹俊星， 吳忠烜
DM (Inline TEM)：陳俊銘
PED-MA2 (material)：高立順， 吳文生
PED-FA2 (failure)：張郁邦
TPES：涂承暉,李旺道， 王添禧， 劉頌斌
RA：蕭靖恆， 王啟勳， 陳建仁
IT：謝寶松， 馮俊傑， 番蕙琳
OP ： Anthony Lin, Dennis Lin, 陳上閔， 許天景
HR：邱清源， 吳展嘉，
WM：林世興 ， 李豐昌 ， 鍾文進
PERI ： Tony Kao, Hsueh Kuei Lu, 李清文

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

UMCDOJ-00862622