# Exhibit L

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-465 MMC |
| Plaintiff, | DECLARATION OF NANCY SHUM |
| v. | |
| UNITED MICROELECTONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | |
| Defendants. | |

I, Nancy Shum, declare as follows:

1. I am an FBI linguist. I have over 25 years of experience working as a linguist with the Federal government, 23 years of which have been with the FBI. My job as a linguist is to translate documents and audios from English to Chinese and vice versa, in verbatim and/or summary format, in addition to interpreting for special agents and other law enforcement personnel. My experience as a linguist has been strengthened over the years through meeting all trainings mandated by Language Services at FBIHQ, and by working on major cases which included areas in counter intelligence, criminal, economic espionage, etc., all of which require continual acquisition of skills in research, ability to grasp new concepts, in-depth cultural knowledge and sound judgement in translation.

2. I was involved in the Chinese to English translation of the recording obtain from UMC's in-house counsel, David Huang, of an interview of Guo Fengming (UMCD-0000002). During the course of performing that translation I became familiar with the content of the recording.

3. I have reviewed the Chinese-language audio recording Taiwan provided to the United States of the Taiwan MJIB interviewing Guo Fengming on April 22, 2019. During that interview, investigators

DECLARATION OF NANCY SHUM
CR 18-465 MMC

1

played a recording. That recording played for Guo Fengming matched a segment of the recording provided by David Huang (UMCD-0000002).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection. Executed this 1st day of December 2021 in San Francisco, California.

/s/ *[signature: Nancy M. Shum]*