# Exhibit M



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER   UMCDOJ-06920148

| | |
|---|---|
| HP 4330 NB x 2 | |
| IT備註： | |
| 相關總額(NT$)： | 備品金額: 20200 + 新購硬體金額: 0 + Office分攤金額: 24000 = 簽核金額: 44200 |
| IT承辦人意見： | 硬體山備品移轉,不產生費用,此金額僅供簽核流程使用. |
| 貨到通知人員： | |

IT安裝狀態欄位

| | |
|---|---|
| 處理狀態： | ☐ 使用人駁回 |
| 下單供應商： | 備品轉山 |
| 到貨日： | 2015/12/07 (*到貨日起, 3 個工作日內完成安裝) |
| 備註： | |
| 叫修單連結： | |
| 訂單附件欄： | (僅部分相關處理人員能閱讀此欄) |

安裝完成狀態

| | |
|---|---|
| 驗收單是否已繳交 | ● 是　○ 否 |
| 是否已請款 | ○ 是　　○ 否　　● 無須請款　　請款日 |

**History Log**
2015/12/04 16:53 IT/IIS/BS 卓建忠 submitted for IT evaluation!
2015/12/04 17:23 IT 馮俊傑 accepted and send to IT manager for approval
2015/12/04 17:26 IT 吳仲雍 approved and sent for next IT supervisor approval
2015/12/04 17:43 IT/IIS manager 周鑫宏 approved and sent for supervisor approval
2015/12/05 07:56 IT/IT 王邦明 approved and sent to IT process
2015/12/07 17:42 IT/IIS/BS 鄒美玲 sent to user for setup complete acceptance!
2015/12/07 17:47 IT/IIS/BS 卓建忠 confirmed setup OK
2015/12/08 09:01 IT 鄒美玲 set case closed

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    UMCDOJ-06920149