# Exhibit N

UNCLASSIFIED

File Name: UMCDOJ.06920148

| Approved by | Approval Status | Approval Start Time | Approver Information |
|---|---|---|---|
| ZOU Meiling [STC 6760/5019/3781] | 9.Case closed | 2015/12/08 09:01 | (31855) |


**United Microelectronics Corporation**     **OA Hardware Application Form**

Prepared by: Zhuo Jianchong 32880
Date Prepared: 12/4/2015 04:08PM
Application No: HW2015C0064

| User ID: 00003058  Name: Zhou Jianzhong       Ext: 32880       Applicant Dept.: IT/IIS/BS |
|---|
| [STC 0587/1696/1813]                                           Cost Center: 180400 |
|                                                                *Business Area POTH*Allocated to all Division* |

Is the user a new employee:  ○ Yes   ● No
Location: *FAB12A* 6th *floor*
Usage categorization:   ● *QA*    ○ Production
Application Category:   ● < New employee & non-personal use > Application for computer
                        ○ < Personal use > Application for replacement of the outdated computer
                        ○ Other computer peripherals application
                        ● *Office* installation required (@ *NT$*12000 will be shared by the user unit)
                        ○ No *Office* installation required (*Libre Office* to be installed)

Procurement level:  ○ General request for purchase
                    ● Urgent request for purchase
Procurement level explanation:

*IT* remarks:   ● Installation required for *Office*
              ○ Installation not required for *Office* (Please remove *Office* first and install *Libre Office*)

*PC/ Notebook / Printer* specifications document:
Reasons for request: *12A VIP User* for commual use

| Procurement list (1) | Product Name: *Notebook Basic Model* (13") | Qty: 2 | Remarks: The replenishment will be transferred and delivered directly to 12*A*/LIN Changheng [STC 2651/7022/0078]<br><br>To be transferred out<br><br>| | Location | Pc_type | Brand | Model | Device No. or name |<br>|---|---|---|---|---|---|<br>| | FAB-12A | *Notebook computer* | HP | 4330s | UMC030761 |<br>| | FAB 12A | *Notebook computre* | HP | 4330s | UMC031525 | |
|---|---|---|---|
| Procurement list (2) | Product Name: | Qty: 0 | Remarks: |
| Procurement list (3) | Product Name: | Qty: 0 | Remarks: |

*IT* Audit Field

Processing item 1:   Processing mode: ☐ replenishment transfer   QTY: 2   replenishment amount (*NT$*): 20200
                                                                          Reference for replenishment amount:
Specifications for requested purchase item or replenishment

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER    UMCDOJ - 06920148

1
UNCLASSIFIED

UNCLASSIFIED

File Name: UMCDOJ.06920148

*HP 4330 NB x 2*

*IT* Remarks:

| | |
|---|---|
| Related Total (*NT$*): | Amount of replenishment [NT$]: 20200 + Amount of new hardware purchased: 0 + *Office* share amount: 24000 = Approval Amount 44200 |
| *IT* operator comment: | *The hardware is transferred from replenishment without expense. This amount is for the approval process only.* |

Person to notify upon arrival of the merchandise:

*IT* Installation Status Field

Processing status:   ☐ Rejected by user
Order vendor: Replenishment transfer out
Merchandise arrival date: 12/07/2015 (*Installation to be completed within 3 business days from the merchandise arrival date)
Remarks:
Repair request form link:
Order related attachment field:
(Only a portion of the related personnel are able to read this field)

*Installation completion status*

Has the acceptance form been submitted:   ● Yes   ○ No

Has payment been requested?   ○ Yes   ○ No   ● No need to request funding   Payment request date

**History Log**

*2015/12/04 16:53 IT/IIS/BS* ZHUO Jianzhong [STC 0587/1696/1813] *submitted for IT evaluation!*
*2015/12/04 17:23 IT* FUNG Junjic [STC 7458/0193/0267] *accepted and send to IT manager for approval*
*2015/12/04/ 17:26* WU Zhongyong [STC 0702/0112/7167] *approved and sent for next IT supervisor approval*
*2015/12/04 17:43 IT/IIS manager* ZOU Xinhong [CHOU Hsin-Hung] [STC 0719/9515/1347] *approved and sent for supervisor approval*
*2015/12/05 07:56 IT/IT* WANG Bangming [STC 3769/6721/2494] *approved and sent to IT process*
*2015/12/07 17:42 IT/IIS/BS* ZOU Meiling [STC 6760/5019/3781] *sent to user to setup complete acceptance!*
*2015/12/07 17:47 IT/IIS/BS* ZUO Jianzhong *confirmed setup OK*
*2015/12/08 09:01 IT* ZOU Meiling *set case closed*

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     UMCDOJ - 06920149