# Exhibit B

UNCLASSIFIED

| Investigation Records | | | | | Republic of China, December 19, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | At the Ministry of Justice (MJIB) Investigation Bureau Taichung | | | |
| Cause of Action | Trade Secret Case | | | | | | | |
| Question | Name | Alias | Gender | Birthdate Month/date/year | Place of Birth | Profession (Title) | Taiwan National Identity Card Number | |
| Answer | WANG Bangming | | Male | | Taipei Taiwan | Associate UMC | | |
| Question | Address | | | Telephone | | Family Economic Status | Education | |
| Answer | Permanent Residence: <br> Taiwan <br> Current Residence: Same as above | | | | | Well-off | Master Degree, North Carolina State University | |

Question: The time is December 19, 2018, 09:51HR, Prosecuter CHEN Liwei of the Taichung District Prosecutors Division, summoned you as a witness to cooperate in the investigation of a business secret case at this division (New Taipei City Investigative Division, Ministry of Justice Investigative Bureau), do you understand?

Answer: Yes.

Question: If you are concerned that your statement will cause yourself, and the following people who are related to you, according to the Code of Criminal Procedure, Provision 180; (1) current or former spouse(s), direct blood relatives, indirect blood relatives, and in-laws; (2) bond by engagement; (3) current or former legal representative(s); could be prosecuted or punished with criminal charges due to your statement, by law, you can refuse to testify, do you understand?

Answer: Yes.

UNCLASSIFIED

| | |
|---|---|
| Question: | You are being interviewed as a witness, if you give false statement and violate the Code of Criminal Procedure, Provision 168, you will be charged with perjury and up to 7 years in prison, do you understand? |
| Answer: | Yes. |
| Question: | What is your experience and current occupation? |
| Answer: | I worked as an Automation Engineer for the Digital Equipment Corporation, then for six to seven years after that, a professional Information Technology (IT) Consultant at HP Technology Co., Ltd. [thereafter HP]. I entered United Microelectronics Corporation [UMC thereafter] between 1996 to 1997, and worked there ever since. The positions I held at UMC were entirely in the Information Technology or Information Security departments. I was a manager, division director, senior division director, and promoted as an Associate in 2018. |
| Question: | When were you hired by your current company? |
| Answer: | I was hired by UMC between 1996, 1997. |
| Question: | How were you hired by UMC? |
| Answer: | It was sometime between 1996 and 1997, UMC wanted to build an 8-inch wafer plant, and was looking for a *CIM* ( Computer Integrated Manufacturing System) manager; I was a *PSO* (Professional Service Operations) manager at HP at the time, responsible for manufacturing of the computer integrated manufacturing system, so UMC invited me to join the company. UMC's Information Engineering Division (*IT*) [IT thereafter] includes three major departments, *MIS* (Information System Management), Information Structure Service (including networks, communications and servers) and *CIM*. The IT Division is oversee by one division director, three deputy division directors, and several managers. I started out working as a *CIM* Department Manager at the 8-inch plant's No. 5 Factory, then promoted to Deputy Division Director of the *CIM* Department, followed by Division Director, then Senior Division Director of the IT Division (due to professional level adjustment). When UMC established its Information Security Division in 2017 (including information security and security maintenance of the factory area), I was acting simultaneously as Director of the IT Division and as Director of the Information Security Division. In 2018, when the Information Security Division changed its name to the Enterprise Security Division (including information security and maintenance of factory safety), I was promoted as an |

Associate, and remains as manager of the Enterprise Security Division and the IT Division at the highest level.

Question: What is the name of the department you belong to at the company?
Answer: I hold the highest managerial position of the Enterprise Security Division and the IT Division, referred to currently as Associate. The Enterprise Security Division and the IT Division are Level-1 departments at UMC.

Question: What is your current position?
Answer: I am an Associate at UMC. At UMC, the division director, senior division director and associates are Level-1 department managers at the highest level, with grade level being the only difference.

