# Exhibit C

UNCLASSIFIED

| Investigation Record | December 19, 2018 |
|---|---|
| | Taichung Investigation Office, Investigation Bureau, Ministry of Justice |
| **Case** | |

| Question | Name | Nickname | Gender | Date of Birth | Place of Birth | Occupation (Level) | National Identity Card Number |
|---|---|---|---|---|---|---|---|
| Answer | HUANG Shuhan | | Female | ▮ | Taichung City | Assistant Engineer at United Microelectronic Corporation | ▮ |

| Question | Address | | Telephone | Family Financial Situation | Education |
|---|---|---|---|---|---|
| Answer | ▮ Tainan City Current Address: ▮ ▮ Tainan City | | ▮ | Middle class | Graduated from the Department of Computer Application at Far East University |

Question: The time now is 10:07 on February 19, 2018 (same below). The prosecutor from Taiwan Taichung District Prosecutors Office summoned you as a witness in the investigation of a case involving Trade Secrets Act and put our office in charge (Taichung Investigation Office of the Investigation Bureau under Ministry of Justice) of the investigation. Do you understand?

Answer: I understand.

Question: If you are concerned that the content of the statement will cause criminal prosecution to you, or someone whom you have a relationship with, as stipulated in Article 108 Paragraph 1 of the Criminal Procedure Law: (1) your current or former spouse, blood relatives, siblings, uncles, aunts, cousins, nieces, siblings-in-laws and their parents or family members, (2) someone you have a marriage engagement with, and (3) current and former legal representative, or currently or formerly acting as your legal representative, you can refuse to testify according to the law. Do you understand?

Answer: I understand.

Question: If the witness makes false statements on matters that are important to the case, it is a perjury violation of Article 168 of the Criminal Procedure Law. Do you understand?

UNCLASSIFIED

Answer: I understand.

Question: Work history and your current position?

Answer: I had worked in a children's clothing company before. From April 1989 to the end of January 1993, I was a technician at Taiwan Semiconductor Manufacturing Company, Limited (hereinafter: TSMC). Since February 1993, I have been working as an Assistant Engineer at United Microelectronics Corporation (hereinafter: UMC).

Question: When were you hired by the current employer?

Answer: I was hired by UMC in February 1993.

Question: How were you recruited by the new company?

Answer: I submitted my resume at the recruiting platform of HR Bank 104. Then I had an interview with the Department Manager of the Photolithography Research and Development (*CRD_LT*) and the Human Resources Manager and got hired by UMC.

Question: What was the name of your department?

Answer: When I joined UMC in February 1993, the department name was Photolithography Research and Development. I was an Assistant Engineer in that department. Later in August 2012 or 2013, I moved to Research, Development, and Integration (R&D and Integration) Department. From March 31, 2016, I went to help out at *NBDO* Department. After a while, I was officially transferred to *NBDO* Department. *NBDO* Department later was restructured into *PM*1, *PM*2, and *PM*3 Departments. I am in *PM*2 Department now. I have always been an Assistant Engineer in these departments. I am not sure about the English full name and Chinese name of *NBDO*, *PM*1, *PM*2, and *PM*3 Departments.

Question: What is your current position?

Answer: As I said, I have only been in the Assistant Engineer position in UMC.

Question: Please describe your job duties in details.

Answer: My primary function is to support the supervisors and engineers of various *PM*2 departments (including *PI*1, *PI*2, *Device* and *DM* Departments). Detailed support includes, as instructed by the senior officers, gathering and organizing the current progress of the products in the factory from the internal system and compiling that into daily *Excel* files reports for the Integration Department (including *PI*1 and *PI*2 Departments) in *PM*2 to reference in order to follow up subsequently and clarify the product issues. Also, when the products reach a specific step (the name of the step unclear) of the experiment, the engineers will ask me to take the products from the

                Clean Room to the relevant internal departments in UMC for inspection and testing. Once the inspection and testing are done, I will bring them back to the engineers at various *PM*2 departments. I am also responsible for returning the rejected wafers from various *PM*2 departments to the Manufacturing Department. I also follow the instructions from the engineers or supervisors of various *PM*2 departments and assist in drawing patterns related to the masks. Occasionally, I take care of some chores for various *PM*2 departments, run errands for the supervisors, and help with meeting convening.

Question: Please state the name of the special projects the company assigned to you and the content.

Answer: I don't have the name of the special products that I am in charge of.

Question: Please explain your management organization and the organizational structure of the supervisors above you.

Answer: There are *PM*1 and *PM*3 Departments lateral to the *PM*2 Department that I am in. *PM*2 Department is again divided into *PI*1, *PI*2, *Device*, and *DM* Departments. *PI*2 is sub-divided into *INT*1, *INT*2, and *INT*4 Departments. I am assigned in *INT*1.

Question: Please tell us the names of every manager or supervisor at each reporting level above you?

