# Exhibit E

File Name: USD-0000513 WANG LINE Transcript

[*LINE*] Conversation with *JT* HE Jianting.txt

# Ministry of Justice Investigative Bureau   Digital Evidence Bag

| Work Unit Name: Xinbei City Field Office | | | |
|---|---|---|---|
| Confiscated Item Name | WANG Yongming cell phone; pin: [redacted], number 0911-[redacted] | | |
| Confiscated Item Quantity | 1 | Confiscated item owner, controller, handler | |
| Search Date | February 7, 2017 | | |
| Confiscation Date | | Confiscated item owner, controller, handler | WANG Yongming [thumbprint] |
| Confiscated Item Serial Number | A – [IL] [thumbprint] | | |
| Record of Unsealing | | | |
| Date (year, month, day, hour, minute) | Unseal Notes | Name | Unit |
| February 7, 2017, 22:00 / 0 | Inspecting contents | ZHANG Peishan [STC: 1728/0160/3790] | Xinbei Field Office |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

UNCLASSIFIED

File Name: USD-0000513 WANG LINE Transcript

| | | |
|---|---|---|
| 17:43 | WANG Yongming | Your call ended |
| 17:43 | *JT* HE Jianting | Call duration 0:17 |

May 16, 2016 (Monday)
| | | |
|---|---|---|
| 18:20 | WANG Yongming | Going to eat first |

May 19, 2016 (Thursday)
| | | |
|---|---|---|
| 20:31 | WANG Yongming | Your call ended |

June 1, 2016 (Wednesday)
| | | |
|---|---|---|
| 21:53 | *JT* HE Jianting | I have a premonition that we are going to be having a major change |
| 21:53 | *JT* HE Jianting | Good luck, and prepare yourself |
| 22:20 | WANG Yongming | Are you drunk? *XO* I really did bring…the Remy Martin |
| 22:21 | *JT* HE Jianting | Meet you next time |

June 14, 2016 (Tuesday)
| | | |
|---|---|---|
| 22:17 | WANG Yongming | Right, I've been meaning to tell you, don't introduce me anymore as having been in charge of *WAT*. In fact, after coming to Micron, I switched to device engineering. For *UMC* people, *WAT* and *device* are two widely disparate fields. For *UMI* and *ESMT* as well… |
| 22:27 | *JT* HE Jianting | I understand |
| 22:28 | WANG Yongming | Sometimes rigid perceptions will prevent communication. Now that I am starting fresh, I would prefer not to walk previously trodden roads |
| 22:28 | *JT* HE Jianting | I understand, you are *device* |
| 22:31 | WANG Yongming | I've settled down, and am grateful for your help |

June 23, 2016 (Thursday)
| | | |
|---|---|---|
| 23:27 | WANG Yongming | *Yiyi* really wants to go to *PI* but is too nervous to say anything |
| 23:33 | *JT* HE Jianting | Later there will be opportunities |

June 30, 2016 (Thursday)
| | | |
|---|---|---|
| 9:25 | WANG Yongming | [picture] |
| 9:27 | WANG Yongming | 4*G*3*C*, straight *E*300 *PFA* |
| 9:28 | *JT* HE Jianting | Got it |
| 9:29 | WANG Yongming | Think it over thoroughly |
| 9:31 | *JT* HE Jianting | Next conference I will invite real experts to express their opinions and it will be okay |
| 9:32 | WANG Yongming | Ask *DF* to speak himself |
| 9:43 | WANG Yongming | Where did Fuzhe put his public-use computer? Could he loan it to me to look at documents for a while? |
| 10:24 | *JT* HE Jianting | Fuzhe's was taken by *Stephen* |
| 10:27 | *JT* HE Jianting | Mine is my little cabinet, top slot |

UNCLASSIFIED

File Name: USD-0000513 WANG LINE Transcript

| | | |
|---|---|---|
| 10:27 | *JT* HE Jianting | *Password: Ower1234* |
| 11:01 | WANG Yongming | Thanks |
| 11:02 | WANG Yongming | I'll use it carefully |

July 1, 2016 (Friday)

| | | |
|---|---|---|
| 21:46 | WANG Yongming | RONG *sir* sent out next year's personnel organization today. There are two level one manager slots open |
| 21:48 | WANG Yongming | If Teacher JI doesn't come now, there will be no more chances |
| 21:49 | WANG Yongming | Or a spot is reserved for him. |

July 4, 2016 (Monday)

| | | |
|---|---|---|
| 20:12 | WANG Yongming | None of the device people have reported for duty. I'm worried that RONG *sir* is just creating a team that looks good on paper, while I am left to clean up his mess |
| 20:16 | WANG Yongming | Big *S* also is not in a position to give me resources. Without *layout* and *TCAD* in place, *device* is like an empty shell. |
| 20:18 | *JT* HE Jianting | It's all like this, one step at a time |
| 20:24 | WANG Yongming | Right now I don't even have the authority to look at resumes. Feel very powerless… |
| 20:27 | WANG Yongming | This week I'm going to confront him about this. Almost out of time. |
| 20:51 | *JT* HE Jianting | Unanswered call |
| 21:20 | *JT* HE Jianting | Yiyi and I had dinner/late night snack. We couldn't find you. Wanted to give you a chance to complain a bit but there was no opportunity. |
| 21:23 | WANG Yongming | I was feeling gloomy, so I left first |

July 18, 2016 (Monday)

| | | |
|---|---|---|
| 21:59 | WANG Yongming | Brother are you okay? Anything I can help with… |
| 22:24 | *JT* HE Jianting | Doing okay, just help *Jackie* discuss *flow*, that would be good. |

August 10, 2016 (Wednesday)

| | | |
|---|---|---|
| 15:22 | WANG Yongming | *ELPIDA's* first assessment of *STI SOD* was ▮ *nm*, is that correct? |
| 16:03 | *JT* HE Jianting | I think so. In order to develop 25, ▮ was used as a preliminary assessment. |

August 11, 2016 (Thursday)

| | | |
|---|---|---|
| 20:48 | *JT* HE Jianting | I remember now, the person who draws *layout* is named Shuru [STC: 3219/1172] |
| 21:37 | WANG Yongming | That's a different person |

August 17, 2016 (Wednesday)

| | | |
|---|---|---|
| 18:39 | WANG Yongming | Unanswered call |

33

UNCLASSIFIED