Exhibit G

File:  MW1B1_939051.verbatim

[Recording begins]

UM3:  Right, right, right.

UM1：  In that case…was WANG Yongming your subordinate?

UM3:  The same office.

UM1:  You were in the same [IA]?

UM3:  The same office, right.

UM1:  Who was the head of the office?

UM3:  Uh, RONG…RONG Letian [PH]

UM1:  Oh…

UM3:  Because I was acting as second in charge; not sure if you know, I still had my own department.

UM1:  *Okay*, *okay*. So did you bring over any information from Micron?

UM3:  Uh…not this time.

UM1:  Not at this time, meaning you did in the past?

UM3:  In the past, uh, you're referring to--

UM1:  [OV] when did you leave Micron?

UM3:  January 22nd of last year.

UM1:  *Okay*…upon your departure, did you have anything on your hand from Micron?

UM3:  The stuff from Micron, I took care of them at that time already, yes.

UM1:  *Right, right*, which is relatively more secured…at that time you…because I understand from the questioning that on April [PH] 20, Year 105 [2016], Micron issued a new regulation--

UM3:  [OV] Uh--

UM1:  --in regards to, to information management.

UM3:  Uh huh.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  A new regulation was in placed…the thing was WANG, WANG Yongming was doing a massive amount of downloading after April [PH] 20, and of course he did the same thing prior to April 20 [PH].

UM3:  Uh,

UM1:  But then I heard that prior to April [PH] 20, a lot of Micron people were saying there was not much information management at Micron--

UM3:  [OV] Because--

UM1:  [OV] so how was confidential information managed at Micron?

UM3:  --it wasn't managing its confidential information.

UM1:  No management, really?

UM3:  It wasn't managed, right.

UM1:  Not before April [PH] 20, it wasn't managed?

UM3:  We have never heard of an information management issue, because when we create a report, we of course need certain types of information.

UM1:  Right.

UM3:  Right, so if there's a need, we would *download.*

UM1:  Uh huh.

UM3:  That type of situation.

UM1:  *Okay.*

UM3:  So if they, they were to restrict you, actually…they would be able to, that is to say, there's no way you're able to access [PH] it--

UM1:  [OV] when Yongming was being questioned, he told me, he told the prosecutor--

UM3:  Uh,

UM1:   --the way he put it was that, if you need to download information, as long as the supervisor agreed and it's related to your work—

UM3:  [OV] that's right.

File:  MW1B1_939051.verbatim

UM1:  --you could go ahead to do it.

UM3:  Right, right, right.

UM1:  And then, once an approval was given, there was no need to ask again, that's what he said.

UM3:  What he said was basically correct. That is because…in theory, it was not managed; but the way it was managed, which I encountered, the way it was managed, was that you can't even go into it in the first place.

UM1:  Oh, so no way to even get into the system.

UM3:  Uh, it's not, it's not called a system, you'd have to click on it. It's called Xuekong [PH], which is one of the systems in the *office*; you'd have to click it and *key* in a certain *key word*, then it *show*s you had clicked in…and you can directly do the [download].

UM1:  So you can't say it's absolutely not managed.

UM3:  But that only accounts for a very small, very small amount.

UM1:  Very small amount.

UM3:  Right, I might have run into it just a couple of times, but they were all…by the others, because we have so called *networking*, that is, they would send, send us a *link* on certain situations abroad, but they did not take into consideration whether or not, whether or not we have access.

UM1:  Uh huh.

UM3:  But then it may just be me, because that's when I first arrived at Micron from the merger—

UM1:  [OV] Uh huh.

UM3:  --so that's why I wasn't given access, because it was meant for engineers in the general category.

UM1:  How far into Micron's merger was it when you left Micron?

UM3:  I'm not sure about the exact month and year of the merger—

UM1:  [OV] *okay,*

UM3:  --right, but I think it must have been around 2013 to 2014 when they started…[UI] with us,

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  Uh huh, *okay*, so originally you were with Rui, Lijin [Powerchip Technology]—

UM3:  Right.

UM1:  --was it Rui, Ruijin [Rexchip Electronic Corp.] or Lijin?

UM3:  It was Lijin, then from Lijin to--

UM1:  [OV] transferred to Ruijin.

