STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
NICHOLAS WALSH (CABN 314290)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Laura.Vartain@usdoj.gov
    Nicholas.Walsh@usdoj.gov

NICHOLAS O. HUNTER (DCBN 1022355)
STEPHEN MARZEN (NYBN 2007094)
Trial Attorneys, National Security Division

    950 Pennsylvania Ave., NW
    Washington, DC 20530
    Tel: (202) 353-3434
    Fax: (202) 233-2146
    Nicholas.Hunter@usdoj.gov
    Stephen.Marzen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-00465 MMC |
| Plaintiff, | AMENDED EXHIBITS D, E, G, I, J, K RE: UNITED STATES MOTION IN LIMINE 1 FILED DECEMBER 1, 2021 |
| v. | |
| FUJIAN JINHUA INTEGRATED CIRCUIT CO., LTD., | |
| Defendant. | |

AMENDED EXHIBITS
18-CR-00465 MMC

# ERRATA

The United States' First Motion *in Limine* filed yesterday on December 1, 2021, attached Exhibits A through O (Dkt. 236 and attachments). Exhibits D (Dkt. 236-4), E (Dkt. 236-5), G (Dkt. 236-7), I (Dkt. 236-9), J (Dkt. 236-10), and K (Dkt. 236-11) are hereby resubmitted with highlighting to the exhibits that was inadvertently-omitted from the original exhibits. No other changes have been made.

Dated: December 2, 2021                    Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 */s/ Laura Vartain Horn*
LAURA VARTAIN HORN
NICHOLAS WALSH
Assistant United States Attorneys

NICHOLAS O. HUNTER
STEPHEN MARZEN
Trial Attorneys, National Security Division

AMENDED EXHIBITS
18-CR-00465 MMC