# Exhibit N

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-465 MMC |
| Plaintiff, | ) |
| | ) DECLARATION OF *JANE JUNG* IN SUPPORT |
| v. | ) OF PROVIDING EVIDENCE FROM TAIWAN(RRC) |
| | ) TO UNITED STATES |
| UNITED MICROELECTRONICS CORPORATION, INC.; FUJIAN JINHUA INTEGRATED CIRCUIT, CO., LTD.; CHEN ZHENGKUN, a.k.a. STEPHEN CHEN; HE JIANTING, a.k.a. J.T. HO; and WANG YUNGMING, a.k.a. KENNY WANG. | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I, *Jane Jung*, declare as follows:

1.  I am a *Prosecutor* in the Ministry of Justice, R.O.C.(Taiwan), Department of International and Cross-Strait Affairs.  In that position, I have personal knowledge of the responses the Taiwan Ministry of Justice ("MOJ") has provided to the United States pursuant to requests the United States made under the Mutual Legal Assistance Agreement ("MLAA") between Taiwan and the United States in the matter involving the theft of Micron's trade secrets by United Microelectronics Corporation ("UMC") and individuals including Kenny Wang and JT Ho.  Based on that knowledge, I declare as follows:

2.  The certificates attached to this declaration as Exhibit A1 are the certificates that MOJ provided to certify the authenticity of the copy of the item of evidence called "Warehouse Seized Item No. 48 portable" that MOJ provided to the United States pursuant to a request made under the MLAA.

3.  The Certificate with Respect to Seized Items in Exhibit A1 references a "Statement on the Delivery of Evidentiary Items," also called the "TDPO Statement."  Exhibit D1 is a true and accurate copy of the "TDPO Statement."

4. The certificates attached to this declaration as Exhibit A2 are the certificates that MOJ provided to certify the authenticity of the copies of the forensic images of the devices that the Taiwan Ministry of Justice Investigation Bureau ("MJIB") seized, as described in the Certificate of Authenticity of Forensic Images included in Exhibit A2, and that MOJ provided to the United States pursuant to a request made under the MLAA

5. The certificate attached to this declaration as Exhibit A3 is the certificate that MOJ provided to certify the authenticity of a number of documents, including the copy of the LINE chats between JT Ho and Kenny Wang, attached as Exhibit F to this declaration. MOJ provided a copy of those LINE chats pursuant to a request made under the MLAA.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and recollection. Executed this ___rd day of November 2021 in Taiwan.
*29th*
.

/s/ *Jane Jung*

DECLARATION OF                                   2
CR 18-465 MMC

Exhibit A1

Form B

CERTIFICATE OF AUTHENTICITY OF

FOREIGN PUBLIC DOCUMENTS

I, _傅淑蕙_ declare on penalty of criminal punishment for false statement

or declaration that my position with the Authority of R.O.C(Taiwan) is

prosecutor and that in that position I am authorized by the law of

R.O.C(Taiwan) to declare that the documents attached and described below

are true and accurate copies of original records which are recorded or filed

in Taiwan Taichung District Court , which is an office or agency of

R.O.C(Taiwan).

Description of Documents:

The exhibit provided to the United States is a portable hard drive with a
capacity of 1 TB (the portable hard drive is named 106030-copy), and the
digital data source is " Warehouse Seized Item No. 48 portable ", the
item described in Table 11 of the Indictment of Taichung District
Prosecutors Office with 2017 Investigation Numbers 11035, 4520, 5612,
and 5613 .

_傅淑蕙_ [signature]

_Prosecutor_ [title]

_2020.3.13_ [date]

表 B

外國公文書真實性之證明

本人張添興作證，如有虛偽陳述或證言，將受刑事處罰。

本人在中華民國(臺灣)之政府當局之職稱為檢察官，並經中華民國
(臺灣)之法律授權證明此所附及以下所述之文件係真正且係依照原
本紀錄正確製作之複製本。該原本紀錄存錄在中華民國之臺灣臺中
地方法院

有關文件之敘述：

提供給美國的證物為1個容量1TB之隨身硬碟(該隨身硬碟被命名為
106030-copy)，該證物內的數位資料來源為「贓物庫物品編號48的隨
身硬碟」，這是臺灣臺中地方檢察署106年度偵字第11035、4520、
5612、5613號起訴書附表十一所示的證物。

_____ (簽名)

_____檢察官___ (職稱)

_____2020.3.13__ (日期)

USD-0838191

# CERTIFICATE WITH RESPECT TO SEIZED ITEMS

We, _____ , _____ , declare on penalty of criminal

punishment for false statement or declaration that my position with the Authority

of *R.O.C. (Taiwan)* are, in order, *Forensic Officer, Prosecutor's Investigator and*

*Prosecutor*. The *Ministry of Justice Investigation Bureau ("MJIB") and Taichung*

*District Prosecutors Office ("TDPO")* lawfully seized custody of the items

described in Tables 1 through 11 of the Indictment of TDPO with 2017

Investigation Numbers 11035, 4520, 5612, and 5613 ("Taiwan Indictment"). The

items were provided in the condition as noted below to TDPO, which transferred in

turn in exactly the same condition to the Taichung District Court when the

Indictment was filed to the court. Under Taiwan law and procedure, the court acts

as a repository for evidence in its original, received condition. The evidence in the

court's possession should therefore be unchanged from the condition of the

evidence when it was provided to the court.

1

USD-0838192

The article provided to the United States is a hard drive that contains exact images of information described as "forensically extracted and saved in Warehouse Seized Item ("WSI") No. 48 portable hard drive after forensic extraction" in the columns of notes of Table 1-Table 11 attached to the Taiwan Indictment. Each image is a true and accurate copy of the forensically extracted data from the 25 seized devices, which is made pursuant to the procedures described below.

- Description of Article(s) Provided to the United States:

  See 「三、關於移交證據硬碟內目錄所存檔案之描述」 (Paragraph Three -- Description concerning the files stored in the hard drive (WSI No. 48) delivered as evidence, "Paragraph Three Description") in the attached Statement on the Delivery of Evidentiary Items ("證物移交說明", "the TDPO Statement") to this Certificate.

- The Change in condition while in custody of *MJIB*:
  The MJIB seized (for detailed dates and places of the seizure, please refer to the TDPO Statement)26 electronic devices (WSI No. 10 later found damaged) possessed by the defendants. The devices were immediately delivered to the MJIB Forensics Laboratory ("the Lab") for forensic

2

USD-0838193

examination. The Lab used "X-Ways Forensics V18.6" forensic software,

following the "key words" provided by Taiwan Micron, the claimant in the

Taiwan Indictment, to search and locate the relevant part of the data

contained in the devices. The lab then used software "XRY V7.2 "

developed by Micro Systemation and software Universal Forensic

Extraction Device developed by CelleBrite to extract from the devices the

parts of the data which are related to the case. All these extracted relevant

parts of the data have been uploaded to and saved in WSI No. 48. The 25

items of the articles are specifically listed in Paragraph Three Description in

the TDPO Statement, as well as in column of notes in Table 1-11 attached to

the Taiwanese Indictment.

_____ *[signature]*

_____ *Forensic Officer* _____ *[title]*

M O J _____ *[place]*

2020 / 03 / 16 _____ *[date]*

3

USD-0838194

_____許懷文_____ _[signature]_

_Prosecutor's Investigator_ _[title]_

_Taichung District Prosecutors Office_ _[place]_

_____2020.3.13_____ _[date]_

_____張添_____ _[signature]_

_____Prosecutor_____ _[title]_

_Taichung District Prosecutors Office_ _[place]_

_____2020.3.13_____ _[date]_

4

USD-0838195

Exhibit A2

表 B

外國公文書真實性之證明

本人陳立偉作證，如有虛偽陳述或證言，將受刑事處罰。

本人在中華民國(臺灣)之政府當局之職稱為檢察官，並經中華民國(臺灣)之法律授權證明此所附及以下所述之文件係真正且係依照原本紀錄正確製作之複製本。該原本紀錄存錄在中華民國法務部調查局資安鑑識實驗室。

有關文件之敘述：

臺灣臺中地方檢察署(下稱臺中地方檢察署)偵辦王永銘等人違反營業秘密法一案，經檢察官指揮法務部調查局新北市調查處(下稱新北處)調查官，持法官核發之搜索票，於西元2017年2月間執行2次搜索，搜索過程扣押手機、筆記型電腦、隨身硬碟、隨身碟等電子設備共26件。新北處將扣押證物送交貴局資安鑑識實驗室(下稱實驗室)進行鑑識，鑑識過程中發現2017年2月7日在王永銘位於聯電公司宿舍所扣押之USB隨身碟【即實驗室條碼106030-25-05，贓物庫物品編號10之證物】已經損壞，因此只有25件證物有鑑識結果。

為了完成美國所提出第10次的司法互助請求，臺中地方檢察署通知實驗室複製了前述鑑識過程中所製作的映像檔，並儲存到隨身硬碟1顆（容量4T），該隨身硬碟上序號為1K3120295858，ID為SUH2004T109023。前述物件於2021年3月8日送交到法務部。

USD-0885770

陳立偉

檢察官

2021.3.18

USD-0885771

Form B

CERTIFICATE OF AUTHENTICITY OF

FOREIGN PUBLIC DOCUMENTS


I, Lewei Chen , declare on penalty of criminal punishment for false

statement or declaration that my position with the Authority of Republic

of China(Taiwan)   is prosecutor and that in that position I am authorized

by the law of  Taiwan to declare that the documents attached and described

below are true and accurate copies of original records which are recorded

or filed in Ministry of Justice Investigation Bureau Forensics Laboratory ,

which is an office of  Taiwan.


Description of Documents:

  TDPO investigated the case of Wang Yungming and others in violation

of the Trade Secrets Act, and commanded agents of the New Taipei

Investigation Office to hold the search  warrants issued by the judge and

executed two searches in February 2017.  A total of 26 electronic devices

such as mobile phones, laptops, portable hard drives, and flash drives

were seized. The New Taipei Investigation Office sent the seized

evidences to the  Laboratory for analysis. During the forensic process, it

USD-0885772

was discovered that a usb flash drive [Laboratory barcode 106030-25-05, WSI No. 10 ] seized in Wang Yungming's dormitory at UMC February 7, 2017 has been damaged , so only 25 exhibits have forensic results.

In order to complete The 10th Mutual Legal Assistance Request, the TDPO notified the Laboratory to copy the image files made during the aforementioned forensic process and store them on a external hard drive product (capacity 4T) with the serial number 1K3120295858 and the ID SUH2004T109023. The above items was delivered to the MOJ on March 8, 2021.

*Lewei Chen*

Prosecutor

2021.3.18

USD-0885773

CERTIFICATE WITH RESPECT TO SEIZED ITEMS

I, _____ [name] 陳立偉 and 簡孩斬 [name] _____, declare

on penalty of criminal punishment for false statement or declaration that my

position with the Authority of _R.O.C. (Taiwan)_ are, in order, _Prosecutor_ and

_Forensic Officer_. The Taichung District Prosecutors Office ("TDPO") and

Ministry of Justice Investigation Bureau ("MJIB") lawfully seized custody of the

items described in Tables 1 through 11 of the Indictment of TDPO with 2017

Investigation Numbers 110325, 4520, 5612, and 5613 ("Taiwan Indictment").

The articles provided to the United States are electronic media that contain an

exact forensic images of electronic devices described in the columns of notes of

Table 1-Table 11 attached to the Taiwan Indictment. Each forensic image is a true

and accurate copy of the forensically created image from the 25 seized devices,

which is made pursuant to the procedures described below.

- Description of Article(s) Provided to the United States:

1

USD-0885774

See Table of the "II. Original Data" of "CERTIFICATE OF

AUTHENTICITY OF FORENSIC IMAGES ."

- The Change in condition while in custody of *MJIB*:

The MJIB, (department/unit) seized (for detailed dates and places of the seizure,

please refer to Attachment) 26 electronic devices (WSI No. 10 later found

damaged) possessed by the defendants. The devices were delivered to the MJIB

Forensics Laboratory (the Lab) for forensic examination. The Lab used "Logicube

Forensic Falcon" forensic tool to create forensic images and used "Cellebrite

UFED and MSAB XRY" forensic softwares to create mobile devices report

packages of each device. The articles provided to the United States are exact

copies of the forensic images and mobile devices report packages of the 25

electronic devices.

_____ [signature] 陳立偉

*Seal*                  _____ [title] Prosecutor

2

_____ [place] T.D.P.O

_____ [date] 2021. 3. 18

首振東 [signature]

Forensic Officer [title]

MJJB [place]

2021 / 03 / 17 [date]

Seal

3

USD-0885776

CERTIFICATE OF AUTHENTICITY OF FORENSIC IMAGES

I, 陳立偉 and 簡禎哲 , attest on penalty of criminal punishment for
(Name)           (Name)
false statement or attestation, under the laws of Taiwan, that the information contained in this

certification is true and correct.

I certify that the data described below is a true copy of the original, as shown by the following:

### I. Qualifications

(i) I, 簡禎哲 , am employed by, Ministry of Justice Investigation Bureau

(Name of office or Agency)
which is a government office or agency of Taiwan.

My title at Ministry of Justice Investigation Bureau
(Name of office or Agency)
is forensic officer. I have held that position for 3 years.
(Title)                                    (#)
**[Briefly describe position and any certifications or training in computer
forensics/imaging.]**

I am familiar with the process for imaging electronic devices and for ensuring that the
image is an accurate copy of the original; indeed, making such images is a part of my
responsibilities as forensic officer.

(ii) I, 陳立偉 , am employed by, Taiwan Taichung District Prosecuto
(Name of office or Agency)    Office
which is a government office or agency of Taiwan.

My title at T.D.P.O
(Name of office or Agency)
is prosecutor . I have held that position for 17 years.
(Title)                                    (#)
I certify the content of the column "Description of Source of Images" of the table below
is true.

### II. Original Data

The original data was electronic devices or storage medium, to wit:

| Device No. | Source of Forensic Image | Description of Source of Image |
|---|---|---|
| | | |

USD-0885777

| 1 | Exhibit Number 16 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a cell phone (phone #0911-834291) that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. |
|---|---|---|
| 2 | Exhibit Number 17 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a cell phone (phone #0965-702303) that Wang Yong-ming was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 3 | Exhibit Number 18 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized an official company laptop computer that Wang Yongming was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 4 | Exhibit Number 19 of the evidence locker items in Attachment V of the indictment | On February 7, 2017, New Taipei Investigation Office seized a flash drive that Wang Yong-ming was using in the office of F Tainan Science Park Factory of United Microelectronics. |
| 5 | Exhibit Number 3 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a flash drive at Wang Yong-ming's residence located at 11F-9, No. 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. |
| 6 | Exhibit Number 4 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a portable hard drive at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. |
| 7 | Exhibit Number 5 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized a portable hard drive at Wang Yong-ming's residence located at 11F-9, 201, Wenxin South Five Road Section 1, Nantun District, Taichung City. |
| 8 | Exhibit Number 6 of the evidence locker items in Attachment III of the indictment | On February 7, 2017, New Taipei Investigation Office seized an Acer laptop computer at Wang Yongming's residence located at 11F-9, 201, Wenxin |

2

USD-0885778

| | | South Five Road Section 1, Nantun District, Taichung City. |
|---|---|---|
| 9 | Exhibit Number 2 of the evidence locker items in Attachment II of the indictment | On February 7, 2017, New Taipei Investigation Office seized a laptop computer at Wang Yong-ming's residence located at 18, Hecheng Alley, Nantun District, Taichung City. |
| 10 | Exhibit Number 25 of the evidence locker items in Attachment VII of the indictment | On February 8, 2017, New Taipei Investigation Office seized a mobile hard disk that He Jian-ting used in Room 657, No.63, Dashun Six Road, Xinshi District,Tainan City |
| 11 | Exhibit Number 34 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted an HP laptop computer (label: UMC030761) to Taichung District Prosecutors' Office of Taiwan. |
| 12 | Exhibit Number 20 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted a flash drive owned by Wang Yong-ming to Taichung District Prosecutors' Office. |
| 13 | Exhibit Number 36 of the evidence locker items in Attachment VI of the indictment | On February 9, 2017, Huang Shu-han, an employee of United Microelectronics, submitted a flash drive owned by He Jian-ting to Taichung District Prosecutors' Office. |
| 14 | Exhibit Number 29 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office seized He Jianting's cell phone (0910411131, 0965280938) at Number 57, Nanke 3rd Road, Xinshi District, Tainan (He Jianting's office at Fab1, Factory 2A, Campus 2, NBD Center, Special Project PM2, UMC) |
| 15 | Exhibit Number 31 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office seized an Asus laptop computer that He Jian-ting was using in the office of Tainan Science Park Factory of United Microelectronics |
| 16 | Exhibit Number 33 of the evidence locker items in Attachment VIII of the indictment | On February 14, 2017, New Taipei Investigation Office saved He Jian-ting's emails in a flash drive at the office of Tainan Science Park Factory of United Microelectronics. |

3

USD-0885779

| 17 | Exhibit Number 39 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized Rong Le-tian's IPHONE in the office of Tainan Science Park Factory of United Microelectronics. |
|----|---|---|
| 18 | Exhibit Number 40 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized Rong Le-tian's IPHONE in the office of Tainan Science Park Factory of United Microelectronics. |
| 19 | Exhibit Number 41 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a hard drive that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 20 | Exhibit Number 42 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a flash drive that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 21 | Exhibit Number 43 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a mobile hard disk that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 22 | Exhibit Number 46 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a laptop computer that Rong Le-tian was using in the office of Tainan Science Park Factory of United Microelectronics. |
| 23 | Exhibit Number 47 of the evidence locker items in Attachment IX of the indictment | On February 14, 2017, New Taipei Investigation Office seized a flash drive that Rong Le-tian was using at United Microelectronics. |
| 24 | Exhibit Number 38 of the evidence locker items in Attachment X of the indictment | On February 14, 2017, New Taipei Investigation Office seized a cell phone of Rong Le-tian at his residence located at 8F-5, No. 6, Dashun Three Road, Xinshi District, Tainan City. |
| 25 | Exhibit Number 24 of the evidence locker items in Attachment XI of the indictment | On February 14-15, 2017, New Taipei Investigation Office downloaded electronic files from Wang Yong-ming's Google Drive to a 64GB flash drive. |

4

USD-0885780

III.   Imaging Through a Process that Produces an Accurate Result

From 2017.02.18 to 2017.02.21(UTC+8), MJIB lab created a forensic image of the above-listed digital media. The image was generated through an electronic process or system that produces an accurate result, to wit, all of the data on the lab hard disk was copied exactly and written to a second media device, described below. The records were copied in a manner that ensured that they were true copies of the original lab hard disk data.

