# Exhibit O

printrecord

| Interrogation Transcript | | | | February 7, 2017 At Ministry of Justice, Investigation Bureau, New Taipei City Field Office | | | |
|---|---|---|---|---|---|---|---|
| Case | WANG suspected of violation of the Trade Secret Act Case | | | | | | |
| Question | Name | Nickname | Gender | Date of Birth | Place of Birth | Career | Citizenship ID Number |
| Answer | HE Jianting | | Male | ■ | Taichung | Engineer | ■ |
| Question | Address | | Phone Number | | Family Economic Status | | Education Level |
| Answer | Residence Address: ■ | | ■ | | Middle-class | | Graduated from the Institute of Applied Mechanics, National Taiwan University |

Question:    It is now 19:15, February 7, 2017. This Office (Ministry of Justice, Investigation Bureau, New Taipei City Field Office) is summoning you as a witness to the Ministry of Justice, Investigation Bureau, Taichung Field Office to assist in an investigation on a Trade Secret Act case. Do you understand?

Answer:    Understood.

Question:    It is now 19:16, this Office has paused the interrogation to grant you a meal break. Do you understand?

Answer:    Understood.

Question:    It is now 19:43 and you have concluded your meal break. This Office will resume the interrogation. Do you understand?

Answer:    Understood.

Question:    Past experience? Current position?

Answer:    I worked at the Etch Engineering Department of Taiwan Semiconductor Manufacturing Company, Limited in 2003, worked at the Production Integration Department at Powerchip Technology Corporation (Hereinafter Powerchip) in

printrecord

|  |  |
|---|---|
|  | Taiwan, it cannot be applied in UMC. The most you can apply is to use Micron Memory Taiwan *DRAM* knowledge as reference in UMC. |
| Question: | As above mentioned, regarding applying Micron Technology, Inc. *DRAM* processing technology, since you all have background of working in Micron Memory Taiwan with Micron Memory Taiwan process technology material, is this the reason why UMC was able to enter the *DRAM* manufacture market is such short period of time? |
| Answer: | Yes, we all have background of working for Micron Memory Taiwan. If we use Micron Memory Taiwan *DRAM* process technology material, it will certainly expedite the steps of UMC to enter the *DRAM* manufacturing market. However, after our discussion, we believed this method will likely bring lawsuit from Micron Memory Taiwan, therefore, we soon gave up on that idea. We then decided to develop *DRAM* by reverse engineering Samsung technlogy. Even though reverse engineering may produce patent controversy, but it will likely not being sued by Micron Memory Taiwan for violating Trade Secret Act. In addition, both UMC and Samsung owns their own patents, if there is ever controversy, it is hard to say who will win or lose. It will not be as obvious as getting sued by Micron Memory Taiwan for violating Trade Secret Act. |
| Question: | Right before you all leave Micron Memory Taiwan, you are already aware you will be R&D *DRAM* in UMC. Is this the reason why Micron Memory Taiwan *DRAM* related process argument materials and data were copied? |
| Answer: | Like I said previously, when I left Micron Memory Taiwan, I did not know I will be doing *DRAM* R&D in UMC. But WANG Yongming knew this when he left the work and that's why I have specifically reminded him not to leave any download log after proposing resignation. However, I am not sure if WANG Yongming has downloaded any material. |
| Question: | It is now 1:20 on 8th. This Office will pause the interrogation and grant you a break. Do you understand? |
| Answer: | Understood. |
| Question: | It is now 2:45 on 8th. This Office will resume the interrogation, do you understand? |
| Answer: | Understood. |
| Question: | (Remind: Seized item serial *A-6*, seized item name: WANG Yongming's cell phone). On March 30th 105th Year, WANG Yongming has messaged you via LINE communication software stating: "you have asked the expert", "▮▮▮▮▮", "▮▮▮▮▮▮▮▮", "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ direction, ▮ degree angle", "you need to use that company…", "lots of parameters", "are you running with |

http://192.168.88.5/exec99/printrecord2.aspx?lawyer=0&amp;other=0&amp;combine=0     2017/2/8

printrecord

|  |  |
|---|---|
|  | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇", and you told WANG Yongming that: "it is still ▇▇". What does this conversation mean? |
| Answer: | (After review) It was when our PM Department needed to purchase blank wafer through Procurement Department. Due to the fact *EPY* blank wafer UMC self-produced has beyond average specification, we wanted to purchase cheaper NPC blank wafer. That's why I asked WANG Yongming who has better understanding on this. WANG Yongming then told me some NPC blank wafer parameters for reference, but I told WANG Yongming that we are only doing the basic Structure and I do not quite understand this. That's why at the end I told WANG Yongming to handle this after he comes to UMC. |
| Question: | You have previous mentioned while you and WANG Yongming were employed by Micron Memory Taiwan, you have more or less taken some copied files, and you would not purposely delete these files after you quit. However, according to CHEN Xixian's statement on September 1st, the representative of Micron Technology, Inc., CHEN stated in the transcript that "Micron Technology, Inc. has extra caution on protecting develop, use, and reveal of trade secrets as Micron Technology, Inc. would require employees to sign "Confidentiality and Intellectual Property Agreement", "Employee Handbook", "Micron Business Practice and Ethical Standard", "Resignation Declaration", and such. All of these require employees may not reveal, use, obtain, or allow others to obtain confidential information while employment and after employment. Micron Technology, Inc. also has also stored different kinds of confidential information in different system spaces in accordance to its content and property. Employees have different access restriction on accessing related confidential information based on employees' job classification and position need. Employees need to pass personal identity authentication when login into company system and network whether inside or outside of the company. Employees are prohibited to use portable USB drive to save files. Employees are provided with secrecy maintenance related educational training." This indicates Micron Technology, Inc. prohibits employees to save confidential work related files in other storage media. What is your explanation on this? |
| Answer: | I have not signed any "Resignation Declaration" since I left Micron Memory Taiwan in October, 104th Year. It is not until in the middle of 105th Year that I have heard Micron Memory Taiwan employees are required to sign a "Resignation Declaration" to prohibit divulging trade secrets when they resigned. During my employment at Micron Memory Taiwan, the company has loose secrecy practice and there was no restriction on employees from coping the files they can access. It is not until a month before I leave my post, the company has gradually prohibit employees to use flash drive to copy files. The company prohibits the use of personal e-mail and external cloud drive after I leave the post. As the time came to WANG Yongming leaves his post, it was half a year after Micron Memory Taiwan prohibits employees to copy files. It is certainly not possible to copy the files away from company. |

http://192.168.88.5/exec99/printrecord2.aspx?lawyer=0&amp;other=0&amp;combine=0          2017/2/8

printrecord

Question: Were you stating the truth?

Answer: Yes.

Above transcript contains total of 13 pages. It is compiled at 8:10 on February 8th, 106th Year. After the intergee reviewed and concured without error, it was signed and finger printed.

Ingtergee:

Intergrattor:

Transcriptor:

http://192.168.88.5/exec99/printrecord2.aspx?lawyer=0&amp;other=0&amp;combine=0    2017/2/8

12