Question: Please describe in detail your professional responsibilities.
Answer: The IT Division is responsible for services involving hardware and software, system development and software development. The Information Structure Service Department, originally under the IT Division, is responsible for UMC's information security; it was upgraded to the Information Security Division in 2017, and became a Level-1 independent unit responsible for three major tasks: anti-virus, anti-hacking and anti-leaking (information leaking). In 2018, UMC again merged Information Security and Physical Security into one unit, and rename it the Enterprise Security Division. As Associate of the Enterprise Security Division and the IT Division, I am responsible for everything that goes on in these two divisions, big or small.

Question: Please explain the UMC delegated project names and contents which you or your department (Enterprise Security Division and IT Division) is responsible for?
Answer: Every year, UMC's IT division has over 100 software development and system development projects, and the Enterprise Security Division handles around 10 development projects per year. As Associate of the Enterprise Security Division and the IT Division, I am responsible for managing these two large departments. I am responsible for approving annualy proposed project plans and supervise results of the executed plans.

Question: Please explain, what is your managerial organization?
Answer: The Information Technology Division (*IT*) includes three major departments: *MIS* (Management Information System), Information Structure Service (including

networks, communications and servers) and *CIM*. The IT Division has one Level-1 director, and each of the three major departments has one deputy division manager (Level-1.5 manager). Under each Level-1.5 manager are several Level-2 supervisors, totaling to about 300 people in the entire IT Division.

There are four departments under the Enterprise Security Division, including the Information Security Department, the Physical Security Department (on planning and design of the company's security measures), the Security Audit Department (on whether or not employees follow standard operation procedures), and the Plant Security Department (responsible for security guards, implementation of security management measures). All four departments are under the jurisdiction of just one deputy director. Employees under the Information Security Division, the Physical Security Department and the Security Audit would report directly to the deputy director, whereas the Plant Security Department is assigned under the Enterprise Security Department but in fact reports to the Human Resources Department, so there are actually just 12 employees in the Enterprise Security Division not counting those from the Plant Security Department.

Question: Please explain, what is the management structure above you?

Answer: The UMC has two general managers who report directly to the Board of Directors. There are eight to nine assistant general managers under [each] general manager, each of the asssistant general managers is responsible for approximately three associates. The Enterprise Securty Division and IT Division that I am responsible for are managed by Assistant General Manager HONG Xixing, who reports to General Manager JIAN Shanjie.

Question: Please describe in detail the name/position of colleagues who are under the same IT Division?

Answer: There are three major departments under the IT Division: *MIS* (Management Information System), Information Structure Service (including networks, communications and servers) and *CIM*. *CIM* is managed by two deputy division directors, ZHUANG Yuming (responsible for information engineery at the 12-inch Wafer Factory) and CHEN Yiyi (responsible information engineery at the 8-inch Wafer Factory IT and also Deputy Division Director of the Enterprise Security Division), whereas the other two departments are under my direct management. The Business Services (*BS*) Department under *MIS* (Management Information

Systems) has one Level-2 supervisor - Deputy Division Director CHEN Qihong. The Information Structure Services Department has under it two departments: the Enterprise Document Center (*EDC*) and the Enterprise Infrastructure Center (*IIS*). The Centers are managed respectively by two Level-2 supervisors, Deputy Division Director XIAO Weilong and Deputy Division Director ZHOU Xinhong. UMC has six 8-inch wafer factories and two 12-inch wafer factories (one in Tainan and one in Singapore). *CIM* of the IT Division is responsible for anything IT related. The 8-inch Wafer Factory's *AB* Factory and *E* Factory are managed by a Level-2 supervisor, CHEN Yiren. The 8-inch Wafer Factory's *C* Factory and *S* Factory are managed by a Level-2 supervisor, Deputy Division Director ZHENG Rukai. The 8-inch Wafer Factory's *D* Factory and *F* Factory are managed by a Level-2 supervisor, Deputy Division Director LIN Kaiji. In Tainan's 12-inch Wafer Factory, Deputy Division Director FAN Huilin, a Level-2 supervisor, is responsible for the *CIM12A* (manufacturering implementation system); Deputy Division Director LI Enwei is responsible for the *CIM12A_2* (production information system); Deputy Division Director LU Jian is responsible for the automation system, and Deputy Division Director XIAO Weilong is responsible for the *MIS12A* (hardware, network). The *CIM12I* (production information, production implementation and the automation system) in Singapore's 12-inch Wafer Factory is managed by a Level-2 supervisor, Deputy Division Director XIAN Hongchang; the *MIS12I* (hardware, network) is managed by a Level-2 supervior, Manager YANG Ruide. In addition, the *CIM* Department has a Project Management Department (specializes in the development of shared systems), managed by a Level-2 supervisor, Deputy Division Director ZHANG Renkuan.