Answer: The supervisor of *INT*1 prior to February 2017 was LIN Yujie. Around February 2017, the supervisor was changed to CHEN Jianyang now. I don't know his title. The supervisor of *PI*1 is HUANG Zhehong. I don't know his title. The supervisor for *PI*2 has always been WEI Mingde. I don't know his title either. Assistant General Manager RONG Letian oversees *Device* Department. The supervisor for *DM* Department is either GUO Mingfeng or GUO Fengming (I can't distinguish them as these two people's names are very similar). The upper manager for *PM*2 has always been Associate General Manager RONG Letian. In terms of the managers above *PM* Department, since I don't interact with them, I don't know who they are.

Question: Where did you work before?

Answer: As I said, before I went to work at UMC in February 1993, I was a technician at TSMC from April 1989 to the end of January 1993.

Question: What was the reason that you left TSMC?

Answer: The reason I left TSMC was due to the heavy workload which took a toll on my health.

Question: How long did you work for TSMC?

Answer: As I said, I had worked at TSMC from April 1989 to the end of January 1993 for about three years and ten months.

Question: What was the job title you had at TSMC?

Answer: As I said, I was a technician at TSMC.

Question: Please describe in details you job duties at TSMC.

Answer: I was a technician to assist the operations of the Manufacturing Department. My job duties included assembling and maintenance of the *stocker* machines for the wafer storage *pods*, i.e. the wafers that did not go into process at that time or were waiting to go into process were put into the secured pods and stored inside the *stocker* machines. I was also responsible for assembling and maintenance of the *sorter* machines that were used for the exchange of the wafer pods, i.e. when we needed to switch the pods for the wafers, the *sorter* machine would take care of it.

Question: Our office went to UMC on February 7, 2017 to conduct a search with the search warrant issued by the Taiwan Taichung District Court. According to your investigation written statement dated February 7, 2017, you received instructions to remove WANG Yongming's and HE Jianting's equipment and phone from UMC Office. Please describe in details the conversation between you two in terms of receiving the instructions and requests to "*take care of*" the UMC company cell phone and computer.

Answer: In the afternoon of February 7, 2017, WANG Yongming was in the office on the second floor of the *P*5 Building. He got some documents and came to my desk (my desk is diagonally opposite to his). He told me that he would leave those documents with me. Right after that, HE Jianting also brought some documents to me. But in my recollection, he didn't tell me anything. I took the documents and didn't do anything with them. One after the other, WANG Yongming and HE Jianting each brought me an *USB* flash drive (I forgot which one of them brought me the *USB* flash drive first and which one was next). In my recollection, neither one of them said anything when they brought me the *USB* flash drives. Because they were my supervisors, when they brought me the documents and the *USB* flash drives, I followed my previous experience and practice, and put all the documents and *USB* flash drives they gave me into an empty cardboard box that I found. Later, WANG Yongming brought me his cell phone and said that he wanted to leave it with me. I followed his instruction and kept the cell phone with me. When both of them were in the office, they did not ask me to take care of the UMC company laptop. It was when your office people were about to come to our office, it happened when I was about to go to another building to see my coworker, ZHENG Yafeng. That's why I got up and left the office. In the hallway, I met HE Jianting and he gave me a laptop with a sticker showing UMC property serial number on it. At that time, HE Jianting told me something but I can't remember what he said now. I kept that laptop with me. On the way there, I needed to use the restroom. I gave WANG Yongming's cell phone

        and the laptop given to me by HE Jianting to my coworker, CAI Yiping, to watch them for me.  After I came out of the restroom, I bumped into a coworker, ZHOU Jiayang (phonetic), who was about to leave the company.  He invited me to have coffee at the 85°C Coffee Shop in UMC.  Not long after that, I got a phone call telling me to return the cell phone that WANG Yongming told me to keep back to the office.  Then I went back to CAI Yiping's office to get the cell phone and returned to my office.  Let me add this.  At the time when WANG Yongming gave me his cell phone, he did not know that I would be walking out of the office.

Question:  According to the above, who were the ones giving you the instructions?

Answer:  The ones who gave instructions were WANG Yongming and HE Jianting.

Question:  Where did the above conversation take place?

Answer:  As I said, when WANG Yongming instructed me to take care of his phone, it was in the office on the second floor of *P*5 Building where WANG Yongming's, HE Jianting's and my office were.  The conversation about HE Jianting handing me his laptop took place in the hallway outside our offices.

Question:  When you got the above instructions, were there anybody around?  Please describe in details the people at the scene.

Answer:  I remember there wasn't anyone around when WANG Yongming instructed me to keep his cell phone.  I am not sure if HE Jianting was in his office at that time.  Because his seat partition wall was quite high, I didn't see if he was in his seat.  When HE Jianting handed me the laptop, *Travis* (phonetic, unsure about his Chinese name), a UMC consultant, was with HE Jianting in the hallway.  When I walked out of the office, I saw HE Jianting and *Travis* standing together in the hallway.

Question:  Please state who else was aware of those instructed assignments.  What are their names?

Answer:  When WANG Yongming and HE Jianting told me to keep the documents, *USB* flash drives, and the cell phone, no one else other than me knew about their instructions.  When HE Jianting asked me to keep the laptop, Consultant *Travis* was at the scene and was aware of the instruction.  After I left the office, I also told CAI Yiping that the cell phone and the laptop were given to me by my bosses and were left with her for now.