UM3:  We were assigned there at that time.

UM1:  Assigned,

UM3:  Right, right.

UM1:  And following the merger, you did not return to Lijin [Powerchip].

UM3:  No, I stayed over there.

UM1:  Stayed at Micron.

UM3:  Right, because I also bought a house…[laughs]

UM1:  Oh, so you bought a house in Taichung.

UM3:  Right, right, right.

UM1:  Oh, all right, so now you…so you were never WANG Yongming's direct, direct supervisor, did you interact at all at work?

UM3:  Any sort of interaction at work…what do you mean by interaction?

UM1:  That is, the possibility of a situation where you would reference the same material.

UM3:  Reference the same material…we would ask him questions about the circuits, that is, we, because our expertise is in the area of…[UI], and they belong, they're more familiar with the circuit area.

UM1:  So Yongming was more familiar with the circuit area.

UM3:  Right, right, right, so if we were to do the *inspection* this way, does it meet this particular logic, circuit logic, issues like that; which is why, relatively speaking, there was not much [interaction].

UM1:  *Okay*…[UI] the case.

UM2:  Do you know if—

File:  MW1B1_939051.verbatim

UM1:  [OV] [UI]

UM2:  --do you know if WANG Yongming has taken information from Micron?

UM3:  Actually, whether he did or not, really I…I really don't know how to respond.

[Everyone laughs]

UM3:  Right, because Mic-Micron would not actually stop you from taking anything at the time of your departure, it depends on…[UI] over half a month, I just knew…[UI] much better, right, because it's like if you were to take it with you, it would be very exhausting, that's the only way I can put it. An alternative would be to take the electronic files, but then you can't enter the company with the electronic files, right, so this is where I feel--

UM1:  [OV] But when you were leaving your job, can you still use an *USB* to go in?

UM3:  What do you mean if an *USB* can still go in?

UM1:  Who was [UI]?

UM3:  Are you talking about at Micron?

UM1:  At Micron.

UM3:  Yes, [I] can, [I] can.

UM1:  So you can, so all you have to do is to take it out directly.

UM3:  What do you mean by just taking it out?

UM1:  That is to just download it.

UM3:  It'd be very tiring, very tiring. That…when you talk about privacy, if you mean as private as an *MP*3 [PH], there's nothing I can say about it; but if you were to use those *document*, it's stressful, stressful, right. I must admit, I must admit, on what I had written myself before, before this episode happened, I thought it was probably okay, it was okay…[UI], but after that day, I did a direct, direct--

UM1:  [OV] directly *swipe* [ph, sic] it off.

UM3:  Right, I…I just let it *fall* [ph] directly…*fall*…[UI], then it crashed.

[Both laugh]

UM3:  Because I feel that, for things like this, if they make a point to drag you down, there's nothing, nothing you can say about it…I can only say I will let you look at it if you want, nothing else I can do….I can only tell you that it is clean at this time, right.

File:  MW1B1_939051.verbatim

UM1:  You're fine as is. I don't think--

UM2:  [OV] Do you know of two company-owned stashed away computers in your department which can only be read, can only be read from but unable to go online?

UM3:  I know.

UM2:  That…that…do you know where those two computers came from?

UM3:  I, I must admit that when I came—

UM2:  Right.

UM3:  --at that time, *JT* [PH] had one unit, the other unit was--

UM2:  [OV] Right,

UM1:  Uh huh…

UM3:  Right. Uh--

UM2:  [OV] The other unit was yours?

UM3:  [I was] responsible.

UM2:  Then this, then are you aware of those two computers' function, aware the function of those two computers?

UM3:  I know, I know.

UM2:  *Okay.*

UM3:  That's why I must admit—

UM2:  Uh huh.

UM3:  --that one of those computers

UM2:  Huh.

UM3:  On that same day I asked…I did not let it reappear again.

UM2:  Uh huh.

UM3:  Right, right.

UM2:  Then you, then are you aware of the current whereabouts of those two computers?

UM3:  *JT* [PH] was making preparations to return it.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM2:  Right, so, so where's the other unit?

UM3:  The other unit,

UM2:  Right.

UM3:  We were…at that time I was going to find a way to see if I can do away with it.

UM2:  Uh huh.

UM3:  Right.

UM1:  Where is it now?