The second media device containing the forensic images of the above-listed digital media is an HV620S 2.5 inch external hard drive product of ADATA Company, with 4TB capacity. The serial number is 1K3120295858. The MJIB lab ID is SUH2004TI09023.

IV.   Verification

The attached data was verified to be a true copy of the original data by a process of digital identification, to wit:

I calculated hash values for both the original and copy of each listed using one of the most commonly-used hash algorithms in digital forensics: **Message Digest 5 (MD5)** and **Secure Hash Algorithm-1 (SHA-1)** A hash value is a number that is often represented as a sequence of characters and is produced by an algorithm based upon the digital contents of a drive, medium, or file.

I then compared the **MD5 and SHA-1** hash value of the resulting copy to that of the original. All post-copy hash values were exact matches to their original counterparts, which thus reliably attests to the fact that the copy is an exact duplicate of the original.

The hash values for each seized device* are as follow:

(*The hash value for mobile devices might not be provided since it could have different hash values each time when it is powered on or extracted with different methods.)

| No. | Forensic File Number | Hash Value |
|---|---|---|
| 1 | 106030-25-03 | ee4a9c7b72adc2df30b71a1c5d9bdf7b4a047006(SHA-1) |
| 2 | 106030-25-04 | 3f49aaedb764f0d5b5cb3ebfb58cff577be916e9(SHA-1) |
| 3 | 106030-25-06 | 55b7174735ccf077e43290008f3786a601ccbd63(SHA-1) |
| 4 | 106030-25-07 | 8036540fa94e1c1117718197c9e7295658f6b6cd(SHA-1) |
| 5 | 106030-25-08 | ee6e0cea177054811fd36f3c0b03806e6603d5af(SHA-1) |
| 6 | 106030-25-09 | 4b194c9a888e81a32751a281536a9e290364e138(SHA-1) |
| 7 | 106030-25-10 | 19b2b54a6bc64803a61647990777aa3e6fc5dba0(SHA-1) |
| 8 | 106030-25-11 | 550e15000f8232144308c90382ceb1977441078a(SHA-1) |
| 9 | 106030-25-12 | 5b29f891c26b3c761de772ef53d079f14320663d(SHA-1) |
| 10 | 106030-25-13 | 42983645f4886d5dc94fc2e79b23f13d72d7d53f(SHA-1) |
| 11 | 106030-25-14 | 3251845eb69bb68ddf5099031c09fb974d0964f5(SHA-1) |
| 12 | 106030-25-16 | a0237752e21826680ec8eace9d1f65507f5abcaf(SHA-1) |

USD-0885781

| 13 | 106030-25-17 | e74eb4fe920435289d872352e0ae9d1ef43d17df(SHA-1) |
|----|--------------|--------------------------------------------------|
| 14 | 106030-25-20 | 7fe028f17566ab615dd5c1ac30d74003924d5507(SHA-1) |
| 15 | 106030-25-21 | 4de6067989b0d36d153ef0beca430c1cdc329f44(SHA-1) |
| 16 | 106030-25-22 | eaba8abfc3b3a3212786dfe937929b05066b8c0d(SHA-1) |
| 17 | 106030-25-23 | 83ce0e8edb05c95e97234504c4e0c7c23342aca5(SHA-1) |
| 18 | 106030-25-24 | 110f31db58dba643a55c97b11b9ee1b2b728a994(SHA-1) |
| 19 | 106030-25-26 | 46D817839FACA783FCFD95DBA2DA93E7(MD5) |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Seal

Date of execution: _2021. 3. 18_

Place of execution: _T.D.P.0_

Signature: 陳立偉

Seal

Date of execution: 2021 / 3 / 18

Place of execution: MJIB

Signature:

6

USD-0885782

Exhibit A3

Form B

CERTIFICATE OF AUTHENTICITY OF FOREIGN PUBLIC DOCUMENTS

I, _CHEN lewei 陳立偉_ [name], declare on penalty of criminal punishment for false

statement or declaration that my position with the Authority of _Taiwan_ [territory] is

_prosecutor_ [title] and that in that position I am authorized by the law of _Taiwan_ [territory] to

declare that the documents attached and described below are true and accurate copies of original

records which are recorded or filed in _Taichung District Court Prosecutors Office_ [name of office or agency], which is an

office or agency of _Taiwan_ [territory].

Description of Documents:

_Evidence based on the prosecutor's indictment of the District Court of Taichung, Taiwan, a total of 9 volumes_

_CHEN lewei 陳立偉_ [signature]

_prosecutor_ [title] _of Taichung District Prosecutors office_

[date] _2018. 3. 14_

USD-0885790

Exhibit D1

臺灣臺中地方檢察署（下稱臺中地檢署）對於西元（下同）2020年3月16日證物移交之說明

一、案情概要：

（一）位在臺中市后里區三豐路4 段369 號之台灣美光記憶體股份有限公司（下稱台灣美光公司，其母公司係位在美國愛達荷州伊西市之 Micron Technology, Inc 【下稱美國美光公司】）於2016年透過內部清查，發現台灣美光公司副理王永銘於2016年4月間離職，改至聯華電子股份有限公司（下稱聯電公司）位在臺南市科學園區之廠區（下稱南科廠）任職。惟王永銘於台灣美光公司離職前，從台灣美光公司具有保密措施之電腦伺服器內，擅自重製與動態隨機存取記憶體（DRAM）晶圓製程技術有關之電子檔，並轉移至私人USB 隨身碟，前述電子檔係台灣美光公司所使用之營業秘密。另一方面，聯華電子公司於2016年4 月12日與中國大陸地區福建省晉華集成電路有限公司（下稱晉華公司）進行32奈米DRAM及32S 奈米DRAM相關製程之技術開發案，疑似侵害台灣美光公司之營業秘密。台灣美光公司及美國美光公司認為王永銘涉嫌營業秘密法等罪，因此向法務部調查局新北市調查處（下稱新北市調查處）提出告訴。

（二）本案經調查後，新北市調查處調查官於2017年2月7日，持臺灣臺中地方法院（下稱臺中地方法院）核發之搜索票，前往王永銘之住家、王永銘在南科廠所使用之辦公室及宿舍執行搜索，且於搜索及偵訊過程中，另發現聯電公司員工戎樂天、何建廷（原台灣美光公司職員）涉嫌違反營業祕法。其後，聯電公司職員黃書涵於2017年2月9日將其所保管，屬於王永銘、何建廷所有之筆記型電腦、隨身碟、紙本提供給臺中地檢署扣押。臺中地檢署根據以上證據，於2017年2 月14日再指揮新北市調查處調查官，持臺中地方法院核發之搜索票，至何建廷、戎樂天位在南科廠之辦公室執行搜索。前述搜索

程序,共扣押之手機、筆記型電腦、隨身硬碟等電子設備26
個(請參照起訴書附表二所列贓物庫物品編號2之證物,起訴
書附表三所列贓物庫物品編號3、4、5、6之證物,起訴書附
表四所列贓物庫物品編號10之證物,起訴書附表五所列贓物
庫物品編號16、17、18、19之證物,起訴書附表六所列贓物
庫物品編號34、20、36之證物,起訴書附表七所列贓物庫物
品編號25之證物,起訴書附表八所列贓物庫物品編號29、
31、33之證物,起訴書附表九所列贓物庫物品編號39、40、
41、42、43、46、47之證物,起訴書附表十所列贓物庫物品
編號38之證物,起訴書附表十一所列贓物庫物品編號24之證
物)。

(三)新北市調查處將上述26個電子設備送交法務部調查局資安鑑
識實驗室(下稱實驗室)進行鑑識。實驗室的簡稚軒調查官,
根據新北市調查處的辦案需求,以台灣美光公司所提供的關
鍵字、製程圖(GDS)等檔案類型作為篩選條件,再使用德國
X-Ways Forensics V18.6鑑識軟體,搜尋筆記型電腦、隨身
硬碟、USB隨身碟內之電子檔案(鑑識過程中發現新北市調查
處於2017年2月7日在王永銘位在聯電公司南科廠宿舍所扣押
之USB隨身碟【即起訴書附表四所列贓物庫物品編號10之證
物】已經損壞,故無相關資料);又使用瑞典Micro
Systemation公司 XRY V7.2、以色列CelleBrite公司之
Universal Forensic Extraction Device(UFED) V6.0 鑑識
軟體分析手機內之檔案,經由前述程序產出之數位資料被儲
存至1個容量1 TB之隨身硬碟(即起訴書附表十一所列贓物庫
物品編號48之證物)。

(四)臺中地檢署檢察官偵查後,認為王永銘、何建廷、戎樂天、
聯電公司違反營業秘密法,於2017年8月間,以106年度偵字
第11035、4520、5612、5613號起訴書向臺中地方法院提起
公訴;並依據刑事訴訟法第264條第3項之規定,於2017年9

月，將起訴書附表一至十一所示之證物（含贓物庫物品編號
48之隨身硬碟）送交臺中地方法院保管。

二、臺中地檢署執行本司法互助案件之過程：

臺中地方法院在案件審理期間，於2019年11月，將贓物庫物
品編號48隨身硬碟內的數位資料，複製到1個容量1 TB之隨
身硬碟（該隨身硬碟被命名為106030），再將106030隨身硬碟
交付給臺中地檢署檢察官張添興閱覽，作為法庭攻防之用。
法務部於2019年12月間，接獲美國司法部國際事務處第7次
補充協助請求書，乃函請臺中地檢署執行。由於起訴書附表
一至十一所列證物，已由臺中地方法院保管，臺中地檢署3
次發函向臺中地方法院請求借調起訴書附表一至十一所示之
證物，惟臺中地方法院均以案件仍在審理，且上述證物涉及
營業秘密等理由，函覆無法提供。為盡力執行本司法互助案
件，臺中地檢署指派檢察事務官許懷文於2020年3月9日至3
月11日之間，將106030隨身硬碟內之數位資料複製至1個容
量1 TB之隨身硬碟（該隨身硬碟被命名為106030-copy），並
透過hash運算，確認106030隨身硬碟與106030-copy隨身硬
碟內的資料相符，均為260932個檔案。臺中地檢署於2020年
3月12日，將106030-copy隨身硬碟交付給法務部國際及兩岸
法律司作為移交證據，並擔保106030-copy隨身硬碟內之數
位資料來源為贓物庫物品編號48隨身硬碟。

三、移交證據硬碟內目錄所存檔案之描述：

| 項次 | 目錄或檔案名稱 | 左列目錄之數位資料來源 | 左列資料之說明 |
|---|---|---|---|
| 1 | 106030-25-01 | 起訴書附表五所列贓物庫物品編號16之證物。 | 新北市調查處於2017年2月7日在聯電公司南科廠之辦公室，扣押王永銘所用手機1支（門號0911-834291）。實驗室鑑識後，將鑑識報告電子檔存放到106030-25-01 目錄下；並在前述目錄下，提供UFEDReader這個程式，以供讀取附檔名為ufdr的鑑識報告。 |
| 2 | 106030-25-02 | 起訴書附表五所列贓物庫物品編號 | 新北市調查處於2017年 2月7日在聯電公南科廠之辦公室，扣押王永銘所用手機1支（門 |

| | | 號17之證物。 | 號0965-702303)。實驗室鑑識後,將鑑識報告電子檔存放到106030-25-02 目錄下。 |
|---|---|---|---|
| 3 | 106030-25-03 | 起訴書附表五所列贓物庫物品編號18之證物。 | 新北市調查處於2017年2月7日在聯電公司南科廠之辦公室,扣押王永銘所用公用筆電1部。實驗室鑑識後,將擷取資料存放到106030-25-03 目錄下。 |
| 4 | 106030-25-04 | 起訴書附表五所列贓物庫物品編號19之證物。 | 新北市調查處於2017 年2月7日在聯電公司F南科廠之辦公室,扣押王永銘所用隨身碟1支。實驗室鑑識後,將擷取資料存放到106030-25-04 目錄下。 |
| 5 | 106030-25-06 | 起訴書附表三所列贓物庫物品編號3之證物。 | 新北市調查處於2017年2月7日在王永銘位於臺中市南屯區文心南五路1 段201 號11樓之9住處,扣押隨身碟1支。實驗室鑑識後,將擷取資料存放到106030-25-06 目錄下。 |
| 6 | 106030-25-07 | 起訴書附表三所列贓物庫物品編號4之證物。 | 新北市調查處於2017 年2月7日在王永銘位於臺中市南屯區文心南五路1 段201 號11樓之9住處,扣押隨身硬碟1個。實驗室鑑識後,將擷取資料存放到106030-25-07 目錄下。 |
| 7 | 106030-25-08 | 起訴書附表三所列贓物庫物品編號5之證物。 | 新北市調查處於2017年2月7日在王永銘位於臺中市南屯區文心南五路1 段201 號11樓之9住處,扣押隨身硬碟1個。實驗室鑑識後,將擷取資料存放到106030-25-08 目錄下。 |
| 8 | 106030-25-09 | 起訴書附表三所列贓物庫物品編號6之證物。 | 新北市調查處於2017 年2月7日在王永銘位於臺中市南屯區文心南五路1 段201 號11樓之9住處,扣押Acer牌筆記型電腦1臺。實驗室鑑識後,將擷取資料存放到106030-25-09 目錄下。 |
| 9 | 106030-25-10 | 起訴書附表二所列贓物庫物品編號2之證物。 | 新北市調查處於2017年2月7日在王永銘位於臺中市南屯區和成巷18號住處,扣押筆記型電腦1臺。實驗室鑑識後,將鑑識結果存放到106030-25-10目錄下。 |
| 10 | 106030-25-11 | 起訴書附表七所列贓物庫物品編號25之證物。 | 新北市調查處於2017年2 月8 日在臺南市新市區大順六路63號657室,扣押何建延所用行動硬碟1個。實驗室鑑識後,將擷取資料存放到106030-25-11目錄下。 |
| 11 | 106030-25-12 | 起訴書附表六所列贓物庫物品編號34之證物。 | 聯電公司職員黃書涵於2017年2 月9 日,向臺灣臺中地方檢察署提出HP牌筆記型電腦(標籤UMC030761)。實驗室鑑識後,將擷取資料存放到106030-25-12目錄下。 |
| 12 | 106030-25-13 | 起訴書附表六所列贓物庫物品編號 | 聯電公司職員黃書涵於2017年2 月9 日,向臺中地檢署提出王永銘所有隨身碟1個。實驗 |