Question: Where are the respective locations of the 8-inch Wafter Factory's *AB* Factory, *E* Factory, *C* Factory, *S* Factory, *D* Factory and *F* Factory?

Answer: The locations of the UMC's 8-inch Wafter Factory's *AB* Factory, *E* Factory, *C* Factory, *S* Factory, *D* Factory and *F* Factory are all at the Hsinchu Science Park in the City of Hsinchu.

Question: There are three Level-2 supervisors who are responsible for the 8-inch Wafer Factory, where are the separation of responsibilities?

Answer: It's separated by the different software suppliers' computer integrated manufacturing systems; factories *C* and *S* are the same; factories *D* and *F* are the same; and factories *AB* and *E* are similar.

UNCLASSIFIED

Question: Please describe in detail the names and relative position of the your colleagues at the Enterprise Security Division?

Answer: The Enterprise Security Division has one Deputy Division Director, CHEN Yiyi. The Information Security Department is managed by a Level-2 supervisor, Manager ZHAN ZHANG Chunxian. The Physical Security Department is managed by a Level-2 supervisor, Manager BAI Chengyuan. The Security Audit Department is managed by a Level-2 supervisor, Deputy Division Director HUANG Yiyuan; and the Factory Security Department is managed by a Level-2 Manager YAN Shimin (phonetic), who belongs to the Human Resources Division.

Question: What are the products manufactured by UMC?
Answer: The UMC is in the wafer foundry business.

Question: Do you know the Fujian Jinhua Company of Mainland China? What do you know about it?

Answer: I know about the Fujian Jinhua Company. As far as I know, Fujian Jinhua and UMC have technical cooperations with each other; to my knowledge is wafer production technology, factory development consulting services, etc., they have cooperations with each other.

Question: During your employment with UMC, have you ever cooperated with anyone from Fujian Jinhua Company of China? What are the details?

Answer: Between 2016 and 2017, Fujian Jinhua Company sent about 20 to 30 employees to stay at UMC's Tainan *12A* Factory district, and requested UMC to provide an independent office. The IT Division which I was responsible for provided Fujian Jinhua Company personnel with the necessary office computer equipment. As for Fujian Jinhua's goal in dispatching personnel to the Tainan *12A* Factory district, it is supposed to be on wafer production technology cooperation. After this particular office was setup, I made a trip to Tainan's *12A* Factory, so I had contact with Simon (who is Taiwanese; I knew *Simon* when he was with the Powerchip Company; I forgot his Chinese name), Fujian Jinhua Company's *IT* supervisor. When we chatted, Simon did mention they want to use the same *CIM* system as UMC, so he asked me about the related details, but Fujian Jinhua Company ended up using another company's *CIM* system.

Question: Continued from above, what products or technologies were provided by Fujian Jinhua Company of China?

UNCLASSIFIED

Answer: I wasn't in charge of that area, so I'm not sure. You may have to find out by asking the Technical Development Division (*ATD*) or the Production Integration Division (*PEI*).

Question: Please describe in details the timeframe around December, 2015, on whether you or your colleagues of the same department found file[s] from the Micron Company in the UMC network server? How did the detection came about?