Question:  After you received the instructions, who handed over the laptop, *USB* flash drives, and the cell phone to you?  What are their names?

Answer:  As I said, the laptop was given to me by HE Jianting.  WANG Yongming and HE Jianting each gave me one *USB* flash drive one after the other.  The cell phone was given to me by WANG Yongming.

Question: What was the reason you were told to remove the laptop, *USB* flash drives, and cell phone from UMC Office and keep them?

Answer: At that time, as a subordinate, I thought I was just keeping some stuff for the supervisors. I didn't ask for the actual reason. But later, I realized that they were the personal requests from WANG Yongming and HE Jianting and had nothing to do with office business.

Question: Are you aware of the content in the laptop, *USB* flash drives, and the cell phone?

Answer: I am not.

Question: Whose laptop, *USB* flash drives, and cell phone are they?

Answer: As I said, the laptop belonged to UMC and was assigned to HE Jianting. The *USB* flash drives belonged to WANG Yongming and HE Jianting. The cell phone belonged to WANG Yongming.

Question: What did the instructions you got tell you to do with the laptop, *USB* flash drives, and the cell phone?

Answer: For the cell phone, WANG Yongming had said to leave it with me. As for the *USB* flash drives, neither one of them gave me detailed instruction of what to do with them. Before HE Jianting gave me his laptop, in my recollection, he had asked me where I was going. I said I was going to the building next door. He then gave me the laptop and told me to hold on to it. He didn't give further instruction of what to do with the laptop.

Question: How did you handle the laptop, *USB* flash drives, and the cell phone?

Answer: As I said, I took the laptop and the cell phone with me on the way to see my coworker, CAI Yiping, in the building next door, and asked CAI Yiping to keep them for me. As for the USB flash drives, I put them into a cardboard box with the documents given to me by WANG Yongming and HE Jianting and locked them in the storage cabinet next to my seat. When I was done with the detention court at the Taichung District Court on February 8, 2017, I suspected there had to be problems with these stuff. With the requests from UMC Chairman of the Board, the Director of the Justice Department, and my lawyer, I voluntarily turned in the rest of the items to the Taiwan Taichung District Prosecutors Office for their possession.

Question: Based on what you know, what is the content stored in the laptop, *USB* flash drives, and the cell phone?

Answer: I don't know.

Question:  Have you ever turned on the laptop or the cell phone?

Answer:  I tried to turn on WANG Yongming's cell phone. But because I didn't have the password, I wasn't able to turn on the screen of the cell phone. As for the laptop, I never tried to turn it on.

Question:  Have you ever tried to check the content of the laptop, *USB* flash drives and the cell phone?

Answer:  No.

Question:  During the search executed by our Office in February 2017, other than what you have described, were there any other people who gave you other items, or did you hide any other items from our Office that you haven't voluntarily made aware to our Office?

Answer:  No.

Question:  Have you tried to communicate with the personnel of Fujian Jinhua Integrated Circuit Company of Mainland China through e-mail, telephone, mail, WeChat or *LINE*, etc.?

Answer:  In September, October 2018, in order to coordinate with Sherry ZHANG (unsure about the Chinese name) from UMC Accounting Department to handle the shipping matters on the wafers and I was assisting in the application for the export of the wafer products, I emailed *Mina* (unaware of the Chinese name), a staff in Fujian Jinhua Integrated Circuit Company in Mainland China, through my UMC internal mailbox.

Question:  What nature was the communication you had with the representatives from Fujian Jinhua Integrated Circuit Company of Mainland China?

Answer:  The communication I had with the personnel at Fujian Jinhua Integrated Circuit Company of Mainland China was business nature. I don't know the people whom I contacted.

Question:  Do you know that the personnel from Fujian Jinhua Integrated Circuit Company of Mainland China had visited UMC? What are their names and titles?

Answer:  I don't know if the personnel from Fujian Jinhua Integrated Circuit Company of Mainland China had visited UMC.

Question:  The time now is 12:46. The Office will stop asking you questions and will be on lunch break. Do you understand?

Answer:  I do.

Question:  The time now is 13:40. You are done with the break. Our Office continues to question you now. Do you understand?

Answer: I do.

Question: Do you agree to wait here (Taichung Investigation Office of Investigation Bureau, Ministry of Justice) for the questioning by the prosecutor from Taiwan Taichung District Prosecutors Office?

Answer: I agree.

Question: Do you have anything to add?

Answer: No.

Question: Is everything above-said true?

Answer: Yes.

There are a total of eight pages in this record which concluded at 14:30 on December 19, 2018. After the interviewee read through the record, the interviewee signed and stamped below to confirm the accuracy of the record.

| | |
|---|---|
| Interviewee: | [Signed, sealed, and dated 12/19/2018 by HUANG Shuhan] |
| Interviewer: | [Signed by LAI Xiangru] |
| Recorder: | [Signed by LIN Kefan] |