UM3:  At…do you guys need this?

UM2:  *No, no, no*, we, we just want to determine, to determine how many people in this department know about the existence of these two computers.

UM3:  I knew about it.

UM2:  You knew about it.

UM3:  Right, I knew about it.

UM2:  Who else knows about it besides you? Of course those two people—

UM1:  HE Jianting, HE Jianting knew, LI Fuzhe knew, you, *Steven* may also know.

UM3:  Right, I was the one who asked him to help take care of it, right.

UM2:  Any others?

UM3:  Am I allowed to say it? [laughs]

UM1:  Yes.

UM3:  [laughs]…*Jokie* [VPH]

UM2:  Who?

UM3:  *Jokie* [VPH], our secretary.

UM2:  Oh, *okay*, *okay*, the secretary of your department.

UM3:  No, no, the entire, the entire *PM.*

UM2:  Huh, so the secretary knows.

7

File:  MW1B1_939051.verbatim

UM3:  Right.

UM2:  So where, where is it now?

UM3:  At…inside, the *details* [PH] inside--

UM2:  [OV] the inside is all cleaned?

UM3:  Right, it's cleaned. Actually what I wanted to do was to find a hole and bury it [laughs]

UM2:  Uh huh.

UM3:  Because I felt that, but I heard it's been accounted for somewhere.

UM2:  Huh?

UM3:  It's been accounted for.

UM2:  I asked RONG Letian's secretary to look into it, I was told it wasn't accounted for…but it turns out today [laughing slightly]…so you say it was sent out to be *formatted*?

UM1:  [SC] was it *John LI* [PH]?

UM3:  *Jokie* [PH].

UM1:  *Jokie* [PH].

UM3:  But then I felt it was my issue—

UM2:  Uh huh.

UM3:  --I asked him to take care of it, because I felt it was too risky.

UM2:  Uh huh…so who actually carried out the *format*, do you know? [pause]
Was it people from *IT*? Tainan's *IT* people? Or was it people from your own department?

UM3:  I'd need to check with him about this—

UM2:  Oh,

UM3:  I'd need to check with him.

UM2:  All right…we need to…because this, this is a hot potato, we need to clarify, uh, [laughing slightly] how many people know about it?

UM3:  I…I feel I like I did something wrong, I made a mistake.

UM2:  Huh?

File:  MW1B1_939051.verbatim

UM3:  [laughs]

UM2:  Was there a lot of information on that computer?

UM3:  No.

UM2:  Not much information in it?

UM3:  No, but I think its very existence would create suspicion.

UM2:  Huh.

UM3:  Right, it would create suspicion.

UM2:  Uh huh.

UM1:  [laughs] you're fine, you're fine, you're fine.

UM2:  So aside from these people, no one else knows about this matter?

UM3:  Uh, no.

UM2:  Then don't let anyone else know.

UM3:  Then, sorry, my question now is, if this is what happened, how should I have handled that computer?

[pause]

UM1:  A catastrophic question…[laughs]…why was the handling of this computer left to you and not to LI Fuzhe [PH]?

UM3:  It was located by where we were at the time.

UM1:  Oh, right. So when it has to be used, the person would come to where you were to use it?

UM3:  Yes, they would come over to retrieve it, right, because I have a bigger space.

[Everyone laughs]

UM1:  So that's what it is! So the computer was being accounted for under UMC, right?

UM3:  I saw a label with the UMC logo on it.

UM1:  Then return it to UMC, clean it out and return it to UMC, its original owner.

UM2:   Return it to whoever has the jurisdiction.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  No, no unit would come out to claim it, you know, even if you return, return it to UMC, the question is where at UMC, you know.

UM3:  Uh huh.

UM2:  Right? UMC has to have a person or a unit to accept your thing,

UM3:  Uh huh.

UM2:  No unit would accept it.

UM1:  I can understand.

UM2:  Who would dare to touch it?!

UM3:  Exactly.

UM2:  No one would dare to touch it, you know. You're saying to return it to UMC, who would take that at UMC? You know? Right, this is a very difficult issue; that's why at where you are in your position,

UM3:  Uh huh.

UM1:  Would it be with your secretary?

UM3:  [UI] No.

UM1:  Not there, either; it exists but disappeared. [Everyone laughs.]