| | | | |
|---|---|---|---|
| | | 號20之證物。 | 室鑑識後,將擷取資料存放到106030-25-13目錄下。 |
| 13 | 106030-25-14 | 起訴書附表六所列贓物庫物品編號36之證物。 | 聯電公司職員黃書涵於2017年2月9日,向臺中地檢署提出何建廷所有隨身碟1個。實驗室鑑識後,將擷取資料存放到106030-25-14目錄下。 |
| 14 | 106030-25-15 | 起訴書附表八所列贓物庫物品編號29之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押何建廷所用手機1支(門號0910411131、0965280938)。實驗室鑑識後,將鑑識報告電子檔存放到106030-25-15目錄下。 |
| 15 | 106030-25-16 | 起訴書附表八所列贓物庫物品編號31之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押何建廷所用Asus牌筆記型電腦1臺。實驗室鑑識後,將擷取資料存放到106030-25-16目錄下。 |
| 16 | 106030-25-17 | 起訴書附表八所列贓物庫物品編號33之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,將何建廷之電子郵件存放在1個隨身碟。實驗室鑑識後,將擷取資料存放到106030-25-17目錄下。 |
| 17 | 106030-25-18 | 起訴書附表九所列贓物庫物品編號39之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押戎樂天IPHONE手機1支。實驗室鑑識後,將擷取資料存放到106030-25-18目錄下。 |
| 18 | 106030-25-19 | 起訴書附表九所列贓物庫物品編號40之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押戎樂天IPHONE手機1支。實驗室鑑識後,將擷取資料存放到106030-25-19目錄下;並在前述目錄下,提供UFEDReader這個程式,以供讀取附檔名為ufdr的鑑識報告。 |
| 19 | 106030-25-20 | 起訴書附表九所列贓物庫物品編號41之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押戎樂天所用硬碟1個。實驗室鑑識後,將擷取資料存放到106030-25-20目錄下。 |
| 20 | 106030-25-21 | 起訴書附表九所列贓物庫物品編號42之證物。 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押戎樂天所用隨身碟1個。實驗室鑑識後,將擷取資料存放到106030-25-21目錄下。 |
| 21 | 106030-25-22 | 起訴書附表九所列贓物庫物品編號43之證物 | 新北市調查處於2017年2月14日,在聯電子公司南科廠之辦公室,扣押戎樂天所用行動硬碟1個。實驗室鑑識後,將擷取資料存放到106030-25-22目錄下。 |

| 22 | 106030-25-23 | 起訴書附表九所列贓物庫物品編號46之證物 | 新北市調查處於2017年2月14日,在聯電公司南科廠之辦公室,扣押戎樂天所用筆記型電腦1部。實驗室鑑識後,將擷取資料存放到106030-25-23目錄下。 |
| 23 | 106030-25-24 | 起訴書附表九描述:贓物庫物品編號47之證物 | 新北市調查處於2017年2月14日,在聯電公司,扣押戎樂天所用隨身碟1支。實驗室鑑識後,將擷取資料存放到106030-25-24目錄下。 |
| 24 | 106030-25-25 | 起訴書附表十所列贓物庫物品編號38之證物。 | 新北市調查處於2017年2月14日,在戎樂天位於臺南市新市區大順三路6號8樓之5之住處,扣押戎樂天所用手機1支。實驗室鑑識後,將鑑識報告電子檔存放到106030-25-25目錄下;並在前述目錄下,提供UFEDReader這個程式,以供讀取附檔名為ufdr的鑑識報告。 |
| 25 | 106030-25-26 | 起訴書附表十一所列贓物庫物品編號24之證物。 | 新北市調查處於2017年2月14日,從王永銘google雲端硬碟,下載電子檔案至1支64G的隨身碟。驗室鑑識後,將擷取資料存放到106030-25-26目錄下。106030-25-26目錄下有名稱為「雲端硬碟檔案清單.xlsx」的檔案,以列表方式呈現結果,方便快速瀏覽。 |
| 26 | GDS檔案 | 起訴書附表五所列贓物庫物品編號18之證物。<br><br>起訴書附表三所列贓物庫物品編號5之證物。<br><br>起訴書附表三所列贓物庫物品編號6之證物。<br><br>起訴書附表六所列贓物庫物品編號34之證物。<br><br>起訴書附表八所列贓物庫物品編號31之證物。<br><br>起訴書附表九所列贓物庫物品編 | 實驗室將左側欄位所示電子設備內屬於GDS類型(製程圖)的檔案,擷取並複製到「GDS檔案」目錄,並提供「GDS檔案清單.xlsx」,以列表方式呈現結果,方便快速瀏覽。 |

| | | 號41之證物。 | |
| --- | --- | --- | --- |
| | | 起訴書附表九所列贓物庫物品編號43之證物。 | |
| | | 起訴書附表十所列贓物庫物品編號38之證物。 | |
| 27 | 儲存媒體檔案清單.xlsx | | 實驗室將電子設備(不含手機)之鑑識結果,以列表方式呈現,方便快速瀏覽。 |
| 28 | 關鍵字清單.xlsx | | 實驗室將電子設備(不含手機)之檔案,以列表方式呈現關鍵字搜索結果,方便快速瀏覽。關鍵字係由台灣美光公司提供。 |

# Exhibit F

(Redacted by United States;
Unredacted Version
Previously Filed Under Seal)

# 法務部調查局　數位證據袋

| 單位名稱： | 新北市調查處 | | |
|---|---|---|---|
| 扣押物名稱 | 3示錄手機（門號 0911-834291） | | 室名號：8256 |
| 扣押物數量 | 1支 | 所有人 | |
| 搜索日期 | 年　月　日 | 扣押物持有人 保管人 | |
| 扣押日期 | 106 年 2 月 7 日 | 所有人 扣押物 持有人兼(按)果 保管人 | 洪志宏 |
| 扣押物編號 | A-35 | | |

| 拆 | | 封 | 紀 | 錄 |
|---|---|---|---|---|
| 日期(年/月/日．時:分) | 拆封事由 | 姓名 | 單位 | |
| 106.2.7 22:10 | 檢視內容 | 顏姵珊 | 新北市廉政 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | RD2801 | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[LINE] 與JT 何建廷的聊天

[LINE] 與JT 何建廷的聊天記錄
儲存日期：2017/02/13 15:05

2015/12/25(週五)
20:53　王永銘　PIE大擴編，反面
20:57　王永銘　反觀JORDAN，國書，游志昌這些都準備走人....
21:03　王永銘　美光真是個殺戮戰場，就像大聯盟一樣
21:04　王永銘　不過神奇的是，吳爸又復活了
21:23　JT 何建廷　　吳巴應該是降級吧
21:24　JT 何建廷　　M3降成M2
22:03　王永銘　之前在PMO打雜，明年回SHIFT当CVD M2也算是觸底反彈
22:17　JT 何建廷　　他如果能調適好就沒問題
22:20　JT 何建廷　　實在無法再體會他的感覺

2015/12/31(週四)
22:45　王永銘　[貼圖]
23:42　JT 何建廷　　[貼圖]

2016/01/08(週五)
23:41　JT 何建廷　　請教一個問題，我記得還沒▮▮▮▮▮▮▮▮▮▮，切割道的▮
是沒被▮▮▮▮吃的
23:44　JT 何建廷　　那▮▮▮▮▮▮▮▮▮切割道的▮會被吃掉嗎？

2016/01/09(週六)
24:23　王永銘　会啊!不然多出▮▮▮▮▮足以讓▮▮▮▮出現OPEN
24:27　王永銘　應該只在▮▮這种▮▮▮不打開吃而已
24:31　王永銘　我看▮▮寬度跟cell差不多
24:41　JT 何建廷　　不懂，縱使▮不 remove,也應該只跟▮一樣高，為何會多出
9:46　王永銘　▮▮▮▮▮▮▮我是這麼算的~
9:47　JT 何建廷　　我沒算，我只是用想的
9:49　JT 何建廷　　▮不remove,上面一定要有▮▮▮，所以應該會跟▮▮等高
9:49　JT 何建廷
9:56　王永銘　是這樣沒錯，週一立馬看一下光
10:02　JT 何建廷　　其實我在思考的是，▮在▮▮▮的處理
11:04　JT 何建廷　　我記得是負光阻+▮▮▮▮▮▮再加上切割道，這樣是非
常有趣奇怪複雜的組合

2016/01/11(週一)
23:25　王永銘　答案是▮▮切割道是部分開
23:30　王永銘　問個問題....▮▮▮▮▮▮除吃的比較直以外,還有其他效益嗎？

2016/01/12(週二)
6:53　JT 何建廷　　我對▮▮▮▮不了解
:25　JT 何建廷　　甫哲說，profile且▮▮比較少
8:27　JT 何建廷　　一般而言，很難兩者兼顧
20:00　王永銘　我看recipe body溫度降蠻多的....
20:01　JT 何建廷　　甫哲說，這就是▮
20:06　王永銘　Dry ETCH真是一門藝術，難怪工程即轉Vender很容易....
20:19　JT 何建廷　　轉 vendor是要南北跑來跑去的
20:19　JT 何建廷　　這邊就有很多前同事
20:20　JT 何建廷　　百鈞說他前年還去 Boise support

2016/01/18(週一)
18:12　JT 何建廷　　我記得，曾有個世代，▮▮▮▮▮▮▮但卻不小心

第 1 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000514

[LINE] 與JT 何建廷的聊天

以為是 ███████ 然後拿去design
18:13　JT 何建廷　　好像就是25nm,你有印象嗎？
20:22　JT 何建廷　　覺得你沒來，人不夠，廣度也不夠
20:42　JT 何建廷　　不過，這邊的 RnD module 真不是蓋的
20:43　JT 何建廷　　只能慢慢來，慢慢克服了
21:31　王永銘　　這個我就不知道了，通常我能看的訊息都Pilot run 一段時間了.....
21:33　王永銘　　能夠玩28nm的fab，人才濟濟啊....

2016/01/21(週四)
21:14　王永銘　　聽說銘哥要南下会師了...
21:58　JT 何建廷　　銘哥說他是要回家照顧媽媽
22:01　王永銘　　這個理由，HR就沒招了....
22:02　王永銘　　RDA的工作真的很硬

2016/01/23(週六)
11:14　JT 何建廷　　最近在看samsung 資料，才發現 美光的1X bit size 跟三星
20nm一樣大
11:15　JT 何建廷　　看起來，已經落後1.5世代
13:45　王永銘　　(gasp!)
13:47　王永銘　　A害，110s還在地板上
20:10　王永銘　　三星的 ███████ 是用在 ██████ 嗎?
20:31　JT 何建廷　　██████████ 程
20:32　JT 何建廷　　我們已經破胖
20:32　JT 何建廷　　美光還在亂try

2016/01/24(週日)
11:21　王永銘　　[貼圖]
11:24　王永銘　　我已經開始組TEAM要掛 ██████ 搭配big data運用
11:26　王永銘　　新加坡人技術so so，但策略和管理真的粉強
11:30　王永銘　　台灣人二邊都不是
11:30　王永銘　　沒技術沒策略
11:33　王永銘　　你那邊若搞起來，那就有技術了
14:36　JT 何建廷　　我相信我們會比較強，但我們要建立baseline 不容易，要時間

2016/01/27(週三)
21:23　王永銘　　為什麼 ██████████████ 会不好~
21:26　王永銘　　是因為 ██████ 面積的關係嗎?
21:48　JT 何建廷　　█████████ 胶低， 另外，█████ 會form 不好(原因不知)

2016/01/31(週日)
19:11　王永銘　　高層真愛玩Tool matching，我又要玩第二次了....
20:46　JT 何建廷　　加油， 沒有Cooper,應該會順利一點
20:46　JT 何建廷　　當初是紀老師提出來的，你可以找他一起弄
21:02　王永銘　　110s 依然是龜零齊，steve沒空啦...

2016/02/01(週一)
8:42　JT 何建廷　　我記得，這是NTG的job，怎麼改由QE負責了?
8:42　JT 何建廷　　NTG 不負責，也應該是由 PEE 自己來
9:32　JT 何建廷　　其實，很有趣，PEE 自己的工作卻往外推，Joe 真是有夠老謀深
算
9:33　JT 何建廷　　你以後就懂了
9:52　JT 何建廷　　Tool matching 掛給PEE 外面，只是一個PEE的擋箭牌
11:54　王永銘　　目前Eileen要主導的是OCT Dashboard平台+BIG Data，用FDC和R2R当修正
工具，我应該是以PG1的角度幫忙PEE排重要性
11:57　王永銘　　這次不同的是，KC很感興趣，排我要demo給他看

第 2 頁

ᄂᄁᄋᄀ

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[LINE] 與 JT 何建廷的聊天

| 11:59 | 王永銘 | 事实上我很怕project owner |
| 12:00 | 王永銘 | 变成是我... |

| 12:00 | JT 何建廷 | [貼圖] |
| 12:01 | 王永銘 | PEE變觀眾 |
| 13:40 | JT 何建廷 | Mingsu 回去後，Eileen 不回去嗎？ |
| 14:05 | JT 何建廷 | 這次的initiative 有經過亮哥同意嗎？ |
| 14:07 | JT 何建廷 | 上次，沒經過Joe 同意，他可是把我叫去罵了一頓 |
| 16:32 | JT 何建廷 | 你還有在跟力晶WAT的人聯絡嗎？ |

2016/02/02(週二)
| 18:58 | 王永銘 | 没有耶，他們純做WAT，我跟他們交集很少.... |
| 21:12 | JT 何建廷 | 好，只是缺人而已 |
| 21:15 | 王永銘 | 缺什麼樣的人？ |
| 21:16 | 王永銘 | 高手or執行的人 |
| 21:34 | JT 何建廷 | 不用太高，懂一點test key layout |
| 22:16 | 王永銘 | UMC一狗票這種人才 |
| 22:17 | JT 何建廷 | 沒有這種經驗的 |
| 22:17 | JT 何建廷 | 他們只會logic |

2016/02/05(週五)
| 14:18 | JT 何建廷 | 我們計畫應該確定要開始了，你有興趣來做device 的人，或你 |
有認識華亞/...的推薦人嗎？
| 14:18 | JT 何建廷 | 基本上無洩密的風險 |
| 18:23 | JT 何建廷 | 我是說，來這，只用knowledge，沒有洩密美光祕密的風險 |
| 18:32 | JT 何建廷 | 我們現在缺 這個領域 device 的人，再找不到，就要用104 |
posting 的方式了
| 21:49 | 王永銘 | 那這個人要做的工作有那些？ |

| 21:59 | 王永銘 | 程度要到什麼水準 |

2016/02/06(週六)
| 1:04 | JT 何建廷 | 其實，我也不知道 |
| 1:05 | JT 何建廷 | 我都是用我所知去和他們討論，他們基本上對這領域是完全無知 |
的
| 1:06 | JT 何建廷 | 如果預到我不會的，我就說我不會 |
| 1:07 | JT 何建廷 | 我想，初期應該是部分整合的工作，部分test key 的研究，開 |
發吧
| 1:08 | JT 何建廷 | 這邊的整合，device 的人， 其實對他們不熟的東西還蠻狀況外 |
的
| 1:10 | JT 何建廷 | 我覺得，只要有對這個領域有做過基本的研究，就算不錯的 |
| 1:12 | JT 何建廷 | 就我而言，也是邊討論，邊找資料研究，邊學邊成長 |
| 9:16 | 王永銘 | 那chip也是那邊的人Layout嗎?有些Test Key需要COPY |
| 9:21 | 王永銘 | 另外這個計劃預計多長，要做到什麼程度 |
| :35 | JT 何建廷 | 目前cell layout 由我設計，再由大家討論 |
| 9:36 | JT 何建廷 | Cell test key 就必須要由這layout 加knowledge 去設計 |
| 9:40 | JT 何建廷 | 還要test key 應該以這邊為主，但    要和 design 的 |
人(日本出來開的公司,和大S一樣的情形),共同討論，UMC的人對    的特性也是較不熟悉的
| 9:43 | JT 何建廷 | 這個計畫分兩部分(開發工量產)，開發第一階段是四年，我們最 |
終也是要和國際大廠競爭的，
| 9:44 | JT 何建廷 | 很多細節還不能說太多，因為這是機密 |
| 9:44 | JT 何建廷 | 要加入的人才能知道 |
| 9:45 | JT 何建廷 | 大陸佔世界20%，那就是我們的基礎市場 |
| 9:47 | JT 何建廷 | 有興趣的人，我才會再稍微透漏一些 |
| 9:51 | JT 何建廷 | 這是一個特別的模式(台灣+大陸)，目前政府非支持，政府反而 |

第 3 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000516

[LINE] 與JT 何建廷的聊天

不支持南亞科投資美光
9:51　　JT 何建廷　　非常支持
9:56　　JT 何建廷　　南亞科是淘空台灣，我們才是投資台灣
9:57　　JT 何建廷　　南亞科是出錢給美光用，美光未來還會用這比錢去大陸投資
9:58　　JT 何建廷　　我們°，則是別人拿錢投資台灣
9:59　　JT 何建廷　　(這一部分·我最多透露這麼多)
10:49　JT 何建廷　　日本design 是前技術長(design 出身)Atachi(Gomi是後來的技
術長，process 出身)成立的公司
19:24　　王永銘　　看來這個Device的人，要很厲害才行
19:36　　王永銘　　四年應該做的起來，只是若大陸那邊自己也搞起来了呢?or紫光和美光合
資蓋廠，那開發出来的技術給誰?
20:15　　JT 何建廷　　有推廌人選嗎?
20:15　　JT 何建廷　　不用太厲害，懂一點就行
20:16　　JT 何建廷　　紫光的中國政府特許已過，不用太相信新聞
20:47　　王永銘　　之前TD有一個叫郭家銘，之前在世界先進搞TCAD，應該符合你的要求
20:48　　王永銘　　FB找的到他，有需要我可幫忙
21:39　　JT 何建廷　　他有DRAM 的經驗嗎?
21:57　　JT 何建廷　　張維哲說他是simulation的人，跟你說的TCAD 吻合
21:57　　JT 何建廷　　但我們要的是test key
21:59　　JT 何建廷　　他有研究過DRAM test key 嗎?
22:18　　JT 何建廷　　張維哲 推薦 陳孟賢，你認識嗎?