Answer: No, my department colleagues and I did not detect any Micron related files in the UMC network server. At the time, UMC information security protection, anti-leaking matters were handled by colleagues from the IT Division. When our colleagues changed computers or leave their posts, we would inspect their individual computer *LOG* record, to ensure there isn't abnormality. An example is saving information on the *USB*, etc.; if that happens, we would notify this colleague's direct supervisor for evaluation. As such, it is this colleague's direct supervisor who would evaluate the information, our responsibility at the IT Division was merely to inspect instead of making a judgement on the content, therefore we would not be able to know if abnormalities occured in the content.

(12:04 to 12:06, interviewee left the interview room and went to the bathroom)

Question: In December of 2015, was any detection made in terms of abnormal information leakage as described above in a colleague's computer?

Answer: Yes, in December, 2015, something unusual was indeed detected in the computers of new employees HE Jianting and LI Fuzhe. There is record a large quantity of information was copied to the *USB*(s) from company issued laptop computers. Our concern was that HE Jianting and LI Fuzhe are ones to leak UMC secrets, so we notified their direct supervisor, CHEN Zhengkun. We asked CHEN Zhengkun to confirm whether or not the information was related to UMC secrets. But CHEN Zhengkun later replied the information did not involve UMC secrets, so we put this usuaual matter to a close. We actually did not pay any special attention to this matter until last year (2017), when colleagues at the Tainan factory were searched and interviewed by a unit from the Ministry of Justice, it was then we reinvestigated this matter.

7
UNCLASSIFIED

UNCLASSIFIED

Question:   At the time, which department did HE Jianting and LI Fuzhe belong to?

Answer:   At the time in December 2015, HE Jianting and LI Fuzhe have just begin working at UMC for about a month, so they were not assigned to an official department; they belonged to a new department set-up by CHEN Zhengkun which consists of only three people: HE Jianting, LI Fuzhe, and CHEN Zhengkun. *PM* was the department CHEN Zhengkun later set up which specializes in memory technology development, but I'm not sure of the department's Chinese name.

Question:   Continued from above, what was the result of the investigation?

Answer:   In 2017, after the Tainan factory was searched and colleagues from the department (the *PM* Department) were interviewed by a Ministry of Justice unit, we were concerned about whether or not those colleagues interviewd leaked UMC secrets, so we made a special point to re-examine the *PM* Department's *LOG* prior to 2017, for record of anything unusual; the only discovery made was at the end of December, 2015, an unusual record of *USB* file transfer (files from the computer transferred to the *USB*), which at the time the engineer in charge verified with CHEN Zhengkun, the head of the department; and because CHEN Zhengkun replied it was not an issue, the engineer in charge closed the case on this unusual matter. Given there was no other unusual record, we closed the case for this one and only unusual matter, which is why there were no issues following the 2017 examination.

Question:   Continued from above, what was in the content of the Micron files you found in the UMC network server?

Answer:   My department colleagues did not report to me of any Micron files found in UMC network server, so I would not know whether there were Micron files in UMC network server.

Question:   Was it secret or business information contained in the Micron file[s]?

Answer:   As I have stated, I don't know.

Question:   How many Micron files did you find in UMC network server? What were the size of these files?

Answer:   As I have stated, I don't know.

UNCLASSIFIED

UNCLASSIFIED

| | |
|---|---|
| Question: | Where were these Micron files stored in the UMC network server? What were the paths? |
| Answer: | As I have stated, I don't know. |
| Question: | These Micron files stored in the UMC network server, were they in the folder file of a certain employee? |
| Answer: | As I have stated, I don't know. |
| Question: | Please describe the table of content of the Micron files? |
| Answer: | As I have stated, I don't know. |
| Question: | Within the UMC IT Division, who else knows about the Micron files stored in the UMC network servers? |
| Answer: | I don't know that either. |
| Question: | Who did you report to at UMC about your finding of the Micron files in UMC network server? |
| Answer: | Since no one reported to me, therefore I did not report it to anyone above me. |
| Question: | Did you report to CHEN Zhengkun about your Micron file findings in UMC network server? |
| Answer: | No. |
| Question: | How many people in total received the report that you have found Micron files in UMC network server? Please provide their names and titles. |
| Answer: | None. |
| Question: | Continued from the above, how did these people react regarding your finding of the Micron files in UMC network server? |
| Answer: | Because I did't report to anyone, so of course there was none. |
| Question: | Were there downward instructions from UMC management in regards to your finding of the Micron files in UMC network server? |
| Answer: | Because I did not receive report from colleague[s] about finding Micron files in the UMC network server, so I did not report it to my superior[s], meaning of course there was no instructions from my superior[s]. |

9
UNCLASSIFIED

Question:    Which employees at UMC have knowledge of your finding Micron files in UMC network server?
Answer:      As I said, no one ever reported this matter, and I did not discover this matter.