UM2:  It cannot be returned to UMC, who at UMC, who at UMC would you return it to?

UM3:  It can be done, as long as--

UM2:  [OV] there's no, no one…no…am I right?

UM3:  --on the book…

UM2:  On the book, on the book…the other day your secretary said to look for it even though you can't find it.

UM3:  Right, you'd have to find it, then…look for it even if it can't be found.

UM2:  So to your knowledge, how many people know about this thing?

UM3:  No one.

UM2:  Huh?

UNCLASSIFIED

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  Are you saying no one knows about the handling part except for *Jokie* [PH]?

UM2:  Does WANG Yongming know about it? WANG Yongming and HE Jianting both know about this computer?

UM3:  HE Jianting knew about it.

UM1:  But he doesn't know how you were going to dispose it?

UM3:  Right.

[Pause] [UM2 lets out a deep breath.]

UM3:  Yes, because I feel if I tell it as it is, then you'll be able to know how to help us.

UM1:  Uh huh.

UM2:  But this, this is…what was behind the initial thought of bringing that thing into the company?

UM1:  It was something that's already in the company.

UM2:  No, no, the files, how did they even thought about looking at the thing in the office? That thing, that thing should not have appeared in an office area. Right? Don't you think? Doesn't everyone who report to *HR* have to, have to sign something?

UM3:  We just don't…don't dare [chuckles].

UM2:  [laughs] Okay, so that, that, we will discuss more with Attorney CHEN [PH] on how to handle the issue.

UM1:  It's a pretty big headache.

UM2:  It has already been *formatted*, right?

UM3:  Yes.

UM2:  [lets out a long, deep breath] so once it's been *formatted*, from a technical view point, can it be known afterwards that it had been *formatted*? That is to say, after a certain timeframe…I'm thinking back to a while ago, where, in the US, the *AUO* was searched by the *FBI*. Mother fucker! Whatever was formatted, the *FBI* was able to restore the whole thing to its original content. What I'm saying, is there a possibility that they would discover the thing had been *formatted* after the search? [pause, laughs]  Do you think it's possible? Wow! Fuck! If they find out the *format* was done after the search, we would look as if a futile attempt was made to cover up the obvious [see TN note].

UM3:  The computer crashed.

File:  MW1B1_939051.verbatim

UM2:  Huh?

UM3:  The computer crashed.

UM1:  So…no way to find out [chuckles].

UM3:  It just crashed.

UM1:  Uh, *David* [PH], I'm thinking it's not convenient for the computer to be placed here…[UI] instead of feeling uneasy about it all day long, just take care of it.

UM2:  Where would you put it then?

UM1:  Just take care of it.

UM2:  How would you take care of it?

UM1:  Give it to CHEN Zhengkun [PH]'s secretary.

UM2:  Will CHEN Zhengkun [PH]'s secretary take it?

UM1:  Yes, yes she will.

UM3:  Which person?

UM1:  *Louisa.*

UM3:  *Louisa*?

UM1:  Oh [chuckles], this *Louisa*.

UM2:  Do you know *Louisa*?

UM3:  Huh.

UM1:  I'll talk to *Louisa*;

UM3:  All right.

UM1:  I'll talk to *Louisa* first.

UM3:  All right.

UM1:  I'll talk with *Louisa* first and see what happens.

UM3:  And then, I have another matter.

UM1:  Uh huh.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM3:  WANG Yongming looked me up on Saturday.

UM2:  Yes, yes, yes.

UM3:  Yes, uh.

UM2:  What time was it?

UM3:  In the morning.

UM2:  *Okay.*

UM3:  In the morning.

UM2:  Uh huh, yes.

UM3:  He called me.

UM1:  Uh huh.

UM2:  Uh huh.

UM3:  He asked if we can meet.

UM2:  Uh…uh…

UM1:  Huh.

UM3:  At that time I was…I, must say I heard from someone else that I was on the *list* [PH], so I told him it was not convenient. But then he immediately reacted very strongly, he said: "Forget it!" I was taken back, but I told him no, I want to meet up.

UM2:  So did you end up meeting him?

UM3:  I did, we made arrangements to meet, because he was calling me from a public telephone.

UM2:  Uh huh.