2016/02/07(週日)
8:32　　王永銘　　我有叫他劃過，应該sense
8:33　　王永銘　　有sense
8:34　　王永銘　　陳孟賢，我跟他不熟
8:50　　JT 何建廷　　不然都找好了，謝謝
8:51　　JT 何建廷　　郭家銘，我好像有點印象，他有在你下面待過一陣子
11:47　　王永銘　　若還是找不到人，我是願意去幫忙的……不過我爸狀况不太好，是顯不
定時炸彈，這點就要看大老闆能給多少空間了
11:51　　JT 何建廷　　Stephen'跟我說過，如果有需要，我可以早點走，晚點到
11:53　　JT 何建廷　　我想，如果你能找到更多人，如郭家銘，陳孟賢，可以分工，你
會更彈性
11:55　　JT 何建廷　　可以說說你需要的空間嗎?
12:02　　王永銘　　例如住院時，我就需要請假和我媽輪流照顧，因為家裏只有我一個男人，
老婆要上班又要照顧小孩
12:06　　JT 何建廷　　我覺得這很容易，也是人之常情
12:20　　王永銘　　總之，這些是需要老闆能接受的，尤其這個開發計劃時間很長
12:24　　王永銘　　你可幫忙問問，若這個device Team有2~3人的規模，那麼我就可南下，有
空間照顧我的家庭
12:25　　JT 何建廷　　你爸的狀况是很難穩定下來，還是只是這段時間
12:27　　王永銘　　中風5年了，情況愈来愈糟，我媽又不願意請外勞
12:30　　王永銘　　加上本身又有腹部動脈瘤，爆發的時間點也是5-6年
12:31　　王永銘　　這就是為什麼我左右為難的緣故
12:33　　JT 何建廷　　今年的Integration +device team+defect 人力預算是20人
12:34　　JT 何建廷　　Device 不含simulation
12:36　　JT 何建廷　　老大說，他不希望造成家庭問題，如果真有困難，可以晚點來
12:37　　JT 何建廷　　你可能要評估，想一下
21:01　　JT 何建廷　　今年的總人力需求約為100人，明年會更多(>200)，我想，隨時缺
人
21:03　　JT 何建廷　　如果，你家庭現在如果不方便，其他說任何時候，我們也應該可
以
21:06　　JT 何建廷　　家庭跟事業，取捨本就身不由己

2016/02/09(週二)

第 4 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000517

[LINE] 與JT 何建廷的聊天

11:44　王永銘　好在我現在接的工作很接近產品工程，加上Big data应用，也算是補足我最不熟的領域....

11:47　JT 何建廷　　之前，溫家琳也是說家裡雙親健康有問題，常要跑醫院，所以無法參與我們的計畫

11:47　JT 何建廷　　那時，老大也是這麼說

11:48　王永銘　他是個執行力很強的人...

11:48　JT 何建廷　　過了一個月，溫家琳說想來了，老大也是請他來談

11:51　JT 何建廷　　紀老師家裡反對，老大也是說，等家裡過定再來談

11:53　JT 何建廷　　過年期間，我只是用line 問他，很多事不容易談

12:02　王永銘　紀老師如果去你們那，美光高層不會放過他的，

12:02　JT 何建廷　　當然，紀老師部分有很多密新，有機會再說吧

12:03　JT 何建廷　　紀老師部分，與美光無關，是他個人問題

2016/02/15(週一)

22:18　JT 何建廷　　在我跟老夫之前 我想跟你確認，1. 你真的想來嗎？ 2.你家人可以支持？

22:19　JT 何建廷　　或者，你還要再想想？

2016/02/16(週二)

16:28　JT 何建廷　　老大說，你要來，當然非常歡迎，但，不要為了跟隨他，導致家庭出問題。Team member 互相支援，本來就非常合理。

22:50　王永銘　溝通中

22:51　王永銘　老婆支持，媽媽需要心理建設~

22:57　王永銘　想去的原因很簡單，就是純技術層面較適合我，尤其是Device

23:21　JT 何建廷　　如果你很想來，家人又支持，那非常歡迎，等你準備好，我們假日聊一下。

23:33　JT 何建廷　　我個人建議你可以先來面試，談完拿到offer,再決定要不要來

2016/02/17(週三)

20:37　王永銘　也對，談了才知要做什麼，也許跟我想的也有差距

20:40　JT 何建廷　　錯，做什麼是不可能確定的，因為初期什麼都要做，但組織人員都還為到位，組織在未來也還會變化

20:42　JT 何建廷　　來談，只能確定薪資和錄取與否

20:46　JT 何建廷　　之前老大找我們，只是說，就是跟他，不用考慮做什麼，邏輯，量產,研發,project 都有可能

20:46　JT 何建廷　　當然，現在比較確定一點，就是 project

20:48　JT 何建廷　　而你的專長是 device+integration+data analysis(kweb,RCA,...)

20:50　王永銘　了解，感覺像是智

20:50　王永銘　智庫

20:50　JT 何建廷　　有興趣，就準備一下個人履歷，好了之後通知我，我們的HR project 專員會與你聯絡

20:51　王永銘　OK

20:53　JT 何建廷　　不只是智庫,我花很多時間查網路，看資料，做逆向工程，很多以前懂一半的,不懂的，現在都懂了

20:55　JT 何建廷　　末了要說明給他們懂，接受，我只能說，台上10分鐘，台下...

20:56　JT 何建廷　　當然，和他們討論的過程中，我們也得到很多，以前不知道未什麼的，現在都知道了

20:56　JT 何建廷　　越晚來，懂得越少，越早來，壓力越大

2016/02/19(週五)

15:08　JT 何建廷　　先準備自傳就好，到時候，他們會寄標準格式給你填

20:10　王永銘　OK

21:58　JT 何建廷　　假日你會想聊聊嗎？

22:13　JT 何建廷　　我可以大概跟你說一下組織狀況

第 5 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000518

[LINE] 與JT 何建廷的聊天

2016/02/20(週六)
9:17    王永銘   好啊，今天 or 明天?
9:19    王永銘   地點跟上次一樣
9:21    王永銘   時間你先決定...
12:04   JT 何建廷          今天下午三點，ok?
12:33   王永銘   Ok, see you then~
15:02   王永銘   我晚10分鐘到...

15:02   JT 何建廷          那我改在春水堂等你
15:16   JT 何建廷          三樓 40桌

2016/02/21(週日)
12:09   王永銘   只要寫自傳，其他像薪資，學經歷就不用了，是吧!
12:11   王永銘   寄到那個e-mail
12:12   王永銘   ?

12:14   JT 何建廷          不是，HR會給你標準格式請你填
12:15   JT 何建廷          我不確定是寄給你，還是請你上網填
12:16   王永銘   所以等他告訴我標準格式
12:16   王永銘   再寄，對吧
12:22   JT 何建廷          是
12:24   JT 何建廷          先準備自傳只是因為他比較花時間
12:30   王永銘   還好，之前就有寫了
12:36   王永銘   你知道美光M2/M1薪水差多少嗎?
13:16   JT 何建廷          一般水準，差5~6萬
13:21   JT 何建廷          不過，現在新的M2已經沒這麼多了
13:22   JT 何建廷          因為，不會再有前年一次調很多的情形
13:23   JT 何建廷          像我去年升E5(=M2)，整年只調 6%，
13:23   王永銘   CP值不高，難怪E4/E5很搶手
13:24   JT 何建廷          以後只能慢慢調，差別只是上限拉高而已
13:24   JT 何建廷          我聽說，天鴻升M2 就沒調
13:25   JT 何建廷          前年一次調足或調很多，已經成絕響
14:56   王永銘   理論上能升M2 or E5的，原本的M1薪水應已超過 1.0 的CAMPA ratio~和
M2的range是有重疊到的....
16:08   JT 何建廷          還是差了一截
16:57   王永銘   如果你知道一些M2/M1被降級不降薪，這才是最牛的Micron Behavior....
17:07   JT 何建廷          提醒一件事，新環境不是外商，不是張忠謀的公司，現在錢不會
比較多
18:52   王永銘   了解

2016/02/22(週一)
18:23   JT 何建廷          已跟人資說，他們會與你聯絡(不會在白天)
18:27   JT 何建廷          如果你最後真的要，那要開始想到時候如何應付原公司的人(比
如，要去旺宏)
18:32   王永銘   Eileen非常倚重我，逃脫理由思考中...她不像casey那麼好搞
18:33   JT 何建廷          要好好想
18:34   王永銘   當然是在跟太S能談定的前提下
18:35   JT 何建廷          另外，我不確定你會不會與戎樂天面試，他人還不錯(像學者)，
不會機車
18:37   JT 何建廷          離職三步驟，1.堅持 2.感恩 3.再感恩
18:38   王永銘   他是你老闆嗎?
18:42   JT 何建廷          未來可能是

2016/02/24(週三)

第 6 頁                                795

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

[LINE] 與JT 何建廷的聊天

| 21:32 | 王永銘 | Steven和戒樂天一起面試~ |
| 21:33 | 王永銘 | 這麼大的陣仗 |
| 21:39 | JT 何建廷 | 喔，應該的 |
| 21:39 | JT 何建廷 | 不過，要看運氣 |
| 21:40 | JT 何建廷 | 如果你去的那天老大不在，那不知道會不會跳過 |
| 21:42 | 王永銘 | 聽說KK要去華東 |
| 21:45 | JT 何建廷 | 有聽說 |

2016/02/25(週四)
| 9:25 | JT 何建廷 | 3/4 你會遇到陳苡亦 |
| 11:06 | 王永銘 | 時間應該会錯開 |
| 11:34 | JT 何建廷 | 是，順序不同 |
| 21:08 | 王永銘 | 想不到YiYi也会想去，他老婆在TSMC挺忙的，小孩狀況也不少…. |
| 21:26 | JT 何建廷 | 每個人狀況不同，人各有志 |

2016/02/27(週六)
| 18:37 | 王永銘 | 皇男是去你那邊嗎? |
| 20:21 | JT 何建廷 | 不是，他如果想來，歡迎 |
| 20:32 | 王永銘 | 那他回宜蘭開店是真的了 |
| 20:34 | JT 何建廷 | 你可以招募他看看，RnD 還是不一樣的，比較有趣 |
| 22:56 | JT 何建廷 | 他去華邦，不用問他了 |
| 23:29 | 王永銘 | 唬很大 |
| 23:40 | JT 何建廷 | 不能怪他，這是最好對別人對自己都好的說詞 |
| 23:40 | JT 何建廷 | 你可能也會面對同樣情況 |

2016/03/02(週三)
| 22:44 | 王永銘 | UMC 的HR效率很高，回信的速度都是以分計算 |
| 23:13 | JT 何建廷 | 那很好 |

2016/03/03(週四)
| 17:42 | JT 何建廷 | 我今天有跟老大說，你很想來，只是有家庭的顧慮 |
| 17:43 | JT 何建廷 | 他說，這不是問題，每個人都會需要請假，都有可能遇到 |
| 17:46 | JT 何建廷 | 我又說，你是主動要求來的 |
| 17:47 | JT 何建廷 | 就醬 |
| 19:04 | 王永銘 | OK，這樣聽起來好像對大S很忠誠 |
| 19:05 | 王永銘 | 家庭真是個顧慮，沒錯 |
| 19:06 | JT 何建廷 | 祝好運 |

2016/03/04(週五)
| 20:20 | 王永銘 | 看到大S和Sindy挺愉快的… |
| 20:25 | 王永銘 | 不過跟戒博士面談後，終於明白你說，狀況外，的意思 |
| 20:28 | JT 何建廷 | 有提到讓你滿意的條件或吸引你的地方嗎? |
| 20:30 | 王永銘 | 大S要做Server，DRAM and重組，2x3 Cell有優勢，我想出發點不錯 |
| 20:33 | 王永銘 | 薪水條件應該是儘量比照美光，初期工作應該会著重在device |
| 20:37 | 王永銘 | 工作到底是大S or 戒博士安排啊?戒博士沒有正面回答我，倒是大S很勞問我對testkey的看法…. |
| 20:39 | 王永銘 | 其他的就是哈拉了… |
| 20:41 | JT 何建廷 | 那，加油，等HR通知完再決定吧，另外，決對不要讓人知道你要來，趕快拼個理由(如，去華邦)，否認到底就對了 |
| 20:48 | 王永銘 | 那當然，不管如何，還是感謝你的幫忙….這是個很受尊重的面談 |
| 20:50 | 王永銘 | 美光如果知道二個主持大早会的M1不約而同去UMC面試，一定会翻桌… |
| 20:52 | JT 何建廷 | 不不不，不關我的事，是你自己想去的，你懂得 |
| 21:34 | 王永銘 | 是的 |

2016/03/06(週日)

第 7 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000520

[LINE] 與JT 何建廷的聊天

| | | |
|---|---|---|
| 11:35 | 王永銘 | Yiyi是銘哥找的嗎?大S好像很陌生，一直間他的來歷 |
| 12:04 | JT 何建廷 | 是 |

2016/03/13(週日)

| | | |
|---|---|---|
| 21:46 | 王永銘 | 看來紀老師再也不会想去聯电了，他的剋星要走了....他將成為KC的新勢力 |
| 21:48 | JT 何建廷 | 他的堅持有了回報 |
| 21:49 | 王永銘 | 只能說...暫時 |
| 22:33 | JT 何建廷 | 他的月薪快30萬，他不可能放棄，也放乘不了 |
| 22:34 | JT 何建廷 | 只能說，Stephen給他額外調太多了 |

2016/03/22(週三)

| | | |
|---|---|---|
| 14:50 | JT 何建廷 | Sandy 有call 你，請回call ⬛⬛ 那支) |
| 16:45 | 王永銘 | oK |
| 21:20 | JT 何建廷 | 滿意嗎? |
| 21:30 | 王永銘 | 還行啦!就跟現在薪資差不多 |
| 21:31 | 王永銘 | 我老婆也支持 |
| 21:32 | 王永銘 | 你搬進宿舍了嗎 |
| 21:35 | JT 何建廷 | 撤了 |
| 21:37 | JT 何建廷 | 宿舍很大，九坪 |
| 21:37 | JT 何建廷 | 每月六千 |
| 21:38 | JT 何建廷 | 家具水電網路電視都包 |
| 21:48 | JT 何建廷 | 我去年可是差很多，最近才調到一樣 |
| 21:49 | JT 何建廷 | 而且我還少領了美光的年終 |
| 21:50 | 王永銘 | 你的薪資高，UMC很難一次達成 |
| 21:51 | 王永銘 | 就等Offer了 |
| 21:51 | JT 何建廷 | 我們不会差太多拉，我升E5並沒有調 |
| 21:51 | JT 何建廷 | 這是Cooper的問題 |
| 21:52 | JT 何建廷 | 小賊升，也沒調 |
| 21:52 | JT 何建廷 | 因為Cooper 不想麻煩 |
| 21:52 | 王永銘 | 這麼小氣 |
| 21:53 | JT 何建廷 | 甫哲說，Cooper就是這種style |
| 21:53 | 王永銘 | 他不是好老闆 |
| 21:53 | JT 何建廷 | 不是小氣，是不重視這種事 |
| 21:54 | 王永銘 | UMC給我們的薪資有包含分紅嗎? |
| 21:55 | JT 何建廷 | 有時候，人生就是要有更爛的經歷，才會昔福 |
| 21:55 | JT 何建廷 | 不合 |
| 21:56 | 王永銘 | sandy只說個數目 |
| 21:56 | JT 何建廷 | 就跟IPP,RSU,Option 一樣，不算在固定薪資裡 |
| 21:56 | 王永銘 | 了解，分紅通常是芭樂票 |
| 21:57 | JT 何建廷 | 到時候，如果有做出來，應該還會有激勵獎金 |
| 21:58 | JT 何建廷 | 但，不能臺面上講 |
| 21:58 | JT 何建廷 | HR會反對 |
| 21:59 | 王永銘 | 了解，那些都是次之啦，最近想想，跟老闆比較重要 |
| 22:00 | 王永銘 | 一個人拼真的很累 |
| 22:00 | JT 何建廷 | 好好想想離職理由跟去向吧 |
| 22:00 | 王永銘 | 沒目標也很累 |
| 22:00 | JT 何建廷 | 如，莘邦 |
| 22:00 | 王永銘 | 有啊想好了 |
| 22:01 | 王永銘 | 回家接小工廠 |
| 22:01 | JT 何建廷 | 理由: 美光很好，也很裁培，但就是能力不足 |
| 22:01 | JT 何建廷 | 也可 |
| 22:02 | JT 何建廷 | 你老婆那邊也要想好應對方式 |
| 22:02 | 王永銘 | 這個理由不会很多人用过吧~ |
| 22:03 | JT 何建廷 | 我當時這樣說，彥彬 和 KC 都說，我沒有跟他們說實話 |