Question:    After you had the conversation with CHEN Zhengkun in regards to you finding Micron files in UMC network server, did he approve issuing laptop computers to certain UMC employees? How many laptop computers were issued? Which employees were issued?
Answer:      I did not report to CHEN Zhengkun about finding Micron files in UMC network server, so of course there was no conversation about it afterwards. All UMC employees are equipped with company-issued computers. Employee can choose between a desktop or a laptop computer, and none of the *USB* ports can be utilized except through a separate application process. Also, although the network can in principle be used, certain websites are restricted (for example: *FB, GOOGLE DRIVE*) for connection.

Question:    Do you know if CHEN Zhengkun approved issuance of laptop computer[s] with special functions? What was the purpose?
Answer:      At UMC, every employee has their choice of one computer (limit one), be it a desktop or a laptop per approval by the department's Level-1 supervisor. If the department has a special need for an general-use computer, an application has to be submitted to the department secretary. The general-use computer can either be placed in the the office for general access, or be kept by the secretary pending application for release to someone who needs it. Upon checking the application record, I found that prior to establishment of the new department in December, 2015, ZHUO Jianzhong, a colleague in the IT Department which I managed, applied for two general-use laptop computers for the purpose of utilization by an *VIP*. Per my inquiry, the "*VIP*" turned out to be CHEN Zhengkun. On record, these two laptop computers were assigned to HUANG Wanling (still employed but not sure of the name) of the Human Resources Department at Tainan's 12A Factory district. However, I am not sure who actually had custody over them. That is why, in reality, CHEN Zhengkun did not approved issuance of special function computer[s], I was the one who approved the issuance following submission of an application from ZHUO Jianzhong, my colleague from the IT Department.

Question:    Continued from above, were *USB* ports of these laptop computers available for use?
Answer:      My impression is a request was not made for opened *USB* ports on the application.

Question:      Were these laptop computers capable of Internet connection?

Answer:        These two computers were capable of Internet connection, but our verification result showed that these two computers had no Internet connection record; and because there was no record of Internet connection, so there was no *LOG* record for UMC to verify.

Question:      Continued from above, how were these two laptop computers different than the usual laptop computers issued by UMC?

Answer:        There are no difference, these two were not brand new computers, they were returns from colleagues who left the company, reconfigured and given to CHEN Zhengkun's department for utilization.

Question:      Do you know the whereabouts of the above two laptop computers?

Answer:        One laptop computer was seized by the Judicial unit in 2017, and we are still looking for the other one. The current keeper of these two laptop computers is still HUANG Wanling .

(The time is 13:05HR, this office stops questioning for the interviewee to eat and rest; questioning will continue at 13:41HR.)

Question:      You described that ZHUO Jianzhong, a colleague of the IT department, applied two laptop computers for usage by the *VIP* (aka CHEN Zhengkun), accountable by HUANG Wanling. However, one of the two laptops is still in the process of being found. When did UMC start looking for it? What kind of explanation did HUANG Wanling provide on this matter?

Answer:        The week before last, which was the beginning of December, UMC legal personnel notified our department's Deputy Division Director, ZHOU Xinhong that a search is initiated for the two laptop computers applied for by ZHUO Jianzhong, that was when we began to conduct the search. We found one of the laptops was seized by the law enforcement agency, and the other computer has yet to be found. According to HUANG Wanling, she was merely the keeper in name of these two computers right after they were issued. In reality, the *PM* Department has been using these two computers all along for general business. As to whom HUANG Wanling gave these two computers to in the *PM* Department, I did not make a point to inquire with the IT Department colleague who was responsible for the investigation.