UM3:  We agreed to meet at *Seven Eleven*…where I would drive over to pick him up, buy a cup of coffee from *Starbucks* and return to my car.

UM2:  Uh huh.

UM3:  What I'm trying to ask is, first, am I, am I allowed to see him if he calls me again?

UM2:  There's no legal restrictions for you not to meet with him, right?

UM3:  Uh.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM2:  You're…right.

UM3:  Right.

UM2:  Meeting him doesn't mean you're breaking the law.

UM1:  Just don't talk about the case.

UM2:  But, right, just don't go into this issue, because--

UM1:  [OV] because he feels he needs support from his friends now.

UM3:  Uh huh.

UM1:  So seeing him would give him a lot of psychological support.

UM3:  Right.

UM1:  Because if…[UI] his friends around reject him, he would end up having a break down.

UM3:  Right. I do sense he was on the verge of a breakdown, because he, he kept mumbling to himself in my car.

UM2:  Uh huh.

UM1:  I understand, yes.

UM3:  That's why I don't think he can make a sound decision.

UM2:  Huh.

UM1:  Right, yes. I think that, if you're coming from a higher up's standpoint, it's not a big deal to offer him some emotional support. But I think it should be from a friend's standpoint.

UM3:  Uh, uh.

UM1:  Because if it's from the company's viewpoint, at this point it's still a must to treat him as an employee of the company.

UM3:  I understand.

UM1:  So from a friend's point of view, I actually do encourage you to meet and give him some support.

UM3:  The thing is I'm in a relatively passive position, he…because I called his--

UM1:  [OV] you're not able to initiate contact with him.

File:  MW1B1_939051.verbatim

UM3:  I'm not able to initiate contact with him.

UM2:  Uh.

UM3:  Up to now the two calls I received were from him using a public telephone.

UM1:  Uh huh.

UM3:  He would call me on the day of, and I would drive the car over, and he'd call again when I was half way there; he called me a total of two times.

UM1:  Do you know CHEN Yiyi [PH]?

UM3:  He worked under me.

UM1:  He worked under you. He made contact with CHEN Yiyi, Yongming made contact with CHEN Yiyi.

UM3:  Yes.

UM1:  So CHEN Yiyi has his new phone number?

UM3:  Oh, he has his new phone number.

UM1:  Right.

UM3:  All right, let me--

UM1:  [OV] He has his new cell phone number. The cell phone, as far as I know, was changed to a new one since last November, meaning it may still be monitored from that time, because he was being listened in; so if you two are in contact, be careful about what you say.

UM3:  I…all I did was--

UM1:  [OV] give him some support.

UM3:  Right, because regardless of what happened, we were colleagues.

UM1:  Right, right, right.

UM3:  We were friends--

UM1:  [OV] Right.

UM3:  --anyone can encounter this type of situation.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  Right, that's correct, anyone can encounter this kind of situation; giving him some support is a good thing, it also entails what should be the team spirit; just, just don't talk about the case.

UM3:  Uh.

UM1:  I think its fine to meet him privately at a park or at a *coffee shop*, sit down, have some snacks and coffee, and encourage him not to dwell on the small stuff.

UM3:  I don't think so [chuckles], because his, his mindset, to be frank, tends to be more *negative*.

UM1:  That's already in his personality.

UM3:  Right, right, right. I thought of going through his wife, but his wife also took leave from work, right, so it's possibly more difficult.

UM1:  I can tell you his actual situation. The company also suspended his wife [from working], because his wife works for Micron.

UM3:  Right.

UM1:  Um, suspended…but I heard the company is still paying her a salary.

UM3:  He did mention to me his stress level is very high.

UM1:  Yes, the stress level is very, very—

UM3:  [OV] that's what he told me.

UM1:  --high, very, very high.

UM3:  And then he doesn't know which direction he should head to.

UM1:  Uh huh.

UM3:  Right.

UM1:  Right.

UM3:  Right, and he also hopes for an, an opportunity to get connected.

UM1:  Uh huh.

UM3:  Right, I think you may already know who he is referring to, so I won't say much more, right.

UM1:  Right.