第 8 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000521

[LINE] 與JT 何建廷的聊天

| | | |
|---|---|---|
| 22:03 | JT 何建廷 | 但我實在很不會演，所以只好沉默 |
| 22:04 | JT 何建廷 | 感恩，感謝，堅定，是必要的 |
| 22:05 | JT 何建廷 | 他們希望我多說一些(如紀老師就抱怨很多)，但我都不說 |
| 22:05 | JT 何建廷 | 他們就沒折 |
| 22:06 | JT 何建廷 | 多說，就有縫可以突破 |
| 22:07 | 王永銘　還好啦，我沒那麼重要 |
| 22:08 | JT 何建廷 | 這跟重要沒關係，這是業績 |
| 22:08 | JT 何建廷 | 是he 的業績 |
| 22:08 | JT 何建廷 | HR |
| 22:08 | 王永銘　我有找NiCK來接我的工作，Eileen应該不会卡我 |
| 22:09 | JT 何建廷 | 另外，美光的主管考核，離職率很重要 |
| 22:09 | 王永銘　HR最近找了很多TSMC主管，很紅 |
| 22:10 | 王永銘　MNT台積化 |
| 22:10 | JT 何建廷 | 祝福他們吧 |
| 22:10 | JT 何建廷 | 成王敗寇 |
| 22:10 | 王永銘　我也是這麼認為 |
| 22:11 | 王永銘　應該五月会報到 |
| 22:11 | 王永銘　無意外的話 |
| 22:13 | JT 何建廷 | 有點晚，早一點對你的位子比較有利 |
| 22:15 | JT 何建廷 | 太晚，我擔心老闆會做不同思考 |
| 22:16 | 王永銘　老闆是我sir嗎 |
| 22:21 | JT 何建廷 | 是 |
| 22:22 | JT 何建廷 | 你應該在他需要你時出現，信任也是需要累積的 |
| 22:22 | JT 何建廷 | 最近我們開始決定組織了 |
| 22:23 | 王永銘　拿到offer就提離職 |
| 22:23 | 王永銘　來了来了 |
| 22:25 | JT 何建廷 | 你現在就可以提，明天我幫你問Stephen 看看 |
| 22:25 | JT 何建廷 | 沒有offer 提，更理直氣壯 |
| 22:26 | 王永銘　OK |
| 22:27 | JT 何建廷　Stephen都跟我們說，他當初理開南亞去力晶(他老闆找)，連離職手續都沒辦就去力晶報到了 |
| 22:27 | JT 何建廷 | 他老闆找，他隔天就去報到了，他說這就是guts |
| 22:28 | JT 何建廷 | 南亞的人還去力晶叫他回去，他都不見 |
| 22:29 | JT 何建廷 | 但最後還是回去辦離職手續 |
| 22:33 | JT 何建廷 | 老大回復下　他說okay |
| 22:34 | JT 何建廷 | 我建議你等HR 口頭通知後，再提 |
| 22:52 | 王永銘　好的，這樣比較保險 |

2016/03/23(週三)
| | | |
|---|---|---|
| 18:16 | 王永銘　聽說Bullet要帮板本找200個工程師，真是大手筆 |
| 21:03 | JT 何建廷 | 難 |
| 22:10 | 王永銘　施宏潔也跑去那…. |
| 22:10 | 王永銘　沒搞頭都往那去了~ |

2016/03/24(週四)
| | | |
|---|---|---|
| 20:25 | JT 何建廷 | HR有 通知你了嗎？ |
| 20:25 | 王永銘　沒啊 |
| 20:26 | JT 何建廷 | 啥，這麼慢! |
| 20:26 | 王永銘　不会是假消息吧 |
| 20:26 | JT 何建廷 | 不可能 |
| 20:27 | JT 何建廷 | 之前老大是說這週結束前會通知 |
| 20:28 | JT 何建廷 | 不過，今天都星期四了 |
| 20:28 | 王永銘　還是等offer較保險，我可不想当遊民 |
| 20:28 | JT 何建廷 | 不用擔心 |
| 20:28 | 王永銘　看明天 |

第 9 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000522

[LINE] 與JT 何建廷的聊天

| | | |
|---|---|---|
| 20:29 | JT 何建廷 | 老大都簽過了 |
| 20:29 | 王永銘 | HR有权力HOld |
| 20:29 | JT 何建廷 | 這邊的HR 流程比較久 |
| 20:30 | 王永銘 | 美光是這樣 |
| 20:30 | 王永銘 | 應該是明天 |
| 20:30 | JT 何建廷 | 會hold 的話，人資長會先跟老師大說 |
| 20:30 | JT 何建廷 | 不會等他都簽過了才說 |
| 20:31 | JT 何建廷 | 老大，不是老師 |
| 20:31 | 王永銘 | 那就好~相信大S的power |
| 20:32 | 王永銘 | 光正也是去U嗎 |
| 20:32 | JT 何建廷 | 不是 |
| 20:32 | JT 何建廷 | 目前只有你 |
| 20:33 | JT 何建廷 | 和yy |
| 20:33 | 王永銘 | yy算是拼了 |
| 20:34 | JT 何建廷 | 怎說 |
| 20:35 | 王永銘 | 他老婆在TSMC，孩子很小 |
| 20:36 | 王永銘 | 常請假帶小孩 |
| 20:37 | JT 何建廷 | 哈哈，他會全家搬來 |
| 20:37 | 王永銘 | [貼圖] |
| 20:37 | 王永銘 | 玩這麼大 |
| 22:56 | 王永銘 | 你有想过，若某天小s混不下去带領他二位大將去U跟大s会合嗎? |
| 22:57 | 王永銘 | 到時又是什麼樣的局面 |

2016/03/25(週五)

| | | |
|---|---|---|
| 7:32 | JT 何建廷 | 你來了就可以了解 |
| 17:37 | 王永銘 | 收到通知 |
| 17:48 | JT 何建廷 | 有被告知你 5/2報到 |
| 18:03 | 王永銘 | 暫定，要喬看看提早一星期4/25 |
| 18:04 | JT 何建廷 | 早一點比較有機會 |
| 18:05 | JT 何建廷 | 升遷的機會 |
| 18:06 | 王永銘 | 了解，梗鋪的差不多了 |
| 18:08 | 王永銘 | 決战週一 |
| 18:14 | JT 何建廷 | 四月中更好 |
| 18:20 | 王永銘 | 四月中太狠了，Eileen会受不了 |
| 18:29 | JT 何建廷 | 唉，看你自己吧，有時候，努力也不一定會成功，不努力也會成功，都是命 |
| 18:33 | 王永銘 | 没錯，美如就是最好的例子，運好.... |
| 18:34 | 王永銘 | 山不再高，有仙則靈 |
| 18:38 | JT 何建廷 | 跟那種個案比，只是讓自己不快樂而已 |
| 18:38 | JT 何建廷 | |
| 18:46 | 王永銘 | 是啊，所我才決定做自已想做的事，不管結果如何 |

2016/03/26(週六)

| | | |
|---|---|---|
| 19:01 | 王永銘 | 九坪的可住家眷嗎? |
| 19:43 | JT 何建廷 | 可伸請住14天/月 |
| 20:16 | 王永銘 | 宿舍有幾神選擇 |
| 20:24 | JT 何建廷 | 你如果要長期住，可要求住園區管理局宿舍 |
| 20:24 | JT 何建廷 | 他有個人和家庭兩種 |
| 20:24 | JT 何建廷 | 但，家庭的可能要排隊 |
| 20:26 | JT 何建廷 | 園區管理局還是會管理，但沒那麼嚴格 |
| 20:28 | JT 何建廷 | 公司宿舍只有一種 |
| 20:29 | JT 何建廷 | 要長期住家眷不可行 |
| 20:33 | 王永銘 | 14天夠了，只有假日帶小孩去玩 |

2016/03/27(週日)

第 10 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000523

[LINE] 與JT 何建廷的聊天

:10　王永銘　組織架構長的如何?可以逐級一點嗎
:55　JT 何建廷　　2個整合二級，一個device 三級，一個defect 二級
:57　JT 何建廷　　你如果早點來(如，年初就來),又能證明自己的能力，應該會是
vice 二級，現在，有點晚，時間夠不夠你證明，很難說
:01　JT 何建廷　　早一，有風險，但伴隨機會。晚，穩定，但機會較少。 都是自
約選擇
:30　王永銘　那你是一級是吧
:33　王永銘　有實力自然能証明
:44　王永銘　去南科本來就是冒險
51　JT 何建廷　　一級是戒sir
5:　JT 何建廷　　我也不確定我會是幾級
52　JT 何建廷　　最近組織正在成型
52　JT 何建廷　　有實力也要有位子才行
53　JT 何建廷　　有實力，沒位子時，就只能等
54　JT 何建廷　　這邊，一級就是協理，1.5級是處長，二級是部經理，三級是課
長
55　JT 何建廷　　目前，人太少，暫時沒有1.5級的規劃
39　王永銘　1.5級你夠格啦
13　JT 何建廷　　不敢想，幾年後再說吧

5/03/29(週二)
)0　王永銘　想不到連瑞斌都要走了~
14　JT 何建廷　　喔，去哪?
52　王永銘　不知耶，也許他已達到60專案退休
55　王永銘　你昨天說的device二級，主要是負責什麼....
)0　JT 何建廷　　沒記，明天問戒sir
)1　王永銘　ELPIDA的RD，分功很細 ，應該不会全包吧
)2　王永銘　許哲維，後來沒去你那嗎
5　JT 何建廷　　這邊還很初期，人不多，所以會包很多，但如果是logic 現有
就會有現在單位負責
5　JT 何建廷　　那人我不認識
0　王永銘　那弄錯了
1　王永銘　應該是張維哲
2　JT 何建廷　　華幫

(03/30(週三)
5　JT 何建廷　　　我們的wafer type 是什麼
)　王永銘　　▮▮▮▮▮

4　JT 何建廷　　　這樣太rough, 我記得是 NPC wafer
4　JT 何建廷　　　我有call你，要跟你說device team 的function
4　JT 何建廷　　　那個要在公司看電腦我才會說
4　JT 何建廷　　　我覺得你還是來再了解好了
、永銘　你問到專家了
_永銘
王永銘　阻值 ▮▮▮▮▮
王永銘　notch方向 ▮▮▮▮▮
王永銘　你要用那一家...
王永銘　參數非常多
王永銘　你用跟▮▮▮還是▮▮▮▮▮▮
JT 何建廷　　　現在只是▮▮
王永銘　oK，要好切用零度自即可
王永銘　你要用那一家廠商
王永銘　每一家我都熟，

第 11 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000524

[LINE] 與JT 何建廷的聊天

20:44　王永銘　重要會在██████████圉定廠商後，不能亂換

20:49　JT 何建廷　　用██████████好了

21:03　王永銘　且是██████████有空study一下 DRAM wafer level 的 reliability test item

21:39　JT 何建廷

(你應該已經會,只是提醒)

22:30　王永銘　3Q

2016/03/31(週四)

16:56　JT 何建廷　　我假日再call 你好了

16:57　王永銘　oK，如果要出來講我請也行….

17:21　JT 何建廷　　不用電話說說就好

18:24　王永銘　OK

2016/04/01(週五)

13:23　JT 何建廷　　你有私人的email 嗎?

17:09　王永銘　有

17:10　王永銘　██████@gmail.com 的██████████　需要██████

17:15　JT 何建廷　　我知道██████

17:16　JT 何建廷　　但我們現在想出來的layout，會有██████████

17:16　JT 何建廷　　你可以想想看如何克服這問題嗎？

17:17　JT 何建廷　　我寄給你看看

18:59　王永銘　oK

19:04　王永銘　我試試

20:19　JT 何建廷　　就像██████████

2016/04/02(週六)

19:34　JT 何建廷　　我晚上九點 call你?

20:49　王永銘　OK

20:50　王永銘　下午睡著了

21:57　JT 何建廷　　我們以RnD 的角度，討論flow/結構,好幾個月了

21:58　JT 何建廷　　很多狀況其實都會討論到

21:59　JT 何建廷　　你可能要來了，才會真的感受到

22:04　JT 何建廷　　我只能說，要早來，因為要了解狀況，調整自己，需要時間

22:33　王永銘　了解，以前很少去思考和討論這些細節….

22:39　王永銘　另外，別有太大壓力，我设設想要一定要在M2缺，畢竟在TCAD和Idesign這些領域是以前沒碰过的…. 会有立即貢獻但也需要学習

22:54　JT 何建廷　　你去Q後，WAT 誰接?

22:56　王永銘　浩哥

22:57　王永銘　你有私人e-mail信箱嗎

23:01　王永銘　基本上我走了之後，PI就沒在做device SWR了….

23:04　JT 何建廷　　██████@gmail.com

23:06　JT 何建廷　　一般而言，量產整合對flow及STR 的理解只是大概，很多地方是不全或者無法前後自圆其說

23:08　JT 何建廷　　這在RnD討論時，就會說不下去

23:10　JT 何建廷　　銘哥和甫哲也是在RnD,才發現gap 這麼大

23:12　JT 何建廷　　他們之前只道我不錯，但來RnD之後，才知道，我跟他們想的不一樣

23:13　JT 何建廷　　比他們預期的，懂得還要多

23:13　JT 何建廷　　多非常多

23:15　JT 何建廷　　但，也常被這邊的RnD問的啞口無言

23:26　王永銘　只是RnD常在做這樣的邏輯推演而已，

23:27　王永銘　銘哥和甫哲以後都是PI嗎?

23:45　JT 何建廷　　銘哥是 defect

23:46　JT 何建廷　　甫哲本來是，後來改蝕刻

第 12 頁

901

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



Case 3:18-cr-00465-MMC   Document 256-2   Filed 12/02/21   Page 50 of 66

[LINE] 與JT 何建廷的聊天
23:47　JT 何建廷　一開始老大的規劃是，但後來需要他去做module

2016/04/03(週日)
11:31　王永銘　yiyi幾号報到啊...
11:36　JT 何建廷　不清楚
11:37　王永銘　寄給你了
11:47　JT 何建廷　Ok
12:04　JT 何建廷　看了你的想法後，其實我昨天並沒有誤解你的想法
12:16　JT 何建廷　所以
12:16　JT 何建廷　外圍可能要估出來，要多少才夠
12:18　JT 何建廷　空間大，留的也大，　　　　　　　可能就留的不夠
12:19　JT 何建廷　另外，　　　　　　外，同常會有字，　　是不是沒字比較好
18:33　JT 何建廷　針對我的說法，給個建議吧　有近
21:04　王永銘
21:05　王永銘　應該是沒問題的
21:08　JT 何建廷　那　　　應該要有字嗎？
21:11　王永銘　不用吧，那是　　，一個方塊不只一
21:11　王永銘　才需要
21:12　王永銘　编号
21:13　JT 何建廷　是 alignment,不是
21:13　JT 何建廷　一般而言，會有字
21:15　王永銘　你秀的那種是
21:17　王永銘　另外，scribe line 是
21:18　JT 何建廷　我秀的是
21:18　JT 何建廷
21:19　王永銘　对於一些　　放不下
21:20　王永銘　所以Elpida有60和180二種版本
21:20　JT 何建廷　應該有字嗎？
21:21　王永銘　要吧
21:21　JT 何建廷　現在我們可能要用的是　　的
21:22　王永銘　UMC 標準嗎
21:22　JT 何建廷　是
21:23　王永銘　還好啦，　　用他們的就Ok
21:24　王永銘　反正　　　都放的下
21:25　JT 何建廷　如果是側吃的模式，那會先長
21:27　王永銘
21:27　王永銘　mark 我很外行
21:28　JT 何建廷　是，另外要思考　　　　　　等 pattern 是否放的下
21:34　JT 何建廷　如果放不下，應該要有替代方案，如normalize 成　　,再乘以