Question:    Continued from above, how can there be a situation when company properties went missing?

Answer:    UMC conducts an inventory accounting of its assets every six months. The system sends out an automatic notice to the property keeper, who needs only to confirm in the system that the information is accurate, and click reply to complete the inventory process. Afterwards, personnel in charge of conducting the inventory will pull a 1% sample of the keepers to implement a physical inventory verification, following which the inventory accounting process is considered complete. During this period, HUANG Wanling was not selected to respond to the phycial inventory, she only clicked into the system to indicate what she had was correct, that is how the situation came about in which missing property was not discovered.

Question:    Continued from above, why did UMC's legal personnel notified your department to search for the two laptop computers applied for by ZHUO Jianzhong?

Answer:    I'm not sure.

Question:    Are there other incidents where UMC was unable to find its computer[s]? What is the ratio and frequency?

Answer:    UMC has over 17,000 computers, with just one or two missing every year, so the ratio is not high.

Question:    About the above, if UMC's missing computer ratio is not high, which reflects UMC is active about safe-keeping its company computers, why did the laptop computer which CHEN Zhengkun applied for through ZHUO Jianzhong for use by the *PM* Department just happened to be missing? Could it be that related personnel hid or destroyed this important laptop computer on purpose because the *PM* department is under investigation by a law enforcement agency?

Answer:    I don't know why this laptop computer cannot be found at this time, but because this computer was an older model, and I've heard of incidents such as when an operational computer was linked to a machine, when the outdated machine was eliminated, the linked computer would be eliminated as well, so we suspect this computer, used by the *PM* department which CHEN Zhengkun applied for through ZHUO Jianzhong, might have been inadvertently eliminated, but our company really want to locate it as well.

| | |
|---|---|
| Question: | What do you mean by inadvertently eliminated? Does UMC keep track of its old equipment that have been eliminated? |
| Answer: | I've only heard that such things have happened. For example, when the original machine equipment assigned to the designated computer was broken, but the user or the user unit did not apply for a new computer and used the general-use computer instead, attention wasn't paid at the time to update the related record, so everything was eliminated at the same time. In addition, UMC machines are assigned independent property codes, but the machine interior could be formed with small-scaled equipments such as the pump, the motor and the computer. But these small-scaled equipments don't have any independent property codes. If it is because that the machine was old, but the small-scaled equipments inside are still useable, then this old machine's small-scaled equipment can be taken for installation into other machines. The computer that ZHUO Jianzhong helped to apply for could have been installed in an old machine, and was eliminated as part of the old machine. Another possibility could be that the computer ZHUO Jianzhong helped to apply for was an older model, something happened to it after the *PM* department used it but there was no repair request, and it was then eliminated along with an old equipment, but the action of taking it out of the account wasn't taken. All these are possibilities, but we are still actively looking for this computer. |

(15:19HR to 15:21HR, change recording disk and continue with video recording)

| | |
|---|---|
| Question: | On December 19, 2018, QUE Liangwu testified to this office: "I know Simon, Fujian Jinhua Company's *IT* supervisor. His Chinese name is XIAO Xinhuang." Is XIAO Xinhuang the *IT* supervisor at Fujian Jinhua Company you mentioned earlier? |
| Answer: | Yes, XIAO Xinhuang is Simon, the Fujian Jinhua *IT* supervisor who I'm familiar with. |
| Question: | Are you willing to be interviewed again by prosecutor(s) from the Taichung District Prosecutors Division? |
| Answer: | Yes. |
| Question: | Do you have anything to add? |
| Answer: | No. |
| Question: | Is the above statement truthful? |
| Answer: | I answered in accordance to my knowledge. |

UNCLASSIFIED

This pen record consists a total of 13 pages completed on December 19, 2018, 15:30HR. The interviewee personally reviewed and confirmed the record to be without error before signing and placing finger prints.

[Signatures of the interviewer, interviewee and note-taker.]