UNCLASSIFIED

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM3:  Right, I'm just making a reference to these areas, I told him to watch his health, because I know his health is not very good, he looked--

UM1:  [OV] right, he needs support from others. As far as him as an individual, it's actually not a big deal. It's just he was passionate about his work, so he made a lot of efforts to gather the information, hoping to increase his knowledge in this area because he didn't deal with this kind of work in the past, it was his way of being aggressive and expectation he had of himself. It's a shame this happened to a young person who was just trying to improve himself. But this is not the end of his life, not the end of his life.

UM3:  What do we need to pay attention to?

UM1:  Just don't talk about the case.

UM3:  Uh.

UM1:  Everything else is fine, it's fine; ask him out often, it's okay, just don't talk about the case.

UM3:  As for that computer-

UM1:  That computer…we, we will make some arrangements for you, all right?

UM3:  What kind of time frame?

UM1:  The sooner the better.

UM3:  [lets out a breath] the sooner the better, so difficult [laughs].

UM1:  Just wait for notification from the company, all right?

UM3:  All right, all right.

UM1:  I…[UI] to work on your case [laughs].

UM3:  [UI]

UM1:  This should be…[UI], as for some people's guess that you might be, at this time you still haven't been called upon to be a witness, right, some people guess you may be called upon as a witness,

UM3:  Huh,

UM1:  Uh, if, at this point this doesn't seem like a high possibility.

UM3:  I feel if I am asked to be a witness, then I'll go, since I'll just be telling them the truth--

UNCLASSIFIED

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  [OV] Right, right, right, that's how it is, if in case you were to called upon, you'll just have to tell the truth--

Um3:  [OV] that's fine, that's fine.

UM1:  --other people who [UI], you don't have to volunteer the information.

UM3:  If he just lets me make a call there, because I'm afraid, because I'm just on business over here, my mother is the only one at home. If it was like the other day when they questioned me into the night, I'm afraid my Mom will go crazy [laughs]. Right, so if I have to go, I'd just need to call my mother, that's all.

UM1:  That's fine, it should be no problem, should be no problem.

UM3:  That's great.

UM1:  Right, you're fine, it should not be as intense or as stressful like that time on February 7th. You'd just need to tell it as is, though I think the possibility is not high for you to be summoned, you're not Micron's target, and they may not be getting a lot out from you. You, you, uh, did you make the suggestion for Yongming to go to UMC? No? Right, did you ask Yongming to leave [UI]?

UM3:  No.

UM1:  I think your name should appear on Micron's indictment document, your name should be on it.

UM3:  Uh huh.

UM1:  But it looks like you will not be a target. I suggest you just concentrate on your work, and lead the team effectively.

UM3:  [laughs]

UM1:  [laughs]

UM3:  Sorry, I want to clarify what it means by appearing on Micron's indictment.

UM1:  Because your name may be in its statement of indictment, that was the reason for their question, they would ask, ask about WANG Yongming.

UM3:  Uh huh.

UM1:  Because when I accompanied WANG Yongming for his questioning, a total of seven people's names were mentioned, and yours was one of them.

UM3:  [laughs]

UNCLASSIFIED

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  That's why I'm guessing your name was on the indictment statement from the very beginning. I gathered from WANG Yongming's response that it didn't have much to do with you, that's why I think it's unlikely you will be summoned, even though they have asked about you, I don't think it would help the overall case to have you go there, they must make some arrangements, right.

UM3:  Right, I actually suspected early on that's what Micron would do, but I didn't expect he would…because it included, because we worked there for more than a year, even the *wifi*…[UI] can actually be connected, even though it's separated into two, one was [UI], the other was *intranet*--

UM1:  [OV] Uh huh.

UM3:  --[UI] it can be, can be [UI] linked. That's when I discovered he was actually waiting to do this thing.

UM1:  Uh huh.

UM3:  Right, I don't think…when we're over there, we can even bring in our own computer.

UM2:  You can bring your own computer into the site.

UM3:  Right, right, I feel I must tell it as it is.

UM2:  But, is the information segregated, segregated by type? Meaning some you can take at your leisure, and some you'd have to have access before it can be obtained; so if security measures were adopted--

UM3:  [OV] Uh huh.

UM2:  --such as you'd need a passcode, certain level of access, etc. then if you take it with you, it would become a major issue, relatively speaking.

UM3:  For sure, for sure.