21:35　JT 何建廷　你預計何時離職？
1:47　JT 何建廷　我看到你提前到月底報到
21:56　王永銘　看到了，　　都有字
21:57　王永銘　不过是用　　出來的
21:57　JT 何建廷　喔，所以都是用側淘模式來克服
21:58　JT 何建廷　喔，所以當層沒　　是前層做的
21:58　王永銘　對
21:58　JT 何建廷　關於　你的問題
21:59　王永銘　編號概念相同
22:00　JT 何建廷　如果只是第一枚光罩有　　第二枚沒　　嘌光），那第一枚光罩的　調是會不見的
22:00　王永銘　只有　　才能做字型

第 13 頁

802

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000526

[LINE] 與JT 何建廷的聊天

| | | |
|---|---|---|
| 22:01 | 王永銘 | 懂了 |
| 22:08 | 王永銘 | 所以空白的地方才是███是吧...針對我劃的圖 |
| 22:11 | 王永銘 | 4/26吧...都還沒sent單，Eileen就通知Casey，Casey又去通知小s，結果 |

就跟他聊了快1小時
| | | |
|---|---|---|
| 22:18 | JT 何建廷 | 你要小心他 |
| 22:19 | JT 何建廷 | 是兩枚光罩都有███████ |
| 22:20 | JT 何建廷 | 這個，我在這邊想了很久才想清楚 |
| 22:21 | JT 何建廷 | 必須要同時有，才會有最終1s |
| 22:22 | JT 何建廷 | 言多必失，該演的還是要演 |

2016/04/04(週一)
| | | |
|---|---|---|
| 17:19 | 王永銘 | 你說老大找來的那個日本人，以前在RD是做什麼的.... |
| 17:20 | 王永銘 | PE背景嗎? |
| 17:23 | 王永銘 | 另外光罩是由UMC tapout 還是日本客户? |
| 17:59 | JT 何建廷 | ，他主要負責 layout +lnt |
| 18:00 | JT 何建廷 | 之前做過DRAM,來台灣後負責flash |
| 18:00 | JT 何建廷 | 光罩還沒確定 |
| 18:59 | 王永銘 | 基本上layout和INT有點差距，除非他幹过design |
| 20:07 | JT 何建廷 | 一般而言，DRAM array 是由 INT 設計 |
| 22:10 | 王永銘 | 我以為是PE，他們的design文件包含Array和CMOS |

2016/04/05(週二)
| | | |
|---|---|---|
| 13:05 | JT 何建廷 | 目前我們沒有product |
| 15:20 | 王永銘 | 問一下，你那時離職証明和勞健保轉出單是當天拿到的嗎?我看規定HR要 |

用寄的
| | | |
|---|---|---|
| 20:11 | JT 何建廷 | 用寄的 |
| 20:11 | JT 何建廷 | 好像沒轉出單 |
| 20:11 | JT 何建廷 | 又好像有 |
| 20:11 | JT 何建廷 | 忘了 |
| 20:15 | 王永銘 | OK，來不及那只好補交了 |

2016/04/06(週三)
| | | |
|---|---|---|
| 9:09 | JT 何建廷 | 聽說，陳瑞斌離職，主管及HR 要用簽約加薪(>2w)的方式留他 |
| 18:17 | 王永銘 | 2w是2萬是吧 |
| 18:18 | 王永銘 | 台積來的主管，果然猛 |
| 18:24 | 王永銘 | 他要的應該不是這個 |
| 18:33 | JT 何建廷 | 因為錢而簽約留下來，在簽約期間只會被上級羞辱而不能走 |
| 20:59 | 王永銘 | 聽說美如被DG了，小s的一級戰將再損一員 |
| 21:02 | 王永銘 | 沒有嘉賓可接待，果然頂級戰力無法發揮，真可惜 |
| 21:02 | JT 何建廷 | 誰接? |
| 21:03 | 王永銘 | 讓我們繼續看下去 |
| 21:03 | 王永銘 | 外找吧 |
| 21:04 | JT 何建廷 | 瑞晶人的悲哀，怎麼做都不對 |
| 21:06 | 王永銘 | 是以前老闆策略不對，一手好牌打到快沒牌 |
| 21:08 | 王永銘 | 她算幸運了，留下的爛攤子都有人清理 |
| 21:09 | JT 何建廷 | 聽說最近外藉M3群集體挺彬原，抵制紀老師(雖然KC挺他)，這應 |

該又是策略的一種
| | | |
|---|---|---|
| 21:11 | 王永銘 | 不得不說，是高招 |
| 21:11 | JT 何建廷 | 老話 |
| 21:12 | JT 何建廷 | 瑞晶人的悲哀，怎麼做都不對 |
| 21:13 | 王永銘 | 美國大聯盟，機會永遠是新秀的，三A裝有很多在排隊 |
| 21:15 | JT 何建廷 | 沒有被併購，很多人性因暗面都不會被放大 |
| 21:17 | JT 何建廷 | 紀老師明明是拔掉柏偉的主謀，但當他沒人的時候，卻可以當完 |

全沒這回事的要求他跟隨他
| | | |
|---|---|---|
| 21:19 | JT 何建廷 | 明明有人對他有知遇之恩，他放棄不了這份高薪，不想冒險，卻 |

第 14 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000527

[LINE] 與JT 何建廷的聊天
以跟老婆合演一套劇，還當大S看不出來
:21　JT 何建廷　　前年，他明明很挺秋韻，都不要求她，只會嗆你，現在他卻不找
去做regionE
:22　JT 何建廷　　卻聽說他到處找人，都不找秋韻
:23　JT 何建廷　　是做事都別人，升官升他自己認為的心腹嗎？
24　王永銘　沒錯，頂級大將有一套標準
24　王永銘　我沒天份不恤
24　JT 何建廷　　我也不恤

6/04/07(週四)
1　JT 何建廷　　我們決定等你來再來定 wafer 的 spec
7　T 何建廷　　雖然這邊QA很熱情，明天就約了vandor要來談，但我們把它推到
18　王永銘　ok
19　王永銘　YY真猛，下週五最後一天
16　JT 何建廷　　所以你真慢
16　JT 何建廷　　加油，快點送
18　JT 何建廷　　到了，Nagai san 曾在我們的TD做過，他們曾run 過4F2 DRAM開

6　王永銘　那太好了，
7　王永銘　4/28一定到
8　王永銘　體檢是自已要先去做嗎
2　JT 何建廷　　我是提前一天到宿舍，順便做體檢
2　JT 何建廷　　Sandy 好像是報到後再去做
2　JT 何建廷　　你可以問人資
3　JT 何建廷　　Offer 裡應該會寫

/04/13(週三)
5　王永銘　你們有洽詢很多module 工程師嗎？
5　王永銘　最近人走的多，消息傳的沸沸揚揚
3　JT 何建廷　　我們有在104刊登，也有請head hunter 找人
7　王永銘　原來如此
5　王永銘　聽到的消息，都說是甫哲找的
1　JT 何建廷　　不是，是head hunter
5　王永銘　那就好，又要大風吹了別成為箭靶
　JT 何建廷　　幫忙端正說法一下
　JT 何建廷　　我們真的有請head hunter 找人，包含日本，韓國，台灣
　永銘　我都說UMC人才濟濟，應該是板本來挖角的
　JT 何建廷　　哈哈，聽說Koshikawa san 有收到日本美光的存證信函，要求他
腦角
　王永銘　他是誰？
　王永銘　前RD的頭嗎
　T 何建廷　　Product+design 的頭

04/1. (週四)
　王永銘　宿舍只能住一個月嗎？今天收到通知了
　JT 何建廷　　一個月免費，之後要自費
　王永銘　了解

04/17(週日)
　王永銘　現在除了我和yy要加入以外，還有誰?不知那裏來的消息說最近要離職的
U.....
　JT 何建廷　　目前只有你們
　JT 何建廷　　會有這個說法應該是我們有請獵人頭找人，104也有在找module

第 15 頁

804

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000528

[LINE] 與JT 何建廷的聊天

| 20:41 | JT 何建廷 | 104整合的缺因為作業的關係，稍慢 |
| 20:41 | JT 何建廷 | 104device 的缺已刊登 |
| 21:28 | 王永銘 | 我来看看 |

2016/04/19(週二)
21:55　JT 何建廷　　　你那天離職？

2016/04/20(週三)
6:59　王永銘　4/26
7:44　JT 何建廷　　　哇，這麼趕
7:57　王永銘　4/27下午，我就会到宿舍報到，順便去做體驗
8:03　JT 何建廷　　　最近有反退位假嗎？
8:04　王永銘　有啊，今天開始
8:08　王永銘　多二天被拗去跟明輸報告，還被酸...Kenny有新的春天
8:08　王永銘　看
19:35　王永銘　你們有找Sara嗎？
20:00　JT 何建廷　　　沒
20:09　王永銘　沒事，聽說他也有異动
20:22　JT 何建廷　　　去那？
20:36　王永銘　不清楚
21:07　王永銘　[圖片]　　　　　　　　　　　　　　　　　後，上面■連按的地方会被吃
21:12　王永銘　你覺得這樣的Layout，
二個■　還是会連起來　　　　　的用意 是要迪起來當傳導用
21:14　王永銘
21:15　王永銘　我覺得連不起■　　　　　　　　　　　　　吃下去，但深
21:47　JT 何建廷　　　這是■嗎？ 如果是■，會被
度應該沒■來
21:55　王永銘　只有■一層
21:57　王永銘　　　　　　会被切開，這樣連不起來
21:58　王永銘　這個Layout有問題
21:59　JT 何建廷　　　看起來，■透明的地方是■的地方，所以是不吃的
22:11　王永銘　对啊，
22:13　王永銘　上面大塊■的地方，会成為一個大洞

2016/04/21(週四)
20:49　王永銘　你最近有很忙嗎？
20:49　JT 何建廷　　　非常
20:50　王永銘　現在到什麼階段了
20:51　JT 何建廷　　　你來再說
20:51　王永銘　OK

2016/04/26(週二)
16:21　JT 何建廷　　　UMC 的■　　　　　　都會考慮■
16:22　JT 何建廷　　　好像，DRAM 業界只考慮width only？
16:26　JT 何建廷　　　　　　　　　　　　　應該就是■
16:26　JT 何建廷
16:34　王永銘　　　　　　　　　　　，是以很小的Vd来減少■
16:36　JT 何建廷　　　Ok，但我的問題是DRAM業界■
16:36　王永銘■　有一套以■的算■
16:36　JT 何建廷　　　所以，有？
16:37　王永銘　U的是正確的
16:37　JT 何建廷　　　因為現在我們跟DRAM 的designer 開會，他們好像不了解這定義
16:37　JT 何建廷　　　他們只有考慮width
16:38　JT 何建廷　　　Travis 也說，DRAM都是這麼定義
16:38　JT 何建廷　　　是嗎？

第 16 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000529

[LINE] 與JT 何建廷的聊天

16:39　　王永銘　沒錯
16:41　　王永銘　但█🔲业会考慮，不只█
16:42　　JT 何建廷　　　　　　??
16:42　　JT 何建廷　　　　你來再討論好了，現在說不清
16:45　　王永銘　Ok
16:58　　JT 何建廷　　　　█🔲　就是用█🔲🔲　′來測，所以應該跟你說的一樣
16:58　　JT 何建廷
16:59　　JT 何建廷　　　　不是
18:10　　王永銘　　到時再跟你們詳細討論，這会跟█🔲🔲🔲　有閞，且長短適適用一
樣的█🔲　　　　　　　　　　失真
22:18　　JT 何建廷　　　　所以你太晚來了

2016/04/27(週三)
18:29　　王永銘　你住那?
18:36　　JT 何建廷　　　　聯苑2期
19:53　　JT 何建廷　　　　你今天入住嗎？
19:56　　JT 何建廷　　　　需要幫忙嗎？ 正好今天可以
20:04　　王永銘　在園管局宿舍...像鬼屋一樣
20:04　　王永銘　[貼圖]
20:04　　王永銘　我都弄好了
20:04　　JT 何建廷　　　　我剛來也住了三個月
20:04　　王永銘　But
20:05　　王永銘　發現行李箱沒帶来
20:05　　王永銘　[貼圖]
20:06　　王永銘　所以又回台中了，明早在下去吧!
20:07　　JT 何建廷　　　　唸，
20:07　　王永銘　你都坐交通車到公司嗎?
20:07　　JT 何建廷　　　　開車
20:08　　JT 何建廷　　　　比較方便
20:08　　王永銘　很近耶
20:09　　JT 何建廷　　　　約2km,園區宿舍，其實弄好後還蠻舒適溫心的
20:09　　JT 何建廷　　　　第一次看到，也覺得很差
20:10　　JT 何建廷　　　　但，床包包好後，整個感覺會很不同
20:10　　王永銘　还給個鳥房号....414
20:10　　王永銘　看
20:11　　JT 何建廷　　　　我之前住三樓
20:11　　JT 何建廷　　　　好像是329
20:12　　JT 何建廷　　　　就排隊吧，會排到聯苑的
20:13　　JT 何建廷　　　　園區宿舍停車位很多，且不用錢
20:13　　王永銘　算了，剛離職可能心情有點落寞，明天見到你們應該就会好一些
20:14　　JT 何建廷　　　　聯苑的停車位要錢，而且位子很小
20:14　　王永銘　停公司就好了
20:14　　JT 何建廷　　　　我保證你在這邊會比較開心
20:14　　JT 何建廷　　　　不行過夜
20:15　　王永銘　什麼?
20:15　　JT 何建廷　　　　停宿舍，坐交通車或者騎腳踏車或者用走的
20:16　　JT 何建廷　　　　公司車位不夠
20:17　　王永銘　聯苑收你6000，还另外加收車位錢，太狠了
20:20　　王永銘　明天見
20:21　　JT 何建廷　　　　好
20:22　　JT 何建廷　　　　去安裝個wechat
20:30　　王永銘　好了
20:33　　JT 何建廷　　　　Ok
20:35　　JT 何建廷　　　　房間號碼不好，你應該可以反應換房間
20:37　　王永銘　明天試試

第 17 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000530

[LINE] 與JT 何建廷的聊天
20:54　　JT 何建廷　　你說說，你想在聯電做長長久久

2016/04/28(週四)
20:28　　王永銘　打不通

2016/05/01(週日)
16:50　　王永銘　心情好亂，对自己最終角色是什麼感到憂心，真的如你說的來的有點晚，
...位子佔不到又寄人籬下
17:03　　王永銘　下面還不知有沒有人...
17:08　　王永銘　Sorry，只是舒發一下心情，我自己会想辦法克服
17:36　　JT 何建廷　你沒有經歷過我和甫哲早來時的潦倒困苦，還有那時對未來的
無法確定感，只看到我們現在的融入，看似意氣風發，所以你會覺得失落
17:38　　JT 何建廷　我們不是你看到表面的樣子
17:41　　JT 何建廷　晚來的好處是，不會有沒有明天的不確定感，也不須經歷從無到
有的壓力和困境
17:42　　JT 何建廷　我們不是你想像的風光，我們反而要承擔更大的壓力和責任
17:44　　JT 何建廷　你現在能做的，就是一步一步的去證明自己的能力，正面思考，
否則，只會沉淪
17:46　　JT 何建廷　不用擔心，你才剛來，不要看到別人表面的風光就亂了自己的步
調
17:46　　JT 何建廷　你還有我們，認識你能力的人，也還有Stephen
20:02　　王永銘　3Q
21:19　　JT 何建廷　還記得剛來的前三個月，整個專案還沒定，CEO 又對老大冷言冷
語，老大有時還覺得不如歸去，我和甫哲都做好彼老大安排去力晶或華邦的心理準備
21:21　　JT 何建廷　後來專案慢慢開始，我也開始面臨很多知識不足的挑戰，常常要
自己上網查資料，統合很多自己的知識，慢慢的才克服困難，完成需求
21:22　　JT 何建廷　你後來看到的我，其實已經是經歷了這些的我
21:25　　JT 何建廷　同樣的，你也會面臨困難和挑戰，你必須要有自信，但謙卑的面
對它，這是我和甫哲剛來時，老大給我們的觸動
21:27　　JT 何建廷　老大說的，謙卑，忍耐，自信
21:29　　JT 何建廷　你是老大親點覺得不錯的人，不必擔心，努力去表現，勇敢去爭
取，願意去承擔，決對會有好結果的

2016/05/02(週一)
17:41　　JT 何建廷　老闆找你吃飯

2016/05/06(週五)
18:39　　JT 何建廷　你會覺得太早開始接job嗎? 還是應該慢慢來才對?
19:29　　JT 何建廷　如果是，我覺得你要和或sim溝通，你有很多專長和知識，你會
cell test key, DRAM wafer level reliability, 你應該做這方面
19:31　　JT 何建廷　邏輯device部份，應該要給你時間，讓你和ATD 的人合作，再慢
慢交接，或者找人support
19:34　　JT 何建廷　我之前也是這樣，會就說會，不會就說不會，大家就會一起想辦
法，或者找ATD的人來做
19:35　　JT 何建廷　慢慢的，我也會了，這就是你現在看到的樣子
19:36　　JT 何建廷　我建議，你應該要慢慢來
19:40　　JT 何建廷　UMC的人其實沒你想像中積極，他不見得會想學你會的東西，所
以你對DRAM的理解是他們很難有的
20:58　　王永銘　ATD Device的人还不錯，只是我要讀很多技術文件，包括教科書，才能跟
他們合作愉快
21:02　　王永銘　甫哲和銘哥他們对device很概念，很難了解這門檻很高，不是拿美光的
lesson learn就可以混下去的
21:04　　JT 何建廷　你有帶公司電話會來嗎？
21:05　　JT 何建廷　我call 你
21:05　　王永銘　有