UM2:  But if it is to say the information you took was not bonded by any security measures,

UM3:  Uh huh,

UM2:  Something that a *certificate* can be obtained, then this, this is not a big issue. It's like at UMC, some information is in fact opened to the public, such as the year-end reporting at UMC, it's open information which everyone knows about. The other type is, it's not for public access, but for those who work inside, such as the organization chart, position description, right? Stuff like that, can be accessed by everyone who works at the company.

UM3:  Uh,

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  But the information cannot be accessed from the outside, this is the second thing. The third thing is sensitive information that belongs in the general category, sensitive information in the general category, that is to say, it is not accessible to everyone, but as long as it is related to your work and or certain position, you can have access. The fourth category is that measures were adopted, genuine measures were adopted, which requires certain level of access, right?

UM3:  Uh huh, I understand, I understand.

UM1:  Right, right, that's the type I just mentioned, the fourth type—

UM3:  [OV] I think the third category is where everyone have their access.

UM1:  --Uh huh,

UM3:  Because you would not even have a chance to enter the fourth category.

UM2:  But what's…is, back then at Micron, only you could have that access, that is to say, you were *one of* those people who had access, and you took that information out from the company--

UM3:  [OV] Uh huh,

UM2:  --that's where the risk comes in. So is there a possibility for WANG Yongming to fall into this situation? Right? This…this…right now I don't know, but the fact is, if you were to indict someone, you can't just say it casually, you'd have to be clear about the specific behavior, including person, incident, date, location, and material; person, incident, date, location, and material before you have a case, that's when a crime can be established. It is still too early at this point to talk about that.

UM3:  Uh huh,

UM2:  It is only until clarification is made of the particular person, incident, date, location and material that the *defense* can--

UM3:  I understand--

UM2:  [OV] Right,

UM3:  --like Micron, at the time when we leave the company, it wasn't mentioned that you'd have to get rid of what's in your computer or anything like that, actually--

UM1:  [OV] it wasn't mentioned.

UM3:  It wasn't mentioned, right.

UM2:  Right, did he sign anything?

UM3:  We did not, we definitely--

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM1:  [OV] No?

UM3:   --I don't recall there was any, I don't recall I signed anything.

UM2:  [OV] people usually just blindly signed away, you know.

UM3:  I don't recall there was anything signed.

UM1:  [IA]…signed.

UM2:  [OV] what was the procedure for leaving your job?

UM3:  The departure procedure would be to return your identification card,

UM2:  Uh huh.

UM3:  And for people like us the cell phone and credit card,

UM2:  Uh huh.

UM1:  Uh huh.

UM3:  And then our credit card, because we use it for company business when we go abroad.

UM2:  *Okay, okay*, there's a company credit card for when you go out on business.

UM3:  Right, and then general tasks wrap up, and returning the computer.

UM2:  That's all.

UM3:  That's all, right.

UM2:  You didn't sign any other documents?

UM3:  No, at least not when I left, I didn't sign any documents.

UM2:  So you didn't sign, that would mean it's probably, probably a good sign for our situation.

UM3:  But…I don't know whether they did or not--

UM2:  Uh,

UM3:  --because I recall, recall I didn't sign anything at the time, but I received what we signed before…[UI] looked like a contract, which is in my car if you need to look at it, because I'm treating it like--

UM2:  [UI] regardless, regardless, it's doesn't look like you'd be indicted.

UM3:  Right.

UNCLASSIFIED

File:  MW1B1_939051.verbatim

UM2:  It doesn't look like you'd be indicted…this is just an entry [UI] of sort, anyways--

UM1:  [laughs]

UM2:   --otherwise if we come up with so much, so much, so much information all at once, it will *dilute* the focus.

UM3:  Uh huh.

UM1:  Right, I think you'd be all right, take it easy, you will end up to be all right.

UM3:  I just want, I just want to get rid [PH] of the [UI].

UM1:  Huh?

UM2:  We will handle the computer issue for you.

UM3:  My biggest issue is the computer [chuckles]

UM2:  We will take care of the computer issue…*okay*, all right, that's all for now. Thank you for your time, thank you.

UM1:  Thank you.

UM3:  Thank you, thank you.

[Sound of people leaving, door shutting]

UM2:  I'll look, look for the secretary.


[End of recording]