第 18 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000531

[LINE] 與JT 何建廷的聊天

| 21:05 | JT 何建廷 | 那你拿電話一下 |
| 21:09 | JT 何建廷 | 未接來電 |

2016/05/11(週三)
| 19:50 | 王永銘 | 沒看到小林的line |
| 19:51 | JT 何建廷 | [傳送好友資料] |
| 19:52 | JT 何建廷 | 剛搞清楚怎麼用 |
| 19:52 | 王永銘 | 3Q |

2016/05/13(週五)
| 17:43 | 王永銘 | 您已結束通話 |
| 7:43 | JT 何建廷 | 通話時間 0:17 |

2016/05/16(週一)
| 18:20 | 王永銘 | 先吃飯去了 |

2016/05/19(週四)
| 20:31 | 王永銘 | 您已結束通話 |

2016/06/01(週三)
| 21:53 | JT 何建廷 | 我有預感，我們可能會有大變化 |
| 21:53 | JT 何建廷 | 加油，要做好自。準備 |
| 22:20 | 王永銘 | 你酒醉了嗎? XO我真的有帶來...人頭馬的 |
| 22:21 | JT 何建廷 | 下次再約 |

2016/06/14(週二)
| 22:17 | 王永銘 | 对了，一直要跟你說，不要再介紹我以前負責WAT，事实上進入美光後已轉型成元件工程，对UMC的人而言，WAT和Device是差距很大的領域，对UMI和ESMT也是.... |
| 22:27 | JT 何建廷 | 了解 |
| 22:28 | 王永銘 | 有時候，刻板印象会妨礙溝通，既然重新開始，我不想再走過去的路 |
| 22:28 | JT 何建廷 | 了解，你是device |
| 22:31 | 王永銘 | 現在已穩定下來，也多謝你幫忙 |

2016/06/23(週四)
| 23:27 | 王永銘 | yiyi其很想到PI→只是閉不了口 |
| 23:33 | JT 何建廷 | 以後有的是機會 |

2016/06/30(週四)
| 9:25 | 王永銘 | [圖片] |
| 9:27 | 王永銘 | ███████ |
| 9:28 | JT 何建廷 | 收到 |
| 9:29 | 王永銘 | 好好反省一下 |
| 9:31 | JT 何建廷 | 下次會議，我會請真正的專家發表意見就好 |
| 9:32 | 王永銘 | 讓DF自已說吧 |
| :43 | 王永銘 | 甫哲的公用电腦放那裏，可借我看一下文件嗎 |
| 10:24 | JT 何建廷 | 甫哲的被Stephen拿走了 |
| 10:27 | JT 何建廷 | 我的在我的小桌子上方縫隙 |
| 10:27 | JT 何建廷 | Password ██████ |
| 11:01 | 王永銘 | 3Q |
| 11:02 | 王永銘 | 我会小心使用 |

2016/07/01(週五)
| 21:46 | 王永銘 | 戎sir今天寄出明年人員編制，有二個一級主管缺 |
| 21:48 | 王永銘 | 紀老師再不來，就沒機会了 |
| 21:49 | 王永銘 | 或者是留給他位置 |

第 19 頁

808

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

[LINE] 與JT 何建廷的聊天

2016/07/04(週一)
20:12　王永銘　device的人都沒來報到,真擔心戒sir紙上練兵,我則要收拾殘局
20:16　王永銘　大S也沒辦法給我什麼資源,layout和TCAD都沒到位,device像空殼
20:18　JT 何建廷　都是這樣的,一步一步來
20:24　王永銘　現在連看履歷的權限都沒,很沒力....
20:27　王永銘　這禮拜準備跟他攤牌,時間快不夠了
20:51　JT 何建廷　未接來電
21:20　JT 何建廷　我和亞亦吃晚餐/宵夜,找不到你,想讓你發發勞騷也沒辦法
21:23　王永銘　很悶,所以先走了

2016/07/18(週一)
21:59　王永銘　兄弟,你還好吧!有什麼我可以幫忙的......
22:24　JT 何建廷　還好,幫忙Jackie討論flow就可

2016/08/10(週三)
15:22　王永銘　ELPIDA第一次評█████ █ █████ 是吧?
16:03　JT 何建廷　好像是,為了█削發,用█的來做先期評估

2016/08/11(週四)
20:48　JT 何建廷　我想起來了,那個畫layout 的人叫 淑如.
21:37　王永銘　那不同人

2016/08/17(週三)
18:39　王永銘　無人接聽

2016/08/25(週四)
22:20　王永銘　今天太S說,拿中國那筆額外加給要簽四年,以我目前的狀況,真不知能不能撐四年,
22:21　王永銘　金先生应该是技術職
22:21　JT 何建廷　那就跟他說你的憂慮和考量
22:22　JT 何建廷　看看能不能解決
22:22　JT 何建廷　或改善
22:22　王永銘　不过还是要到device
22:25　王永銘　說了,老大說戒sir有推薦我,反而是老大自己想再觀察看看...
22:26　王永銘　羅生門,也不知現在是那招...
22:29　JT 何建廷　那你就努力表現,幾會是你的
22:29　王永銘　只知才搞定Nagai,又來一個金先生,日子真難過
22:30　王永銘　他英文那麼爛....
22:30　JT 何建廷　他已經有給你明示子,你應該正面思考
22:31　JT 何建廷　這樣才有前進的力量
22:31　JT 何建廷　你一直太負面了
22:32　王永銘　是啊!沒路啦...只能往好的想...
22:32　JT 何建廷　我們的體系要夠堅強才能勘大任
22:34　JT 何建廷　並不只是專業和規劃能力而已
22:37　王永銘　心理層面的確要再進化才行...

2016/09/05(週一)
17:56　王永銘　通話時間 0:09

2016/09/09(週五)
19:32　JT 何建廷　今天老大有跟我提到簽約的事子一一樣,要簽四年
22:08　王永銘　四年好漫長啊
22:10　JT 何建廷　我倒沒有這顧慮
22:11　JT 何建廷　各人有各人的考量,顧慮

第 20 頁

809

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000533

[LINE] 與JT 何建廷的聊天

22:11　JT 何建廷　　　我有問，如果中途要轉去大陸，是可以的
22:14　王永銘　転去大陸較複雜，因那是wu san的地盤
22:15　王永銘　不过TTD一定会成立
22:16　JT 何建廷　　　未來，大陸也會有 RD的
22:17　王永銘　這一塊發揮空間很大
22:19　王永銘　你有機会成為我s1r接班人
22:24　JT 何建廷　　　未來，會有很多各國人才會加入，畫地盤的事還早
22:25　JT 何建廷　　　你加油吧

2016/09/13(週二)
23:11　王永銘　　　　　　濃度真有減，我猜对了
13:12　JT 何建廷　　　好，那就該
23:15　王永銘　叫我家小弟模擬一下
23:16　JT 何建廷　　　明天記得報一下

2016/09/22(週四)
21:27　王永銘　我的一些BWL想法，方向居然都和他廠的2z或1x世代不謀而合
21:39　JT 何建廷　　　[貼圖]
21:41　王永銘　明天告訴你
21:41　JT 何建廷　　　[貼圖]

2016/09/25(週日)
19:58　王永銘　一樣的　　　　　種　　　，那　　要叫什麼?
20:00　王永銘　用　　　嗎
20:01　王永銘　應該是這樣沒錯
20:03　王永銘　那為何不叫　　　呢?
20:17　JT 何建廷　　　　　　　　　　是真的
20:17　JT 何建廷　　　　　　　　　的確應該叫
20:55　王永銘　3Q
21:25　王永銘　金先生是PI背景的人，擅長的是Cell設計和相關製程，他講了一些Cell
Pitch比例的策略，你有空可抽點時間跟他挖挖寶
21:27　王永銘　韓狗挺奸的，要花點時間聯絡感情才行
21:36　JT 何建廷　　　[貼圖]

2016/09/27(週二)
14:42　JT 何建廷　　　聯苑餐廳晚上有開，如果需要的話
17:15　王永銘　喔，真是佛心來也
17:23　JT 何建廷　　　可以開車過來，停圓環
21:42　JT 何建廷　　　金先生知道明天放假嗎?
22:07　王永銘　應該不知，不过也沒交通車到公司
22:08　王永銘　台中沒有風雨了
22:09　JT 何建廷　　　恭喜

2016/09/28(週三)
21:58　王永銘　SS和Hynix 的AA都有點扭曲，金先生說那是自然形成沒有OPC加工
22:04　JT 何建廷　　　那跟OPC team的推論不一樣，以後可以聊聊

2016/10/05(週三)
22:42　王永銘　瑞斌又回美光了
22:50　JT 何建廷　　　有聽說
22:54　王永銘　他算是錯估情勢

2016/10/13(週四)
21:59　JT 何建廷　　　後來，浩哥的case 一如何演進?
22:00　JT 何建廷　　　1.不來 2.來做工程師 3.去晉華量產team　4.還在想?

第 21 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000534

[LINE] 與JT 何建廷的聊天

22:26　王永銘　還沒跟他說
22:29　JT 何建廷　　　了解

2016/10/16(週日)
13:02　王永銘　浩哥對pay很在意，換工作的動機屬於被動型
13:03　JT 何建廷　　　那大陸的pay 應該比較好，我們這邊應該沒太多差別
13:04　王永銘　美光給的條件，一般人很難放棄
13:25　JT 何建廷　　　那也要 1. 做的下去 2. 受得了那一套，一般人是很難長久待
下去的
13:26　JT 何建廷　　　像Austin，像亮哥... 之前很紅，現在...

2016/10/23(週日)
23:08　王永銘　美光在 ███ 有評選 ███████████████
23:09　王永銘　我看到的都 ████

2016/10/24(週一)
6:16　JT 何建廷　　　之前有 ████
6:16　JT 何建廷　　　但曾有 ████████
6:17　JT 何建廷
6:17　JT 何建廷　　　後來就放棄了
20:42　王永銘　是 ████ 嗎？
20:56　JT 何建廷　　　應該是

2016/10/25(週二)
19:12　王永銘　通話時間 0:19
19:13　王永銘　您已結束通話
19:14　王永銘　通話時間 0:43

2016/10/26(週三)
21:47　JT 何建廷　　　今天吃了17200,每人算1000好了
21:59　王永銘　Ok，明天拿給你
22:13　JT 何建廷　　　補充一下，這是扣除600折價券(Emily提供)，17人最後付的價
格，這次也有送折價券，都給Emily了
22:19　王永銘　Yiyi算我這邊
22:26　JT 何建廷　　　不要啦
22:27　JT 何建廷　　　我們這桌只有4千多，我明天跟他收700

2016/10/28(週五)
20:16　JT 何建廷　　　今天谷口提到，在 ███████████████ ，他們1X 已經改成 ███
變得很小，所以一定要搭配 ████ 否則會 ████████ ，我們可能要犧牲 ███ 增加 ████
20:24　JT 何建廷　　　我在想，如果真是這樣，我們可能要犧牲 ███ 增加 ████
20:28　JT 何建廷　　　或者，要請UMI 改design，也要上 ████
20:28　JT 何建廷　　　另外，不知，將 ████ 做小，縮短length，有沒有效。
20:34　王永銘　要增厚 ████
20:37　王永銘　另外， ████ 要用 ████ 解決，process無解 ████
20:38　JT 何建廷　　　谷口是說， ███ 的 ████████ 其實很夠，當然，還需要比一
下他們後來的厚度
20:39　王永銘　金先生知道的應該大於谷口
20:40　JT 何建廷　　　有可能，但金先生沒經歷過 ███████ 轉換，我們可以問問他
的看法
20:41　王永銘 ████████ ，當然沒問題
20:41　JT 何建廷　　　喔，那我們有的玩了
20:42　JT 何建廷　　　另外，UMI 願不願意改是個大問題
20:42　王永銘 ████ ，

第 22 頁

811

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000535

[LINE] 與JT 何建廷的聊天

| | | |
|---|---|---|
| 20:44 | JT 何建廷 | 一樣是 ▓▓▓▓▓▓ 真的 |
| | 差很多，▓▓ 也會差很多 | |
| 20:44 | 王永銘 | F32 應該不会大改 F32S在玩比較好吧 |
| 20:45 | JT 何建廷 | ▓▓▓▓，我看要活，很難 |
| 20:46 | JT 何建廷 | ▓▓ 會差多少？ |
| 20:46 | JT 何建廷 | 一半？ |
| 20:46 | 王永銘 | ▓▓▓ 应可撑一下 |
| 20:47 | 王永銘 | 如果是單一因素，就是一半 |
| 20:47 | JT 何建廷 | 嗯，我笑了 |
| 20:48 | JT 何建廷 | 這樣會活？ |
| 20:48 | 王永銘 | 但电阻不只通道而已 |
| 20:49 | 王永銘 | 其他要降下来 |
| 20:50 | JT 何建廷 | 如果他變很大的bottleneck,其他降是沒用的 |
| 20:50 | 王永銘 | 當然Fin height增高是好方法 |
| 20:50 | 王永銘 | 先別管RH了 |
| 20:52 | JT 何建廷 | 看起來，device 也要大改了 |
| 20:52 | JT 何建廷 | 真是晴天霹靂 |
| 20:53 | 王永銘 | 反正這顆不会太好，一定会改版 |
| 20:54 | JT 何建廷 | 下週，整個plan 要好好談談了 |
| 20:56 | JT 何建廷 | UMI 一定要support，不然不用玩了，我們可能會需要預計現行 |
| | 條件的▓▓ 給他們simulation,看看情況如何 | |
| 21:11 | JT 何建廷 | 剛剛Stephen說 ▓ 沒問題 |
| 21:12 | JT 何建廷 | 那只要 ▓▓▓▓▓ 了 |
| 21:34 | 王永銘 | 沒問題的意思是？ |
| 21:35 | JT 何建廷 | 他是這麼說，detail 我也不知，下週再說吧 |
| 21:39 | JT 何建廷 | 他是說，UMI的設計， 可以上調 ▓▓ 到 ▓▓ 或更高 |

2016/10/29(週六)

| | | |
|---|---|---|
| 17:52 | 王永銘 | 我爸過世了，週一幫我請假 |
| 19:53 | JT 何建廷 | 收到，節哀 |

2016/10/31(週一)

| | | |
|---|---|---|
| 8:03 | 王永銘 | 收一下Gmail Ton預估 |
| 8:20 | JT 何建廷 | 收到，我會幫你update |
| 9:34 | JT 何建廷 | 你爸的送行流程定了嗎？ |
| 19:23 | JT 何建廷 | 有跟Stephen 說了，他很肯定你之前的付出，明天Jocky會問你 |
| 有何需要幫忙. | | |
| 19:48 | JT 何建廷 | 聯苑宿舍需要跟HR說一聲嗎？ |
| 20:02 | 王永銘 | 11月12日，9:00公祭 |
| 20:03 | 王永銘 | 幫我謝謝陳總，目前還可以應付 |
| 20:06 | 王永銘 | 謝啦，聯苑一，二週應該会通知，LM已経通知我了 |
| 22:10 | JT 何建廷 | 有需要幫忙，就告知一聲 |
| 22:42 | JT 何建廷 | 有訃聞的話，給我一個(環保)拍照影像吧 |

2016/11/01(週二)

| | | |
|---|---|---|
| 19:33 | 王永銘 | [圖片] |
| 19:33 | 王永銘 | [圖片] |
| 19:54 | JT 何建廷 | 收到 |

2016/11/11(週五)

| | | |
|---|---|---|
| 8:07 | 王永銘 | 你們明天來，車不好停，在和仁巷对面比較好停(会看到福客来牛肉麵) |
| 8:15 | JT 何建廷 | 收到 |
| 20:42 | JT 何建廷 | 明天 苡亦 也會到，Emily 好像也會 |
| 20:51 | 王永銘 | 感恩 |
| 20:51 | 王永銘 | 我快累死了 |

第 23 頁

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000536

[LINE] 與JT 何建廷的聊天

21:14　JT 何建廷　　所以你選擇了複雜的流程？ 辛苦了
21:20　王永銘　是別人選擇，而我要去執行...最無奈的莫过於此
21:32　JT 何建廷　　這種事沒有對錯的問題
21:36　JT 何建廷　　人生，很多時候，身不由己

2016/11/18(週五)
18:53　JT 何建廷　　老大要我找凱銘來，你有他的聯絡方式嗎？
20:52　王永銘　0980354938
20:52　JT 何建廷　　謝謝
20:52　王永銘　他的电話，你不是看不起他.
20:53　王永銘　我打過招呼了
20:57　JT 何建廷　　看不起，那就太誇張了
20:59　JT 何建廷　　我只是覺得，不是那麼適合做R&D
20:59　JT 何建廷　　如果是我初期找來的，那要有一定的口杯，應該是要重點人物
21:01　JT 何建廷　　現在，我們的team 已初具雛型，又是別人的意思，那當然沒問題，至少我不用擔責任
21:02　JT 何建廷　　他沒那麼差，作一個工程師，有人給他方向，還是可用的
21:03　王永銘　他不錯啦
21:03　JT 何建廷　　我了解
21:03　JT 何建廷　　跟Willy 比，如何？
21:04　JT 何建廷　　但，當他的手下，應該是可以
21:05　王永銘　當然是willy比較好
21:05　JT 何建廷　　真的?
21:06　JT 何建廷　　這個答案，大出我的意料外
21:06　王永銘　学経歴就大勝了
21:06　JT 何建廷　　那你為何不找他去device?
21:07　JT 何建廷　　Willy 的process 觀念還不錯
21:07　王永銘　我誰?willy嗎
21:08　王永銘　你放人嗎
21:08　王永銘　我收了，thx
21:08　JT 何建廷　　喔，我看錯了，我已為你是說凱銘大勝
21:09　王永銘　凱銘是個做事的人
21:09　JT 何建廷　　同意，所以我可以接受他來
21:11　王永銘　以後，還是要有人守城門，有人去進攻
21:11　王永銘　二种角色都需要
21:11　JT 何建廷　　同意
21:12　JT 何建廷　　這個時間點，他還蠻適合的
21:15　JT 何建廷　　他需要搭配他老婆個工作一起安排，這我需要請示
21:19　王永銘　試試看吧，他是台湾人，穩定度高
21:20　JT 何建廷　　看上面的意思了

2016/11/22(週二)
18:01　王永銘　通話時間 0:15
21:56　JT 何建廷　　凱銘 問我大陸薪資如何，還有他老婆擔心那邊的教育環境
21:56　JT 何建廷　　我跟他說，好好想想，決定好再告訴我
22:12　王永銘　他是一家子跳槽的，除薪資外，也許你也該告訴他也要考慮不同以往的工作挑戰....萬一來了，卻適應不良...以他的學歷可是沒退路
22:15　JT 何建廷　　我是跟他說，大陸的薪資我不清楚，他現在想去大陸的話，就要加大量產team，我們這邊是R&D，去大陸的事還沒定
22:16　JT 何建廷　　我問他想去量產還是R&D? 他說R&D 比較好
22:17　JT 何建廷　　我覺得，他沒有很清楚他自己的定位
22:17　JT 何建廷　　你可以跟他說說
22:18　王永銘　嗯
22:48　王永銘　戎sir跟我說「梁孟松徒弟要來做DRAM....真是哭夭....我的对手怎麼都是重量級人物.

第 24 頁　　　　813

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000537

[LINE] 與JT 何建廷的聊天

23:04　JT 何建廷　　　上次有聽你說過
23:04　JT 何建廷　　　不用太擔心，他不是老大的人馬
23:05　JT 何建廷　　　僅守本心做事就好了
23:07　王永銘　只能這樣了．．．．
23:09　JT 何建廷　　　我對你有信心

2016/11/28(週一)
20:34　王永銘　聽說林逸誠升M2囉
21:49　JT 何建廷　　　嗯，恭喜他
21:50　JT 何建廷　　　祝他做得久

2016/11/29(週二)
18:13　王永銘　通話時間 0:09
18:16　王永銘　P3P4，吃飯

2016/11/30(週三)
21:13　王永銘　新的BC process 應該要提一下是金先生建議的...
21:15　王永銘　雖然已有patent發表
21:28　JT 何建廷　　　好，下次找機會提
21:54　王永銘　幫他一下，也許他会貢獻更多....
22:06　JT 何建廷　　　[貼圖]

2016/12/08(週四)
21:54　王永銘　最近你隔壁的，精神有點緊張
21:55　JT 何建廷　　　銘德 還是 銘哥?
22:01　王永銘　銘德
22:02　JT 何建廷　　　他怎麼了？
22:03　王永銘　一心想搞大版圖，但最後都要我撿回做....
22:04　JT 何建廷　　　███████的case 嗎?
22:04　王永銘　難道是ATDF的驕傲附身
22:06　王永銘　不只，當初EDR TSK 他也說PI要做，結果....
22:07　JT 何建廷　　　他的觀念是希望他的team越完善越強大越好
22:07　JT 何建廷　　　我比較是偏向彼此各有所長分工合作
22:08　JT 何建廷　　　的確是有差異
22:08　JT 何建廷　　　可能我是外來者，又經過美光的洗禮
22:08　王永銘　問題是，這在RnD是很奇怪的，像是在疊床架
22:09　JT 何建廷　　　是沒必要把自己的team 搞得這麼累
22:10　JT 何建廷　　　尊重別人的專業總是好的
22:10　JT 何建廷　　　可以依靠大家
22:14　王永銘　或者是DRAM 的Device 太積極了，他不舒服
22:15　JT 何建廷　　　我比較覺得是他的風格
22:15　JT 何建廷　　　他希望他的team什麼都會
22:16　王永銘　他下面的人，看的出來很無力
22:16　JT 何建廷　　　．．．．．．．．
22:17　王永銘　要求太多
22:17　王永銘　非核心事務
22:17　JT 何建廷　　　分工合作是很幸福的
22:19　王永銘　我們應該也來學學tape out
22:19　王永銘　交流一下
22:21　JT 何建廷　　　哈哈
22:22　JT 何建廷　　　你確定要學聯電的?
22:22　王永銘　沒別的啦
22:23　JT 何建廷　　　我聽黃財煜說以前力晶的就很簡單(他曾待過力晶RD)

2016/12/13(週二)

第 25 頁

δ14.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[LINE] 與JT 何建廷的聊天
21:16　　JT 何建廷　　報告一下，吳凱銘回覆他不來了
21:16　　JT 何建廷　　鬆了一口氣
21:58　　王永銘　這麼大的壓力
21:59　　王永銘　美光薪水太好了，一般人難割捨
22:02　　JT 何建廷　　這種搞不清楚自己能力價值定位的人，還是不要來的好

2016/12/20(週二)
21:55　　JT 何建廷　　Stephen 說，要你把device 部門當成你的來handle，他說不要
由他來給你，他要由你來爭取
21:56　　JT 何建廷　　他希望你能夠在很多mecting 能主動發言，就像你是device 部
經理角色一樣發言
21:58　　JT 何建廷　　他希望你能在與UMI meeting 中，用部經理的角色勇羅給出你的的
comment
22:00　　JT 何建廷　　他欣賞的不是曖曖內涵光的人，而是勇敢給意見，給方向的人，
因為我們目前沒有要最佳但不可行的路，而是要現找出一條可行路來走
22:02　　JT 何建廷　　，他說，還早是你的
22:03　　JT 何建廷　　我的想法，可能他之前不夠認識你，所以要你來爭取他的認同(
他覺得你不錯)
22:04　　JT 何建廷　　聽他這樣說，我可以了解他為什麼找我來
22:05　　JT 何建廷　　因為我就是這種風格的人
22:07　　JT 何建廷　　我有說，你在pm1,2目前，還蠻有credit,鄒sir 也都會問你的意
見
22:07　　王永銘　UMI meeting很多topic都是design相関，能comment的有限，通常Nagai都
已經align好了
22:07　　JT 何建廷　　他說他知道，他覺得你不錯
22:09　　JT 何建廷　　了解，但，部經理的角色跟專家的角色是不同的，所以給出來的
意見也會不同
22:10　　JT 何建廷　　你之前應該不是用部經理的角色去comment
22:10　　王永銘　未來有一家JSC，應該有些發揮空間，
22:11　　JT 何建廷　　剛剛Stephen有給我舉例，"這個device我們有"，只是不能公開，
給，必須私底下談"
22:11　　王永銘　了解
22:12　　JT 何建廷　　好，明天向你了解一下JSC 的case
22:16　　王永銘　OK，很迷人的project

2016/12/22(週四)
21:34　　王永銘　戎sir，跟大s提了
21:35　　王永銘　大S答應了
21:49　　JT 何建廷　　恭喜
21:58　　王永銘　有你噹中幫忙，才能如此順利....3Q
22:01　　JT 何建廷　　你有實力，應得的

2016/12/27(週二)
22:05　　王永銘　　　　　　　　　　　用　　　取代应該有一樣的效果，是嗎?
22:06　　JT 何建廷
22:09　　JT 何建廷　　他的應用與我們的　　　並不同
22:09　　JT 何建廷　　明天再談
22:09　　王永銘　Ok

2016/12/29(週四)
11:58　　JT 何建廷　　有沒有說何時公告?
12:31　　王永銘　沒有耶，大S只說開始跑流程
12:37　　JT 何建廷　　了解
16:02　　JT 何建廷　　Stephen 最近不在台灣，流程應該也要等他回來

第 26 頁

815

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000539

[LINE] 與JT 何建廷的聊天

2017/01/04(週三)
10:23　JT 何建廷　　　今天下午三點要跟Stephen 開weekly

2017/01/05(週四)
21:39　王永銘　你們常講的poison 是什麼東西?
21:43　JT 何建廷　　　分兩方面來說
21:44　王永銘　那麼深
21:44　JT 何建廷　　　1. 他是指NH3 +H2O = NH4OH ->鹼
21:45　JT 何建廷　　　會中和光酸，造成曝光不足，形成PR residue 或 PR footing
21:47　JT 何建廷　　　2. 我不確定poison effect 是否是正確的說法，這個說法只存
在台積和聯電
1:47　JT 何建廷　　　在黄光領域中，有另一件很像的case
21:48　JT 何建廷　　　叫帕松Poisson effect
21:49　JT 何建廷　　　他是描述，因為光反射而形成駐波，導致PR 邊緣 有波浪
profile
21:50　王永銘
原来如此
21:51　JT 何建廷　　　我已經找不到這個case 的教材，我之前有上過台大的老師陳學
禮的黄光概論，有提到帕松effect
21:52　JT 何建廷　　　所以只是記憶中而已，不確定帕松effect 我有沒有記錯
21:54　JT 何建廷　　　到底是他們說的poison(毒)對，還是 Poisson(帕松)對?，我也
不能100%確定
21:55　JT 何建廷　　　不過，跟他們溝通，用poison(毒)，會比較簡單
21:55　王永銘　嗯，這正是我疑惑的....
21:57　王永銘　3Q
21:57　JT 何建廷　　　入境隨俗　是比要的
21:57　JT 何建廷　　　有專業，也沒用
21:59　王永銘　是的，他們的術語很多，不搞懂的確会雞同鴨講
22:08　王永銘　最近我又要hire一個聯电離職員工，快50歲了....要來做design rule 開
發。有design 基礎，以後跟nagai一起工作
22:09　JT 何建廷　　　Design rule 不是銘德的嗎?..
22:09　王永銘　他們以後都挂在我下面
22:09　王永銘　不知
22:09　王永銘　求ssu用意
22:10　JT 何建廷　　　所以，以後會有兩個design rule team
22:10　王永銘　什麼時候我變的那麼厲害了，壓力大啊
22:11　JT 何建廷　　　以後就靠你了
22:13　王永銘　那位是前期開發，跟銘德他們不衝突
23:00　JT 何建廷　　　那梁孟松徒弟還有要來嗎?
23:07　王永銘　沒了，薪水太低
23:07　JT 何建廷　　　啥，所以回as?
23:07　JT 何建廷　　　SS
23:09　王永銘　他早離開SS，到PDF工作了

2017/01/09(週一)
22:11　王永銘　████████　如何?
22:39　JT 何建廷　　　找一個overall plan 來討論吧
22:42　JT 何建廷　　　████████
22:45　王永銘　好吧
22:50　JT 何建廷　　　今天狀況還不是太好，明天再詳談吧
22:51　王永銘　你感冒了?
22:51　JT 何建廷　　　諾羅病毒，瘦了三公斤
22:52　王永銘　哈.....那你好好休養吧
22:53　王永銘　我先叫人先精算一下

第 27 頁

816

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

USD-0000540

[LINE] 與JT 何建廷的聊天

2017/01/12(週四)
19:11　JT 何建廷　　　我們在2F

2017/01/18(週三)
20:37　JT 何建廷　　　我覺得我說錯一樣東西，我們有█████████它相當於███的
　　　　　所以我們的row hammer 應該不能太了觀，有可能比██室，不過，這應該不是
初期要單心的事。
20:54　王永銘　除了█████和pitch 外，因此████，█████也有新的打
法
21:55　JT 何建廷　　　好，明天問你

2017/01/24(週二)
21:36　王永銘　最近你的team 怪怪的?
22:03　JT 何建廷　　　怎麼說?
22:04　王永銘　不像之前那麼有向心力
22:07　JT 何建廷　　　怎麼說?
22:08　JT 何建廷　　　有詳細的例子嗎?
22:13　王永銘　純感覺，可能最近jakie的team 狀況多，工程師有點無力感
22:22　JT 何建廷　　　你是指bWL loop 還是STI loop
22:22　JT 何建廷　　　?
22:54　王永銘　BWL
22:54　JT 何建廷　　　我可以了解
22:55　JT 何建廷　　　有機會，你可以跟我sir 提一下
22:57　王永銘　這樣好像撈過界了
22:57　JT 何建廷　　　我不介意，因為我需要你這麼做
22:58　王永銘　你下面那二隻韓狗，応該可以幫一下BWL
22:59　王永銘　這不像JT風格
22:59　JT 何建廷　　　嗯………含果人對bWL 不熟
23:00　JT 何建廷　　　我也是會忍辱負重的好不好
23:01　JT 何建廷　　　為了team 的運作，我只能先牽就baby三級了
23:03　王永銘　我都有暗地伸出援手幫BWL，只是需顧慮jakie感受
23:04　王永銘　以後老勞倫斯也是個問題，一整個狀況外
23:06　JT 何建廷　　　Jackie有他的function,但能力有限，所以必須要讓老闆知道，
他的job scope 不能太大
23:07　JT 何建廷　　　我想將bWL切出去，但需要有合適的風向和時機
23:08　王永銘　我就知道你另有算盤
23:08　JT 何建廷　　　銘德也看不下去jackie的一些態度，也有去找我sir 提過
23:09　JT 何建廷　　　但，我sir是反應較慢的人，所以要慢慢來
23:12　JT 何建廷　　　Jackie 的專長是MIRS 及帶lot, 做plan及loop 是不行的
23:13　王永銘　你那邊有一線ATD 整合工程師嗎
23:13　JT 何建廷　　　但他又無法接受這個事實
23:13　JT 何建廷　　　沒有
23:13　王永銘　待過loop的
23:13　JT 何建廷　　　Willy
23:13　JT 何建廷　　　但他之前也不是一線的
23:14　王永銘　只有一個Willy
23:14　王永銘　我可以借你一個
23:14　JT 何建廷　　　轉過來吧
23:14　JT 何建廷　　　誰?
23:15　王永銘　林茂燊
23:15　王永銘　快來了
23:15　JT 何建廷　　　已經過來了嗎?
23:15　JT 何建廷　　　喔
23:16　王永銘　██████
23:16　JT 何建廷　　　好

第 28 頁

817

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[LINE] 與JT 何建廷的聊天

23:16　王永銘　現役
23:17　王永銘　明天我找他跟你談談
23:17　王永銘　為了BWL,我把貨物賍給你了
23:20　王永銘　這個人戒sir 認識，7年工作經驗
23:22　JT 何建廷　　先等等，明天聊聊

2017/02/03(週五)
23:15　王永銘　聽說家祥要離職了
23:39　JT 何建廷　　喔，理由?
23:49　王永銘　猜不透，不過確定send 單了
23:51　JT 何建廷　　好，再了解

2017/02/04(週六)
14:11　王永銘　浩哥要來interview 了
15:15　JT 何建廷　　那一個單位?
17:48　王永銘　他叫我幫他介紹
17:49　王永銘　準備丟晉華
17:50　王永銘　還是你想用他....
18:18　JT 何建廷　　去晉華比較好
18:19　JT 何建廷　　不過，聽說晉華整合已經找好，一次整個team帶去，誰Sandy 不
願說
19:01　王永銘　浩哥願loop也不錯啦，你可考慮一下
19:05　JT 何建廷　　他如果願意當工程師，那可以
19:06　JT 何建廷　　你那邊也可以考慮一下

第 29 頁

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

USD-0000542